| | |
|---|---|
| Benjamin K. Riley (CA Bar No. 112007)<br>briley@bzbm.com<br>Robert N. Bunzel (CA Bar No. 99395)<br>rbunzel@bzbm.com<br>W. Paul Schuck (CA Bar No. 203717)<br>pschuck@bzbm.com<br>Sony B. Barari (CA Bar No. 243379)<br>sbarari@bzbm.com<br>Simon R. Goodfellow (CA Bar No. 246085)<br>sgoodfellow@bzbm.com<br>**BARTKO, ZANKEL, BUNZEL & MILLER**<br>One Embarcadero Center, Suite 800<br>San Francisco, California  94111<br>Telephone:  (415) 956-1900<br>Facsimile:  (415) 956-1152<br><br>Thomas J. Wimbiscus (*Pro Hac Vice*)<br>twimbiscus@mcandrews-ip.com<br>Gregory C. Schodde (*Pro Hac Vice*)<br>gschodde@mcandrews-ip.com<br>Wayne H. Bradley (*Pro Hac Vice*)<br>wbradley@mcandrews-ip.com<br>**McANDREWS, HELD & MALLOY**<br>500 West Madison Street, 34th Floor<br>Chicago, IL  60661<br>Telephone:  (312) 775-8000<br>Facsimile:  (312) 775-8100<br><br>Attorneys for Defendant<br>NETLIST, INC. | Sean C. Cunningham (CA Bar No. 174931)<br>sean.cunningham@dlapiper.com<br>Stanley J. Panikowski (CA Bar No. 224232)<br>stanley.panikowski@dlapiper.com<br>Erin P. Gibson (CA Bar No. 229305)<br>erin.gibson@dlapiper.com<br>Ryan W. Cobb (CA Bar No. 277608)<br>ryan.cobb@dlapiper.com<br>**DLA PIPER LLP (US)**<br>401 B Street, Suite 1700<br>San Diego, CA  92101-4297<br>Telephone:  (619) 699-2700<br>Facsimile:  (619) 699-2701<br><br>Rajiv Dharnidharka (CA Bar No. 234756)<br>rajiv.dharnidharka@dlapiper.com<br>**DLA PIPER LLP (US)**<br>400 Capitol Mall, Suite 2400<br>Sacramento, CA  95814<br>Telephone:  (916) 930-3200<br>Facsimile:  (916) 930-3201 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>DIABLO TECHNOLOGIES, INC.,<br><br>  Defendant. | CASE NO. 3:13-CV-05962-YGR<br><br>STIPULATION AND CONSENT TO FILE SECOND AMENDED COMPLAINT |

WHEREAS, Plaintiff Netlist, Inc. ("Netlist") seeks to file a Second Amended Complaint in this action (attached hereto as Exhibit A) that reflects the severing of claims and transfer of venue from the First Amended Complaint, names the remaining party and provides additional detail regarding the remaining claims;

WHEREAS, under Rule 15(a)(1)(A)(2) of the Federal Rules of Civil Procedure, a party may amend its pleading with the written consent of the opposing party;

WHEREAS, the parties have met and conferred regarding the Second Amended Complaint and Defendant Diablo Technologies, Inc. hereby consents to the filing;

NOW, THEREFORE, the parties jointly stipulate and agree that Netlist shall file its Second Amended Complaint forthwith.

Dated: March 21, 2014

**BARTKO ZANKEL BUNZEL & MILLER**

**McANDREWS, HELD & MALLOY, LTD.**

**DLA PIPER LLP (US)**

/s/ Benjamin K. Riley
        Benjamin K. Riley

Attorneys for Plaintiff
NETLIST, INC.

**STEPTOE & JOHNSON LLP**

Dated: March 21, 2014

/s/ Sanjeet Dutta
        Sanjeet Dutta

Attorneys for Defendant
DIABLO TECHNOLOGIES, INC.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION OF E-FILER**

In compliance with Local Rule 5-1(i), the undersigned ECF user whose identification and password are being used to file this document, hereby attests that all signatories have concurred in the filing of this document.

/s/ *W. Paul Schuck*
W. Paul Schuck