UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST, INC.,<br><br>  Plaintiff,<br><br>vs.<br><br>DIABLO TECHNOLOGIES, INC.,<br><br>  Defendant. | Case No.:13-cv-5962-YGR<br><br>**ORDER RE: JOINT DISCOVERY LETTER NO. 1, DENYING DIABLO'S REQUEST FOR RE-DESIGNATION** |

The parties have submitted their Joint Discovery No. 1 (Dkt. No. 166) concerning Netlist's designation of its Amended Trade Secret Disclosure and exhibits thereto ("Disclosure") as "Highly Confidential – Attorneys' Eyes Only" under their Stipulated Protective Order. The Court having duly considered the matter, Diablo's request that the Disclosure be re-designated as "Confidential" is **DENIED**.

This Order terminates Docket No. 166.

**IT IS SO ORDERED**.

**Date: April 30, 2014**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**