# Exhibit B

Settlement Agreement and Amendment to
Development And Supply Agreement

This Settlement Agreement and Amendment to the Development and Supply Agreement ("Amendment") is made this 12 day of January 2010 ("Amendment Effective Date") between Diablo Technologies, Inc., a Canadian corporation having a principal place of business at 290 St. Joseph, Suite 200, Gatineau, Quebec J8Y 3Y3 ("Diablo") and Netlist, Inc., a Delaware corporation having a principal place of business at 51 Discovery, Irvine, CA 92618 ("Netlist").

R E C I T A L S

Whereas, Netlist entered into a Development and Supply Agreement with Diablo to have certain products designed and manufactured by Diablo on September 10, 2008 ("Agreement"); and

Whereas, in the course of performing this Agreement, the parties have had disputes regarding the obligations and performance under this Agreement, including the breaches thereof;

WHEREAS, the parties have agreed to compromise, settle and resolve all past disputes, liabilities and obligations between them concerning or regarding the alleged breaches of the Agreement;

WHEREAS, the parties agree that the settlement and amendments embodied in this Agreement are made in good faith and shall not constitute an admission of liability or other admission against interest by any party hereto.

Now, therefore, in consideration of the promises and the mutual agreements hereinafter set forth, and intending to be legally bound, the parties hereto agree as follows:

A G R E E M E N T S

1.    Purchase and Payment Obligations.  Within five (5) business days of the Amendment Effective Date, Netlist shall:

(a)    Receive a certificate of conformance from Diablo stating conformance to testing as per the test flow depicted in VT-Berlinetta-Prototype test Flow Rv1.jpg approved between Diablo and Netlist. Make a payment of US$150,000 to Diablo as the NRE Payment milestone "Engineering Sample Shipment of Product" agreed in Exhibit D;

(b)    Issue a purchase order to Diablo for pre-production samples of 2500 chipsets (2500 RD components and 22,500 ID Components) aligned with previously provided forecasts, which shall be accompanied by an upfront payment for the entire order;

(c)    Provide to Diablo a delivery schedule for all devices between now and September 2010;

(d)    Agree to provide Diablo a budget of $10,000 US dollars for each Netlist Chipset qualification in each Netlist density configuration added to the plan of record. Diablo shall use these funds solely to 1) purchase DIMMs from Netlist and 2) to purchase Netlist customer target systems for in-system validation of the Netlist Chipset.

(e)    Agree to jointly initiate a cost benefit analysis for development of a 16Gx4 VDIMM. Should this analysis conclude a development is necessary, Netlist shall initiate said development.

2

(f)    Receive from Diablo the items requested below or a plan including a schedule to address the items requested below

1. Return of all DIMMs as previously requested (Diablo may request to change the quantity to allow for their validation work)
2. Characterization data for both RD and ID devices (Ref. Diablo Hardware Validation and Characterization Plan, Oct 16, 2009). In addition, Netlist requests specific test results and engineering assessment for the following parameters: 1333 operation, voltage margin, and temperature margin
3. Characterization data for 8GB VDIMM (DIMM level)
4. Progress report on Design Validation and Reliability testing (Ref. ENG-TEST-VTB-TP-001 and OPS-REL-VTB-001)
5. Errata list of bugs and issues for both RD and ID
6. Review and finalize the Phase Definition and phase exit criteria (see Post Tape Out meeting notes, dated August 11, 2009) including CS (Customer Sample) phase plan and schedule as well as Production readiness status
7. Latest encrypted HSPICE models for both RD and ID I/O

8. On an ongoing basis Diablo will provide any and all available information and data which is essential for Netlist's qualification efforts for Diablo Chipsets.

2.    <u>Release and Covenant Not to Sue.</u>

(i)    Diablo hereby fully releases and forever discharges Netlist, and its respective past, present and future officers, directors, representatives, employees, agents, principals, shareholders, attorneys, assigns, predecessors, successors, affiliates, and subsidiaries, from any and all claims, causes of action, debts, liabilities, rights to damages, collection, reimbursement, costs, expenses, attorneys' fees, and rights to injunctive relief, known or unknown, relating to any alleged breach of this Agreement, by such party prior to the Amendment Effective Date, including but not limited to any allegation by Diablo that Netlist made improper use of any Diablo Confidential Information or any other technology encompassed within Diablo's Intellectual Property Rights.

(ii)    Diablo further covenants and agrees that it will not assert any claim or take any action against Netlist or any customer or business partner of Netlist, or claim that Netlist is not entitled to ship products using chips procured from other suppliers, now or in the future, based on Netlist's marketing or sale of products that utilize chips procured from companies other than Diablo, only with respect to the followings claims: 1) any claim that Netlist or any customer or business partner of Netlist is using any Confidential Information of Diablo, provided that Netlist and Netlist's customers and business partners undertake reasonable precautions to maintain the confidentiality of Diablo's Confidential Information; 2) any claim for patent infringement based on an invention arising as a consequence of work performed under this Agreement; or 3) that Netlist or its customers or business partners are otherwise using technology developed by Diablo as a consequence of worked performed under this Agreement. Diablo hereby expressly waives and releases any rights it may have at law or in equity to take any legal action or other action as described in this paragraph against Netlist, its customers or its business partners. The term "business partner" as used in this paragraph refers to third

2

parties working with Netlist in connection with Netlist products, and such third parties are only entitled to the protections of this paragraph to the extent of their work with Netlist.

(iii)   Diablo acknowledges that there is a risk that subsequent to the execution of this Amendment, it may discover, incur or suffer facts and/or claims which were unknown or unanticipated at the time this Amendment is executed.  Diablo acknowledges and agrees that by reason of the releases and covenants contained herein, it is assuming the risk of such unknown facts and/or claims and agrees that this Amendment applies thereto. In connection therewith, Diablo expressly waives the benefits of Section 1542 of the California Civil Code, which section provides as follows, and any laws of similar affect applicable in any jurisdiction:

"A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR."

