Benjamin K. Riley (Cal. Bar No. 112007)
briley@bzbm.com
Robert H. Bunzel (Cal. Bar No. 99395)
rbunzel@bzbm.com
W. Paul Schuck (Cal. Bar No. 203717)
pschuck@bzbm.com
Sony B. Barari (Cal. Bar No. 243379)
sbarari@bzbm.com
Simon R. Goodfellow (Cal. Bar No. 246085)
sgoodfellow@bzbm.com
**BARTKO, ZANKEL, BUNZEL & MILLER**
One Embarcadero Center, Suite 800
San Francisco, California  94111
Telephone:  (415) 956-1900
Facsimile:   (415) 956-1152

Thomas J. Wimbiscus (*Pro Hac Vice*)
twimbiscus@mcandrews-ip.com
Gregory C. Schodde (*Pro Hac Vice*)
gschodde@mcandrews-ip.com
Wayne H. Bradley (*Pro Hac Vice*)
wbradley@mcandrews-ip.com
**McANDREWS, HELD & MALLOY**
500 West Madison Street, 34th Floor
Chicago, IL  60661
Telephone: (312) 775-8000
Facsimile:   (312) 775-8100

Sean C. Cunningham (Cal. Bar No. 174931)
sean.cunningham@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA  92101-4297
Telephone: (619) 699-2700
Facsimile:  (619) 699-2701

Attorneys for Plaintiff
NETLIST, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DIABLO TECHNOLOGIES, INC., <br><br> Defendant. | Case No. 4:13-cv-05962 YGR <br><br> **DECLARATION OF W. PAUL SCHUCK IN SUPPORT OF NETLIST, INC.'S MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date: December 2, 2014 <br> Time: 2:00 p.m. <br><br> Courtroom 1, 4th Floor <br> The Honorable Yvonne Gonzalez Rogers |

I, W. Paul Schuck, hereby declare:

1. I am an attorney licensed to practice law in the State of California, and I am admitted to practice before the Northern District of California. I am a principal at the law firm Bartko, Zankel, Bunzel & Miller, counsel Netlist, Inc. ("Netlist") in this case. The facts stated herein are true of my own knowledge, unless otherwise stated, and if called to testify I could and would testify to those facts.

2. I submit this in support of Netlist's Motion for Preliminary Injunction.

3. Attached hereto as Exhibit A is a true copy of the expert report of Kenneth A. Jansen dated October 4, 2014.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 5, 2014, at San Francisco, California.

> */s/ W. Paul Schuck*
> W. Paul Schuck

-2-

2458.000/852115.1

SCHUCK DECL. ISO NETLIST, INC.'S MOTION FOR PRELIMINARY INJUNCTION
Case No. 4:13-cv-05962 YGR