# EXHIBIT 1



**Ken Jansen**
**Texas IP Labs**

## SKILLS

Server Architecture and Design, ASIC Design, Storage Design, Patent Review Board Member, Standards Development, Memory Board/Subsystem Architecture and Design (Protocol, Signal Integrity, Propagation Delays, Timing Budgets), Testifying and Deposition experience including ITC.

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| February '14 to present | **Digital Ordnance Storage, Inc., Houston, Texas**<br>*Vice President Engineering*<br>Building engineering organization for a startup focused on an innovative storage infrastructure.  Partnering with marketing and CEO to define product family.   Engaging and evaluating potential suppliers and vendors.  Creating intellectual property. Developing product and hiring plans. |
| October '01 to January '14 | **Hewlett-Packard Company**<br>**Compaq Computer Corporation, Houston, Texas**<br>*Director, ISS Silicon Enablement and Design*<br>Led a highly motivated team of ASIC engineers and technologists focused on innovative and customer valued differentiation for HP Server platforms.  Over 50% of the team was located outside of Houston, including Costa Rica.  Team delivered multiple generations of iLO systems management devices.<br><br>Drove team to implement new development methodologies to respond to quickening pace of innovation.  Championed multiple proof of concept projects.  Engineering management lead for ISS ASIC vendor interface, management, and strategy.<br><br>Participated on multiple teams which spanned the enterprise business, including the ASIC Center of Excellence strategy and business team.  Member of the server business patent review committee, and the Technical Career Path Review Board.<br><br>Redirected and re-energized team for multiple new business environments due to changing economic conditions.  Participated in planning and executing several actions to reduce spend including spinning out a portion of the team to a friendly supplier.<br><br>Recognized as a strong fiscal manager.  Team scored at or near top of peers on multiple annual Voice of Workforce surveys. |
| July '00 to October '01 | **Compaq Computer Corporation, Houston, Texas**<br>*Director, Advanced Technology Development*<br>Led a group of approximately 150 individuals who were chartered with evaluation, creation, and development of strategically important technologies for Compaq's ISSG. Group consisted of ASIC development and support teams, architecture teams, technical communications and marketing teams.  Direct reports included senior technical contributors, a Director, and Senior Managers.  Actively involved in numerous industry standards activities.  Key to building the team and in evaluation of potential partners. Member of Patent Review committee, and ISS ATCP committee. |

| | |
|---|---|
| November '97 to July '00 | **Compaq Computer Corporation, Houston, Texas**<br>*Director, Advanced Server Architecture and Design*<br>Led a group of 60+ highly creative and talented technical professionals and support staff charged with defining and developing technologies for inclusion in industry leading server platforms.  Work involved developing and promoting new industry standards.  Key player in the adoption of PCI-X by the industry, leading Compaq's team and negotiations with HP and IBM to form workgroup.  Served as Compaq rep on Future I/O steering committee and helped create and drive strategies which lead to merging of FIO and NGIO to form Infiniband.  Initial Compaq steering committee rep on IB.  Prepared and presented numerous presentations laying out Compaq strategy and vision.  One of the key Compaq press contacts for PCI-X and IB.  Led team developing first PCI-X silicon and coordinated with platform development teams to allow Compaq to lead in PCI-X deployment.  Interacted with division and group management to set and execute strategies.  Member of Patent Review Committee.  Developed win-win relationships with suppliers and vendors.  Provided training updates for field engineers.  Prepared and presented numerous customer briefings.  Presented strategy and directions at industry events.  Served term as executive sponsor for ISS ATCP committee. |
| October '92 to October '97 | **Compaq Computer Corporation, Houston, Texas**<br>*Manager, Advanced Design and Architecture*<br>Led a team of 5-20 individual contributors to develop and deploy new server technologies including I/O subsystem design and system performance analysis. |
| October '87 to October '92 | **Compaq Computer Corporation, Houston, Texas**<br>*Systems Engineer/Lead Engineer*<br>Various design projects including prototype of the Compaq SystemPro, EISA Bus Master Emulator, multiprocessing test platform, and numerous systems test cards. |
| April '86 to October '87 | **Argo Integrated Systems, Houston, Texas**<br>Participated in all phases of new business start-up, responsible for generating engineering contract proposals and supporting documents.  Designed and coded several portions of a graphics demo package in C.  Modified and added extensive new features to a client's product in TMS 9900 Assembly. |
| February '80 to April '86 | **Texas Instruments, Inc., Geophysical Systems Division, Houston, Texas**<br>*Electronic Design Engineer*<br>Digital logic designer.  Projects included a high performance NuBus to VME bus coupler; high resolution, high performance frame buffer based on TTL and ECL logic families; and module level test equipment for geophysical product line. Responsible for FCC Certification of the graphics subsystem.  Wrote manufacturing diagnostics. |
| January '81 to June '81 | **Texas A&M University, Engineering Technology Department, College Station, Texas**<br>*Teaching Assistant*<br>Lab instructor for basic and communications electronics circuits courses.  Helped to develop and evaluate lab exercises for the communications course. |
| June '76 to May '77 | **Texas A&M University, Food Protein R&D Center, College Station, Texas**<br>*Co-op Student Worker*<br>Responsible for maintenance of equipment used in pilot plant scale experiments, performed material balances to aid engineers in evaluation of experimental results. |

