# EXHIBIT 2

# Exhibit 2 – DOCUMENTS RELIED UPON

Netlist Documents and Background

- IBM System x3850 X6 and x3950 X6 Planning and Implementation Guide, SG24-8208-00
- WP008 – Putting Flash on the Memory Bus, December 2013, SanDISK
- Diablo_DxD-LRD_Overview_April2008 (2).ppt, presentation from Netlist to Diablo
- Meeting with Dr. Lee and Mario Martinez of Netlist in Houston, May 1.
- Discussions to clarify details of Netlist trade secrets.

Diablo Documents

- TeraDIMM: System and Software Specification, Rev. 1.8, DIABLO-NL_0000009 - 133
- Rush ASIC Product Specification, Rev. 1.9, DIABLO-NL_0000134 - 266
- Rush ASIC Product Specification, Rev. 2.01, DIABLO-NL_0002314 - 444
- Rush ASIC Design Specification, Rev. 1.98, DIABLO-NL_0000267 - 435
- Rush ASIC Design Specification, Rev. 2.3, DIABLO-NL_0002681 - 863
- Bolt Product Specification – Eastbridge Project, Rev. 0.14, DIABLO-NL_0000623 - 672
- Bolt Product Specification – Eastbridge Project, Rev. 0.14, (Apparently labeled with incorrect rev on title page), DIABLO-NL_0002445 - 494
- Bolt ASIC Design Spec, Rev. 1.1, DIABLO - NL_0000437 - 622
- Bolt ASIC Design Spec, Rev. 0.10 (apparently mislabeled rev), DIABLO-NL_0002203 - 313
- Bolt ASIC Design Spec, Rev. 1.1 (subsequent pages labeled 1.2), DIABLO-NL_0002495 – 680
- Email from Sujoy Ray, DIABLO-NL_
- Email thread, referencing "REAL_BOLT" for simulations, DIABLO-NL_0003510 – 24
- Bolt Pin List, rev. 0.04, DIABLO-NL_0003579 – 0003579.0006
- Email thread, discussing write calibration, DIABLO-NL_0003630 – 33
- Email discussing Calibration software, DIABLO-NL_0003634
- Email thread, borrowing from ID, DIABLO-NL_0004133 – 38
- Email thread, RD/ID analog nets, DIABLO-NL_0004146 – 160
- Email thread, Takefman, Ray, et al, discussing calibration test via DDR3, DIABLO-NL_0004811 – 16
- TeraDIMM Firmware Upgrade Specification, Rev 0.01, DIABLO-NL_0003648 – 0003648.0015
- Sujoy Ray email, DIABLO-NL_0003747

1

- TeraDIMM:  System and Software Specification, Rev. 1.6, DIABLO-NL_0003748 – 0003748.0096
- Rush Evaluation Board Design, Rev. 0.17. DIABLO-NL_0003781 – 0003781.0034
- Rush Parametric Board Design, Rev. 0.08, DIABLO-NL_0003800 – 3800.0030
- TeraDIMM Lite Design Specification, Rev. 0.01, DIABLO-NL_0003815 – 3815.0023
- Email thread between Diablo and SMART, DIABLO-NL_00003947 – 54
- Draft Proposal V2.1 Generic Driver Development Smart Storage Systems/Diablo, DIABLO-NL_0003956 – 0003956.0009
- Email, Jerry Duan, FW Task List, DIABLO-NL_0003965 – 67
- RD Product Specification, DIABLO-NL_0006108 – 158
- RD Requirements, rev. 0.01, DIABLO-NL_0006493 – 516
- Netlist Specification Addendum, Gaps and Clarifications, rev 0.2, DIABLO-NL_0005723 – 744
- VT-Berlinetta RD Product Specification, Rev. 0.3, DIABLO-NL_0005749
- Zapo FPGA (Rush ASIC Prototype), Design Specification, Rev 2, dated 2012-06-12 DIABLO-NL_0004966 – 4966.0024
- TeraDIMM:  System and Software Specification, Rev. 1.0, DIABLO-NL_0004997 – 0004997.0039
- Zapo FPGA (Rush ASIC Prototype), Design Specification, Rev 2, dated 2012-07-07 DIABLO-NL_0005243 – 5243.0031
- MEGADIMM / ZAP FPGA, Project Specification, Rev 0.01, DIABLO-NL_0005295 – 0005295.0089
- Rush ASIC Product Specification, Rev. 1.0, DIABLO-NL_0005377 – 0005377.0100

