Exhibit A-1

1   FABIO E. MARINO (SBN 183825)
    fmarino@mwe.com
2   L. KIERAN KIECKHEFER (SBN 251978)
    kkieckhefer@mwe.com
3   JUDITH S.H. HOM (SBN 203482)
    jhom@mwe.com
4   NITIN GAMBHIR (SBN 259906)
    ngambhir@mwe.com
5   BARRINGTON DYER (SBN 264762)
    bdyer@mwe.com
6   TERI H.P. NGUYEN (SBN 267498)
    thpnguyen@mwe.com
7   NATALIE BENNETT (*Pro Hac Vice*)
    nbennett@mwe.com
8   McDERMOTT WILL & EMERY LLP
    275 Middlefield Road, Suite 100
9   Menlo Park, CA  94025-4004
    Telephone:     650 815 7400
10  Facsimile:     650 815 7401

11  Attorneys for Defendant and Counterclaim-Plaintiff
    DIABLO TECHNOLOGIES, INC.

12

13              UNITED STATES DISTRICT COURT

14            NORTHERN DISTRICT OF CALIFORNIA

15                   OAKLAND DIVISION

16

17  NETLIST, INC., a Delaware corporation,          CASE NO.  4:13-cv-05962 YGR
                                                    (Related Case No. 4:13-cv-05962 YGR)
18          Plaintiff and Counterclaim-Defendant,
                                                    **EXHIBIT A:  DECLARATION OF**
19          vs.                                     **NATALIE BENNETT IN SUPPORT OF**
                                                    **DEFENDANT DIABLO**
20  DIABLO TECHNOLOGIES, INC., a                    **TECHNOLOGIES, INC.'S OPPOSITION**
    Canadian corporation,                           **TO PLAINTIFF NETLIST, INC.'S**
21                                                  **MOTION FOR A PRELIMINARY**
            Defendant and Counterclaim-Plaintiff.   **INJUNCTION**
22
                                                    Date:      December 2, 2014
23                                                  Time:      2:00 P.M.
                                                    Ctrm:      1, 4th Floor
24                                                  Judge:     Hon. Yvonne G. Rogers

25

26

27

28

McDermott Will & Emery LLP
Attorneys At Law
Menlo Park

1    I, Natalie A. Bennett, declare as follows:

2        1.    I am an attorney at the law firm of McDermott, Will & Emery LLP, counsel of

3    record for Defendant Diablo Technologies, Inc. ("Diablo") in this action.  I am admitted to

4    practice law in the State of Illinois and the District of Columbia, and I have been admitted to

5    practice in this case *pro hac vice*.  I have personal knowledge of the facts stated herein, and I

6    could and would testify competently to those facts if called as a witness.

7        2.    Attached as Exhibit A-1 are true and correct copies of certain excerpts from the

8    Transcript of the October 11, 2014 Deposition of Chuck H. Hong (***filed under seal***).

9        3.    Attached as Exhibit A-2 are true and correct copies of certain excerpts from the

10   Transcript of the October 10, 2014 Deposition of Hyun Lee (***filed under seal***).

11       4.    Attached as Exhibit A-3 are true and correct copies of certain excerpts from the

12   Transcript of the August 21, 2014 Deposition of John Vincent.

13       5.    Attached as Exhibit A-4 are true and correct copies of certain excerpts from the

14   Transcript of the August 28, 2009 Deposition of Sujoy Ray.

15       6.    Attached as Exhibit A-5 are true and correct copies of Netlist, Inc.'s October 6,

16   2014 Responses to Diablo's Interrogatories, Nos. 8 and 9 (***filed under seal***).

