# Exhibit A-3

CATANA REPORTING SERVICES,     800-170 Laurier Ave. W., Ottawa,ON     K1P 5V5
Tel: (613) 231-4664                1-800-893-6272              Fax: (613) 231-4605

1

Examination No.  14-1033.A               Court File No.  14-60711

**C O N F I D E N T I A L**

**VOLUME I**

**ONTARIO SUPERIOR COURT OF JUSTICE**

B E T W E E N:

NETLIST, INC.

PLAINTIFF

- and -

JOHN VINCENT and DIABLO TECHNOLOGIES, INC.

DEFENDANTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

EXAMINATION FOR DISCOVERY OF JOHN VINCENT pursuant to an appointment made on consent of the parties to be reported by Catana Reporting Services, on August 21, 2014, commencing at the hour of 9:00 in the forenoon.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

APPEARANCES:

Benjamin K. Riley and Gregory C. Schodde     for the Plaintiff
Fabio E. Marino and Nitin Gambhir            for the Defendant Diablo
John R.S. Westdal                            for the Defendant John Vincent

This Examination was taken down by sound recording by
Catana Reporting Services Ltd.

Case4:13-cv-05962-YGR Document217-1 Filed10/29/14 Page3 of 7

CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa,ON K1P 5V5
Tel: (613) 231-4664 1-800-893-6272 Fax: (613) 231-4605

68

1  368.        Q.   What documents relating to the Netlist
2       technology did you review?
3            A.   I do not believe I ever reviewed any
4       documents that specifically related to the Netlist
5       product or the Netlist engagement.
6  369.        Q.   How about contract documents or architecture
7       documents?
8            A.   No, definitely never reviewed any contract
9       documents and I do not believe I ever reviewed or saw
10      any architectural documents.
11 370.        Q.   Do you have an understanding that Diablo did
12      produce design specification documents in connection
13      with the Netlist product?
14           A.   I believe they did, yes.
15 371.        Q.   You just never saw them?
16           A.   I never saw them, no.
17 372.        Q.   And those design specification products were
18      developed by the engineers who ultimately you took on
19      for your Rush and Bolt project?
20           A.   Correct.
21 373.        Q.   And was there any effort or attempt made to
22      separate the engineering team who worked for Netlist on
23      the RD ID from the team that worked on the Rush and
24      Bolt?
25           A.   Not that I'm aware of, no.

Case4:13-cv-05962-YGR Document217-1 Filed10/29/14 Page4 of 7
CATANA REPORTING SERVICES, 800-170 Laurier Ave. W., Ottawa,ON K1P 5V5
Tel: (613) 231-4664   1-800-893-6272   Fax: (613) 231-4605

95

1       right?
2               A.   Yes.
3  531.          Q.   And we know you got it through me and your
4       Counsel?
5               A.   Yes.
6  532.          Q.   Did you get this letter from any other
7       source?
8               A.   No, I did not.
9  533.          Q.   So it starts:
10              "Hi, I notice that Netlist is suing Diablo
11              Technologies and SMART Storage Systems for
12              patent infringements."
13              And then it says:
14              "In my opinion, Diablo did not just infringe the
15              patents but also stole Netlist's detailed
16              architecture and design."
17              What information do you have about Diablo
18      stealing Netlist's detailed architecture and design?
19              A.   None, I do not believe that's the case.
20 534.          Q.   Why is that?
21              A.   The architecture of the TeraDIMM is not the
22      same as the architecture for the Netlist product.
23 535.          Q.   But you're telling me though you never
24      actually reviewed the specifications for the Netlist
25      product, right?

CATANA REPORTING SERVICES,    800-170 Laurier Ave. W., Ottawa,ON    K1P 5V5
Tel: (613) 231-4664    1-800-893-6272    Fax: (613) 231-4605

127

Examination No. 14-1033                Court File No. 14-60711

**C O N F I D E N T I A L**

**VOLUME II**

**ONTARIO SUPERIOR COURT OF JUSTICE**

B E T W E E N:

NETLIST, INC.

PLAINTIFF

- and -

JOHN VINCENT and DIABLO TECHNOLOGIES, INC.

DEFENDANTS

**********************

EXAMINATION FOR DISCOVERY OF JOHN VINCENT

pursuant to an appointment made on consent of

the parties to be reported by Catana Reporting

Services, on August 21, 2014, commencing at the

hour of 9:00 in the forenoon.

**********************

APPEARANCES:

Benjamin K. Riley and Gregory C. Schodde        for the Plaintiff
Fabio E. Marino and Nitin Gambhir               for the Defendant Diablo
John R.S. Westdal                               for the Defendant John Vincent

This Examination was taken down by sound recording by
Catana Reporting Services Ltd.

CATANA REPORTING SERVICES,   800-170 Laurier Ave. W., Ottawa,ON   K1P 5V5
Tel: (613) 231-4664   1-800-893-6272   Fax: (613) 231-4605

201

1        A.  Only in the interview process.

2  1051.    Q.  Do you consider yourself an impartial third

3  party in this matter?

4        A.  Yes.

5  1052.    Q.  Now a couple of specific questions. If you

6  could turn to Exhibit 5 that you were shown earlier in

7  the deposition, that one page email that I believe Mr.

8  Badalone had sent to you prior to your employment by

9  Diablo, do you recall that?

10        A.  Yes.

11  1053.    Q.  If you could look at the bottom portion of

12  that document which is an email you sent to Mr. Badalone

13  on November 17th of 2011, do you see that?

14        A.  Yes.

15  1054.    Q.  You make a reference to the fact that Mike

16  and yourself have completed the NDA sign and exchange, do

17  you see that?

18        A.  Yes.

19  1055.    Q.  So did you in fact execute an NDA with

20  Diablo prior to being employed by Diablo?

21        A.  Yes I did.

22  1056.    Q.  And it was after you executed this NDA that

23  Diablo then provided you with the presentation you

24  testified about this morning, correct?

25        A.  Correct.

CATANA REPORTING SERVICES,   800-170 Laurier Ave. W., Ottawa,ON   K1P 5V5
Tel: (613) 231-4664   1-800-893-6272   Fax: (613) 231-4605

234

1   that feature or not.
2       MR. RILEY:  That's all I have.
3
4   --- WHEREUPON THE EXAMINATION ADJOURNED AT THE HOUR OF 4:25 IN
5       THE AFTERNOON.
6
7
8
9
10
11
12
13
14
15
16
17
18       THIS IS TO CERTIFY THAT the foregoing is a
19       true and accurate transcription from the
20       Record made by sound recording apparatus to
21       the best of my skill and ability.
22
23
24       ......................................
25       Barbara Saikaly, Court Reporter