# Exhibit A-4

```
1                    UNITED STATES DISTRICT COURT

2                   NORTHERN DISTRICT OF CALIFORNIA

3                          OAKLAND DIVISION

4

5     NETLIST INC.,                )

6                  Plaintiff,      )

7                  v.              )  Case no.  13-CV-05962 YGR

8     Diablo Enterprises Inc.,     )  Letter rogatory by the

9                  Defendant.      )  United States District

10    _____     )  Court for the Northern

11                                 )  District of California

12                                 )  Judge: Hon, Yvonne

13                                 )  Gonzalez Rogers

14                                 )

15                                 )

16                                 )

17                                 )

18                                 )

19                                 )

20                                 )

21                                 )

22                                 )

23                                 )

24

25
```

```
 1        The discovery deposition of SUJOY RAY, taken in the

 2   above-entitled cause, before Glaucia Fadigas de Souza,

 3   official reporter, on the 28th of August, 2009, at

 4   200-1200 Burrard Street, Vancouver, BC.

 5

 6   APPEARANCES:

 7            MCANDREWS HELD & MALLOY

 8            500 West Madison Street

 9            34th Floor

10            Chicago Illinois, 60661

11            (312) 775-8000

12            BY:  MR. BEN RILEY

13                 On behalf of the plaintiff

14            MCDERMOTT WILL & EMERY

15            275 Middlefield Road,

16            Suite 100

17            Menlo Park, CA 94025

18            (650) 815 7605

19            BY:  MR. FABIO MARINO

20                 On behalf of Diablo

21

22

23

24

25
```

1  anonymous letter or the whistleblower letter?

2       A.   Yes.  Netlist published that in one of the SEC

3  declarations, and that's where I first saw.

4       Q.   In one of the SEC filings?

5       A.   Yeah.

6       Q.   It was a redacted version, as far as you know?

7       A.   Yes.

8       Q.   In designing the firmware or software in

9  connection with Rush, were there discussions of certain

10 facets of the Rush chip that could be used or couldn't be

11 used because of restrictions with Netlist?

12      A.   I didn't hear anything.

13      Q.   Did you ever review any Netlist documents?

14      A.   No.

15      Q.   Did you ever review any documents at Diablo that

16 had the name Netlist on it?

17      A.   No.

18      Q.   Did you ever review any schematics or design

19 specifications for the Netlist ID or RD chips?

20      A.   No.

21      Q.   Have you ever had any contact with people from

22 Netlist?

23      A.   No.  Only time I had a contact with them, one of

24 your counsels, he -- Rajeev, I think.

25      Q.   Rajeev?

1      A.    2012.

2      Q.    Okay.  And when did you stop working at Diablo?

3      A.    5th or 4th July, 2013.

4      Q.    So you worked there about 10, 11 months?

5      A.    Yes, I did.

6      Q.    And how long have you worked as a software

7   engineer?  12?

8      A.    Close to 14, 15 years.

9      Q.    Okay.  And I think you were asked before if you

10  have any ongoing relationship with Diablo.  Did you have

11  any ongoing relationship?

12     A.    No, I don't have.

13     Q.    So as you sit here today, do you consider

14  yourself an impartial third party?

15     A.    Yes, I am impartial.

16     Q.    Okay.  Now I'll jump right in it, but I think the

17  reason for your deposition at least from -- strike that.

18  The reason for your deposition, at least from Diablo's

19  standpoint, is what Netlist called the whistleblower

20  letter.  I think you were shown that as Exhibit 11.  Do

21  you recall that?

22     A.    Yes, I did.

23     Q.    And that letter -- well, you said you had seen a

24  copy of this letter on Netlist's website; is that correct?

25     A.    Yes, I did.

```
 1                    REPORTER CERTIFICATION
 2   I, Glaucia R. Fadigas de Souza  Official Reporter in the
 3   Province of British Columbia, Canada, do hereby certify:
 4           That the proceedings were taken down by me in
 5   shorthand at the time and place herein set forth and
 6   thereafter transcribed, and the same is a true and correct
 7   and complete transcript of said proceedings to the best of
 8   my skill and ability.
 9           IN WITNESS WHEREOF, I have hereunto subscribed my
10   name this 8th day of September, 2014.
11   _____
12           Glaucia R. Fadigas de Souza
13           Official Reporter
```