# Exhibit A-8

**Netlist Introduces Low Voltage HyperCloud, Industry's First 1.35V Virtual Rank Memory Module**

LAS VEGAS, April 27 /PRNewswire-FirstCall/ -- Today at Interop 2010, Netlist, Inc. (Nasdaq: NLST) introduced its low voltage HyperCloud(TM), the industry's highest density 1.35V virtual rank memory module. Supporting up to 384GB of DRAM populated in a single dual socket server, low voltage HyperCloud now offers datacenters the ability to realize up to 19 percent in memory power savings when compared with traditional 1.5V solutions.

"The need for datacenters to run more efficiently is increasing, especially as IT managers place more emphasis on both the economic and environmental impact of their energy consumption," said C.K. Hong, president and CEO of Netlist. "Low voltage HyperCloud memory provides a lower power option for datacenters that will reduce total energy costs while still delivering a 'best in class' high capacity and bandwidth memory solution."

Low voltage HyperCloud memory features low latency and supports 3 DIMMs per channel (3 DPC) at a transfer rate of 1067 MT/s (backward compatible with 3 DPC 1333 MT/s at 1.5V) to provide maximum memory bandwidth and increased server performance versus standard registered DIMMs (RDIMMs) at 1.35V. It also utilizes Netlist's patented rank multiplication ASIC technology to fully populate three memory channels with 16GB 2 virtual rank (vRank) RDIMMs. Four physical ranks are hidden from the memory controller hub and presented as two virtual ranks. Dual socket servers can then be fully populated with twenty-four 16GB 2 vRank RDIMMs (4 DPC) reaching a total capacity of 384GB.

Netlist will debut a 4GB low voltage HyperCloud module in an IBM x3550 M3 server along with other HyperCloud demonstrations, including "Datacenter in a Box," at Interop on April 27-29 at the Mandalay Bay Convention Center in Las Vegas, booth number 850. The "Datacenter in Box" will showcase how to run a datacenter from a single server utilizing 288GB of HyperCloud memory.

Netlist plans to sample customers with 1.35V low voltage HyperCloud this quarter and expects to be in production during the second half of this year.

**About Netlist:**

Netlist, Inc. designs and manufactures high-performance, logic-based memory subsystems for the server and high-performance computing and communications markets. The Company's memory subsystems are developed for applications in which high-speed, high-capacity memory, enhanced functionality, small form factor, and heat dissipation are key requirements. These applications include tower-servers, rack-mounted servers, blade servers, high-performance computing clusters, engineering workstations, and telecommunication equipment. Netlist was founded in 2000 and is headquartered in Irvine, California with manufacturing facilities in Suzhou, People's Republic of China.

**Safe Harbor Statement**

*This news release contains forward-looking statements regarding future events and the future performance of Netlist. These forward-looking statements involve risks and uncertainties that could cause actual results to differ materially from those expected or projected. These risks and uncertainties include, but are not limited to, continuing development, qualification and volume production of NetVault™ and Hyper Cloud™; the rapidly-changing nature of technology; risks associated with intellectual property, including the costs and unpredictability of litigation over infringement of our intellectual property; volatility in the pricing of DRAM ICs and NAND; changes in and uncertainty of customer acceptance of, and demand for, our existing products and products under development, including uncertainty of and/or delays in product orders and product qualifications; delays in the Company's and its customers' product releases and development; introductions of new products by competitors; changes in end-user demand for technology solutions; the Company's ability to attract and retain skilled personnel; the Company's reliance on suppliers of critical components; fluctuations in the market price of critical components; evolving industry standards; and the political and regulatory environment in the People's Republic of China. Other risks and uncertainties are described in the Company's annual report on Form 10-K, dated February 19, 2010, and subsequent filings with the U.S. Securities and Exchange Commission made by the Company from time to time. Except as required by law, Netlist undertakes no obligation to publicly update or revise any forward-looking statements, whether as a result of new information, future events or otherwise.*

| **Media Contact:** | **Investor Contact:** |
|---|---|
| Katie Lister | Jill Bertotti |
| Vantage Communications for Netlist | Allen & Caron Inc |
| 407-767-0452 x229 | 949-474-4300 |
| klister@pr-vantage.com | jill@allencaron.com |

SOURCE Netlist, Inc.
4/27/2010 6:00:00 AM

DIABLO-NL_0237546