# Exhibit A-18



DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, California 92101-4297
www.dlapiper.com

Sean C. Cunningham
sean.cunningham@dlapiper.com
T  619.699.2900
F  619.764.6600

November 28, 2011
VIA OVERNIGHT DELIVERY

OUR FILE NO. 374824-4

Riccardo Badalone
Chief Executive Officer
Diablo Technologies, Inc.
80 Aberdeen Street, Suite 401
Ottawa, Ontario
K1S 5R5
Canada

Re:  Notice of Material Breach and Termination

Dear Mr. Badalone:

This law firm represents Netlist, Inc. ("Netlist"). We write to address the material breaches by Diablo Technologies, Inc. ("Diablo") of the following agreements between Diablo and Netlist: (1) the Diablo Technologies, Inc. Development And Supply Agreement dated September 10, 2008, as amended by the Settlement Agreement and Amendment to Development And Supply Agreement dated January 12, 2010 (collectively the "Supply Agreement"); and (2) the Mutual Non-Disclosure Agreement by and between Netlist and Diablo, dated March 13, 2008 ("NDA").

Section 8(a) of the Supply Agreement provides in part as follows:

> Each party shall treat as confidential all Confidential Information of the other party, shall not use such Confidential Information except as set forth in this Agreement, and shall use reasonable efforts not to disclose such Confidential Information to any third party.

Section 8(a) further provides:

> For purposes of clarification, the Netlist Technology is the Confidential Information of Netlist and may not be used for any purpose other than as set forth in this Agreement, including without limitation use of such Netlist Technology to develop a chip competitive to the Netlist Chipset.

Section 2 of the NDA provides:

> Receiving Party shall (i) hold all Confidential Information in strict confidence and not disclose such Confidential Information to any third parties, (ii) protect the Confidential Information in the same manner as Receiving Party protects its own confidential information of a similar type, but in no case with less than reasonable care, and (iii) not use any Confidential Information for any purpose except for the Business Purpose. Receiving Party shall not disclose the Confidential Information to any third party other than persons in the direct employ of Receiving Party who have a need to have access to and knowledge of the Confidential Information solely for the Business Purpose. Each Party

DIABLO-NL_0237065



Riccardo Badalone
November 28, 2011
Page Two

> shall take appropriate measures by instruction and agreement prior to disclosure to such employees to assure against unauthorized use or disclosure.

Section 5 of the NDA provides:

> Upon written or verbal demand of Disclosing Party, Receiving Party shall: (i) cease using the Confidential Information, (ii) return the Confidential Information and all copies, notes or extracts thereof to Disclosing Party within seven (7) days of receipt of demand, and (iii) upon request of Disclosing Party, certify in writing that Receiving Party has complied with the obligations set forth in this paragraph. Receiving Party may retain one copy of the Confidential Information for archival purposes only, which shall be kept in the possession of Receiving Party's legal counsel.

In connection with the Supply Agreement and the NDA, Netlist disclosed certain Netlist Confidential Information to Diablo, including but not limited to the following documents and information related thereto: (1) the Netlist DxD/LRD Opportunity Review; (2) the Netlist Synch Mode Operation Proposal; (3) the Netlist LRD/DXD Chip – Preliminary Specification, ASIC Controller; and (4) the Netlist LRD/DXD – Preliminary Specification, Isolation Device. Each of these documents is clearly labeled "Netlist Confidential," and each contains information that (a) derives independent economic value from not being generally known to the public and (b) is the subject of efforts that are reasonable under the circumstances to maintain its secrecy. Netlist provided these documents and other confidential and proprietary know-how to Diablo pursuant to and in reliance upon the protections of the Supply Agreement and the NDA.

Notwithstanding Diablo's obligations to maintain Netlist's confidential, proprietary and trade secret information in the strictest of confidences, it has come to Netlist's attention that Diablo intentionally caused the release of certain Netlist Confidential Information through Diablo's published United States patent application, Pub. No. US 2010/0070690 A1, filed on September 14, 2009 as application number 12/559,185 and published on March 18, 2010 (hereinafter "the '185 Application"). The '185 Application purports to claim priority to two provisional applications, No. 61/136,550 filed on September 15, 2008, and No. 61/175,562 filed on May 5, 2009. Each of these applications contains technical details of the Netlist Confidential Information disclosed by Netlist pursuant to the Supply Agreement and the NDA. Diablo's wrongful conduct in disclosing Netlist's confidential and proprietary information to the public constitutes, at a minimum, a material breach of the Supply Agreement and the NDA. Diablo's wrongful conduct also constitutes a violation of the Uniform Trade Secrets Act and the United States Patent Act, as well as unfair competition under California statutory and common law.

In view of the foregoing, this letter serves as contractual notice, pursuant to Section 11(b) of the Supply Agreement, of Netlist's intent to terminate the Supply Agreement for cause within sixty (60) days of the date of this letter if Diablo fails to cure its breach within that time period. Furthermore, pursuant to Section 5 of the NDA, Netlist hereby demands that Diablo: (a) cease using the Netlist Confidential Information; (b) return all of the Netlist Confidential Information and all copies, notes or extracts thereof to Netlist within seven (7) days of receipt of this demand; and (c) certify in writing that Diablo has complied with the obligations set forth in Section 5 of the NDA. Netlist further demands an immediate and



Riccardo Badalone
November 28, 2011
Page Three

complete explanation of Diablo's actions with respect to the Netlist Confidential Information, including a full accounting of Diablo's dissemination and use of the Netlist Confidential Information. Netlist further demands that Diablo immediately cease and desist any further disclosure, sale, offer to sell, or use of Netlist's confidential, proprietary, or trade secret information (including but not limited to the Netlist Technology, Netlist Chipset, Netlist Specifications and/or any products developed by Diablo comprising any or all of the Netlist Confidential Information, Netlist Technology, Netlist Chipset, or DxD/LRD technology) with respect to any completed or ongoing work by or for Diablo, any of Diablo's customers, any of Diablo's suppliers, or any other third party. Finally, Netlist expressly reserves all claims, causes of action and remedies under the Supply Agreement, the NDA, and any applicable statute or common law, including but not limited to Netlist's right to seek injunctive relief pursuant to Section 9(d) of the Supply Agreement.

We ask that you forward this letter to Diablo's legal counsel for immediate response.

Very truly yours,

DLA Piper LLP (US)

Sean C. Cunningham
Partner

Admitted to practice in California

cc: Roger Jenkins – GTI Capital
Tom Valis – Celtic House
Jean-François Giroux – BDC Venture Capital
Roger Blethen – LTX Corporation

WEST\225024918.1

DIABLO-NL_0237067