# Exhibit B

(FILED UNDER SEAL)

**HIGHLY CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER**
**OUTSIDE ATTORNEYS' EYES ONLY**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

**EXHIBIT B**

**FILED UNDER SEAL**

**EXPERT REPORT OF JOSEPH C. M<sup>c</sup>ALEXANDER III**
**IN SUPPORT OF DIABLO TECHNOLOGIES, INC.'S OPPOSITION TO**
**NETLIST, INC.'S MOTION FOR PRELIMINARY INJUNCTION**

**NETLIST, INC., a Delaware corporation,**

**vs.**

**DIABLO TECHNOLOGIES, INC.,**

**Case No. 4:13-CV-05962 YGR**
**(Related Case No. 4:13-cv-05889 YGR)**

**OCTOBER 28, 2014**