# Exhibit B-1

**CURRICULUM VITAE**                                                                 Joseph C. M<sup>c</sup>Alexander III

## PROFESSIONAL SUMMARY

Currently a Registered Professional Engineer (#79454) and recognized as an inventor on 31 US and a number of foreign patents, I am President of M<sup>c</sup>Alexander Sound, Inc., and the Managing Director of M<sup>c</sup>Alexander Sound Pte Ltd. I have focused my expertise to support a number of clients in product, process, and operations analysis and investigation. Thirty-nine years of experience in microcircuit and semiconductor technologies has developed my skills in areas of circuit design and analysis, device fabrication and assembly, testing, marketing, control system design and analysis, manufacturing operations and respective areas of quality, reliability, and defect / failure analysis. I am, among others, a Manager with QM Partners, LP, supporting clients in IP management, and the President and CEO of MDFHoldings, Inc., an IP holding company currently engaged in the field of GPS Tracking. I have:

- designed Dynamic Random Access Memories (DRAMs), Static Random Access Memories (SRAMs), Charge Coupled Devices (CCDs), Shift Registers (SRs), and functional circuits including I/O buffers for address and data, decoders, clocks, sense amplifiers, fault tolerant, parallel-to-serial data paths for video applications, level shifters, converters, pumps, and logic, as well as wireless communication systems and MEMs applications;

- managed operations including engineering, software programming, training, and quality assurance for device fabrication, assembly, test, analysis, and reliability assessment, as well as manufacturing control (testing, analysis, and control involved use of mechanical calibration and measuring equipment, including optical, scanning e-beam, IR, capacitive, and laser using phase contrast and FFT for HARI applications); managed software program development departments for assembly manufacturing, process control, and testing;

- taught courses in solid state device physics, integrated circuit design, integrated circuit fabrication, and statistical control;

- provided expert services, investigating both process and design technologies of various devices (microprocessor and controller, memory, programmable logic, card, tag, module, mixed signal, custom, and other), systems (PC and peripheral, computer, control, laser measurement, switch, architecture, software, and other), and consumer products (medical, TV, telephone, VCR, facsimile, copier, lighting, game, and other); and

- provided nuclear radiation hardness testing services for military and space clients.

From 1986-1990, I was Executive Vice President of EPI Technologies, Inc., prior to joining the staff at Cochran Consulting, Inc. where I served as senior managing consultant from 1991-2002. From 1972 to 1986, I was employed by Texas Instruments Incorporated - two years as the Quality and Reliability Manager for the 256K DRAM wafer fabrication facility, three years as the Engineering/QRA Manager for the TI Singapore test and assembly operation, and nine years in semiconductor design and product engineering management functions.

**CURRICULUM  VITAE**                                        Joseph C. M<u>c</u>Alexander III

## EXPERIENCE  PROFILE

| | |
|---|---|
| 2006-present | **QM Partners, L.P.** – Texas<br>**Manager** |

      o Management of development, licensing, prosecution and exploitation of intellectual property.

| | |
|---|---|
| 2006-present | **Guardian Technologies, LLC** – Texas<br>**Manager** |

      o IP holding and licensing company.

| | |
|---|---|
| 2006-present | **Appropriate Holdings, LLC** – Delaware<br>**Manager** |

      o IP holding company.

| | |
|---|---|
| 2005-present | **McAlexander Sound Pte Ltd** - Singapore<br>**Managing Director** |

      o System, Product, and Process investigation, expert witness services for protection of intellectual property;

      o Patent portfolio development and valuation;

      o Contract consultation.

| | |
|---|---|
| 2002-present | **MDFHoldings, Inc.** – Las Vegas, NV<br>**CEO** |

      o IP holding and licensing company.

| | |
|---|---|
| 1996-2010 | **RMC Management, LLP** - Plano, TX<br>**Partner** |

      o Asset management.

**CURRICULUM VITAE**                                    Joseph C. M<u>c</u>Alexander III

**EXPERIENCE PROFILE** (continued)

| | |
|---|---|
| 1988-present | **McAlexander Sound, Inc. (M<u>c</u>ASI) - Plano, TX**<br>**President** |

        o System, Product, and Process investigation, expert witness services for protection of intellectual property;

        o Patent portfolio development and valuation;

        o Product liability and insurance claim investigation, expert witness services for matters involving such claims;

        o Quality Systems consulting and engineering;

        o Radiation Hardness Testing Technical Representative;

        o Technical Advisor in High Aspect Ratio and Surface Contour Measurement using Direct-to-Digital Holography.

