# Exhibit B-2

**Netlist, Inc. v. Diablo Technologies, Inc.**
**Case No. 4:13-cv-05962 YGR**

Documents and Materials Considered by Joseph McAlexander

In addition to those documents and materials cited to in my Report, I considered information in the following documents and materials:

| | |
|---|---|
| 1. | 2014-03-21 [149] COURT Stipulated Protective Order (Court modified) |
| 2. | 2014-03-19 Netlist Amended Trade Secret Disclosure with exhibits |
| 3. | 2014-10-06 Netlists Second Amended Trade Secret Disclosure |
| 4. | 2014-10-06 [190-2] Unredacted Declaration of B. Riley ISO Motion for Preliminary Injunction w/ exhibits |
| 5. | 2014-10-06 [190] Unredacted Motion and Memo ISO Netlists PI Motion |
| 6. | 2014-10-06 [191] Unredacted Schuck Declaration ISO Netlists PI Motion (including Unredacted Expert Report of Kenneth Jansen) |
| 7. | 2014-10-06 [192] Unredacted Hong Declaration ISO Netlists PI Motion |
| 8. | 2014-10-06 [193] Unredacted Lee Declaration ISO Netlists PI motion |
| 9. | 2014.10.06 [190-03] [Netlist] Ex.1. [FUS] |
| 10. | 2014.10.06 [190-04] [Netlist] Ex. 2 |
| 11. | 2014.10.06 [190-05] [Netlist] Ex. 3 |
| 12. | 2014.10.06 [190-06] [Netlist] Ex. 4 |
| 13. | 2014.10.06 [190-07] [Netlist] Ex. 5 |
| 14. | 2014.10.06 [190-08] [Netlist] Ex. 6 [FUS] |
| 15. | 2014.10.06 [190-09] [Netlist] Ex. 7 [FUS] |
| 16. | 2014.10.06 [190-10] [Netlist] Ex. 8 [FUS] |
| 17. | 2014.10.06 [190-11] [Netlist] Ex. 9 [FUS] |
| 18. | 2014.10.06 [190-12] [Netlist] Ex. 10 [FUS] |
| 19. | 2014.10.06 [190-13] [Netlist] Ex. 11 [FUS] |
| 20. | 2014.10.06 [190-14] [Netlist] Ex. 12 [FUS] |
| 21. | 2014.10.06 [190-15] [Netlist] Ex. 13 [FUS] |
| 22. | 2014.10.06 [190-16] [Netlist] Ex. 14 [FUS] |
| 23. | 2014.10.06 [190-17] [Netlist] Ex. 15 [FUS] |
| 24. | 2014.10.06 [190-18] [Netlist] Ex. 16 [FUS] |
| 25. | 2014.10.06 [190-19] [Netlist] Ex. 17 [FUS] |
| 26. | 2014.10.06 [190-20] [Netlist] Ex. 18 [FUS] |
| 27. | 2014.10.06 [190-21] [Netlist] Ex. 19 [FUS] |
| 28. | 2014.10.06 [190-22] [Netlist] Ex. 20 [FUS] |
| 29. | 2014.10.06 [190-23] [Netlist] Ex. 21 [FUS] |
| 30. | 2014.10.06 [190-24] [Netlist] Ex. 22 [FUS] |
| 31. | 2014.10.06 [190-25] [Netlist] Ex. 23 [FUS] |
| 32. | 2014.10.06 [190-26] [Netlist] Ex. 24 [FUS] |
| 33. | 2014.10.06 [190-27] [Netlist] Ex. 25 |
| 34. | 2014-08-21_14-1033.A_Volume I_John Vincent deposition transcript |
| 35. | 2014-08-21_14-1033.B_Volume II_John Vincent deposition transcript |

