# Exhibit G

1  Gregory L. Lippetz (State Bar No. 154228)
   glippetz@JonesDay.com
2  Kathleen D. Lynott (State Bar No. 268387)
   kdlynott@JonesDay.com
3  JONES DAY
   1755 Embarcadero Road
4  Palo Alto, CA  94303
   Telephone: 1.650.739.3939
5  Facsimile:  1.650.739.3900

6  Steven J. Corr (State Bar No. 216243)
   sjcorr@JonesDay.com
7  JONES DAY
   555 South Flower Street
8  Los Angeles, CA 90071
   Telephone: 1.213.243.2327
9  Facsimile: 1.213.243.2539

10 Attorneys for SMART STORAGE SYSTEMS, INC.
   AND SANDISK CORPORATION

11

12              **UNITED STATES DISTRICT COURT**

13    **NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

14

15 **NETLIST, INC.,**                    **Case No. 4:13-cv-05962-YGR**

16        **Plaintiff,**                 JURY TRIAL DEMANDED

17 **vs.**

18 **DIABLO TECHNOLOGIES, INC.**         Judge: Hon. Yvonne G. Rogers

19        **Defendant.**

20

21

22              **DECLARATION OF MICHAEL LAKOWICZ**

23

24

25

26

27

28

SVI-700154752v1

I, Michael Lakowicz, declare as follows:

1.      I am Vice President, Americas Commercial Sales and Support at SanDisk Corporation ("SanDisk").

2.      Prior to SanDisk's acquisition of SMART Storage Systems, Inc. ("SMART") in August 2013, I was Vice President Marketing and Sales at SMART.

3.      SanDisk offers a ultra-low latency SSD solution called ULLtraDIMM.

4.      Diablo Technologies, Inc. ("Diablo") supplies a component chipset for ULLLtraDIMM.

5.      In connection with our selection of Diablo as a component supplier for ULLtraDIMM, we did not consider Netlist as an alternative supplier.

6.      No ULLtraDIMM customer has indicated to me or, to my knowledge, anyone else at SanDisk that Netlist's NV Vault is considered to be a competitive product to ULLtraDIMM.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge.


Executed on October 28, 2014, in Milpitas, California.


Michael Lakowicz