# Exhibit C

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC., )<br><br>Plaintiff, )<br><br>v. )<br><br>DIABLO TECHNOLOGIES, INC. )<br><br>Defendant. ) | Case No. 4:13-cv-05962 YGR<br>(Related Case No. 4:13-cv-05889YGR) |

**DECLARATION OF JAMES E. MALACKOWSKI IN SUPPORT OF
DEFENDANT'S OPPOSITION TO
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

I, James E. Malackowski, declare that:

**I.      QUALIFICATIONS**

1.  I am the Chairman and Chief Executive Officer ("CEO") of Ocean Tomo, LLC, an Intellectual Capital Merchant Banc™ firm providing industry leading financial products and services related to intellectual property including financial expert testimony, valuation, strategy consulting, proprietary research products, investment services, risk management products, innovation management services and transaction brokerage. Ocean Tomo assists clients – corporations, law firms, governments and institutional investors – in realizing Intellectual Capital Equity value broadly defined.

2.  Headquartered in Chicago, Ocean Tomo has offices in Greenwich, Houston, Irvine, San Francisco and Seattle.  Subsidiaries of Ocean Tomo include: Ocean Tomo Risk Management, LLC; Ocean Tomo Asset Management LLC; OTI Data Networks, LLC; Patent Marking, LLC; and Ocean Tomo Capital, LLC – publisher of the Ocean Tomo 300® Patent Index family. Ocean Tomo is the founder of the Intellectual Property Exchange International, Inc. where I serve as Co-Chairman, creator of the live public open cry auction marketplace for intellectual property as well as the exclusive source for Ocean Tomo Ratings™.

3.  I am a founding and continuous member of the IP Hall of Fame Academy.  I have been recognized annually since 2007 by leading industry publications as one of the 'World's Leading IP Strategists.'   Significantly, I was named as one of 50 individuals, companies and institutions that framed the first 50 issues of IAM Magazine; listed among "50 Under 45" by IP Law & Business™;  and, named as one of "The Most Influential People in IP" by Managing Intellectual Property™.  In 2011 I was selected by the World Economic Forum as one of less than twenty members of the Network of Global Agenda Councils to focus on questions of IP policy.  In 2013, I was inducted into the Chicago Area Entrepreneurship Hall of Fame by the Institute for Entrepreneurial Studies at the University of Illinois at Chicago College of Business Administration.

4.  I have advised clients and counsel on business valuation issues, as well as all phases of the technology transfer process. I have substantial experience as a Board Director for leading technology corporations and research organizations and companies with critical brand management issues. I am Past President of The Licensing Executives Society International, Inc., as well as its largest chapter, Licensing Executives Society USA & Canada, Inc. Today, I focus my non-for-profit efforts with organizations leveraging science and innovation for the benefit of children, including those located in lesser developed countries. I am a Director of the Stanley Manne Children's Research Institute and have served since 2002 as a Trustee or Director of Invent Now, Inc., an organization providing summer enrichment programs for more than 90,000 students annually. I am the Founder of the Chicago based Center for Applied Innovation, an Illinois non-for-profit corporation created to manage education, publicly policy outreach, and related economic activity around applied technology and intellectual property rights.

5.  I am a frequent speaker on emerging technology markets and related financial measures. I have addressed mass media audiences, including Bloomberg Morning Call, Bloomberg Evening Market Pulse, Bloomberg Final Word, CNBC Closing Bell, CNBC On the Money, CNBC Street Signs, CBS News Radio, and Fox Business National Television.

6.  On more than forty occasions, I have served as an expert in U.S. Federal Court, U.S. Bankruptcy Court, State Court, the Ontario Superior Court of Justice or the International Trade Commission on questions relating to intellectual property economics, including the subject of business valuation, reasonable royalty, lost profits, price erosion, commercial success, corrective advertising, creditor allocations, Hatch Waxman Act market exclusivity, and/or the equities of a potential injunction. As an inventor, I have more than twenty issued U.S. patents. I am a frequent instructor for graduate studies on intellectual property management and markets and a Summa Cum Laude graduate of the University of Notre Dame majoring in accountancy and philosophy. I am Certified in Financial Forensics, a

Certified Licensing Professional and a Registered Certified Public Accountant in the State of Illinois. A listing of my prior testimony is provided in my curriculum vitae, attached as Exhibit C-1.

## II. ASSIGNMENT AND MATERIALS CONSIDERED

7. I have been asked by counsel for Diablo to analyze and evaluate the equities of a potential preliminary injunction, and submit this declaration in the above-captioned matter.

8. I have reviewed, analyzed, and evaluated: (i) First Amended Complaint for Patent Infringement, Antitrust Violations, Trademark Infringement, Correction of Inventorship, Trade Secret Misappropriation, Breach of Contract, Unfair Competition and Fraud; (ii) Second Amended Complaint; (iii) Netlist's Motion for Preliminary Injunction and Memorandum in Support; (iv) Declaration of Benjamin K. Riley in Support of Plaintiff Netlist, Inc.'s Motion for Preliminary Injunction; (v) Declaration of W. Paul Schuck in Support of Netlist, Inc.'s Motion for Preliminary Injunction; (vi) Declaration of Chuck Hong in Support of Netlist's Motion for Preliminary Injunction; (vii) Declaration of Hyun Lee in Support of Netlist, Inc.'s Motion for Preliminary Injunction; (viii) information produced and/or provided by the parties in connection with this litigation; and (ix) other publicly available information relevant to considering certain factors relating to the preliminary injunction motion brought by Netlist, Inc. ("Netlist") against Diablo Technologies, Inc.'s ("Diablo") continued sales of its ULLtraDIMM™ product ("ULLtraDIMM™" or "Accused Product") that are made, used, or sold in the U.S.

