FABIO E. MARINO (SBN 183825)
fmarino@mwe.com
L. KIERAN KIECKHEFER (SBN 251978)
kkieckhefer@mwe.com
JUDITH S.H. HOM (SBN 203482)
jhom@mwe.com
NITIN GAMBHIR (SBN 259906)
ngambhir@mwe.com
BARRINGTON DYER (SBN 264762)
bdyer@mwe.com
TERI H.P. NGUYEN (SBN 267498)
thpnguyen@mwe.com
NATALIE BENNETT (*Pro Hac Vice*)
nbennett@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA  94025-4004
Telephone:     650 815 7400
Facsimile:      650 815 7401

Attorneys for Defendant and Counterclaim-Plaintiff
DIABLO TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC., a Delaware corporation,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>vs.<br><br>DIABLO TECHNOLOGIES, INC., a Canadian corporation,<br><br>Defendant and Counterclaim-Plaintiff. | CASE NO.  4:13-cv-05962 YGR<br>(Related Case No. 4:13-cv-05889 YGR)<br><br>**SUPPLEMENTAL DECLARATION OF TERI H.P. NGUYEN IN SUPPORT OF ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL THE OPINIONS OF DIABLO'S EXPERTS AND CERTAIN EXHIBITS ATTACHED THERETO PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5**<br><br>Date:     December 2, 2014<br>Time:    2:00 p.m.<br>Ctrm:    1, 4th Floor<br>Judge:   Hon. Yvonne G. Rogers |

I, Teri H.P. Nguyen, declare as follows:

1. I am an attorney with the law firm of McDermott, Will & Emery LLP, counsel of record for Defendant and Counterclaim-Plaintiff Diablo Technologies, Inc. ("Diablo") in this action. I am admitted to practice law in the State of California. I make this supplemental declaration in support of Diablo's Unopposed Administrative Motion for Administrative Motion for Leave to File Under Seal the Opinions of Diablo's Experts and Certain Exhibits Attached Thereto Pursuant to Civil Local Rules 7-11 and 79-5, previously filed at Dkt. No. 216. I have personal knowledge of the facts stated herein, and I could and would testify competently to those facts if called as a witness.

2. On October 29, 2104, Diablo moved for leave to file under seal certain portions of the Declaration of James E. Malackowski ("Malackowski Declaration"). However, since filing the public redacted version of the Malackowski Declaration, Diablo has identified certain information that should have also been redacted but were inadvertently filed in the public version of the Malackowski Declaration. For the same reasons stated in the underlying Motion for Leave (Dkt. No. 216), the expert's Declaration discusses confidential sales/revenue information, which should be redacted from the public record. Diablo now moves for further redactions to the public version of the Malackowski Declaration.

3. Diablo also requested leave to file under seal certain exhibits attached to Mr. Malackowski's Declaration, specifically, Exhibits C-9, C-11, C-14, C-15, C-16, C-24, C-25, C-28, and C-30. The basis for keeping those materials out of the public record were set forth in the in the underlying Motion for Leave. Since moving for leave, Diablo has identified Exhibit C-29 as an exhibit that should have also been filed under seal and kept out of the public record. Like Exhibits C-9, C-11, C-14, C-15, C-16, C-24, C-25, C-28, and C-30, Exhibit C-29 also contains conclusions based on confidential financial information belonging to Netlist, which Netlist has designated as Attorneys Eyes Only and has requested be filed under seal.

4. Public disclosure of Diablo and/or Netlist's confidential and proprietary information would put Diablo and/or Netlist at an unfair competitive disadvantage as it would provide insights into the operations of both parties' products and business operations. The

1  parties' confidentiality interests therefore overcome the right of public access to the record, as a

2  substantial probability exists that the parties' overriding confidentiality interests will be

3  prejudiced if the record is not sealed to the public.  However, to balance the right of public access

4  to the record with the parties' interests to maintain confidentiality, Diablo will re-file a corrected

5  redacted version of the Malackowski's Declaration.  The proposed sealing is narrowly tailored

6  and no less restrictive means exists to achieve this overriding interest.

7       5.      Accordingly, Diablo respectfully requests that the Court enter the modified

8  [Proposed] Order concurrently filed herewith granting leave to file the above-identified

9  documents under seal.

10       I declare under penalty of perjury under the laws of the State of California that the

11  foregoing is true and correct.

12       Executed this 3rd day of November, 2014 in Menlo Park, California.


                                  /s/ *Teri H.P. Nguyen*
                                  Teri H.P. Nguyen

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

- 2 -

SUPPLEMENTAL DECLARATION OF
TERI H.P. NGUYEN
CASE NO. 4:13-CV-05962 YGR