McDermott Will & Emery LLP
Attorneys At Law
Menlo Park

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC., a Delaware corporation,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>vs.<br><br>DIABLO TECHNOLOGIES, INC., a Canadian corporation,<br><br>    Defendant and Counterclaim-Plaintiff. | CASE NO.  4:13-cv-05962 YGR<br>(Related Case No. 4:13-cv-05889 YGR)<br><br>**MODIFIED [PROPOSED] ORDER GRANTING DEFENDANT DIABLO TECHNOLOGIES, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL THE OPINIONS OF DIABLO'S EXPERTS AND CERTAIN EXHIBITS ATTACHED THERETO PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5**<br><br>Date:    December 2, 2014<br>Time:    2:00 p.m.<br>Ctrm:    1, 4th Floor<br>Judge:   Hon. Yvonne G. Rogers |

Having considered Defendant and Counterclaim-Plaintiff Diablo Technologies, Inc.'s ("Diablo") Administrative Motion for Leave to File Under Seal the Opinions of Diablo's Experts and Certain Exhibits Attached Thereto Pursuant to Civil Local Rules 7-11 and 79-5 ("Motion to File Under Seal"), and all other papers filed in support of the Motion to File Under Seal, including the Declarations of Natalie Bennett and the Supplemental Declaration of Teri H.P. Nguyen, the Court finds that good cause exists to file under seal certain portions of the expert declaration of James E. Malackowski ("Malackowski Declaration"), as well as the entirety of the following exhibits attached thereto:  Exhibits C-9, C-11, C-14, C-15, C-16, C-24, C-25, C-28, C-29 and C-30.  The Court further finds good cause exists to file under seal the entirety of the expert declaration of Joseph McAlexander ("McAlexander Declaration").

**IT IS HEREBY ORDERED THAT** the McAlexander Declaration (Exhibit B) shall be filed under seal in its entirety.  It also **ORDERED THAT** the Malackowski Declaration (Exhibit C) shall be filed under seal consistent with their publicly redacted versions and as indicated by the highlighted portions of the unredacted versions as follows:

| Document | Portions to be Filed Under Seal |
|---|---|
| Portions of the Malackowski Declaration (Exhibit C) | The highlighted portion reflected in the unreacted version of the Malackowski Declaration |

It is further **ORDERED THAT** Exhibits C-9, C-11, C-14, C-15, C-16, C-24, C-25, C-28, C-29 and C-30 to the Declaration of Malackowski Declaration should be filed under seal in their entirety.

IT IS SO ORDERED.

Dated:

HONORABLE YVONNE G. ROGERS
UNITED STATES DISTRICT JUDGE