FABIO E. MARINO (SBN 183825)
fmarino@mwe.com
L. KIERAN KIECKHEFER (SBN 251978)
kkieckhefer@mwe.com
JUDITH S.H. HOM (SBN 203482)
jhom@mwe.com
NITIN GAMBHIR (SBN 259906)
ngambhir@mwe.com
BARRINGTON DYER (SBN 264762)
bdyer@mwe.com
TERI H.P. NGUYEN (SBN 267498)
thpnguyen@mwe.com
NATALIE BENNETT (*Admitted Pro Hac Vice*)
nbennett@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA  94025-4004
Telephone:     650 815 7400
Facsimile:      650 815 7401

Attorneys for Defendant and Counterclaim-Plaintiff
DIABLO TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC., a Delaware corporation,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>vs.<br><br>DIABLO TECHNOLOGIES, INC., a Canadian corporation,<br><br>    Defendant and Counterclaim-Plaintiff. | CASE NO.  4:13-cv-05962 YGR<br>(Related Case No. 4:13-cv-05889 YGR)<br><br>**DEFENDANT DIABLO TECHNOLOGIES, INC.'S NOTICE OF ERRATA REGARDING ITS OPPOSITION TO PLAINTIFF NETLIST, INC.'S MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Date:     December 2, 2014<br>Time:    2:00 p.m.<br>Ctrm:    1, 4th Floor<br>Judge:   Hon. Yvonne G. Rogers |

**PLEASE TAKE NOTICE** that Defendant Diablo Technologies, Inc.'s ("Diablo") hereby files this notice to correct Diablo's Opposition to Plaintiff Netlist, Inc.'s Motion for a Preliminary Injunction ("Diablo's Opposition") and the October 28, 2014 Expert Report of Joseph C. McAlexander III ("McAlexander Report").

A corrected version of Diablo's Opposition ("Corrected Diablo Opposition"), which replaces the pleading filed at Dkt. No. 215-7 (filed under seal) and Dkt. No. 215-9 (redacted), is attached as **Exhibit 1** to the concurrently filed Declaration of Teri H.P. Nguyen in Support of this Notice of Errata ("Nguyen Errata Decl."). The corrections and/or clerical edits to the Corrected Diablo Opposition are at 5:26; 6:3-4; 8:3; 14:1; and 14:5. As explained in the Nguyen Errata Declaration, these corrections fix certain editorial/clerical errors in the Opposition (Dkt. Nos. 215-7, 215-8). Nguyen Errata Decl. at ¶ 3.

A corrected version of the McAlexander Report ("Corrected McAlexander Report"), which replaces the pleading filed at Dkt. No. 216-2 (filed under seal), is attached as **Exhibit 3** to the Nguyen Errata Declaration. As explained in the McAlexander Declaration in Support of this Notice of Errata ("McAlexander Errata Decl."), attached as **Exhibit 2** to the Nguyen Errata Declaration, the Corrected McAlexander Report contains corrections at (1) page 48, ¶ 109 and (2) page 56, ¶ 123. McAlexander Errata Decl. at ¶¶ 2-3. No other changes and/or modifications have been made to the McAlexander Report. *Id.* at ¶ 4.

Counsel for Diablo will provide Netlist's counsel with both the corrected versions of Diablo's Opposition and McAlexander Report, as well as redlined versions showing where the changes have been made.

Dated: November 4, 2014

Respectfully submitted,
McDERMOTT WILL & EMERY LLP

By:*/s/ Teri H.P. Nguyen*
Teri H.P. Nguyen

Attorneys for Defendant and Counterclaim-Plaintiff DIABLO TECHNOLOGIES, INC.