FABIO E. MARINO (SBN 183825)
fmarino@mwe.com
L. KIERAN KIECKHEFER (SBN 251978)
kkieckhefer@mwe.com
JUDITH S.H. HOM (SBN 203482)
jhom@mwe.com
NITIN GAMBHIR (SBN 259906)
ngambhir@mwe.com
BARRINGTON DYER (SBN 264762)
bdyer@mwe.com
TERI H.P. NGUYEN (SBN 267498)
thpnguyen@mwe.com
NATALIE BENNETT (*Admitted Pro Hac Vice*)
nbennett@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA  94025-4004
Telephone:     650 815 7400
Facsimile:      650 815 7401

Attorneys for Defendant and Counterclaim-Plaintiff
DIABLO TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC., a Delaware corporation,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>vs.<br><br>DIABLO TECHNOLOGIES, INC., a Canadian corporation,<br><br>    Defendant and Counterclaim-Plaintiff. | CASE NO.  4:13-cv-05962 YGR<br>(Related Case No. 4:13-cv-05889 YGR)<br><br>**DECLARATION OF TERI H.P. NGUYEN IN SUPPORT OF DIABLO TECHNOLOGIES, INC.'S NOTICE OF ERRATA REGARDING DIABLO TECHNOLOGIES, INC.'S OPPOSITION TO PLAINTIFF NETLIST, INC.'S MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Date:    December 2, 2014<br>Time:   2:00 p.m.<br>Ctrm:   1, 4th Floor<br>Judge:  Hon. Yvonne G. Rogers |

I, Teri H.P. Nguyen, declare as follows:

1. I am an attorney at the law firm of McDermott, Will & Emery LLP, counsel of record for Defendant Diablo Technologies, Inc. ("Diablo") in this action. I am admitted to practice law in the State of California. I have personal knowledge of the facts stated herein, and I could and would testify competently to those facts if called as a witness.

2. I submit this declaration in support of Diablo's Notice of Errata Regarding Diablo's Opposition to Plaintiff Netlist, Inc.'s Motion for a Preliminary Injunction ("Diablo's Opposition") (Dkt. No. 215-7 [filed under seal] and Dkt. No. 215-8 [redacted]) and Joseph C. McAlexander III's Report in Support of Diablo's Opposition ("Corrected McAlexander Report") (Dkt. No. 216-2 [filed under seal]).

3. Attached hereto as **Exhibit 1** is a true and correct copy of the corrected version of Diablo's Opposition ("Corrected Diablo Opposition"). The Corrected Diablo Opposition replaces the redacted pleading filed at Dkt. No. 215-8, and the corresponding unredacted copy lodged under seal. The Corrected Diablo Opposition includes the following corrections, which were the result of certain editorial and typographical errors:

| Page:Line | Correction in red |
|---|---|
| 5:26 | The Rush and Bolt-based ULLtraDIMM is a hard drive used for long term storage of information, while the LRD/DXD-based HyperCloud relies on multiple ranks of DRAM to provide low-latency high throughput temporary memory. *See* Declaration of Joseph McAlexander III ("McAlexander Decl.") at ¶¶ 98, 227-228. |
| 6:3-4 | The Rush chip in the ULLtraDIMM is a device with considerably more complex logic than the RD chip. The Rush uses 100 times more gates: the ULLtraDIMM has 44 million gates, while the RD has 40 thousand gates. Exh. D-1 as attached to the Badalone Decl. (Badalone Dep. Tr.) at 259:13-17; Exh. C-8 to the Declaration of James E. Malackowski ("Malackowski Decl.") (Oct. 27, 2014 Interview with R. Badalone). |
| 8:3 | This makes sense because Diablo had no reason to refer to the LRD/DXD Specifications, as the Rush and Bolt chips follow the JEDEC DDR3 standard and not the LRD and/or DXD techniques. Takefman Decl. ¶13. |

| 14:1 | attached to the ~~Declaration of James E. Malackowski (~~"Malackowski Decl.~~")~~ (Lopes Declaration in Civil Action No. 2:12-cv-2319 (E.D. Cal. Nov. 30, 2012)) at ¶ 16. |
|---|---|
| 14:5 | Malackowski Decl. ¶¶41-43. |

4. Attached hereto as **Exhibit 2** is a true and correct copy of the McAlexander Declaration in Support of this Notice of Errata ("McAlexander Errata Decl."), which identifies the corrections made at (1) page 48, ¶ 109 and (2) page 56, ¶ 123. The reasons for their corrections are set forth therein.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the Corrected McAlexander Report. The McAlexander Report was lodged under seal in its entirety (*see* Under Seal Motion at Dkt. No. 216), the Corrected McAlexander Report shall replace the copy currently lodged under seal and also be lodged under seal for the same reasons set forth in Diablo's Motion for Leave to File Under Seal (Dkt. No. 216).

6. Counsel for Diablo will provide Netlist's counsel with both the corrected versions of Diablo's Opposition and the McAlexander Report, as well as redlined versions showing where the changes have been made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 4th day of November, 2014, in Menlo Park, California.

/s/ *Teri H.P. Nguyen*
Teri H.P. Nguyen