# EXHIBIT 2

| | |
|---|---|
| 1 | FABIO E. MARINO (SBN 183825) |
| | fmarino@mwe.com |
| 2 | L. KIERAN KIECKHEFER (SBN 251978) |
| | kkieckhefer@mwe.com |
| 3 | JUDITH S.H. HOM (SBN 203482) |
| | jhom@mwe.com |
| 4 | NITIN GAMBHIR (SBN 259906) |
| | ngambhir@mwe.com |
| 5 | BARRINGTON DYER (SBN 264762) |
| | bdyer@mwe.com |
| 6 | TERI H.P. NGUYEN (SBN 267498) |
| | thpnguyen@mwe.com |
| 7 | NATALIE BENNETT (*Admitted Pro Hac Vice*) |
| | nbennett@mwe.com |
| 8 | McDERMOTT WILL & EMERY LLP |
| | 275 Middlefield Road, Suite 100 |
| 9 | Menlo Park, CA  94025-4004 |
| | Telephone:   650 815 7400 |
| 10 | Facsimile:   650 815 7401 |
| 11 | Attorneys for Defendant and Counterclaim-Plaintiff |
| | DIABLO TECHNOLOGIES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC., a Delaware corporation, | CASE NO. 4:13-cv-05962 YGR |
| | (Related Case No. 4:13-cv-05889 YGR) |
| Plaintiff and Counterclaim-Defendant, | |
| | **DECLARATION OF JOSEPH C.** |
| vs. | **McALEXANDER III IN SUPPORT OF** |
| | **DIABLO TECHNOLOGIES, INC.'S** |
| DIABLO TECHNOLOGIES, INC., a Canadian corporation, | **NOTICE OF ERRATA REGARDING DIABLO'S OPPOSITION TO** |
| | **PLAINTIFF NETLIST, INC.'S MOTION** |
| Defendant and Counterclaim-Plaintiff. | **FOR A PRELIMINARY INJUNCTION** |
| | Date:    December 2, 2104 |
| | Time:    2:00 p.m. |
| | Ctrm:    1, 4th Floor |
| | Judge:   Hon. Yvonne G. Rogers |

DECLARATION OF
JOSEPH C. MCALEXANDER III
CASE NO. 4:13-CV-05962 YGR

I, Joseph C. McAlexander, declare as follows:

1. I make this declaration under Rule 26(a)(2) of the Federal Rules of Civil Procedure pursuant to my role as an expert witness expected to testify on behalf of Diablo Technologies, Inc. ("Diablo") at trial in this matter. I expect to testify regarding the matters discussed in this declaration as well as any expert or rebuttal reports that may later be submitted, and to respond, as appropriate, to testimony or expert reports provided on behalf of the named Plaintiff Netlist, Inc. ("Netlist"). I submit this declaration in support of Diablo's Notice of Errata to correct certain statements in my October 28, 2014 expert report, the Expert Report of J. McAlexander filed *under seal* in support of Diablo's Opposition to Netlist's Motion for Preliminary Injunction.

2. Since submitting my October 28, 2014 report, I have become aware of the fact that certain words/phrases at page 48, ¶ 109, which should have been deleted, inadvertently remain in my report. I believe the inclusion of these additional phrases will result in an improper characterization of the Jansen Report, which Netlist submitted under seal in support of its Motion for Preliminary Injunction (Dkt. No. 191-1 [Jansen Report]). While this correction does not impair the analysis or the conclusions reached in my report, I believe it is incumbent upon me to ensure, to the best of my knowledge, the accuracy of my report.

3. Additionally, since submitting my October 28, 2014 report, I have become aware of the fact that a statement made at page 56, ¶ 123 of my report was based on a typographical error that originated from the same typographical error found in the Deposition Transcript of Riccardo Badalone, which I understand has been or will be corrected. While this correction does not impair the analysis or the conclusions reached in my report, I believe it is incumbent upon me to ensure, to the best of my knowledge, the accuracy of my report. Accordingly, I submit and incorporate that correction into my October 28, 2014 report, filed under seal.

4. There are no other substantive changes to my report.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 3rd day of November, 2014, in Richardson, Texas.

*[signature]*

Joseph C. McAlexander III