# EXHIBIT 3
# FILED UNDER SEAL

**HIGHLY CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER**
**OUTSIDE ATTORNEYS' EYES ONLY**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

## EXHIBIT B

## <u>FILED UNDER SEAL</u>

## EXPERT REPORT OF JOSEPH C. M<u>c</u>ALEXANDER III
## IN SUPPORT OF DIABLO TECHNOLOGIES, INC.'S OPPOSITION TO
## NETLIST, INC.'S MOTION FOR PRELIMINARY INJUNCTION

**NETLIST, INC., a Delaware corporation,**

**vs.**

**DIABLO TECHNOLOGIES, INC.,**

**Case No. 4:13-CV-05962 YGR**
**(Related Case No. 4:13-cv-05889 YGR)**

## <u>OCTOBER 28, 2014</u>