FABIO E. MARINO (SBN 183825)
fmarino@mwe.com
L. KIERAN KIECKHEFER (SBN 251978)
kkieckhefer@mwe.com
JUDITH S.H. HOM (SBN 203482)
jhom@mwe.com
NITIN GAMBHIR (SBN 259906)
ngambhir@mwe.com
BARRINGTON DYER (SBN 264762)
bdyer@mwe.com
TERI H.P. NGUYEN (SBN 267498)
thpnguyen@mwe.com
NATALIE BENNETT (*Admitted Pro Hac Vice*)
nbennett@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA  94025-4004
Telephone:     650 815 7400
Facsimile:      650 815 7401

Attorneys for Defendant and Counterclaim-Plaintiff
DIABLO TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC., a Delaware corporation,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>vs.<br><br>DIABLO TECHNOLOGIES, INC., a Canadian corporation,<br><br>Defendant and Counterclaim-Plaintiff. | CASE NO.  4:13-cv-05962 YGR<br>(Related Case No. 4:13-cv-05889 YGR)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT DIABLO TECHNOLOGIES, INC.'S NOTICE OF ERRATA REGARDING OPPOSITION TO PLAINTIFF NETLIST, INC.'S MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Date:     December 2, 2014<br>Time:    2:00 p.m.<br>Ctrm:    1, 4th Floor<br>Judge:   Hon. Yvonne G. Rogers |

[PROPOSED] ORDER
CASE NO. 4:13-CV-05962 YGR

The matter before the Court is Diablo Technologies, Inc.'s ("Diablo") Notice of Errata Regarding its Opposition to Plaintiff Netlist, Inc.'s Motion for Preliminary Injunction and the October 28, 2014 Expert Report of Joseph C. McAlexander III.

Having considered the notice and supporting materials submitted therewith, the Court finds that good cause exists to grant Diablo's Notice of Errata. Accordingly, it is hereby ORDERED that Diablo's Errata is hereby GRANTED.

**IT IS SO ORDERED.**

Dated:

_____
HONORABLE YVONNE G. ROGERS
UNITED STATES DISTRICT JUDGE