UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**NETLIST INC**,

         Plaintiff,

    v.

**SMART STORAGE SYSTEMS INC, ET AL.**,

         Defendants.

Case No. 13-cv-05962-YGR

**ORDER DIRECTING PARTIES TO LODGE ELECTRONIC COPIES OF BRIEFS RE: PRELIMINARY INJUNCTION MOTION**

    The Court **ORDERS** that the parties lodge and deliver to chambers a courtesy copy of their briefs in relation to the Motion for Preliminary Injunction filed by Plaintiff Netlist Inc. in an electronic format as follows: an electronic copy of the party's brief (in Word or pdf format) which includes hyperlinks from the brief to the evidence supporting each record citation such that clicking on a hyperlink within the brief will re-direct the viewer to the page and line number of record evidence cited, with the relevant portion highlighted.

    The electronic copies may be lodged on CD/DVD or a USB-compatible drive, clearly labeled with the name of the parties, the case number, and a brief description of its contents.

    The parties are directed to deliver the electronic courtesy copies as stated above no later than **November 14, 2014**.

    **IT IS SO ORDERED.**

Dated: November 7, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT**