UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES</u>

| **Date:** 11/21/14 | **Time:** 1:04pm -1:52pm | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 13-cv-05962-YGR | **Case Name:** Netlist, Inc v. Diablo Technologies, Inc | |

**Attorney for Plaintiff:** Benjamin Riley and Sony Barari
**Attorney for Defendant:** Fabio Marino and Teri Nguyen

**Deputy Clerk:** Frances Stone          **Court Reporter:** Raynee Mercado

PROCEEDINGS
STATUS CONFERENCE re Motion for Preliminary Injunction Dkt. No. 202- STATUS HELD.


**Notes:** Court VACATES the 12/2/14 hearing date for the Motion and will inform counsel as to how matter will proceed.