UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**NETLIST INC**,

        Plaintiff,

    v.

**SMART STORAGE SYSTEMS INC, ET AL.**,

        Defendants.

Case No. 13-cv-05962-YGR

**ORDER SETTING HEARING ON PRELIMINARY INJUNCTION**

Re: Dkt. No. 202

    The Court **SETS** this matter for hearing on Netlist's Motion for Preliminary Injunction on Friday, December 19, 2014, at 9:00 a.m. The parties will be given a total of one hour and fifteen minutes for argument. The parties should focus on the following issues:

    (1) the terms of the Supply Agreement Netlist claims were breached;

    (2) explanation of the technology at issue relevant to the claims of breach of the Supply Agreement; and

    (3) the propriety of injunctive relief versus money damages, particularly with respect to Netlist's "head start" theory if the time period for that head start has passed.

    **IT IS SO ORDERED.**

Dated: December 16, 2014

                                                          **YVONNE GONZALEZ ROGERS**
                                                         **UNITED STATES DISTRICT COURT**