UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NETLIST INC**,<br>　　　　Plaintiff,<br>　　v.<br>**SMART STORAGE SYSTEMS INC, ET AL.**,<br>　　　　Defendants. | Case No.  13-cv-05962-YGR<br><br>**ORDER ADVANCING TRIAL DATE** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

In light of this Court's Order Granting in Part Motion of Netlist for Preliminary Injunction, (Dkt. No. 251), and pursuant to the discussion on the record regarding the advancement of the trial date given the nature of the relief requested, the Court hereby **ADVANCES** the trial date in this action to **March 9, 2015**.

Except as otherwise set forth herein, the parties shall comply with this Court's standing order providing Pretrial Instructions in Civil Cases. The Court schedules the following related trial dates and modifications to its standing order:

　　1.  Jury selection shall precede evidence and shall be conducted on March 2, 2015.

　　2.  Pretrial conference shall occur on February 13, 2015, at 9:30 am

The parties are relieved of the obligation to file a Pretrial Conference Statement 14 days in advance of the pretrial conference. However, all contents of the Joint Trial Readiness Binder shall be timely provided with the exception that the parties need not provide the Court with time estimates for witnesses. The parties shall also include a joint statement addressing the protection of trade secrets during the trial.

3. With respect to motions *in limine* the Court adjusts the deadlines and requirements as follows:

Motions *in limine* shall be filed and served on January 26, 2015. The parties shall then meet and confer and attempt to resolve the issues identified in the motions. To the extent not resolved, oppositions shall be filed and served on February 4, 2015. Parties are cautioned **to tailor narrowly** said motions as the Court routinely denies those that are overbroad and premature.

4. Copies of exhibits shall be exchanged no later than January 23, 2015.

5. The parties shall be afforded 20 hours for each side to present evidence and make opening statements and closing arguments.

**IT IS SO ORDERED.**

Dated: January 6, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT**