UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NETLIST INC**,<br><br>　　　　Plaintiff and Counter-Defendant,<br><br>　v.<br><br>**DIABLO TECHNOLOGIES, INC.**,<br><br>　　　　Defendant and Counter-claimant. | Case No.  13-cv-05962-YGR<br><br>**ORDER RE: MOTION OF NON-PARTIES SMART STORAGE SYSTEMS, INC. AND SANDISK CORPORATION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 254 |

On January 6, 2015, non-parties SMART Storage Systems, Inc. ("SMART Storage") and SanDisk Corporation ("SanDisk") filed a motion for leave to file a motion for reconsideration (Dkt. No. 254), which it shortly thereafter requested to be locked and deleted since it was not filed under seal (Dkt. No. 255).  The Court is inclined to permit these non-parties to seek reconsideration of the Court's Order currently filed under seal at Dkt. No. 251 ("Injunction Order"), on the limited issued of whether the Injunction Order should be amended to exclude from its scope the existing inventory of Diablo's integrated circuits already in the possession of SMART Storage and/or SanDisk.[1]  The Court therefore **ORDERS**:

(1) SMART Storage and SanDisk shall serve a copy of the motion currently locked on the docket at Dkt. No. 254 on all parties to this action;

(2) any response to the motion for reconsideration shall be file no later than **12:00 noon on Friday, January 9, 2015**;

---

[1] The Court will also amend the Injunction Order to correct the caption and party references to reflect that SMART Storage Systems, Inc. is not a party to this trade secrets case, versus the patent case between the parties, *Netlist, Inc. v. Smart Storage Systems, Inc. and Diablo Technologies, Inc.* 13-cv-5889 YGR.
　　The Clerk of the Court is directed to terminate Smart Storage Systems Inc. from the ECF docket in this action (as both a defendant and counter-claimant), which information is in error. The docket in this action should reflect that only Diablo Technologies is currently a defendant and counter-claimant.

(3) Diablo, SMART Storage, and SanDisk shall file a joint statement setting forth the status of their current contractual relationship, including the amount of inventory of Rush and Bolt chips, or products integrating those Rush and Bolt chips, that have been delivered to SMART Storage and/or SanDisk as of January 6, 2015, and the amounts yet to be delivered under any existing contractual relationship.  The joint statement shall be filed no later than **12:00 noon on Friday, January 9, 2015**.

**IT IS SO ORDERED**.

Date: January 7, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**