1  FABIO E. MARINO (SBN 183825)
   fmarino@mwe.com
2  L. KIERAN KIECKHEFER (SBN 251978)
   kkieckhefer@mwe.com
3  NITIN GAMBHIR (SBN 259906)
   ngambhir@mwe.com
4  BARRINGTON DYER (SBN 264762)
   bdyer@mwe.com
5  TERI H.P. NGUYEN (SBN 267498)
   thpnguyen@mwe.com
6  NATALIE BENNETT (*Admitted Pro Hac Vice*)
   nbennett@mwe.com
7  McDERMOTT WILL & EMERY LLP
   275 Middlefield Road, Suite 100
8  Menlo Park, CA  94025-4004
   Telephone:    650 815 7400
9  Facsimile:    650 815 7401

10 Attorneys for Defendant and Counterclaim-Plaintiff
   DIABLO TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC., a Delaware corporation,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>    vs.<br><br>DIABLO TECHNOLOGIES, INC., a Canadian corporation,<br><br>    Defendant and Counterclaim-Plaintiff. | CASE NO.  4:13-cv-05962 YGR<br><br>**DIABLO TECHNOLOGIES, INC.'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT** |

**NOTICE IS HEREBY GIVEN** that Defendant Diablo Technologies, Inc. appeals to the United States Court of Appeals for the Federal Circuit from the January 6, 2015 Order Granting-in-Part Netlist, Inc.'s Motion for Preliminary Injunction (Dkt. No. 251).

Dated: January 12, 2015

Respectfully submitted,

McDERMOTT WILL & EMERY LLP

By: */s/ Natalie A. Bennett*
Natalie A. Bennett

Attorneys for Defendant and Counterclaim-Plaintiff DIABLO TECHNOLOGIES, INC.

DIABLO'S NOTICE OF APPEAL OF PRELIMINARY INJUNCTION ORDER
CASE NO. 4:13-CV-05962 YGR