UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**NETLIST INC**,

        Plaintiff,

  v.

**DIABLO TECHNOLOGIES INC**,

        Defendant.

Case No.  13-cv-05962-YGR

**ORDER DENYING MOTION OF DIABLO TECHNOLOGIES, INC. TO STAY PRELIMINARY INJUNCTION PURSUANT TO THE JANUARY 12, 2015 ORDER PENDING APPEAL**

Re: Dkt. No. 280

Based upon the Court's review of the motion, and for the reasons discussed on the record of the status conference on January 13, 2015, the Motion of Defendant Diablo Technologies, Inc. to Stay the Preliminary Injunction entered January 12, 2015, pending Diablo's appeal of that preliminary injunction order is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 13, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**