| | |
|---|---|
| 1 | Gregory L. Lippetz (State Bar No. 154228) |
| | glippetz@JonesDay.com |
| 2 | Kathleen D. Lynott (State Bar No. 268387) |
| | kdlynott@JonesDay.com |
| 3 | JONES DAY |
| | 1755 Embarcadero Road |
| 4 | Palo Alto, CA 94303 |
| | Telephone:   1.650.739-3939 |
| 5 | Facsimile:   1.650.739-3900 |
| 6 | Steven J. Corr (State Bar No. 216243) |
| | sjcorr@JonesDay.com |
| 7 | JONES DAY |
| | 555 South Flower Street |
| 8 | Los Angeles, CA 90071 |
| | Telephone: 1.213.243.2327 |
| 9 | Facsimile: 1.213.243.2539 |
| 10 | Attorneys for Non-Parties |
| | SMART STORAGE SYSTEMS, INC. AND |
| 11 | SANDISK CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| | **NETLIST, INC.,** | Case No. **4:13-cv-05962-YGR** |
| | Plaintiff, | **JURY TRIAL DEMANDED** |
| | v. | **NON-PARTIES SANDISK CORPORATION AND SMART STORAGE SYSTEMS, INC.'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT** |
| | **DIABLO TECHNOLOGIES, INC.** | |
| | Defendant. | |

NOTICE OF APPEAL OF PRELIMINARY INJUNCTION
Case No.: 4:13-cv-05962-YGR

**NOTICE IS HEREBY GIVEN** that Non-Parties SMART Storage Systems, Inc. and SanDisk Corporation hereby appeal to the United States Court of Appeals for the Federal Circuit from the January 12, 2015 Order Granting-in-Part Netlist, Inc.'s Motion for Preliminary Injunction (ECF No. 277), which superseded the Order issued on January 6, 2015 (ECF No. 251), and the January 12, 2015 Order Denying Motion for Reconsideration of Third Parties SMART Storage and SanDisk (ECF No. 276 (denying motion for reconsideration of ECF No. 251)).

Dated: January 15, 2015

Respectfully submitted,

JONES DAY

By: */s/ Steven J. Corr*
Steven J. Corr (State Bar No. 216243)
sjcorr@JonesDay.com
JONES DAY
555 South Flower Street
Los Angeles, CA 90071
Telephone: 1.213.243.2327
Facsimile: 1.213.243.2539

Attorneys for Non-Parties
SMART STORAGE SYSTEMS, INC. AND
SANDISK CORPORATION