FABIO E. MARINO (SBN 183825)
fmarino@mwe.com
L. KIERAN KIECKHEFER (SBN 251978)
kkieckhefer@mwe.com
NITIN GAMBHIR (SBN 259906)
ngambhir@mwe.com
BARRINGTON DYER (SBN 264762)
bdyer@mwe.com
TERI H.P. NGUYEN (SBN 267498)
thpnguyen@mwe.com
NATALIE BENNETT (*Admitted Pro Hac Vice*)
nbennett@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA  94025-4004
Telephone:    650 815 7400
Facsimile:    650 815 7401

Attorneys for Defendant and Counterclaim-Plaintiff
DIABLO TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC., a Delaware corporation,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>vs.<br><br>DIABLO TECHNOLOGIES, INC., a Canadian corporation,<br><br>Defendant and Counterclaim-Plaintiff. | CASE NO.  4:13-cv-05962 YGR<br>(Related Case No. 4:13-cv-05889 YGR)<br><br>**DECLARATION OF NITIN GAMBHIR IN SUPPORT OF DIABLO TECHNOLOGIES, INC.'S OMNIBUS SET OF MOTIONS *IN LIMINE* TO EXCLUDE CERTAIN EVIDENCE AND TESTIMONY**<br><br>Date:    February 13, 2015<br>Time:   9:30 a.m.<br>Ctrm:   1, 4th Floor<br>Judge:  Hon. Yvonne Gonzales Rogers |

I, Nitin Gambhir, declare as follows:

1. I am an associate with the law firm of McDermott, Will & Emery LLP, counsel of record for Defendant Diablo Technologies, Inc. ("Diablo") in this action. I am admitted to practice law in the State of California. I make this declaration in support of Diablo's Motions *in Limine* Nos. 1-9. I have personal knowledge of the facts stated herein, and I could and would testify competently to those facts if called as a witness.

2. Attached hereto as **Exhibit 1** is a true and correct copy of relevant excerpts (with highlights) from the transcript of the Court's hearing on Netlist's Motion for Preliminary Injunction, dated December 19, 2014, in this case.

3. Attached hereto as **Exhibit 2** is a true and correct copy of an e-mail exchange from Steve Hobbs to Michael Takefman and others, dated July 23, 2010 and from Michael Takefman to Steve Hobbs and others, dated July 24, 2010 (DIABLO-NL_0237805 to 0237806). [**Proposed to be filed under seal**].

4. Attached hereto as **Exhibit 3** is a true and correct copy of a Diablo internal presentation entitled "FUN DIMM Features" dated August 31, 2010 (DIABLO-NL_0070033 to 0070039). [**Proposed to be filed under seal**].

5. Attached hereto as **Exhibit 4** is a true and correct copy of relevant excerpts (with highlights) from the deposition transcript of Michael Takefman, taken October 23, 2014. [**Proposed to be filed under seal**].

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the Comprehensive Expert Report of Kenneth A. Jansen ("Jansen Report"), dated December 23, 2014. The Jansen Report includes Exhibit A (Report of October 4, 2014), Exhibit B (Report of November 10, 2014) and Exhibit C (Report of December 23, 2014). [**Proposed to be filed under seal**].

7. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from the Expert Report of Bruce McFarlane, dated December 24, 2014. [**Proposed to be filed under seal**].

8. Attached hereto as **Exhibit 7** is a true correct copy of excerpts from the Supplemental Expert Report of Bruce McFarlane, dated January 16, 2015. [**Proposed to be filed under seal**].

9. Attached hereto as **Exhibit 8** is a true and correct copy of relevant excerpts (with highlights) from the trial testimony of Bruce McFarlane in *Convolve, Inc. v. Dell, Inc*. No. 2:08-CV-244-RSP (Dkt. No. 552) (E.D. Tex. July 21, 2011).

10. The Jansen Report does not identify any other products that practice the Netlist Trade Secrets other than the Netlist HyperCloud.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 26th day of January 2015 in Menlo Park, California.

/s/ *Nitin Gambhir*
Nitin Gambhir