Benjamin K. Riley (CA Bar No. 112007)
briley@bzbm.com
Robert N. Bunzel (CA Bar No. 99395)
rbunzel@bzbm.com
C. Griffith Towle (CA Bar No. 146401)
gtowle@bzbm.com
W. Paul Schuck (CA Bar No. 203717)
pschuck@bzbm.com
Sony B. Barari (CA Bar No. 243379)
sbarari@bzbm.com
Simon R. Goodfellow (CA Bar No. 246085)
sgoodfellow@bzbm.com
Sean R. McTigue (CA Bar No. 286839)
smctigue@bzbm.com
**BARTKO, ZANKEL, BUNZEL & MILLER**
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

Gregory C. Schodde (*Pro Hac Vice*)
gschodde@mcandrews-ip.com
Wayne H. Bradley (*Pro Hac Vice*)
wbradley@mcandrews-ip.com
**McANDREWS, HELD & MALLOY**
500 West Madison Street, 34th Floor
Chicago, IL 60661
Telephone: (312) 775-8000
Facsimile: (312) 775-8100

Attorneys for Plaintiff NETLIST, INC.

Sean C. Cunningham (CA Bar No. 174931)
sean.cunningham@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701

Attorneys for Plaintiff NETLIST, INC.

Fabio E. Marino (CA Bar No. 183825)
fmarino@mwe.com
L. Kieran Kieckhefer (CA Bar No. 251978)
kkieckhefer@mwe.com
Nitin Gambhir (CA Bar No. 259906)
ngambhir@mwe.com
Barrington Dyer (CA Bar No. 264762)
bdyer@mwe.com
Teri H.P. Nguyen (CA Bar No. 267498)
thpnguyen@mwe.com
**McDERMOTT WILL & EMERY LLP**
275 Middlefield Road, Suite 100
Menlo Park, CA 94025-4004
Telephone: (650) 815-7400
Facsimile: (650) 815-7401

Attorneys for Defendant
DIABLO TECHNOLOGIES, INC.

BARTKO ZANKEL BUNZEL
BARTKO · ZANKEL · BUNZEL · MILLER
One Embarcadero Center, Suite 800
San Francisco, CA 94111
Phone (415) 956-1900 • Fax (415) 956-1152

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC., | Case No. 4:13-cv-05962-YGR |
| | (Related Case No. 4:13-cv-05889-YGR) |
| Plaintiff, | **ORDER APPROVING NETLIST, INC.'S AND DIABLO TECHNOLOGIES, INC.'S AGREEMENT RE ATTORNEYS' FEES AND COSTS TO BE PAID TO NETLIST FOR SPECIAL MOTION TO STRIKE PURSUANT TO CAL. CODE OF CIV. PROC. § 425.16** |
| vs. | |
| DIABLO TECHNOLOGIES, INC., | |
| Defendant. | |
| | Courtroom 1, 4th Floor |
| | The Honorable Yvonne Gonzalez Rogers |
| | Trial Date:    March 9, 2015 |

Pursuant to the Court's January 12, 2015 Order granting Plaintiff Netlist, Inc.'s ("Netlist") Special Motion to Strike pursuant to Cal. Code Civ. Proc. § 425.16 (Dkt. 274), Netlist and Defendant Diablo Technologies, Inc. ("Diablo") have met and conferred regarding the amount of attorneys' fees and costs to be paid by Diablo to Netlist.  The parties have agreed that Diablo will pay Netlist the sum of $35,000 on or before March 15, 2015.


Dated:  January 30, 2015                    **BARTKO, ZANKEL, BUNZEL & MILLER**
                                            **McANDREWS, HELD & MALLOY**
                                            **DLA PIPER LLP (US)**


                                            By:  _____/s/ C. Griffith Towle_____
                                                        C. Griffith Towle

                                            Attorneys for Plaintiff
                                            NETLIST, INC.


Dated:  January 30, 2015                    **McDERMOTT WILL & EMERY LLP**


                                            By:  _____/s/ Fabio E. Marino_____
                                                        Fabio E. Marino

                                            Attorneys for Defendant
                                            DIABLO TECHNOLOGIES, INC.


Dated February 3, 2015



IT IS SO ORDERED

Judge Yvonne Gonzalez Rogers

2458.000/875871.1

NETLIST'S AND DIABLO'S AGREEMENT RE ATTORNEYS' FEES AND COSTS FOR
SPECIAL MOTION TO STRIKE PURSUANT TO CCP § 425.16 / Case No. 4:13-cv-05962-YGR

BARTKO ZANKEL BUNZEL
BARTKO ZANKEL BUNZEL MILLER
One Embarcadero Center, Suite 800
San Francisco, CA 94111
Phone (415) 956-1900 • Fax (415) 956-1152