(iv)   Release and Covenant Not to Sue by Netlist

Netlist hereby fully releases, forever discharges and covenants not to sue Diablo and its respective past, present and future officers, directors, representatives, employees, agents, principals, shareholders, attorneys, assigns, predecessors, successors, affiliates, and subsidiaries, from any and all claims, causes of action, debts, liabilities, rights to damages, collection, reimbursement, costs, expenses, attorneys' fees, and rights to injunctive relief, known or unknown, relating to any alleged breach of this Agreement by such party prior to the Amendment Effective Date.

(v)   The foregoing Releases and Covenants Not to Sue are not intended to and do not alter or affect the obligations of either Netlist or Diablo with respect to the Agreement or this Amendment, including but not limited to Diablo's obligations to provide an escrow deposit or to indemnify Netlist pursuant to the terms of the Agreement.

## AMENDMENTS

9.   Market Share Commitment.  The following Section 3(e) is hereby amended in its entirety to read as follows:

"3(e)   Market Share Commitment. Netlist shall allocate to Diablo the following percentages of Netlist Market Share for the Netlist Chipsets unless Netlist Product using Netlist Chipsets supplied by Diablo do not successfully complete required third party qualification. Netlist shall not bias third party qualifications against Netlist Product using Diablo supplied Netlist Chipsets.

"Netlist Market Share": shall mean the number of Netlist Chipsets shipped, invoiced or sold, as part of a qualified memory module using Diablo supplied Netlist Chipsets or separately as individual components, by Netlist to any third party.

The Market Share Commitment shall not be capped at the minimum percentages indicated below. Netlist shall cooperate and disclose the status of and any feedback (whether positive or negative) to Diablo in connection with Netlist's qualification with any customers of the Netlist Chipset.

Netlist agrees not to renegotiate the purchase price of the Products to achieve or maintain this percentage:

3

(i)    1ˢᵗ 6 Months of Netlist Production: seventy-five percent        (75%);
Between 6ᵗʰ and 18ᵗʰ months of Netlist Production: sixty percent   (50%);
After 18 month of Netlist Production: fifty percent         (50%).

(ii)   In addition, all quantities of Netlist Chipsets set forth in any Purchase Order issued by Netlist to Diablo and confirmed by Diablo in accordance with this Agreement, but which Diablo is completely unable to fulfill, shall be deemed to have been allocated to Diablo.

(iii)  Audit. Netlist will maintain complete and accurate records for not less than three (3) years after this Agreement expires or is terminated. Diablo may audit Netlist's records in accordance with this Section, twice per year, at its expense; provided that a nationally recognized accounting firm retained by Diablo ("Auditor") will pursuant to a confidentiality agreement have access to such records solely for the purposes of confirming that Netlist has fulfilled its obligations under Section (i) above.

(iv)  If qualification requirements change in the 12 months following signing this Amendment, Netlist will give Diablo notice as soon as possible to allow Diablo to propose a remedy. During this period, if the product does not meet the customer requirements, Netlist shall make commercially reasonable efforts to maintain Diablo's market share by increasing shipments to other customers.

9.1     Guaranteed Minimum Allocation

Notwithstanding section 3(e), Netlist shall allocate to Diablo a minimum of 15% of the Netlist total annual consumption of ID and RD DxD/LRD devices provided however such allocation shall be limited to a maximum of 100% of the Netlist Market Share.

10.  Production Incentive.

- Netlist shall place a non-cancellable, pre-paid Purchase Order for 100,000 chipsets (a chipset is comprised of 1 unit RD device and 9 units of ID device) at a one time discounted price of US$15.00 when Diablo declares and Netlist provides written acceptance of such declaration of Production Status.

    Production Status is defined as Netlist commencing mass production of the LRD/DxD modules with Netlist's first customers and (a) unless waived by Netlist, the Netlist Chipset has passed all quality and reliability testing as per Diablo Quality Document OPS-REL-VTB-01 Rev 1.3 and (b) Netlist has received Approved Vendor qualification status on a major leading platform at (1) OEM (IBM, HP or Dell) for RDIMM(s) using the Netlist Chipset.

11.  Term. Section 11(a) is hereby amended in its entirety to read as follows:

"(a)    Term. This Agreement shall become effective on the Effective Date of this Agreement and shall continue for a period of three (3) years ("Initial Term"). This Agreement shall be extended automatically at the end of the initial term or subsequent terms for an additional one (1) year term, unless terminated in accordance with this Agreement or unless either party notifies the other party in writing of its intent not to renew at least ninety (90) days prior to the expiration of the Initial Term or subsequent term."

4

16. Section 11 (e) shall be amended to include:

The obligations of Diablo under Section 2 of this Amendment will survive, in accordance with the terms hereof, the term and termination of this Agreement, and will remain in full force and effect regardless of the cause of any termination and be binding on any successors or assigns.

## G E N E R A L

17.     Except as set forth herein, all terms and conditions of the Agreement shall remain in full force and effect. Unless otherwise defined in this Amendment, capitalized terms used in this Amendment shall have the same meaning as set forth in the Agreement. This Amendment, together with the Agreement, constitute the entire agreement of the parties with respect to the subject matter hereof, and supersedes any other agreements, promises, representations or discussions, written or oral, concerning such subject matter.

IN WITNESS WHEREOF, the parties hereto have executed this Amendment effective as of the Amendment Effective Date.

**Netlist, Inc.**

By:  
Name:  CHUN K. HONG  
Title:  President / CEO

**Diablo Technologies, Inc.**

By:  
Name:  RICCARDO BACALONE  
Title:  President, CEO

5

## <u>Statement of Work Number # MKT-SOW-VTB-001</u>

Client:            *Netlist Inc.*
Agreement:         Development and Supply Agreement # MKT-DSA-VTB-001,
                   effective *September 10th, 2008*
Effective Date:    *September 17th, 2008*
Version:           *0.8*

### <u>Contracting Parties</u>

This statement of work (the *"SOW"*) is entered into between Diablo Technologies, Inc., located at 290 St. Joseph, Suite 200, Gatineau, Quebec J8Y 3Y3 (*"Diablo"*) and Netlist, Inc., a Delaware corporation having a principal place of business at 51 Discovery, Irvine, CA 92618 (*"Netlist"*). This SOW is to be attached to a Development and Supply Agreement # MKT-DSA-VTB-001 entered into by Diablo and Netlist on *September 10th, 2008* (the *"Agreement"*) and is subject to and shall be governed by the terms, conditions, restrictions and limitations of the Agreement.