## Education

Texas A&M University, College Station, Texas
B.S. in Electrical Engineering, December, 1979

**Patents**

| | |
|---|---|
| 6,477,799 | Self-orienting logo assembly |
| 6,463,529 | Processor based system with system wide reset and partial system reset capabilities |
| 6,463,495 | Command and control infrastructure for a computer system using the computer's power rail |
| 6,449,677 | Method and apparatus for multiplexing and demultiplexing addresses of registered peripheral interconnect apparatus |
| 6,430,702 | Fault tolerant memory |
| 6,370,657 | Hot processor swap in a multiprocessor personal computer system |
| 6,360,333 | Method and apparatus for determining a processor failure in a multiprocessor computer |
| 6,314,515 | Resetting multiple processors in a computer system |
| 6,223,301 | Fault tolerant memory |
| 6,119,228 | Method for securely communicating remote control commands in a computer network |
| 6,098,132 | Installation and removal of components of a computer |
| 6,035,407 | Accomodating components |
| 6,032,257 | Hardware theft-protection architecture |
| 5,946,189 | Pivotable support and heat sink apparatus removably connectable without tools to a computer processor |
| 5,926,032 | Accommodating components |
| 5,886,872 | Pivotable support and heat sink apparatus removably connectable without tools to a computer processor |
| 5,870,602 | Multi-processor system with system wide reset and partial system reset capabilities |
| 5,867,703 | Common reset ROM |
| 5,737,604 | Method and apparatus for independently resetting processors and cache controllers in multiple processor systems |
| 5,729,675 | Apparatus for initializing a multiple processor computer system using a common ROM |
| 5,611,078 | Method and apparatus for independently resetting processors and cache controllers in multiple processor systems |
| 5,596,759 | Method for initializing a multiple processor computer system using a common ROM |
| 5,497,497 | Method and apparatus for resetting multiple processors using a common ROM |
| 5,465,360 | Method and apparatus for independently resetting processors and cache controllers in multiple processor systems |
| 5,392,436 | Two level system bus arbitration having lower priority multiprocessor arbitration and higher priority in a single processor and a plurality of bus masters arbitration |
| 8,078,818 | Method and system for migrating memory segments |
| 7,409,581 | Main memory controller adapted to correct corrupted data by xoring corrupted data to directly generate correct data |
| 6,970,361 | System and method for pivotal installation and removal of a circuit board from a chassis |
| 6,785,835 | Raid memory |
| 6,667,889 | System and method for pivotal installation and removal of a circuit board from a chassis |