SanDisk Documents

- ULLtraDIMM Theory of Operation, Rev. A, SNDK-NET-0000164 - 193
    - 3.3V and 5.0V board schematics (50-PCBG000028), SNDK-NET-0000194 - 224
    - PCB Assembly Drawing, ULLtraDIMM ROHS, Rev. B, SNDK-NET-0000225 - 226
    - BOM Explosion, 4/10/2014, SNDK-NET-0000006 - 57
    - Chart of IO pins, unlabeled
    - ULLtraDIMM Microcontroller Hardware/Microcode Interface Document, Rev. 1.6, SNDK-NET-0000228 - 291
- ULLtraDIMM Memory-Channel Storage, IBM-Specific, Rev. C, SNDK-NET-0000058 - 83
- Cloud Speed 1000 Design Review – IBM, SNDK-NET-0000084 - 163
- Product Specification FlashDIMM$^{tm}$, SNDK-NET-0000292 - 330

- SanDISK/DIABLO ULLtraDIMM SSD – BIOS/UEFI Modification Guide, Rev. 002, SNDK-NET-0000336 - 360
- Photos of DIMM, SNDK-NET-0000331 - 335
- SanDISK Worldwide Record Retention Policy, SNDK-NET-0000001 – 5
- Engineering Sample ULLtraDIMM, SNDK-NET-P0001
- Product labeled sample ULLtraDIMM, SNDK-NET-P0002

OpenSilicon Documents

- Statement of Work, July 17,2012, OS_000001 – 51
- Standard ECO Form, Project:  Abita, Multiple ECO documents, OS_000052 – 000201
- Design Hand-Off Requirements Document, OS_000313 – 331
- Project ABITA, DFT specification document, Rev. 1.0, OS_000340 – 356
- Bolt Package Design Electrical Performance Guidelines, OS_000332 - 339

eSilicon Documents

- eSilicon ASIC Services Quote for Diablo Technologies Rush Project, Rev. 12, eSIL000001 - 40

The transcripts and exhibits of the depositions of the following individuals:

- John Vincent, August 21, 2014
- Sujoy Ray, August 28, 2014
- Cedric Paillard, September, 25, 2014
- Riccardo Badalone, September 26, 2014

U.S. Patents

- 8,452,917
    - Provisionals 61136550[1], 6175562[1]
    - Published patent application 20100070690
- 8,713,379
- 8,001,434
- 8,301,833
- 8,359,501
- 8,516,185
- 8,516,187
- 7,881,150
- 8,081,536

Court Documents

- Case No. 4:13-CV-05889-YGR, SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT (with Exhibits)
- Case No. 13-CV-05962 YGR, NETLIST, INC.'S AMENDED TRADE SECRET DISCLOSURE (with Exhibits)
- Case No. 13-CV-05962 YGR, SECOND AMENDED COMPLAINT (with Exhibits)
- Case No. 13-CV-05889 YGR, DIABLO TEHNOLOGIES, INC.'S SECOND SUPPLEMENTAL RESPONSE TO NETLIST, INC.'S INTERROGATORY NO. 6

Websites

- www.netlist.com
- Global.ofweek.com/news/DDR4-You-Can-Use-Now-1801
- www.simmtester.com
- Wikipedia.org
- DRAM manufacturers websites