17       7.    Attached as Exhibit A-6 is a true and correct copy of Netlist's Complaint for:  (1)

18   Misappropriation of Trade Secrets and (2) Breach of Contract against Texas Instruments,

19   Incorporated filed on or about November 18, 2006 in the matter of *Netlist, Inc. v. Texas*

20   *Instruments, Incorporated*, Case No. 1-08-CV-127991 for the Superior Court of the State of

21   California, County of Santa Clara.

22       8.    Attached as Exhibit A-7 is a true and correct copy of a Netlist Press Release

23   entitled, "Netlist Launches World's First 16GB, 2 Virtual Rank Memory Module," dated

24   November 11, 2009 and produced at DIABLO-NL_0237310.

25       9.    Attached as Exhibit A-8 is a true and correct copy of a Netlist Press Release

26   entitled, "Netlist Introduces Low Voltage HyperCloud, Industry's First 1.3V Virtual Rank

27   Memory Module," dated April 27, 2010 and produced at DIABLO-NL_0237546.

28

McDermott Will & Emery LLP
Attorneys At Law
Menlo Park

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

10.     Attached as Exhibit A-9 is a true and correct copy of the class action Complaint for Violations of Federal Securities Law filed against Netlist and its CEO, Chun K. Hong in the closed matter of *Belodoff, Individually and On behalf of All Others Similarly Situated v. Netlist, Inc., Chun K. Hong and Lee Kim*, Case No. 07-cv-677 (C.D. Cal. July 3, 2007) (Dkt. No. 1) for the United States District Court Central District of California.

11.     Attached as Exhibit A-10 is a true and correct copy of excerpts from Netlist's 2008 SEC 10-K filing, which were produced at DIABLO-NL_0237433 - DIABLO-NL_0237532.

12.     Attached as Exhibit A-11 is a true and correct copy of excerpts from Netlist's 2009 SEC 10-K filing, which were produced at DIABLO-NL_0237198 - DIABLO-NL_0237298.

13.     Attached as Exhibit A-12 is a true and correct copy of excerpts from Netlist's 2011 SEC 10-K filing, which were produced at DIABLO-NL_0237547 - DIABLO-NL_0237663

14.     Attached as Exhibit A-13 is a true and correct copy of excerpts from Netlist's 2012 SEC 10-K filing, which were produced at DIABLO-NL_0237664 - DIABLO-NL_0237769.

15.     Attached as Exhibit A-14 is a true and correct copy of excerpts from Netlist's 2013 SEC 10-K filing, which were produced at DIABLO-NL_0237319 - DIABLO-NL_0237462.

16.     Attached as Exhibit A-15 is a true and correct copy of Netlist, Inc. Q1 2012 Earnings Call Transcripts, S&P Capital IQ, dated May 15, 2012 and produced at DIABLO-NL_0237299 - DIABLO-NL_0237309

17.     Attached as Exhibit A-16 is a true and correct copy of Netlist, Inc. Q2 2013 Earnings Call Transcripts, S&P Capital IQ, dated August 13, 2013 and produced at DIABLO-NL_0237786 - DIABLO-NL_0237795.

18.     Attached as Exhibit A-17 is a true and correct copy of a Netlist email produced by Netlist with production numbers NLDT0089650 – NLDT0087653 (***filed under seal***).

19.     Attached as Exhibit A-18 is a true and correct copy of the November 28, 2011 letter from DLA Piper, counsel for Netlist, to Mr. Riccardo Badalone, CEO of Diablo Technologies, Inc., and produced at DIABLO-NL_0237065 – DIABLO-NL_0237067.

DECLARATION OF NATALIE BENNETT
CASE NO. 4:13-CV-05962 YGR

1        I declare under penalty of perjury under the laws of the State of California that the

2   foregoing is true and correct.

3        Executed this 28th day of October, 2014, in Menlo Park, California.

4

5                                                 /s/ *Natalie Bennett*

6                                               Natalie Bennett

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McDermott Will & Emery LLP
Attorneys At Law
Menlo Park

- 3 -

DECLARATION OF NATALIE BENNETT
CASE NO. 4:13-CV-05962 YGR