| | |
|---|---|
| 1991-2002 | **Cochran Consulting, Inc. (CCI) - Richardson, TX**<br>**Managing Consultant** |

        o System, Product, and Process investigation, expert witness services for protection of intellectual property;

        o Design, process, and product reliability;

        o Defect and failure analysis.

| | |
|---|---|
| 1986-Nov'90 | **EPI Technologies, Inc. - Richardson, TX**<br>**Executive Vice President and Company Officer** |

        o Managed Advanced Technology Div., QA, and Engineering, including software program development;

        o Developed strategic, space/energy market growth plans;

        o Negotiated the acquisition of a radiation company;

**CURRICULUM VITAE**                                           Joseph C. McAlexander III

**EXPERIENCE PROFILE** (continued)

> o Designed and managed physical analysis, radiation effects, and environmental stress laboratories, including optical and e-beam measurement;
>
> o Achieved > 30% annual revenue growth and profitability for each laboratory the first 12 months;
>
> o Product and Process investigation services for protection of intellectual property.

1972 – 1986     **Texas Instruments, Inc.** - Dallas/Houston, TX; Singapore

   '84 - '86     **Quality/Reliability Assurance Manager, TI Dallas** Advanced DRAM semiconductor wafer fabrication facility

> o Developed/implemented on-line, computerized SPC software tools for dimensioning analysis and control and pattern recognition;
>
> o Coordinated people development, design-of-experiments;
>
> o Managed chemical and physical analysis laboratories;
>
> o Implemented control systems to assure product, process, material, equipment, and facility compliance, including Cost of Quality analysis.

   '82 - '84     **Quality/Reliability Assurance and Engineering Manager, TI Singapore** assembly/test facility

> o Developed, implemented, and operated an effective Quality/Reliability Assurance program for assembly processing including optical pattern recognition for equipment registration;
>
> o Supervised 225 people for 7 day/week operation, including QRA, Computer Systems software development, and Training;
>
> o Trained engineers in Solid State Physics, device fabrication, and statistical process control.

**CURRICULUM VITAE**                                                              Joseph C. M<u>c</u>Alexander III

## EXPERIENCE PROFILE (continued)

'81 - '82     **Engineering Operations Manager**, TI Houston

   o Managed DRAM memory product cost center;

   o Responsible for division test software generation, product assembly and test quality / yield, cost reduction and quality improvement;

   o Provided technical customer interface for marketing;

   o Coordinated TI Singapore engineering test/assembly.

'79 - '81     **Product Engineering Manager**, TI Houston

   o Responsible for yield improvement, technical customer interface, quality improvement, design evaluation, and device characterization for DRAM and CCD products;

   o Developed device specifications and test software.

'72 - '79     **Design Section Manager / Engineer**, TI Houston

   o Responsible for design and development, process compatibility, production introduction of Dynamic Ram products;

   o Activities included electrical and physical layout, SPICE model simulation, test program generation, and product implementation for MOS Dynamic Ram products.

1969 - 1972   **U. S. Army** - Coventry, Rhode Island; Seoul, Korea
              **Captain, Air Defense Artillery**

   o Served one year as Communications Officer in Korea;

   o Served two years as Tactical Officer, New England Defense.

**CURRICULUM  VITAE**                                                                                       Joseph C. M<sup>c</sup>Alexander III

## ORGANIZATIONS, PUBLICATIONS, EDUCATION

### PROFESSIONAL ORGANIZATIONS AND AWARDS

1 - Institute of Electrical and Electronics Engineers, Inc. (IEEE), Senior Member.  Societies: Computer, Electron Devices, Solid State Circuits

2 – Licensing Executives Society (LES)

3 – National Society of Professional Engineers

4 – Texas Board of Professional Engineers, Registered License #79454

5 – Society of Flight Test Engineers

5 - 2000/2001 Nationwide Register's Who's Who in Executives and Businesses

6 - 1996/1997 Strathmore's Who's Who Registry of Business Leaders

### PUBLICATIONS

1- <u>NUS Proceedings of Engineering Convention '83</u>, Aug '83, pgs. 139-142, The Memory Challenge.

2- <u>Archives of Biochemistry and Biophysics</u>, Dec'81, Vol. 212, No. 2, Equilibrium Constants under Physiological Conditions for the Reactions of D-3-Phosphoglycerate Dehydrogenase and L-Phosphoserine Aminotransferase.

3- <u>International Electron Devices Meeting</u>, Dec '79, pgs. 355-357, Sub 100ns 16K x 1 MOS Dynamic RAM Using a Grounded Substrate.