| 36. | 2014-09-26 [Diablo] Riccardo Badalone - Deposition Transcript_mini |
| --- | --- |
| 37. | 2014-10-06 [193] Lee Decl Ex. 10 |
| 38. | 2014-10-06 [193] Lee Decl Ex. 11 |
| 39. | 2014-10-06 [193] Lee Decl Ex. 9 |
| 40. | DIABLO-NL0002314 |
| 41. | DIABLO-NL0002445 |
| 42. | DIABLO-NL0002495 |
| 43. | DIABLO-NL0002681 |
| 44. | DIABLO-NL_0003815 |
| 45. | DIABLO-NL_0005295; 5295.0001-0089 |
| 46. | DIABLO-NL_0005377; 5377.0001-0100 |
| 47. | DIABLO-NL_0018684 |
| 48. | DIABLO-NL_0018980 |
| 49. | DIABLO-NL_0031096 |
| 50. | DIABLO-NL_0031433 |
| 51. | DIABLO-NL_0034772 |
| 52. | DIABLO-NL_0045484 |
| 53. | DIABLO-NL_0045485 |
| 54. | DIABLO-NL_0045588 |
| 55. | DIABLO-NL_0048551 |
| 56. | DIABLO-NL_0051899 |
| 57. | DIABLO-NL_0052432 |
| 58. | DIABLO-NL_0062238 |
| 59. | DIABLO-NL_0079934 |
| 60. | DIABLO-NL_0096147 |
| 61. | DIABLO-NL_0096406 |
| 62. | DIABLO-NL_0097253 |
| 63. | DIABLO-NL_0097256 |
| 64. | OS_000332-OS_000339 |
| 65. | 2014-09-25 Cedric Paillard deposition transcript and exhibits |
| 66. | 2014-10-10 Hyun Lee deposition transcript and exhibits |
| 67. | 2012-11-28 Hyun Lee deposition transcript and certain exhibits from Smart Modular v. Netlist 12-cv-2319 case |
| 68. | 2014-10-11 Chuck Hong deposition transcript and exhibits |
| 69. | 2012-12-03 Chuck Hong deposition transcript and certain exhibits from Smart Modular v. Netlist 12-cv-2319 case |
| 70. | 2014-10-23 Mike Takefman deposition transcript and exhibits |
| 71. | 2014-08-28 Sujoy Ray deposition transcript and exhibits |
| 72. | 2014-08-21 John Vincent deposition exhibits |
| 73. | 2014-09-26 Riccardo Badalone deposition exhibits |
| 74. | Netlists Opp to Smart Modular PI Motion NLDT-0539674 |
| 75. | JEDEC Comm. Letter Ballot (___jc404_20110131_142_62_Intel_LRDIMM_DDR3_Memory_Buffer_Spec_Proposal) |
| 76. | Isolation Memory Buffer (HI19205 Inphi 20080825 iMB Single Buffer HDRL 1) |
| 77. | LD Twin Buffer: DQS timing (ni14204-Qimonda_LD-DIMM_DQ-timing) |

| 78. | Register Data Buffer Item # 142.06 for LD-DIMM (ni14206-RDB_Features Montage) |
|---|---|
| 79. | October 28, 2014 Statement of Work prepared by Chipworks, "Estimate for Literature, Connectivity and Functional Analysis of Netlist HyperCloud DDR3 HCDIMM" |
| 80. | Information and materials available at http://arstechnica.com/features/2004/07/pcie/ |
| 81. | Information and materials available at https://www.cs.umd.edu/~meesh/cmsc411/website/projects/agp/pci_vs_agp.htm |
| 82. | Information and materials available at http://en.wikipedia.org/wiki/Bus_(computing) |
| 83. | Information and materials available at http://www.tomshardware.com/forum/163714-31-speed-memory-speed |
| 84. | Information and materials available at https://www.cs.umd.edu/~meesh/cmsc411/website/projects/agp/pci_vs_agp.htm Comparison between the Peripheral Component Interconnect (PCI) and the Accelerated Graphics Port (AGP) |
| 85. | JEDEC standard JESD21-C, JEDEC Configurations for Solid State Memories |
| 86. | JESD79-F (2008) from rev JESD79-E (2005) |
| 87. | JESD79-2F (2009) from rev JESD79-2E |
| 88. | JESD79-3F (2012) from rev JESD79-3E (2010) |
| 89. | Information and materials available at http://www.technologyuk.net/computing/computer_systems/working_memory.shtml |
| 90. | JEDEC DDR3 DRAM Standard JESD79-3B |
| 91. | JEDEC DDR3 DRAM Standard JEDEC79-3C |
| 92. | U.S. Patent No. 3,500,142 |
| 93. | U.S. Patent No. 3,744,036 |
| 94. | U.S. Patent No. 4,531,203 |
| 95. | Netlist Investor Relations News http://ir.netlist.com/profiles/investor/ResLibraryView.asp?ResLibraryID=48945&GoTopage=8&Category=1629&BzID=1941&G=612 |
| 96. | Netlist Investor Relations News http://ir.netlist.com/profiles/investor/ResLibraryView.asp?ResLibraryID=56621&GoTopage=7&Category=1629&BzID=1941&G=612 |
| 97. | Information and materials available at http://us.hardware.info/reviews/4711/3/ulltradimm-combining-ssd-and-dram-for-the-enterprise-flash-and-ddr3-sitting-in-a-tree |
| 98. | Declaration of Riccardo Badalone ISO Diablo's Opposition to Netlist's Motion for Preliminary Injunction and exhibits |
| 99. | Declaration of Cedric Paillard ISO Diablo's Opposition to Netlist's Motion for Preliminary Injunction and exhibits |
| 100. | Declaration of Mike Takefman ISO Diablo's Opposition to Netlist's Motion for Preliminary Injunction and exhibits |