9. My current findings and the related bases of those conclusions are set forth below.

## III. SUMMARY OF CONCLUSIONS

10. Based on my work to date, I do not believe the speculative and unsupported losses alleged by Netlist support the claim of irreparable harm put forth by Netlist in connection with its Motion for Preliminary Injunction and Memorandum in Support.

11. My opinion in that regard is supported by at least the following findings:

4

- Netlist does not present any evidence of competition between Diablo's products, the Rush and Bolt chips and any Netlist products. Instead, Netlist asserts that some of its products compete with products of Diablo's customer Smart Storage.

- Smart Storage's ULLtraDIMM™ product and Netlist's HyperCloud®, NVvault™ and HyperVault® products are not competitive products. Rather, the products are technologically different and provide unique solutions to distinctive customer needs.

- The general lack of commercial success realized by the HyperCloud® and NVvault™ products cannot be attributed to ULLtraDIMM™.

- Smart Storage's continued sales of ULLtraDIMM™ during the pendency of this litigation would have little to no impact on the future business expectancies of Netlist's HyperCloud®, NVvault™, and/or HyperVault® products.

- To the extent Netlist were to suffer any actual damages due to Smart Storage's continued sale of ULLtraDIMM™ products, any such damages would be readily calculable.

## IV.   OVERVIEW OF THE PARTIES

12. Diablo is considered a fabless[1] semiconductor company, designing large mixed signal application-specific integrated circuits ("ASICs"). The company is based in Ottawa, Canada and was founded in 2002.[2] Diablo has had several strategic partners since inception, including 60East Technologies, Supermicro, and Smart Storage Systems.[3] Specific to the current case, SanDisk Corporation ("SanDisk") acquired Smart Storage Systems in 2013 and subsequently brought ULLtraDIMM™ to market in June 2014.[4]

13. Netlist designs, manufactures, and sells a wide variety of high performance, logic-based memory subsystems for the global datacenter, storage, and high-performance computing

---

[1] Fabless refers to the design and sale of semiconductor chips while outsourcing the actual fabrication of the semiconductor chips to a third party.
[2] CapitalIQ Product Tearsheet for Diablo Technologies Inc. (attached as Exhibit C-3).
[3] CapitalIQ Product Tearsheet for Diablo Technologies Inc. (attached as Exhibit C-3); & "SMART Storage Systems and Diablo Technologies Enter Partnership to Deliver New Ultra-Low Latency Memory Channel Storage", *SMART Storage,* http://www.smartstoragesys.com/company/press_release/article396.asp (attached as Exhibit C-4).
[4] "SanDisk Completes Acquisition of Smart Storage Systems", *SanDisk,* http://www.sandisk.com/about-sandisk/press-room/press-releases/2013/sandisk-completes-acquisition-of-smart-storage-systems/ (attached as Exhibit C-5).

markets.[5]  Netlist's 2013 Form 10-K identified its primary competitors in the DRAM market to be SK Hynix Inc. ("SK Hynix"), Samsung Electronics Co. ("Samsung"), and Micron Technology, Inc. ("Micron"). [6]  Within the memory module market, Netlist identified its primary competitors to be STEC, SMART Modular Technologies, Inc., AgigA Tech, Inc., and Viking Interworks.[7]  Notably, Netlist's most recent Form 10-K does not identify Diablo, 60East Technologies, Supermicro, Smart Storage Systems, or SanDisk as a primary competitor in either market.

## V.   OVERVIEW OF THE RELEVANT PRODUCTS

14. I understand there are four main products at issue ("Relevant Products").  Three of the Relevant Products were conceived, developed, sold, and/or marketed by Netlist, and one of the Relevant Products was developed by Smart Storage (using, among many components, chips developed by Diablo) and brought to market by SanDisk.

15. The three Relevant Products that were developed, sold and/or marketed by Netlist include HyperCloud®, NVvault™, and HyperVault®.

16. HyperCloud® is a traditional Double Data Rate Type 3 ("DDR3") SDRAM Dual In-Line Memory Module ("DIMM") consisting entirely of dynamic random-access memory ("DRAM"), and incorporating Netlist's patented load reduction and rank multiplication technology ("DxD/LRD").[8]  HyperCloud® has been marketed since November 2009 and sold by Netlist since the second quarter of 2010 and to date has generated total sales of approximately $6.1 million.[9]

17. NVvault™ is a hybrid DDR3 SDRAM DIMM containing both DRAM and Not-And Flash ("NAND Flash") memory, providing "data acceleration and protection in a JEDEC standard

---

[5] Netlist, Inc. Form 10-K for the fiscal year ended December 28, 2013, 1 (attached as Exhibit C-6).
[6] Netlist, Inc. Form 10-K for the fiscal year ended December 28, 2013, 6 (attached as Exhibit C-6).
[7] Netlist, Inc. Form 10-K for the fiscal year ended December 28, 2013, 6 (attached as Exhibit C-6).
[8] "768GB DRAM Memory in 2P Servers", *Netlist, Inc.*, http://www.netlist.com/products/hypercloud/hcdimm-overview/ (attached as Exhibit C-7); & "Diablo boss on chipsets, ULLtraDIMM and the Netlist fracas", *The Register*, http://www.theregister.co.uk/2014/10/27/diablo_ceo_interview_on_netlist_fracas/ (attached as Exhibit C-8).
[9] Exhibit C-9.