### <u>General Information</u>

This SOW is for the provision of Services as described herein.

Capitalized terms not defined in this SOW shall have the meanings assigned to them in the Agreement.

This SOW and the Services to be provided by Diablo under this SOW may be modified or supplemented in accordance with the terms and conditions of the Agreement. The parties acknowledge and agree that any change to this SOW may affect the estimated costs, the estimated delivery schedule and other relevant terms of performance of the Services.

Netlist acknowledges and agrees that this SOW and the Services to be provided by Diablo hereunder are based on information provided by Netlist to Diablo. Any inaccuracies or changes in such information will affect Diablo's ability to perform the Services under the terms and conditions of this SOW. Netlist also acknowledges and agrees that any failure to perform its obligations under this SOW will affect Diablo' ability to perform the Services under the terms and conditions of this SOW.

This SOW will be terminated upon the earlier of (i) completion of the Services to be provided hereunder, or (ii) termination of the Agreement.

Confidential to Diablo and Netlist                Page 1
                                                           SOW # v0.8



**Business Goals and Strategy**

The following description of Netlist's business and the general tasks to be performed by Diablo under this SOW is intended only as a general description and does not represent any representation or warranty by Diablo concerning its duties under this SOW or concerning the operation or proposed operation of Netlist's business.

Diablo Technologies Inc. has been selected by Netlist, to develop the Netlist Chipset consisting of two CSSP's known as the "RPLL" ASIC device and "ID" (Isolation Device) ASIC device. The targeted memory technology is JEDEC Compliant DDR3 SDRAM's. The Chipset is the answer to providing low power high density LP (low profile) and VLP (Very Low Profile) solution in the capacity-starved server market.

The objective of this technology is to reduce the DQ/DQS load on the system memory controller, as well as allow the substitution of high density DRAM chips with two lower density DRAM chips to obtain the equivalent memory density.

The RPLL device contains two functional blocks to support the LRD/DXD operation. The JEDEC required registers for the address and the control signals.   A Netlist proprietary, LRD/DXD controller, which provides the ISwitch control signal for multiplexing the DQ and DQS signals during the read and the write operations, and it also silences the address signals when the CS signal is inactive.   The ASIC is also responsible for controlling the DRAM operation time slot by sending the ISwitch control information prior to the data cycles.

The ID Isolation Switch (ISwitch) contains data isolation logic that electrically disconnects the non-accessed DRAMs from the DQ and DQS paths that are connected to the system memory controller. It receives the ISwitch control signals from the ASIC at least two cycles prior to the start of the valid data cycle, and creates a set of data path control signals that produces DQ and DQS signals that follow the JEDEC specification.

**Technical Team Leaders**

Each party reserves the right to determine the assignment of its respective personnel as relates to this SOW.  The parties anticipate that the following personnel will initially be assigned as technical team leaders for this SOW.

**Table 1 Diablo's Leadership Team**

SOW # v0.8



| Role | Name | Organization | AMB1/BoB Experience | Location |
|---|---|---|---|---|
| **Management** | | | | |
| VP, Program Management Office | Michael Parziale | Diablo | Yes | **Ottawa, Canada** |
| Project Manager | Mark Ayoub | Diablo | Yes | **Ottawa, Canada** |
| VP Engineering | Doug Sanderson | Diablo | Yes | **Ottawa, Canada** |
| VP Operations | Greg Stanley | Diablo | Yes | **Ottawa, Canada** |
| VP, Application Support | Franco Forlini | Diablo | Yes | **Ottawa, Canada** |
| Netlist Account Manager | John Bugee | Diablo | Yes | **San Jose, USA** |
| **Architecture Team** | | | | |
| Architect Team Lead | Maher Amer | Diablo | Yes | **Ottawa, Canada** |
| Architect | Claus Reitlingshoefer | Diablo | Yes | **Ottawa, Canada** |
| Architect | Mike Takefman | Diablo | Yes | **Ottawa, Canada** |
| **Development** | | | | |
| ASIC Director | Ammar Gharbi | Diablo | Yes | **Ottawa, Canada** |
| Analog Director | Dirk Pfaff | Diablo | Yes | **Ottawa, Canada** |
| Physical Design Manager | Andrew Holban | Diablo | Yes | **Ottawa, Canada** |
| **Operations** | | | | |
| Production Test | Frank Foti | Diablo | Yes | **Ottawa, Canada** |
| **Quality Management** | **Bryan Thexton** | **Diablo** | **Yes** | **Ottawa, Canada** |

## Key Product Features

The following table lists the key product requirements and features. The 2nd column indicates which device(s) are covered by the feature. RD stands for the RPLL ASIC device, ID stands for the isolation device and SY stands for generic system issues. The 3rd column provides a description of the feature.

Column 6 "Product Spec" is the spec list which contains implementation details that require further review by Netlist and Diablo during the Product Specification reviews. Signature of the SOW does not commit Diablo to the exact implementation details.

SOW # v0.8



Column 7 "Required Feature" is the feature list that contains high level descriptions of features within Netlist's Chip set. Signature of the SOW commits Diablo to supporting the entries in the feature list.

| Item | Scope | Description | Comments | Consensus | Product Spec | Required feature | Spec |
|------|-------|-------------|----------|-----------|--------------|------------------|------|
| 1 | RD | Operation as JEDEC compliant DDR3L Register, SSTE32882 (aka RD) , Clock Driver with Parity and Quad Chip Selects | | Yes | Yes | | JEDEC |
| 2 | RD | Add new JEDEC LD Control Register words | 9/5/08 Not defined yet. POR only RC6 and RC7 are used for LD, 9/8/08 Not defined in JEDEC, RC 6 & 7 are personality nibbles, JEDEC is reserving RC 11 to 15, | Use Personality Nibbles (6&7), and observe JEDEC | TBD | TBD | Open, ECN |
| 3 | RD | 28bit 1:2 or 26bit 1:2 and 4bit 1:1 registering clock driver per DDR3L Register | | Yes | Yes | | JEDEC |
| 4 | RD | Embedded Rank Multiplication/Reduction logic per Netlist Patent | | Yes | | Yes | Netlist |
| 5 | RD | Operation as JEDEC compliant to the DRAM: Address, Command, Control | | Yes | Yes | | JEDEC |
| 6 | RD | Operation as Netlist Proprietary to the ID: ID Control | | Yes | Yes | | Open, Netlist |
| 7 | RD | Register Package - MO246 Variation F 8x13.5x1.2, 11 x 20 array | | Yes | Yes | | JEDEC |