### EDUCATION  PROFILE

| | |
|---|---|
| 1980 - 1985 | Taught Solid State Device Physics, Semiconductor Processing, and Circuit Design Techniques |
| | Taught Statistical Quality Control methods |
| | Effectiveness Training and Japanese Manufacturing Techniques, Participative Problem Solving courses |
| 1975 - 1976 | 1.5 years Graduate study in Neural Science, the University of Texas Graduate School of Biomedical Science |
| 1965 - 1969 | BSEE, North Carolina State University |

**CURRICULUM VITAE**                                    Joseph C. McAlexander III

### PATENTS (US-31 Foreign-8)

| | |
|---|---|
| 4,239,993 | (1980) High Performance Dynamic Sense Amplifier with Active Loads |
| 4,280,070 | (1981) Balanced Input Buffer Circuit for Semiconductor Memory |
| 4,288,706 | (1981) Noise Immunity in Input Buffer Circuit for Semiconductor Memory |
| 4,370,575 | (1983) High Performance Dynamic Sense Amplifier with Active Loads |
| 4,418,293 | (1983) High Performance Dynamic Sense Amplifier with Multiple Column Outputs |
| 4,533,843 | (1985) High Performance Dynamic Sense Amplifier with Voltage Boost for Row Address Lines |
| 4,543,500 | (1985) High Performance Dynamic Sense Amplifier Voltage Boost for Row Address Lines |
| 4,543,501 | (1985) High Performance Dynamic Sense Amplifier with Dual Channel Grounding Transistor |
| 4,748,349 | (1988) High Performance Dynamic Sense Amplifier with Voltage Boost for Row Address Lines |
| 6,172,640 B1 | (2001) Pet Locator |
| 6,236,358 B1 | (2001) Mobile Object Locator |
| 6,421,001 B1 | (2002) Object Locator |
| 6,441,778 B1 | (2002) Pet Locator |
| 6,480,147 B2 | (2002) Portable Position Determining Device |
| 6,518,919 B1 | (2003) Mobile Object Locator |
| 6,771,213 B2 | (2004) Object Locator |
| 59,171 B2 | (2005) Mobile Object Locator |

**CURRICULUM VITAE**                                                                 **Joseph C. McAlexander III**

**PATENTS** (continued)

| | |
|---|---|
| 7,113,126 B2 | (2006) Portable Positioning Determining Device |
| 7,179,674 B2 | (2007) Bi-Directional Released-Beam Sensor |
| 7,209,075 B2 | (2007) Mobile Object Locator |
| 7,324,044 B2 | (2008) Object Locator |
| 7,336,227 B2 | (2008) Portable Position Determining Device |
| 7,340,260 B2 | (2008) System and Method for Tracking the Location of Multiple Mobile Radio Transceiver Units |
| 7,353,706 B2 | (2008) Weighted Released-Beam Sensor |
| 7,397,097 B2 | (2008) Integrated Released Beam Layer Structure Fabricated in Trenches and Manufacturing Method Thereof |
| 7,564,405 B2 | (2009) Object Locator |
| 7,657,265 B2 | (2010) System and Method for Tracking the Location of Multiple Mobile Radio Transceiver Units |
| 7,760,137 B2 | (2010) Portable Positioning Determining Device |
| 7,764,228 B2 | (2010) Portable Positioning Determining Device |
| 7,989,906 B2 | (2011) Bi-Directional released-Beam Sensor |
| 8,334,775 B2 | (2012) RFID-Based Asset Security and Tracking System, Apparatus and Method |
| JP 55-053640 B4 | (1980) Defect Resistant Semiconductor Memory Cell |
| JP 59-044720 B4 | (1984) Semiconductor High Speed Read/Write Memory Unit |
| DE2935121 C2 | (1980) Clock Voltage Generator for Semiconductor Memory with Reduced Power Dissipation |
| DE3043651 A1 | (1981) Clock Voltage Generator for Semiconductor Memory with Reduced Power Dissipation |

**CURRICULUM VITAE**                                                  Joseph C. M<u>c</u>Alexander III

**PATENTS** (continued)

      GB2032211 B2      (1980) High Performance Dynamic MOS Read/Write Memory

      EP 1 557 058 B1      (2011) System and method for tracking the location of multiple mobile radio transceiver units
[States: AT BE BG CH CY CZ DE DK EE ES FI FR GB GR HU IE IT LI LU MC NL PT RO SE SI SK TR]

      EP 1 676 809 B1      (2010) Weighted released-beam sensor
[States: DE FR GB IT]

      EP 1 676 810 B1      (2010) Bi-directional released-beam sensor
[States: DE FR GB IT]