DDR3 interface."[10]  Netlist claims to have sold various versions of the NVvault™ product designed to operate in the storage channel since 2007, ████████████████████████████

████.[11]   That said, I understand the first sale of an NVvault™ product which utilized a DIMM form factor took place during the first quarter of 2010.   Since that time, such NVvault™ products ██████████████████████████████████████████████████

████████████████████████████████████████.[12]

18.  HyperVault® is envisioned to be a hybrid Double Data Rate Type 4 ("DDR4") SDRAM DIMM containing both DRAM and NAND Flash memory.  Netlist claims HyperVault® will combine "the best aspects of both the HyperCloud® DxD/LRD technologies and the NVvault™ technologies."[13] ████████████████████████████████████████

████████████████████████████████████████████.

19.  The single Relevant Product that was developed by Smart Storage (using, among many components, chips developed by Diablo) and brought to market by SanDisk is ULLtraDIMM™.  ULLtraDIMM™ is a DDR3 Registered DIMM ("RDIMM") compatible Solid State Device ("SSD") that connects NAND Flash storage to the memory bus by way of a DIMM form factor.[14]   ULLtraDIMM™ was first marketed for sale by SanDisk in June 2014.  I have not been provided any records showing sales of ULLtraDIMM™ since that time.

20.  Specific characteristics pertaining to each of the Relevant Products are summarized in the following Figure.

---

[10] "DDR3 Non-Volatile Dual In-Line Memory Module (NVDIMM)", *Netlist, Inc.*, http://www.netlist.com/vault-memory-storage/nvvault-ddr3/ (attached as Exhibit C-10).
[11] Declaration of Chuck Hong in Support of Netlist's Motion for Preliminary Injunction ("Hong Decl."), Case No. 4:13-cv-5962 (N.D. Cal. Oct. 6, 2014) (Dkt. No. 192) at 14.
[12] Exhibit C-11.
[13] Hong Decl. at 15 (Dkt. No. 192).
[14] "ULLtraDIMM", *Smart Storage Systems*, http://smartstoragesys.com/products/ulltradimm.asp (attached as Exhibit C-12).

**Figure 1: Summary of the Relevant Products**[15]

| | HyperCloud® | NVvault™ | HyperVault® | ULLtraDIMM™ |
|---|---|---|---|---|
| | | | ? | |
| Provider | Netlist | Netlist | Netlist | SanDisk / Diablo |
| Density | 16GB / 32GB | 512MB - 8GB | ? | 200GB / 400GB |
| Chip Type | DRAM | Hybrid DRAM & NAND Flash | Hybrid DRAM & NAND Flash | NAND Flash Storage |
| Product Type | Memory | Memory | Memory | Storage |
| DDR Type | DDR3 | DDR2/DDR3 | DDR4 | DDR3 |
| Qualified | IBM and HP | Dell | N/A | |
| Earliest Qualification Date | February 2012 | February 2010 | ? | |

## VI.   OVERVIEW OF THE RELEVANT MARKETS

21.   As discussed above, the Relevant Products incorporate either DRAM and/or NAND Flash technologies.  I understand global DRAM sales in 2013 were $34.8 billion, with $3.7 billion being directly attributable to the server market.[16]  Within the DRAM market, Samsung, SK Hynix, and Micron represent the top 3 suppliers and collectively accounted for 91.8% of the global DRAM market in 2013.[17]   Notably, although each of top three companies was identified by Netlist's as DRAM competitors in its 2013 Form 10-K, Diablo was not.

22.   I understand the global flash memory market in 2013 was $31.4 billion, of which $10.5 billion was generated by storage end users.[18]  Flash memory markets are primarily driven by NAND Flash memory, the technology used in the ULLtraDIMM™.  I understand Samsung, Toshiba, and SK Hynix are the three largest competitors, accounting for 84.0% of the market in 2012.[19]

## VII.  SIGNIFICANT DIFFERENCES IN PRODUCT FUNCTIONALITY

23.   There are significant differences in the functionality of the Relevant Products sold by Netlist, as compared to the Relevant Product sold by Smart Storage.  Whereas ULLtraDIMM™ is designed as a purely flash *storage* solution, HyperCloud®, NVvault™, and HyperVault® are all DRAM based *memory* solutions, although NVvault™ and HyperVault® incorporate

---

[15] Exhibit C-13.
[16] Exhibit C-14.
[17] Exhibit C-15.
[18] Exhibit C-16.
[19] Exhibit C-15.

NAND Flash memory to provide for data protection in the event of a power failure. Accordingly, although each company's products occupy similar "real estate" within a server system, each meets a different type of customer need, albeit by way of the same form factor. More specifically, while the Relevant Products sold by Netlist address user needs relating to enhanced computer **_memory_**, Smart Storage's ULLtraDIMM™ product serves as a **_storage_** device.