SOW # v0.8

| Item | Scope | Description | Comments | Consensus | Product Spec | Required feature | Spec |
|------|-------|-------------|----------|-----------|--------------|------------------|------|
| 8 | RD | 176ball for DDR3 Register | | Yes | Yes | | JEDEC |
| 9 | RD | Additional 13 balls added to JEDEC (SSTE32882), , 189ball for DDR3 Register with DxD/LRD support, Add Two differential clocks | | **Investigate need for 13 pin (DxD pin-J Mode)** | Yes | | Open, Netlist (13) |
| 10 | RD | The RD will zero all fields in the MR3 register writes that it has appropriated for self configuration | | Yes | Yes | | JEDEC |
| 11 | RD | Propagation delay (tpdm), single-bit switching, CK/Q is 1.0ns Max (1.5V operation, up to 1333MHz) in JEDEC mode | | Yes | Yes | | JEDEC |
| 12 | RD | Propagation delay (tpdm), single-bit switching, CK/Q is 1.0ns Max (1.5V operation, up to 1333MHz) in DxD/LRD mode | This will be larger for Netlist mode | **Futher discussion w/Lee** | Yes | | Open, NL |
| 13 | RD | Correct programming of MR registers for both physical ranks of DRAMs | | Yes | | Yes | Netlist |
| 14 | RD | AC and DC specification of I/O to DRAM per JESD79-3 C (June 2008 or later) | | Yes | Yes | | JEDEC |
| 15 | RD | RD Active power is 849 mW, as per Diablo document titled "NETLIST CHIPSET POWER CALCULATION ASSUMPTIONS", Diablo document number SYS-SPC-VTB-102 | TBD | **Confirm if RC=0, is DA=1 or 0, output floating? Diablo will reference a spec** | | Yes | Netlist |
| 16 | RD | RD Standby Idle power is 538 mW, as per Diablo document titled "APPENDIX 1, NETLIST CHIPSET POWER CALCULATION ASSUMPTIONS", Diablo document number SYS-SPC-VTB-102 | TBD | **Diablo to identify which standby spec in the DDR3 register spec** | | Yes | netlist |

SOW # v0.8

| Item | Scope | Description | Comments | Consensus | Product Spec | Required feature | Spec |
|------|-------|-------------|----------|-----------|--------------|------------------|------|
| 17 | RD | Intialization time of 200us + PLL initialization 6us | | Yes | Yes | | JEDEC |
| 18 | RD,ID | Transparent mode to allow low frequency test | Not supported in the POR. Must be specified and go through ECN | NL proposal, Di feels may not need | TBD | | Open, ECN |
| 19 | RD | Production package will conform to Industry Standard Green | | Di still checking, Lead free is 100% required, Diablo lacks info on pkg house capability | | Yes | Netlist |
| 20 | RD | 1333MHz 1.5V (1.425 to 1.575), Ambient of 85Deg C  and Tj=125deg C or less | | Yes | Yes | | JEDEC |
| 21 | RD | 1333MHz 1.35V (1.282 to 1.451), Ambient of 85Deg C and Tj=125deg C or less | | Yes | Yes | | TBD per JEDEC |
| 22 | RD | RTL Availability | | | yes | | Netlist |
| 23 | ID | Operation as Netlist Proprietary Isolation Device (aka ID): ID Controls, ID Control Word, ID interface to DRAM, ID interface to RD | | Yes | Yes | | Open, NL |
| 24 | ID | Operation as JEDEC compliant to the Host Controller: DQ/DQS/Y | | Yes | Yes | | JEDEC |

SOW # v0.8

| Item | Scope | Description | Comments | Consensus | Product Spec | Required feature | Spec |
|------|-------|-------------|----------|-----------|--------------|------------------|------|
| 25 | ID | Operation as JEDEC compliant to the Intel Controller: DQ/DQS/Y | Need Intel spec | TBD | Yes | | Intel |
| 26 | ID | Independent interface as Netlist Proprietary (CMOS full swing with voltage swing limiter) to the DRAM: DQ/DQS | SSTL driver that may or may not be terminated | DI says risk w/program w/CMOS, provide sims, spice, or ckt | Yes | | Open, NL |
| 27 | ID | Absolute maximum ratings per DDR3L register (table 24 in the spec) | | Yes | Yes | | JEDEC |
| 28 | ID | Timing requirements from RD per Netlist Proprietary at 1333MHz | We do not have any timing requirements | Cycle timing, sub cycle timing, CK to Q, NL will revisit on Monday | Yes | | Open, NL |
| 29 | ID | 2 device loads per ID bus (2 on A bus, 2 on B bus), 2 buses per ID,  to the DRAM | | Yes | | Yes | Netlist |
| 30 | ID | Isolation Device Package - 2.5x7.5x1.2, 4 x 14 array | | Yes | Yes | | Netlist |
| 31 | ID | Production package will conform to Industry Standard Green | | Di still checking, Lead free is 100% required | | Yes | Netlist |
| 32 | ID | Write Levelization per JEDEC DDR3 JESDA79-3 | At the ID interface | NL to follow up this comment | Yes | | JEDEC |
| 33 | ID | AC and DC specification of I/O to DRAM per JESD79-3 C (June 2008 or later) | | Yes | Yes | | JEDEC |
| 34 | ID | 9 ID's Standby Idle power is 225mW, as per Diablo document titled "APPENDIX 1, NETLIST CHIPSET POWER CALCULATION ASSUMPTIONS", Diablo document number SYS-SPC-VTB-102 | TBD | NL needs to give proposal, & Di will give proposal | | Yes | Open, NL/Di |
| 35 | ID | DQ Capacitance value of Max 2.5pf for ID facing Host | will discuss internally | Yes | Yes | | Open, HDRL |