24. Microsoft's Computer Dictionary distinguishes memory from storage in that it defines memory as referring only to a computer's main memory, the fast semiconductor storage (RAM) directly connected to the processor,[20] and storage as any device in or on which information can be kept.[21]

25. I understand "kept" to be a key distinction between memory and storage, illustrating that each has different persistence attributes. DRAM, also considered non-persistent or volatile, loses its data when power is shut off, while NAND Flash is considered persistent or non-volatile memory, retaining data even when power is removed.[22] This drawback of traditional DRAM memory, included in HyperCloud®, is addressed by "hybrid" products such as NVvault™ and HyperVault® which combine DRAM with NAND Flash to provide for data protection in the event of a power failure.[23]

26. That said, it is critically important to understand that although hybrid products, such as NVvault™ and HyperVault®, provide the enhanced data protection measures associated with a traditional storage device, these products still serve the function of a memory device within a server system. This is evidenced by the fact that Netlist primarily markets its products to leading original equipment manufacturers ("OEMs") where "solutions are targeted at

---

[20] Microsoft's Computer Dictionary, Fifth Edition, 333 (attached as Exhibit C-17).
[21] Microsoft's Computer Dictionary, Fifth Edition, 498 (attached as Exhibit C-17).
[22] Microsoft's Computer Dictionary, Fifth Edition, 558 (attached as Exhibit C-17).
[23] "DDR3 Non-Volatile Dual In-Line Memory Module (NVDIMM)", *Netlist, Inc.*, http://www.netlist.com/vault-memory-storage/nvvault-ddr3/ (attached as Exhibit C-10).

applications where memory plays a key role in meeting system performance requirements."[24]
Also, following the announcement of the HyperCloud® DDR3 technology in November 2009,
Netlist achieved memory qualification with IBM and HP in February and May 2012,
respectively.[25]

27. Furthermore, HyperCloud® was marketed as a way for "customers [to] achieve higher
memory bandwidth."[26]  Netlist CEO Chuck Hung was quoted as saying "[s]ide-by-side
benchmarking from various independent sources have proven HyperCloud® technology to be
the fastest server memory in the market and thus ideal for high-performance servers."[27]  As of
the end of 2013, Netlist reported it had "historically derived a substantial portion of [its] net
sales from sales of [its] high performance memory subsystems for use in the server market,"
and Netlist "expect[ed] [those] memory subsystems to continue to account for a significant
portion of [its] net sales in the near term."[28]

28. Unlike the memory products sold by Netlist, Smart Storage's ULLtraDIMM™ product
contains only NAND Flash,[29] and therefore lacks the ability to function as a memory device.
Consequently, in order to boot and execute an operating system, ULLtraDIMM™ must be
used in combination with DRAM memory.[30]  Accordingly, ULLtraDIMM™ serves the
function of a storage device within a server system.

29. Beyond the product descriptions provided above, perhaps the most illustrative example of the
memory v. storage distinction between the Relevant Products can be seen in the storage
capabilities of the respective products.  To that point, while the maximum storage capacity of
the NVvault™ and HyperCloud® products are 8GB and 32GB respectively, the maximum

---

[24] Netlist, Inc. Form 10-K for the fiscal year ended December 28, 2013, 35 (attached as Exhibit C-6).
[25] Netlist, Inc. Form 10-K for the fiscal year ended December 28, 2013, 14 (attached as Exhibit C-6).
[26] "HP Qualifies Netlist 16GB HyperCloud Memory for ProLiant Servers", *ServerWatch*, http://www.serverwatch.com/server-news/netlist-16-gb-hypercloud-server-memory.html (attached as Exhibit C-18).
[27] "HP Qualifies Netlist 16GB HyperCloud Memory for ProLiant Servers", *ServerWatch*, http://www.serverwatch.com/server-news/netlist-16-gb-hypercloud-server-memory.html (attached as Exhibit C-18).
[28] Netlist, Inc. Form 10-K for the fiscal year ended December 28, 2013, 13 (attached as Exhibit C-6).
[29] ULLtraDIMM SSDs, *SanDisk*, http://www.sandisk.com/enterprise/ulltradimm-ssd/ (attached Exhibit C-19).
[30] "Smart Storage goes DIMM with memory channel storage", *Search SolidState Storage*,
http://searchsolidstatestorage.techtarget.com/news/2240203388/Smart-Storage-goes-DIMM-with-memory-channel-storage
(attached as Exhibit C-20).

storage capacity of the ULLtraDIMM™ product is 400GB.[31]  The differences in maximum storage capacities equate to ULLtraDIMM™ having 50x and 12.5x more storage capacity than NVvault™ and HyperCloud®, respectively.[32]   Additionally, the following Figure, excerpted from an IBM presentation at the 2013 Flash Memory Summit, illustrates some additional differences between memory (DRAM) and storage (NAND Flash) solutions.[33]

**Figure 2: Comparison of Memory (DRAM) and Storage (NAND Flash)**



## VIII. ABSENCE OF COMPETITION BETWEEN THE PRODUCTS

30.  While Netlist suggests the Relevant Products compete simply because each connects to the memory bus by way of a DIMM form factor, I have found no evidence to support such an assertion.

31.  Although Mr. Hong asserts in his declaration that ULLtraDIMM™ competes against NVvault™ and HyperVault®, he also admits that the products are based on different

---

[31] I note that because the HyperVault product is currently in the pre-prototype stage of development, I am unaware of its storage capabilities.
[32] Calculations: 400GB / 32GB = 12.5; & 400GB/8GB = 50.
[33] "Flash & DRAM Si Scaling Challenges, Emerging Non-Volatile Memory Technology Enablement - Implications to Enterprise Storage and Server Compute systems", *Jung H. Yoon, Hillery C. Hunter, Gary A. Tressler,* IBM Corporation, 2013, 14 (attached as Exhibit C-21).

underlying technologies.[34]  Rather than account for the differences in technologies and the solutions meeting different end user needs (memory v. storage), Mr. Hong simply concludes the products compete because all three products provide access to frequently used data on the high speed Memory channel, provide non-volatile memory, and "occupy precisely the same real estate, i.e., the DIMM socks, in a server."[35]

32. In an attempt to support his assertion regarding competition between the Relevant Products, Mr. Hong cites research by Storage Network Industry Association ("SNIA"), which I understand to be a public interest group that Netlist is a founding member of.[36]  Even so, the very research Mr. Hong cites actually states that comparing a pure NAND Flash storage solution, such as ULLtraDIMM™, to hybrid flash and DRAM memory solutions, such as NVvault™ and HyperVault®, was "somewhat apples and oranges."