| Item | Scope | Description | Comments | Consensus | Product Spec | Required feature | Spec |
|------|-------|-------------|----------|-----------|--------------|------------------|------|
| 36 | ID | DQ Capacitance value of Max 2.5pf for ID bus facing the DRAM | | Yes | Yes | | Open, HDRL |
| 37 | ID | DQ Delta Capacitance over all inputs 0.5pf (-0.5 to +0.3) Max | | yes | Yes | | Open, HDRL |
| 38 | ID | Propagation delay (tpd), through ID 600pss Max 1333MHz) | This is not applicable for the ID | discuss on Monday | Yes | | Open, NL |
| 39 | ID | DQ/DQS Rising edge slew rate (1.5V operation, up to 1333MHz) to DRAM per Netlist Proprietary | We don't have a spec from Netlist | discuss on Monday | Yes | | Open, NL |
| 40 | ID | Load circuit for propagation delay and slew measurement are per Netlist Proprietary | We don't have a spec from Netlist. The POR all outputs have 25ohm test load | discuss on Monday | Yes | | Open, NL |
| 41 | ID | DQ/DQS should never float facing DRAM | | Yes | Yes | | Open, NL |
| 42 | ID | Programmable Driver Strength on ID facing Host (Match DRAM ODI, 40/34ohm) | | Di POR is to support DDR3 JEDEC | Yes | | Open, NL |
| 43 | ID | 9 ID's Active power is 754mW, as per Diablo document titled "APPENDIX 1, NETLIST CHIPSET POWER CALCULATION ASSUMPTIONS", Diablo document number SYS-SPC-VTB-102 | TBD | **Diablo will reference a spec** | | Yes | Open, Diablo |
| 44 | ID | Ballout as per Netlist proprietary | | yes | Yes | | Open, Di |
| 45 | ID | Initialization does not require additional extra steps from the host controller | | | Yes | | JEDEC/Diablo |
| 46 | ID | DQ/DQS calibration performed at same time as DRAM calibration | | | Yes | | JEDEC |

Confidential to Diablo and Netlist

SOW # v0.8

| Item | Scope | Description | Comments | Consensus | Product Spec | Required feature | Spec |
|---|---|---|---|---|---|---|---|
| 47 | ID | ODT (RTT) on ID controlled by RD, ID to host controller, TBD | | Yes | Yes | | Open, NL/JEDEC |
| 48 | ID | 1333MHz 1.5V (1.425 to 1.575), Ambient of 85Deg C and Tj=125deg C or less | | | Yes | | JEDEC |
| 49 | ID | 1333MHz 1.35V (1.282 to 1.451), Ambient of 85Deg C and Tj=125deg C or less | | Yes | | Yes | JEDEC |
| 50 | ID | RTL Availability | | | Yes | | Open, Netlist |
| 51 | ID | Date lines will support ODT (Single using DRAM JEDEC ODT values) just like a single rank module | | | Yes | | JEDEC |
| 52 | SY | 1333MHz 1.5V (1.425 to 1.575), Ambient of 85Deg C and Tj=125deg C or less | | | Yes | | JEDEC |
| 53 | SY | 1333MHz 1.35V (1.282 to 1.451), Ambient of 85Deg C and Tj=125deg C or less | | | | Yes | JEDEC |
| 54 | RD,ID,SY | At speed DRAM test in system | | Yes | | Yes | Open,NL/Di |
| 55 | RD,ID,SY | Once programmed and enabled, RD executes test over all ranks and banks unless aborted | Test methodology is to be discussed with Netlist. This may change | | yes | | Open,NL/Di |
| 56 | RD,ID,SY | Test pass or fail signalled to system via Parity assertion. | Test methodology is to be discussed with Netlist. This may change | | Yes | | Open,NL/Di |

| Item | Scope | Description | Comments | Consensus | Product Spec | Required feature | Spec |
|------|-------|-------------|----------|-----------|--------------|------------------|------|
| 57 |  | Test status via illegal DQS transitions | Test methodology is to be discussed with Netlist. This may change |  | Yes |  | Open,NL/Di |
| 58 | RD,ID,SY | Memory test can continue following an error with minimal (but non zero) coverage loss under SW control. System SW will handle coverage loss after the test completes. | Test methodology is to be discussed with Netlist. This may change |  | Yes |  | Open,NL/Di |
| 59 | RD,ID,SY | x4 and x8 DRAM supported |  | Yes |  | Yes | Netlist |
| 60 | RD,SY | Maximum of 4 Physical Ranks per RD/ID slice with either 2 or 4 chip selects (configured with DxD, QCSEN# ) |  | Yes |  | Yes | Netlist |
| 61 | RD,SY | 1Gb and 2Gb chips supported for DxD |  | Yes |  | Yes | Netlist |
| 62 | RD,SY | No chip capacity restrictions for RPLL, LRD (no DxD)  operation (support anything that JEDEC DDR3 allows) |  | Yes |  | Yes | JEDEC |
| 63 | RD,ID,SY | Inter-operability with JEDEC DDR3 RDIMM |  |  | Yes |  | JEDEC |
| 64 | SY | 2 DIMMs with a total of 8 CS- @ full speed 1333MHz |  | yes |  | Yes | Netlist |

## Scope of Work

Diablo shall develop a design for the Netlist Chipset per the following specifications, which form the baseline of this SOW. Amendments to the following specifications, will be handled in accordance with (IAW) **Changes** outlined in this document.