33. Although Mr. Hong also references a later section of the SNIA research which states "... it really depends on the application requirements as to which is the better suited solution,"[37] he omits from his citations the portion of the research which most clearly undercuts his conclusion by describing the products as "complimentary" as opposed to competitive.  The specific language from the SNIA research reads as follows: "[i]t is more practical to consider NVDIMMs and SSDs as complementary technologies in a tiered storage strategy."[38]

34. The full excerpts from the SNIA research are provided below:

– *How do NVDIMMs compare to SSDs?  Comparing NVDIMMs to SSDs is somewhat apples and oranges. In a head-to-head matchup, NVDIMMs will have much lower latency and much higher endurance than an SSD. An SSD on the other hand can support much higher densities. It is more practical to consider NVDIMMs and SSDs as complementary*

---

[34] Hong Decl. at 18 (Dkt. No. 192).
[35] Hong Decl. at 18 (Dkt. No. 192).
[36] "Netlist a Founding Member of SNIA NVDIMM Special Interest Group to Accelerate Adoption of Hybrid Memory", *Netlist, Inc.,* http://www.netlist.com/media/blog/netlist-founding-member-snia-nvdimm-special-interest-group-accelerate-adoption-hybrid-memory/ (attached as Exhibit C-22).
[37] Hong Decl. at 20 (Dkt. No. 192).
[38] Hong Decl. at Exhibit 14 (Dkt. No. 192).

*technologies in a tiered storage strategy. NVDIMMs in fact can improve the reliability and endurance of SSDs by lowering the access frequency of the NAND. "Superhot" data can be targeted to the NVDIMMs, while the "hot" data can be held in the SSD.*

– **How does an NVDIMM compare to an HDIMM or UltraDIMM?** *Also apples and oranges as explained above. However, one should acknowledge that these solutions do compete for the same real estate. So it really depends on the application requirements as to which one is the better suited solution[39]*

35. Mr. Hong also makes a very telling statement in his declaration which clearly illustrates the differing consumer preferences for the storage v. memory solutions provided by ULLtraDIMM™ and NVvault™/HyperVault®.  On that point, Mr. Hong states: "[w]hile ███████ has chosen to purchase the NVvault™® product (determining that its users need less storage capacity on the Memory channel, at a reduced cost), big data companies that want greater storage will be more inclined to buy the ULLtraDIMM™ product."[40]  This statement acknowledges that companies looking for the product characteristics provided by NVvault™, e.g. "less storage capacity on the Memory channel, at a reduced cost", will consider products such as NVvault™; while consumers searching for the product characteristics provided by ULLtraDIMM™, e.g. "greater storage", will consider entirely different products such as ULLtraDIMM™.

36. Similarly, Mr. Lopes testified that Netlist's discussions with HP regarding products, such as HyperCloud, usually start with HP's desired storage capacity and then move on to other product performance characteristics.

> *Usually our discussions [███████] are first to decide what density [storage] they're looking at. Once we're in the density whether it's 8, 16 or 32, then it comes down to how fast is it; how does it perform; how much power does it take; how much does it cost. Those are the things. The density is always part of the conversation.[41]*

---

[39] Hong Decl. at Exhibit 14 (Dkt. No. 192).
[40] Hong Decl. at 19 (Dkt. No. 192).
[41] Deposition of Christopher Lopes, Vice President of Worldwide Sales, Netlist, Inc., November 28, 2012, 82 (attached as Exhibit C-23).

37. With further regard to the lack of competition between the Relevant Products, based on my conversations with Mr. Cedric Paillard, Diablo's Vice President of Business Development, I understand that potential customers have **_never_** discussed HyperCloud®, NVvault™, and/or HyperVault® as competitive products in connection with the ULLtraDIMM™ sales process. Rather, I understand ULLtraDIMM™ is sold against other **_storage_** solutions which customers may consider to be potential alternatives to ULLtraDIMM™.  This is illustrated by the following page taken from a 2014 sales presentation by ███████████████████ ████████████████████████████████████████████████████ ███████████████████,"[42]



38. Moreover, the following slide taken from that same presentation compares ███████████ ████████████████████████████████████████████████████████ ██████████████████████████        █████████████████████████████

---

[42] ████████████████████████████████████████████████████████████ ████████████████████████████



39. While it is true that each of the Relevant Products resides in a DIMM slot in a server, I believe Netlist improperly suggests the Relevant Products compete for precisely the same real estate because the number of available DIMM slots is limited. On that point, based on my discussions with Mr. Paillard, I understand Diablo estimates that upwards of 50% of server DIMM sockets remain empty. I note that Mr. Paillard's estimate in that regard is consistent with independent industry research reported by Storage Switzerland which states that it is not uncommon for servers to have DIMM sockets that are less than 50% full.[44] Accordingly, the Relevant Products do not compete for precisely the same real estate and customers are not

---

[43] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

[44] "How To Get 2TB More Storage In Every 2U Server", *Storage Switzerland, LLC.,* http://www.storage-switzerland.com/articles/entries/2012/5/2_How_To_Get_2TB_More_Storage_In_Every_2U_Server.html (attached as Exhibit C-26).

forced to select one solution over the other due to a limited number of DIMM slots. Rather, the potential exists for customers to use the *complementary* solutions offered by the Relevant Products, should their needs dictate they require such a solution.