- ▪ Diablo document number: SYS-SPC-VTB-001, "VT-Berlinetta RD Product Specification", revision 1.0, date:  See Delivery schedule
- ▪ Diablo document number: SYS-SPC-VTB-101, "VT-Berlinetta ID Product Specification", revision 1.0, date:  See Delivery schedule



Specifically, Diablo and Netlist will perform the following tasks and responsibilities as listed in the table below, Table 2, for the Netlist Chipset development. An "X" indicates the primary owner of the task, with support from the other party as required.

| Task | Description | Netlist | Diablo |
|------|-------------|---------|--------|
| | | | |
| 1.0 | LRD/DXD Specification | | |
| 1.1 | ASIC Controller Product Specification | X | X |
| 1.2 | Isolation Device Product Specification | X | X |
| 1.3 | ASIC Implementation Specifications | | X |
| 1.4 | ID Implementation Specifications | | X |
| 1.5 | DFT(design for test) ASIC Implementation Specification | | X |
| 1.6 | DFT(design for test) ID Implementation Specification | | X |
| 1.7 | Test Board Specifications | | X |
| 1.8 | Pre-Silicon Verification Plans | | X |
| 1.9 | Post-Silicon Functional/Parametric Validation Plans | | X |
| 1.10 | IC Production Test Program Development Plan | | X |
| 1.11 | JEDEC Specifications | X | X |
| 1.12 | Device Reliability/ Qualification Requirements | X | |
| | | | |
| 2.0 | Design and Implementation | | |
| 2.1 | Chip Design and Implementation | | X |
| 2.2 | DIMM/DRAM Simulation Model | X | |
| 2.3 | Pre-silicon device functional verification | | X |
| 2.4 | Pre-silicon system-level functional verification | X | X |
| 2.5 | Netlist RTL (encrypted) deliverable to Diablo | X | |
| 2.6 | Diablo RTL (encrypted) deliverable to Netlist | | X |
| 2.7 | Pre-Silicon interoperability (RTL & timing) functional verification | X | X |
| 2.8 | Pre-Silicon system-level interoperability functional verification | X | |
| 2.9 | Signal Integrity Analysis | X | X |
| 2.10 | IC Package Development | | X |
| 2.11 | ATE Test Program Development (ASIC Device) | | X |
| 2.12 | ATE Test Program Development (ID Device) | | X |
| 2.13 | ATE Test/Load Board Design and Bring-Up (ASIC Device) | | X |
| 2.14 | ATE Test/Load Board Design and Bring-Up (ID Device) | | X |
| 2.15 | Device Validation/Parametric Board Development | X | |
| | | | |
| 3.0 | Post-Silicon (Engineering Samples) | | |
| | | | |
| 3.1 | ASIC & ID Device validation and characterization | | X |
| 3.2 | LRD/DXD Bring-up and system integration | X | X |
| 3.3 | LRD/DXD Bring-up and system integration - Interoperability | X | |
| 3.4 | OEM Validation | X | |
| 3.5 | ATE Test Program Bring-Up (ASIC Device) | | X |
| 3.6 | ATE Test Program Bring-Up (ID Device) | | X |

SOW # v0.8

| Task | Description | Netlist | Diablo |
|------|-------------|---------|--------|
| 4.0 | Post-Silicon (Production) | | |
| 4.1 | OEM Qualification | X | |
| 4.2 | Wafer Sourcing | | X |
| 4.3 | Package Sourcing | | X |
| 4.4 | Assembly and Test Site Selection | | X |
| 4.5 | Final Test Program Bring-up and Release to OSAT | | X |
| | | | |
| Task | Description | Netlist | Diablo |
| 5.0 | Management | | |
| 5.1 | Pre-Production Program Management | X | X |
| 5.2 | Production Account Management | | X |
| 5.3 | Production Manufacturing Management | | X |
| 5.4 | Production Order Management | | X |
| | | | |

Netlist acknowledges and agrees that the Scope of Work was developed based on information provided to Diablo by Netlist and the accuracy of any estimates and specifications in the Scope of Work or elsewhere in this SOW is highly dependent upon the accuracy of information provided by Netlist. Netlist acknowledges and agrees that the Scope of Work is preliminary and is subject to further definition and modification, as per "Changes".

In addition, Netlist will provide in a timely fashion any collateral design material in support of the development effort of these two devices and the standard R&PLL solution
- existing reference design database,
- product specifications,
- DIMM/DRAM simulation models,
- Device validation boards, and
- Specific test requirements for OEM validation and qualification.

## Program Management

The goal of the program management service is to provide Netlist with a consistent interface to the Diablo's technical team(s). The Program Manager acts as Netlist's primary interface for all technical matters regarding Netlist LRD/DXD Chipset development project, and for questions and issues that may arise.

## Deliverables

Diablo will develop a Project Management Plan to communicate the Project objectives, Deliverables, project team organization, assignments, master schedule, and other management planning that pertains to the internal development Project. The following Project Management deliverables will be developed during the initial planning phase of the Project and reviewed and accepted by both Netlist and Diablo during the Project ramp-up.



<u>Work Breakdown Structure:</u>  Diablo shall create and maintain a work breakdown structure defining the functional decomposition of the deliverables outlined in this document and any changes to the document by properly executed change orders.

<u>Project Team Organization:</u> Diablo shall create and maintain an organizational diagram defining the groups performing work on this Project.

<u>Baseline Schedule:</u>  Diablo shall create and maintain a baseline Netlist LRD/DXD Chipset development schedule against, which progress of the Project will be measured. The baseline schedule will not change during the course of the Project, except by a properly executed change order, IAW Changes, which approve adjustments to the scheduled start or completion of certain deliverables, or creates additional deliverables which have a schedule impact.

<u>Communication Plan:</u>  Diablo will finalize the communication plan.  The plan shall include schedule of status reporting, program reviews and, joint management meetings.

**Diablo's Program Manager**

Diablo will designate a single point of contact to be Diablo's *Program Manager*. The Program Manager will be *Michael Parziale.*  Diablo's Program Manager shall:
- Have direct responsibility for Diablo's overall performance under this SOW and have final authority to make decisions for Diablo on matters that relate to Diablo's performance of Projects that are part of the current engagement
- Escalate and resolve any Project issues that cannot be resolved within a Project
- Obtain approval for Engineering Change Orders on behalf of Diablo.
- Serve as principal liaison with Netlist's personnel

**Diablo's Project Manager**

Diablo will designate a single point of contact to be Diablo's *Project Manager, Mark Ayoub*. Diablo's Project Manager shall:
- Supervise the work of Diablo's personnel and carry out Diablo's responsibilities under this Agreement
- Make decisions requested by Netlist within 10 days after submission to Diablo, of a change proposal, an issue or a problem
- Make available Diablo's personnel assigned to this Project as requested by Netlist to perform Services or answer questions
- Execute on behalf of Diablo any notices, Acceptance Forms related to Deliverables produced or provided by Netlist, and other communications required for any project
- Identify problems, develop constructive solutions and recommend specific management action

SOW # v0.8



**Steering Committee**

The Steering Committee is a management structure, comprised of the Program Sponsors and other Diablo and Netlist senior management, with a direct interest in the outcome of the Project. The focus of the Steering Committee should be on strategic Project and organizational issues. The initial plan is to hold a meeting of the Steering Committee at Project kickoff, each six weeks or at critical milestones, and at the end of the Project, as agreed to in the kick-off meeting.