40. Finally, in 2014, RBC Capital Markets projected a total available market for DIMMs of between 75.6 and 104.5 million units.[45]   Given that the total available market represents between 891 and 1,232 times Netlist's total projected unit sales of HyperCloud® and NVvault™ combined in 2013, sufficient excess "real estate" exists to accommodate sales of ULLtraDIMM™, HyperCloud®, NVvault™, and even HyperVault®, should it ever come to market.

## IX.   NETLIST BUSINESS FAILURES ARE NOT ATTRIBUTABLE TO ULLTRADIMM™

41. Although Mr. Hong declared that Smart Storage's ULLtraDIMM™ product "effectively replaces Netlist's NVvault™ product in the marketplace" and causes ███████████████ ████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████

42. First and foremost, as discussed previously, HyperCloud®, NVvault™, and HyperVault® are not competitive products with ULLtraDIMM™ in that they perform different functions and are targeted to solve different customer needs in different market segments.

43. Furthermore, even prior to the introduction of ULLtraDIMM™, HyperCloud® and NVvault™ both failed to meet Netlist's sales expectations in 2013. ████████████████ ████████████████████████████████████████████████████████████████████████ ██████████████████████████ ██ ████████████████████████████████████████████ █████████████████████████████████████████████████

44. Contrary to Netlist's failure to meet its 2013 sales forecasts, according to IDC research, its

---

[45] "Sandisk (SNDK): A Deep Dive Report", *RBC Capital Markets*, (attached as Exhibit C-27).
[46] Hong Decl. at 19 (Dkt. No. 192).
[47] Exhibit C-28.
[48] Exhibit C-28.

two largest OEMs which were qualified for HyperCloud® (IBM and HP) collectively shipped

3.4 million servers that year. ████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████    Accordingly, even prior to the introduction of ULLtraDIMM™, Netlist was able

to capture only a miniscule fraction of the potential sales available in its largest accounts

which were qualified to sell HyperCloud®.  A summary of my calculations can be found in

the following figure.



45. With regard to NVvault™, a closer look at the products sales history illustrates that not only

did the product struggle to maintain market share, but sales of NVvault™ were in significant

decline prior to the introduction of the ULLtraDIMM™ in June 2014.  Furthermore, the

evidence shows the primary cause of the decline in NVvault™ revenues was not related to

---

[49] Exhibit C-29.

ULLtraDIMM™, but rather a significant reduction in purchases made by ███████.[50]

46. On that point, during the period of 2010 and 2011, NVvault™ experienced a period of growing sales as Netlist's relationship with ███ grew, experiencing an all-time high in the fourth quarter of 2011. In 2012 however, Netlist experienced a rapid decline of NVvault™ revenues due to declining sales with ███ the only OEM that had qualified NVvault™.[51] Notably, the significant decline in sales with Dell occurred almost two years before the first sale of ULLtraDIMM™. Netlist's NVvault™ revenue by quarter (for the period which data have been provided to me) and the introduction of ULLtraDIMM™ are reflected in the following Figure.



**Figure 6: NVvault™ Revenue by Quarter**

47. With further regard to ████████████████████████████████



he fails to identify those other companies, fails to provide an explanation as to why discussions between the parties ceased,

---

[50] Exhibit C-30.
[51] Netlist Inc., SEC Form 10-K for the period ending December 29, 2012, 2 (attached as Exhibit C-31).
[52] Hong Decl. at 20-21 (Dkt. No. 192).
[53] Hong Decl. at 20-21 (Dkt. No. 192).

and cites no evidence to support his assertion that IBM would have partnered with Netlist but-for Smart Storage's ULLtraDIMM™ product.  Instead, Mr. Hong simply reasons that because Netlist sold other products to ███ in the past, ███ would have partnered with Netlist to develop the NVvault™, but-for Smart Storage's ULLtraDIMM™ product.  However, such reasoning is belied by the fact that, even prior to the existence of ULLtraDIMM™, Netlist failed to make significant sales penetration into the IBM account.  Furthermore, ████████████████████████████████████████████████

████████████████████████████████████████████████████████████

█████████████████████████████████ ██ █████████████████████████

████████████████████████████████████████████████████████████

████████████

48.   Mr. Hong also states in his declaration that Netlist lost HyperVault® business with ████

████████████████████████████████████████████████████████████

███████████████████.[55]   However, the only support Mr. Hong provides for his assertions comes in the form of two anecdotes.  The first anecdote describes how ████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

██████████████████████████████████[56]

49.   Outside of that anecdotal evidence, Mr. Hong provides no other evidence which proves (or even suggests) that Netlist lost partnership opportunities with █████████████████ as a result of the ULLtraDIMM™ product being on the market.  Moreover, a preliminary

---

[54] Declaration of Christopher Lopes in Support of Defendant Netlist Inc.'s Opposition to Plaintiff's Motion for Preliminary Injunction, November 30, 2012, 2-3 (attached as Exhibit C-32).
[55] Hong Decl. at 22 (Dkt. No. 192).
[56] Hong Decl. at 22 (Dkt. No. 192).

injunction seemingly would not alleviate Toshiba's alleged aversion to continuing discussions with Netlist or Samsung's focus on intellectual property, as it would do nothing to resolve the uncertainties surrounding either of the intellectual property disputes currently pending between the parties.