The Steering Committee's primary activities include:
- Ensure the success of the Project
- Review the Project Implementation Plan (at the end of the Definition phase)
- Monitor the progress and scope of the Project
- Provide input and support on decisions that are critical to the Project's success.

The initial members of the Steering Committee are:

**Table 2 Steering Committee**

| Diablo | Netlist |
|---|---|
| Tom Dohmen | Jon Siann |
| Cedric Paillard | Jim Perrott |

**Changes -** (Supplemental to Section 2(b) Changes of Development and Supply Agreement between Diablo and Netlist.)

During the course of this Project the need to make changes to various aspects of the Project may arise. These potential changes, identified by either Diablo or Netlist personnel, will be documented in an "Engineering Change Order" (ECO) request. Any ECO requests will be reviewed and evaluated by a combined Diablo/Netlist ECO review board. Upon mutual agreement of both parties, the ECO will be deemed an authorized modification of the Agreement to alter the appropriate applicable specifications. Any ECOs affecting schedule, price, quality or any other provision of the SOW must be reviewed and approved by the Steering Committee prior to implementation.

The ECO is a self-contained document that contains the information necessary to decide on the merits of a proposed change, and shall include:

- A description of the change.
- A description of the how the change would be accomplished, price of implementing the change, impact of the change on the schedule, and critical dates by which time a decision must be made.
- Signatures, effective dates and scheduled implementation date.

Changes proposed in the ECO shall not become effective until the ECO is agreed upon in writing by both Parties. Unless agreed otherwise, Diablo will not charge Netlist for preparing the ECO.



## Intellectual Property

During the course of this Project Netlist and Diablo may need to have access to and utilize recognized protectable "Intellectual Property." This information, contributed by Diablo, Netlist, or an external 3rd party vendor, will be documented in an "Intellectual Property Log" and subject to the ownership provisions as noted in Table 3 and Table 4 below.

This section will be used as the basis for the initial entries in the IP Log described in the Deliverables section.

Table 3: Diablo/Customer Intellectual Property Ownership

| Description | Ownership | Status | Type |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

Table 4: 3rd Party Intellectual Property Ownership Rights

| IP Description | Name of 3rd Party | Contracting Entity |
|---|---|---|
| Chartered Semiconductor 0.13um LP Process 1.5V & 1.2V SAGE-X(tm) v2.0 – Standard Cells Library | ARM Inc |  |
| Chartered Semiconductor 0.13um LP LVT Process SAGE-X™ v2.0 – Standard Cell Library | ARM Inc |  |

## Delivery Schedule

Below is the parties' estimated time table for delivery of the deliverables under this SOW and is pending a review. This delivery schedule is subject to adjustment as provided in this SOW and the Agreement.

The following estimated delivery Due Dates will be reviewed with Netlist to take into consideration Netlist's qualification and certification plan.

| Event/Milestone Description | Estimated Delivery Due Date (in business days from Effective Date) | Dependency |
|---|---|---|



| | | |
|---|---|---|
| 1. Package house selected | 12-Sept-08 | |
| 2a. Product spec reviewed completed by Netlist & Diablo | 19-Sept-08 | |
| 2b. Final spec signoff by both parties | 23 Sept 08 | 2a |
| 3. Implementation spec complete (based on Diablo's understanding of the Netlist specification as of the sign-off date of the SOW) | 26-Sep-08 | 1, 2b |
| 4. Validation Plan complete | 03-Oct-08 | 2b,3 |
| 5. ATE test program definition | 03-Oct-08 | 2b,3 |
| 6. Circuit design complete | 7-Nov-08 | 3 |
| 7. Package release to manufacture | 24-Nov-08 | 3 |
| 8. Silicon Tape-out | 8-Dec-08 | 1,2,3,4,5,6,7 |
| 9. Board design complete/Release to manufacture | 15-Dec-08 | 4 |
| 10. Wafers Available | 19-Jan-09 | 8 |
| 11.Package substrate available | 20-Jan-09 | 7 |
| 12. Validation Board available | 6-Feb-09 | 9 |
| 13. Load board/ Test program complete | 20-Feb-09 | 5 |
| 14. ES available @ Diablo | 20-Feb-09 | 10,11 |
| 15. Initial ES to Netlist (parts screened) | 9-Mar-09 | 12,14 |
| 16. Sample test program ready | 22-May-09 | 13,14,15 |
| 17. CS to Netlist (Full characterization complete) | 2-Jun-09 | 16 |
| 18. Risk Production | 3-Jul-09 | 17 |

As Diablo proceeds with the project, it may encounter certain technical issues that may prevent its delivery of the deliverables in accordance with the estimated time table set forth above. In such case, Diablo shall notify Netlist of such technical issues and shall

SOW # v0.8



provide Netlist with an alternative estimated delivery date(s) for the affected deliverable(s), IAW Changes.

If Netlist's acceptance process of any deliverable delays Diablo in proceeding to the next level of development, Diablo shall be entitled to adjust the delivery schedule accordingly and will notify Netlist of such adjustment(s).

The costs estimated in this SOW are based on Diablo' standard rates. If Netlist accelerates the delivery schedule, subject to agreement by Diablo, Diablo will bill Netlist at Diablo's then current rush rates.

If the parties amend the Product Specifications (as listed in Schedule 1) or make any other changes to the SOW in accordance with the terms and conditions of the SOW and the Agreement, the delivery schedule will be appropriately adjusted by the parties to accommodate such changes.