50.  Mr. Hong also asserts that Netlist lost NVvault™ sales due to ULLtraDIMM™ and NVvault™ both being available on Supermicro's X-9 platform.[57]  As discussed throughout this declaration, ULLtraDIMM™ and NVvault™ are distinctly different products servicing different customer needs and the products are more accurately considered compliments, as opposed to competitors.  To that point, I understand the capacity of the NVvault™ modules qualified by Supermicro ranged from 4GB and 8GB and have a read/write latency of 110 and 5 nanoseconds, respectively.[58]  Conversely, the capacity of the ULLtraDIMM™ modules qualified by Supermicro ranged from 200GB to 400GB and have a read/write latency of 150 and 5 nanoseconds.[59]

51.  To put those differences in capacity and speed in perspective, NVvault's 4GB to 8GB capacity represents a mere 2% of ULLtraDIMM's 200GB to 400GB capacity; while the NVvault™ read latency is 36% faster than ULLtraDIMM™.[60]  Therefore, to the extent a customer of the Supermicro X-9 platform desired both the enhanced *__storage__* solution provided by ULLtraDIMM™ and the enhanced *__memory__* solution provided by NVvault™, both products could be purchased and used in a complementary fashion.  Accordingly, the facts do not suggest that the sale of an ULLtraDIMM™ module within the Supermicro X-9 platform would result in a lost NVvault™ sale.

52.  Mr. Hong further states in his declaration that the marketplace is "confused and/or suspicious

---

[57] Hong Decl. at 20 (Dkt. No. 192).
[58] "What is an NVDIMM", *Netlist, Inc.*, http://www.netlist.com/files/6714/0935/5103/Netlist_NVvault_DDR3_Product_Brief_-_What_is_an_NVDIMM.pdf (attached as Exhibit C-33).
[59] "Bringing SSD Performance to the DIMM form factor – Preliminary Specifications", *SanDisk*., http://www.sandisk.com/enterprise/ulltradimm-ssd/ (attached as Exhibit C-34).
[60] Calculation: 4GB / 200GB = 2% or 8GB / 400GB = 2%; & Calculation: (150-110)/110 = 36%.

whether HyperCloud® technology is owned by Netlist or Diablo."[61] However, Mr. Hong again fails to provide any evidence in support this assertion. Rather, Mr. Hong relies solely on his experience in the computing industry to support his opinion of marketplace confusion. More specifically, Mr. Hong declares that the "confusion and suspicion [surrounding the ownership of the HyperCloud® technology] is irreparably harming Netlist by foreclosing business opportunities for its NVvault™® and HyperVault® products;"[62] and that gaining a customer "means locking in their business for years", while "[c]onversely, it is very difficult to regain lost customers."[63] Not only do Mr. Hong's unsupported assertions run counter to many of the facts which have already been discussed throughout my declaration, but they stand in stark contrast to the aforementioned declaration of Mr. Christopher Lopes █████

████████████████████████████████████████████████████████████████

████████████████████████████ ████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████[5]

53. Finally, with regard to HyperVault®, as explained previously, the product is currently in the pre-prototype stage of development. According to Mr. Hong, ██████████████████

████████████████████████████ ████████████████████████

████████████████████████████████ I also understand the

HyperVault® design is based on DDR4[68] DRAM standards,[69] and that there is currently "██

---

[61] Hong Decl. at 22 (Dkt. No. 192).
[62] Hong Decl. at 22 (Dkt. No. 192).
[63] Hong Decl. at 22 (Dkt. No. 192).
[64] Declaration of Christopher Lopes in Support of Defendant Netlist Inc.'s Opposition to Plaintiff's Motion for Preliminary Injunction, November 30, 2012, 2-3 (attached as Exhibit C-32).
[65] Hong Decl. at 22-23 (Dkt. No. 192).
[66] Deposition testimony of Mr. Chuck Hong, Chief Executive Officer, Netlist, Inc., October 11, 2014, 104 (attached as Exhibit C-35).
[67] Deposition testimony of Mr. Chuck Hong, Chief Executive Officer, Netlist, Inc., October 11, 2014, 100 (attached as Exhibit C-35).
[68] DDR4 stands for Double Data Rate, 4th Generation.

███████████████████████████████ ■  Finally, Mr. Hong does not

██████████████████████████████████████████████

█████████████████████████████████.[71]

54. Even assuming Netlist is able to meet the HyperVault® development and product roll-out timeline discussed by Mr. Hong, and further assuming the market evolves to DDR4 technology as he describes, the HyperVault® product is still a long way away from competing in the marketplace.  Therefore, any suggestion that ULLtraDIMM™ is causing irreparable harm to the HyperVault® product appears speculative at best.

55. Finally, Mr. Hong has stated in his declaration that Netlist's HyperVault® product and Smart Storage's ULLtraDIMM™ product were competitors because "[t]o our knowledge, Netlist and the SanDisk/Diablo team are the only companies capable of producing advanced hybrid memory products like ULLtraDIMM™ and HyperVault®."[72]  Mr. Hong testified in his deposition that the sole basis for his belief in that regard is that Netlist has ████████████ ████████████████████████████ ■  While it is notable that Mr. Hong believes ULLtraDIMM™ can be competitive with a product that does not yet even have a prototype, it is even more notable that he believes ULLtraDIMM™ to a "hybrid product." Such a belief not only defies Netlist's own definition of a hybrid product,[74] but also serves to illustrate a fundamental misunderstanding of the ULLtraDIMM™ product which is purely a non-volatile NAND Flash solution and therefore cannot be a hybrid product.