## Risk Mitigation Plan

This risk mitigation plan is to outline the risks that have been identified by Diablo as having highest probability to impact the delivery schedule. This list is not meant to be all-exhaustive. These risks have been categorized as High, Medium and Low.

| Description of Risk | Consequence | Mitigation Plan | Severity |
|---|---|---|---|
| ID packaging solution available, but conceptual stage only. | • Package substrate design cannot start.<br>• Delay in delivering ES. | To be discussed with Netlist | High |
| Chip-set product specification not finalized with Netlist. | • Circuit implementation schedule slip.<br>• Silicon tape-out delay.<br>• ATE development impact.<br>• Delay in delivering CS. | Define gaps in specs internally and present proposal to Netlist.<br><br>Project schedule based on Diablo specs. | High |
| Diablo chip-set definition and other chip-set provider definition diverge significantly. | • Interoperability not achieved. | Netlist to review and approve both chip-set definitions.<br><br>Open communication channels to all parties. Implement 3-way NDA. | High |
| Factory resistor trimming required for registered ASIC device. | • Impact on silicon testing and cost. | Understand how standard register devices calibrate on chip resistor.<br><br>Netlist to add ZQ pin to registered ASIC ball definition and precision resistor on to the DIMM | Medium |
| Unknown Qual and Certification Plan | • ATE development impacted<br>• Interoperability testing unknown<br>• Delay in delivering MP | To be discussed with Netlist | Medium |
| System level verification coverage completeness. | • Bug identification late in product development cycle. | Netlist to provide Diablo with all/critical DIMM/OEM test cases. | Low |

SOW # v0.8



## Acceptance

Upon completion of any payment based milestones, Diablo will deliver such deliverable to Netlist for Netlist's acceptance. Netlist is responsible for testing the deliverable against the Acceptance Criteria as defined in Schedule 2. If Netlist in its reasonable discretion determines that any submitted deliverable does not materially perform or conform to the functional requirements as specified in the Acceptance Criteria appropriate for the applicable phase of the deliverable, then Netlist shall identify and specifically describe such non-conformities in writing within 15 business days after Diablo' submission of the deliverable (*"Non-Conformities"*). Non-Conformities must be specified in sufficient detail so as to allow Diablo to determine the level and type of non-conformance in relation to the Acceptance Criteria and to allow Diablo to readily reproduce the Non-Conformities. Further, Netlist must be able to reproduce Non-Conformities as reasonably requested by Diablo to assist Diablo in correcting the Non-Conformities. Diablo will use reasonable efforts to promptly correct the Non-Conformities. Any failure on Netlist's part to notify Diablo of its acceptance or rejection of any submitted deliverable within 15 business days after Diablo' submission of the deliverable to Netlist shall be deemed to be acceptance by Netlist of such submitted deliverable.

## Payment

Diablo will invoice Netlist for all Services performed (i) upon completion of expiring Services, (ii) upon submission of any deliverable for Netlist's approval, or (iii) periodically for non-expiring Services, as the case may be. All Service related invoices are to be paid within 10 working days from receipt of Services. If Netlist terminates any Service in accordance with the Agreement and the SOW, Diablo shall be entitled to payment for all Services performed up to such termination, whether or not the applicable deliverable is complete and whether or not Netlist approves of the applicable deliverable. Diablo shall be entitled to suspend any Service at any time if any amount due under this SOW is more than 10 (10) days past due.

## Maintenance

If Netlist wishes to have Diablo maintain and support the deliverables furnished under this SOW, Netlist may purchase such services pursuant to Diablo' standard terms and current rates.

## Contact List

| Diablo | | Netlist | |
|---|---|---|---|
| **Business Coordinator** | | **Business Coordinator** | |
| Name: | John Bugee | Name: Mario Martinez | |
| Title: | Sale Director | Title: Sr. Technologist, Marketing | |
| Address:1245 Monte Verde Ct., Los Altos, | | Address: 51 Discovery, Irvine, CA 92618 | |

SOW # v0.8



| CA | |
|---|---|
| Phone:  650.776.1174 | Phone: 949.679.0159 |
| Email:  jbugee@diablo-technologies.com | Email: mmartinez@netlist.com |
| | |
| **Technical Coordinator** | **Technical Coordinator** |
| Name:  Mike Parziale | **Business Coordinator** |
| Title:     VP and Co-Founder | Name: Mario Martinez |
| Address: 290 St. Joseph, Suite 200. Gatineau, Quebec Canada   J8Y 3Y3 | Title: Sr. Technologist, Marketing |
| Phone:     819-776-9393  ext 35 | Address: 51 Discovery, Irvine, CA 92618 |
| Email: mparziale@diablo-technologies.com | Phone: 949.679.0159 |
| | Email: mmartinez@netlist.com |

**Acceptance of SOW**

To indicate their agreement to the terms and conditions of this SOW, Diablo and Netlist, acting through their authorized representatives, have signed and delivered this SOW on the dates specified below.

Diablo:                                              Netlist:

By: _____      By: _____

Name: Riccardo Badalone            Name: James Perrott

Title: C.E.O.                      Title: Sr. VP, Sales & Marketing

Date: 9/18/08                      Date: 9/17/08

SOW # v0.8

**Schedule 1**
**to SOW # MKT-SOW-VTB-001**
**between Diablo and Netlist**

**Product Specifications**

Please reference to the following documents:

- Diablo document number: SYS-SPC-VTB-001, "VT-Berlinetta RD Product Specification", revision 1.0, date: TBD
- Diablo document number: SYS-SPC-VTB-101, "VT-Berlinetta ID Product Specification", revision 1.0, date: TBD



**Schedule 2**
**to SOW # MKT-SOW-VTB-001**
**between Diablo and Netlist**

**Acceptance Criteria**

1) Specification sign off of the product.

Acceptance Criteria: Both Netlist and Diablo have agreed to the baseline product specifications listed in the "Scope of Work" section.

2) Tape-out of Product

Acceptance Criteria: Tape-out design review gate completed and report provided to Netlist

3) Engineering Sample shipment of Product

Acceptance Criteria: Basic Screened (Netlist and Diablo to agree on what this means) Engineering Samples sent to Netlist and Netlist to test samples as per the agreed upon basic screening test suite.

4) Production Status of Product

Acceptance Criteria: Netlist declares production status of the LRD/DxD modules, or Diablo has passed all qual and reliability testing and has provided Netlist a production worthy chipset