---

[69] Deposition testimony of Mr. Chuck Hong, Chief Executive Officer, Netlist, Inc., October 11, 2014, 102 (attached as Exhibit C-35).

[70] Deposition testimony of Mr. Chuck Hong, Chief Executive Officer, Netlist, Inc., October 11, 2014, 103 (attached as Exhibit C-35).

[71] Deposition testimony of Mr. Chuck Hong, Chief Executive Officer, Netlist, Inc., October 11, 2014, 103 (attached as Exhibit C-35).

[72] Hong Decl. at 21 (Dkt. No. 192).

[73] Deposition testimony of Mr. Chuck Hong, Chief Executive Officer, Netlist, Inc., October 11, 2014, 132 (attached as Exhibit C-35).

[74] I note that Netlist describes a "hybrid product" to comprise "the high performance of DDR3 DRAM with the non-volatility of NAND Flash." *See* "DDR3 Non-Volatile Dual In-Line Memory Module (NVDIMM)", *Netlist Inc.*, http://www.netlist.com/vault-memory-storage/nvvault-ddr3/ (attached as Exhibit C-10).

## X.     ANY POTENTIAL DAMAGES ARE READILY QUANTIFIABLE

56. As described throughout this declaration, the evidence does not support an assertion that Netlist has suffered a loss of actual (or potential) sales as a result of the alleged misappropriation.  That said, assuming arguendo the finder of fact were to determine Diablo misappropriated the Asserted Trade Secrets and Netlist has suffered losses as a result, there is nothing unique about facts and circumstances of this matter which would preclude the quantification of any such damages to a reasonable degree of economic certainty.  Therefore, I am aware of no basis to conclude that any damages ultimately proven by Netlist cannot be remedied through an award of monetary damages.

57. With specific regard to the lost sales and business opportunities claimed by Netlist, based on my experience in similar matters, such losses are typically assessed using a "top-down" and/or a "bottom-up" approach.

58. Generally speaking, assessing potential losses according to a top-down, (e.g. macro level) approach involves analyzing the plaintiff's historical sales trends.  In connection with performing such an analysis, the plaintiff's product sales are evaluated before and after the alleged misappropriation to first determine if a decline in sales took place following the misappropriation.  If so, it is then necessary to determine the portion of the decline, if any, which can be attributed to the alleged misappropriation.  As discussed previously, in this current matter, sales of the NVvault™ and HyperCloud® products were in decline well before the introduction of the ULLtraDIMM™ product.  Therefore, it is unlikely that a top-down approach could be used to establish a claim of lost sales.

59. Alternatively, assessing potential losses according to a bottom-up (e.g. micro level) approach generally involves analyzing potential losses incurred at the individual customer accounts level.  This is precisely the same as the approach reflected in the declaration of Mr. Hong which purports to identify lost sales and business opportunities on a customer by customer basis.  For instance, Mr. Hong asserts that Netlist lost and/or will lose NVvault™ and

HyperVault® sales and business opportunities with ██████████████████, and ████. While I do not agree that Mr. Hong has demonstrated that Netlist has suffered any lost sales or business opportunities as a result of the alleged misappropriation, my conclusion in that regard speaks to the overall lack of evidence cited by Mr. Hong to support his assertions, as opposed to the customer specific approach he relied on in connection with putting forth his declaration.

60. Furthermore, Netlist's current business model not only reflects the fact that the company agrees monies provided in exchange for the use of its HyperCloud® technology and intellectual property represents a sufficient form of compensation, but it also illustrates Netlist's belief that it is possible to quantify monetary damages in connection with bringing enforcement actions such as this one.

61. In SEC filings and a public interview with Wall Street, Mr. Hong described Netlist's 3 to 5 year strategic plan to encompass "licensing to the participants in the LRDIMM and the aggregate memory markets."[75]   Netlist advised investors of the company's intent to "monetize our intellectual property through licensing arrangements and, where necessary, enforcement actions against those entities using our patented solutions in their products."[76]

62. In connection with executing its strategic plan, Netlist partnered with Fortress Investments, guaranteeing a loan to specifically monetize the intellectual property surrounding "HyperCloud® and other related technologies."[77]   While Mr. Hong is unclear on details behind the partnership, ███████████████████████████ ████ ████ ███ █████ ██ ██████ ███████ █████ █████ ███████ The partnership between Netlist and Fortress Investments further illustrates

[75] Deposition testimony of Mr. Chuck Hong, Chief Executive Officer, Netlist, Inc., October 11, 2014, 145 (attached as Exhibit C-35).
[76] Netlist, Inc. SEC Form 10-K for the period ending December 28, 2013, 2 (attached as Exhibit C-6).
[77] Deposition testimony of Mr. Chuck Hong, Chief Executive Officer, Netlist, Inc., October 11, 2014, 149-150 (attached as Exhibit C-35).
[78] Deposition testimony of Mr. Chuck Hong, Chief Executive Officer, Netlist, Inc., October 11, 2014, 140 (attached as Exhibit C-35).

that monies in exchange for the use of intellectual property surrounding HyperCloud® is a sufficient form of compensation.  It also further illustrates that both Netlist (and Fortress Investments) believe it is possible to quantify (and monetize) the economic damages resulting from the alleged misuse of Netlist's intellectual property through litigation actions such as this one.

63. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
James E. Malackowski
Executed on October 28, 2014.