FABIO E. MARINO (SBN 183825)
fmarino@mwe.com
L. KIERAN KIECKHEFER (SBN 251978)
kkieckhefer@mwe.com
NITIN GAMBHIR (SBN 259906)
ngambhir@mwe.com
BARRINGTON DYER (SBN 264762)
bdyer@mwe.com
TERI H.P. NGUYEN (SBN 267498)
thpnguyen@mwe.com
NATALIE BENNETT (*Admitted Pro Hac Vice*)
nbennett@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA  94025-4004
Telephone:    650 815 7400
Facsimile:     650 815 7401

RUSSELL HAYMAN (SBN 110643)
rhayman@mwe.com
JON S. DEAN (SBN 184972)
jdean@mwe.com
McDERMOTT WILL & EMERY LLP
2049 Century Park East, 38th Floor
Los Angeles, CA 90067
Telephone: 310-277-4110
Facsimile: 310-277-4730

Attorneys for Defendant
DIABLO TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC., a Delaware corporation,<br><br>     Plaintiff,<br><br>     vs.<br><br>DIABLO TECHNOLOGIES, INC., a Canadian corporation,<br><br>     Defendant. | CASE NO.  4:13-cv-05962 YGR<br>(Related Case No. 4:13-cv-05889 YGR)<br><br>**DEFENDANT DIABLO TECHNOLOGIES, INC.'S [PROPOSED] SPECIAL VERDICT FORM**<br><br>Ctrm:    1, 4th Floor<br>Judge:   Hon. Yvonne Gonzalez Rogers |

Pursuant to Section 3.i. of the Court's Pretrial Instructions in Civil Cases, Defendant Diablo Technologies, Inc. submits the following Special Verdict Form:

## SPECIAL VERDICT

We answer the questions submitted to us as follows:

### I. Breach of Contract

### Mutual Nondisclosure Agreement

1. Did Plaintiff Netlist, Inc. ("Netlist") and Defendant Diablo Technologies, Inc. ("Diablo") enter into a contract entitled Mutual Nondisclosure Agreement?

   _____ Yes   _____ No

   *If your answer to question 1 is yes, then answer question 2. If your answer to question 1 is no, then skip questions 2 to 5 and answer question 6.*

1a. Did Section 13(g) (Entire Agreement) of the parties' subsequent Development and Supply Agreement cancel the Mutual Nondisclosure Agreement?

   _____ Yes   _____ No

   *If your answer to question 1a. is yes, then skip questions 2 to 5 and answer question 6. If your answer to question 1a. is no, then answer question 2.*

2. Did Diablo breach the Mutual Nondisclosure Agreement?

   _____ Yes   _____ No

   *If your answer to question 2 is yes, then answer question 3. If your answer to question 2 is no, then skip questions 3 to 5 and answer question 6.*

3. Did Diablo breach the Mutual Nondisclosure Agreement prior to April 12, 2011?

   _____ Yes   _____ No

   *If your answer to question 3 is yes, then answer question 4. If your answer to question 3 is no, then skip questions 4 and 5 and answer question 6.*

4. Was Netlist harmed by that conduct?

   _____ Yes   _____ No

5. If your answer to question 4 is yes, what are the damages to Netlist, if any, that were caused by Diablo's breach of the Mutual Nondisclosure Agreement?

   $ _____

**Development and Supply Agreement**

6. Did Netlist and Diablo enter into a contract entitled Development and Supply Agreement?

   _____ Yes   _____ No

   *If your answer to question 6 is yes, then answer question 7. If your answer to question 6 is no, then skip questions 7 to 9 and answer question 10.*

7. Did Diablo breach the Development and Supply Agreement?

   _____ Yes   _____ No

   *If your answer to question 7 is yes, then answer question 8. If your answer to question 7 is no, then skip questions 8 to 10 and answer question 11.*

8. If your answer to question 8 is yes, do you find that Diablo breached:

   a. Section 2(e)(ii) (License/Exclusivity) of the Development and Supply Agreement?
      _____ Yes   _____ No

   b. Section 7 (Intellectual Property Rights) of the Development and Supply Agreement?
      _____ Yes   _____ No

   c. Section 8 (Confidential Information) of the Development and Supply Agreement?
      _____ Yes   _____ No

9. Was Netlist harmed by that conduct?

   _____ Yes   _____ No

   *If your answer to question 9 is yes, then answer question 10. If you answered no, then skip question 101 and answer question 11.*

10. If your answer to question 9 is yes, what are damages to Netlist that were caused by Diablo's breach of the Development and Supply Agreement?

    $ _____

**II.   Misappropriation of Trade Secrets**

11. As to the fifteen alleged trade secrets at issue in this case, has Netlist proven that they were secret?

    _____ Yes   _____ No

- 3 -    [PROPOSED] SPECIAL VERDICT FORM
CASE NO. 4:13-CV-05962 YGR

1-28

*Place an "X" in the box for "yes" and leave blank for "no."*

| | Claimed Trade Secret | Yes or No |
|---|---|---|
| a. | Trade Secret 1 – Intercepting Commands or Control Signals | |
| b. | Trade Secret 2 – Normal Functional Mode and Secondary Mode | |
| c. | Trade Secret 3 – Control Information Extraction and Storage | |
| d. | Trade Secret 4 – Access Control Architecture | |
| e. | Trade Secret 5 – Addressable Registers to Hold ISwitch Configuration Information | |
| f. | Trade Secret 6 – Timing and Control of ISwitch in Normal Operation Mode | |
| g. | Trade Secret 7 – ASIC Control of Operation Modes and States | |
| h. | Trade Secret 8 – DQS-DQ Loopback | |
| i. | Trade Secret 9 – Configuring the Chipset to Perform Write-Leveling | |
| j. | Trade Secret 10 – Data Bus Terminations in the ISwitch | |
| k. | Trade Secret 11 – Termination Values | |
| l. | Trade Secret 12 – Dynamic Control and Timing of ODT in ISwitch | |
| m. | Trade Secret 13 – ODT and Rtt Control | |
| n. | Trade Secret 14 – Register Rank Controller | |
| o. | Trade Secret 15 – On-the-Fly Modification of Control Information | |

*If your answer to any of questions 11a to 11o is yes, then answer the corresponding questions 12a to 12o only. If you answered "No" to all, then skip to Question 19.*

12. Has Netlist proven that the trade secrets have or has independent economic value because it or they were secret?

   _____ Yes     _____ No

*Place an "X" in the box for "yes" and leave blank for "no."*

| | Claimed Trade Secret | Yes or No |
|---|---|---|
| a. | Trade Secret 1 – Intercepting Commands or Control Signals | |
| b. | Trade Secret 2 – Normal Functional Mode and Secondary Mode | |
| c. | Trade Secret 3 – Control Information Extraction and Storage | |
| d. | Trade Secret 4 – Access Control Architecture | |
| e. | Trade Secret 5 – Addressable Registers to Hold ISwitch Configuration Information | |
| f. | Trade Secret 6 – Timing and Control of ISwitch in Normal Operation Mode | |
| g. | Trade Secret 7 – ASIC Control of Operation Modes and States | |
| h. | Trade Secret 8 – DQS-DQ Loopback | |
| i. | Trade Secret 9 – Configuring the Chipset to Perform Write- | |

| | Claimed Trade Secret | Yes or No |
|---|---|---|
| | Leveling | |
| j. | Trade Secret 10 – Data Bus Terminations in the ISwitch | |
| k. | Trade Secret 11 – Termination Values | |
| l. | Trade Secret 12 – Dynamic Control and Timing of ODT in ISwitch | |
| m. | Trade Secret 13 – ODT and Rtt Control | |
| n. | Trade Secret 14 – Register Rank Controller | |
| o. | Trade Secret 15 – On-the-Fly Modification of Control Information | |

*If your answer to any of questions 12a to 12o is yes, then answer the corresponding questions 13a to 13o only. If you answered "No" to all, then skip to Question 19.*

13. Has Netlist proven that reasonable efforts were taken to keep them secret?

    _____ Yes    _____ No

*Place an "X" in the box for "yes" and leave blank for "no."*

| | Claimed Trade Secret | Yes or No |
|---|---|---|
| a. | Trade Secret 1 – Intercepting Commands or Control Signals | |
| b. | Trade Secret 2 – Normal Functional Mode and Secondary Mode | |
| c. | Trade Secret 3 – Control Information Extraction and Storage | |
| d. | Trade Secret 4 – Access Control Architecture | |
| e. | Trade Secret 5 – Addressable Registers to Hold ISwitch Configuration Information | |
| f. | Trade Secret 6 – Timing and Control of ISwitch in Normal Operation Mode | |
| g. | Trade Secret 7 – ASIC Control of Operation Modes and States | |
| h. | Trade Secret 8 – DQS-DQ Loopback | |
| i. | Trade Secret 9 – Configuring the Chipset to Perform Write-Leveling | |
| j. | Trade Secret 10 – Data Bus Terminations in the ISwitch | |
| k. | Trade Secret 11 – Termination Values | |
| l. | Trade Secret 12 – Dynamic Control and Timing of ODT in ISwitch | |
| m. | Trade Secret 13 – ODT and Rtt Control | |
| n. | Trade Secret 14 – Register Rank Controller | |
| o. | Trade Secret 15 – On-the-Fly Modification of Control Information | |

*If your answer to any of questions 13a to 13o is yes, then answer the corresponding questions 14a to 14o only. If you answered "No" to all, then skip to Question 19.*

14. Has Netlist proven that Diablo used improper means (e.g., theft) to misappropriate the trade secret(s)?

    _____ Yes   _____ No

*Place an "X" in the box for "yes" and leave blank for "no."*

| | Claimed Trade Secret | Yes or No |
|---|---|---|
| a. | Trade Secret 1 – Intercepting Commands or Control Signals | |
| b. | Trade Secret 2 – Normal Functional Mode and Secondary Mode | |
| c. | Trade Secret 3 – Control Information Extraction and Storage | |
| d. | Trade Secret 4 – Access Control Architecture | |
| e. | Trade Secret 5 – Addressable Registers to Hold ISwitch Configuration Information | |
| f. | Trade Secret 6 – Timing and Control of ISwitch in Normal Operation Mode | |
| g. | Trade Secret 7 – ASIC Control of Operation Modes and States | |
| h. | Trade Secret 8 – DQS-DQ Loopback | |
| i. | Trade Secret 9 – Configuring the Chipset to Perform Write-Leveling | |
| j. | Trade Secret 10 – Data Bus Terminations in the ISwitch | |
| k. | Trade Secret 11 – Termination Values | |
| l. | Trade Secret 12 – Dynamic Control and Timing of ODT in ISwitch | |
| m. | Trade Secret 13 – ODT and Rtt Control | |
| n. | Trade Secret 14 – Register Rank Controller | |
| o. | Trade Secret 15 – On-the-Fly Modification of Control Information | |

*If your answer to any of questions 14a to 14o is yes, then answer the corresponding questions 15a to 15o only. If you answered "No" to all, then skip to Question 19.*

15. Has Diablo proven that Netlist's trade secret claims are barred, because Diablo obtained the claimed trade secrets by proper means or independently developed them?

    _____ Yes   _____ No

*Place an "X" in the box for "yes" and leave blank for "no."*

| Claimed Trade Secret | | Yes or No |
|---|---|---|
| a. | Trade Secret 1 – Intercepting Commands or Control Signals | |
| b. | Trade Secret 2 – Normal Functional Mode and Secondary Mode | |
| c. | Trade Secret 3 – Control Information Extraction and Storage | |
| d. | Trade Secret 4 – Access Control Architecture | |
| e. | Trade Secret 5 – Addressable Registers to Hold ISwitch Configuration Information | |
| f. | Trade Secret 6 – Timing and Control of ISwitch in Normal Operation Mode | |
| g. | Trade Secret 7 – ASIC Control of Operation Modes and States | |
| h. | Trade Secret 8 – DQS-DQ Loopback | |
| i. | Trade Secret 9 – Configuring the Chipset to Perform Write-Leveling | |
| j. | Trade Secret 10 – Data Bus Terminations in the ISwitch | |
| k. | Trade Secret 11 – Termination Values | |
| l. | Trade Secret 12 – Dynamic Control and Timing of ODT in ISwitch | |
| m. | Trade Secret 13 – ODT and Rtt Control | |
| n. | Trade Secret 14 – Register Rank Controller | |
| o. | Trade Secret 15 – On-the-Fly Modification of Control Information | |

*If your answer to any of questions 15a to 15o is no, then answer the corresponding questions 16a to 16o only.*

*If your answer to any of questions 15a to 15o is yes, then stop answering questions as to those claimed Trade Secrets. If your answer to all remaining questions 15a to 16o is yes, then skip to question 19.*

16. Has Netlist proven by a preponderance of the evidence that it is entitled to damages from Diablo for misappropriation of any of the claimed trade secrets?

   _____ Yes   _____ No

*Place an "X" in the box for "yes" and leave blank for "no."*

| Claimed Trade Secret | | Yes or No |
|---|---|---|
| a. | Trade Secret 1 – Intercepting Commands or Control Signals | |
| b. | Trade Secret 2 – Normal Functional Mode and Secondary Mode | |
| c. | Trade Secret 3 – Control Information Extraction and Storage | |
| d. | Trade Secret 4 – Access Control Architecture | |
| e. | Trade Secret 5 – Addressable Registers to Hold ISwitch Configuration Information | |
| f. | Trade Secret 6 – Timing and Control of ISwitch in Normal | |

| Claimed Trade Secret | | Yes or No |
|---|---|---|
| | Operation Mode | |
| g. | Trade Secret 7 – ASIC Control of Operation Modes and States | |
| h. | Trade Secret 8 – DQS-DQ Loopback | |
| i. | Trade Secret 9 – Configuring the Chipset to Perform Write-Leveling | |
| j. | Trade Secret 10 – Data Bus Terminations in the ISwitch | |
| k. | Trade Secret 11 – Termination Values | |
| l. | Trade Secret 12 – Dynamic Control and Timing of ODT in ISwitch | |
| m. | Trade Secret 13 – ODT and Rtt Control | |
| n. | Trade Secret 14 – Register Rank Controller | |
| o. | Trade Secret 15 – On-the-Fly Modification of Control Information | |

17. If your answer to any of questions 16a to 16o is yes, what amount of damages do you award to Netlist for misappropriation of those claimed trade secrets?

_____ Yes   _____ No

*If you answered "yes" to any of question 16a to 16o above, please write in an amount below for the misappropriated trade secret.*

| Claimed Trade Secret | | Yes or No |
|---|---|---|
| a. | Trade Secret 1 – Intercepting Commands or Control Signals | |
| b. | Trade Secret 2 – Normal Functional Mode and Secondary Mode | |
| c. | Trade Secret 3 – Control Information Extraction and Storage | |
| d. | Trade Secret 4 – Access Control Architecture | |
| e. | Trade Secret 5 – Addressable Registers to Hold ISwitch Configuration Information | |
| f. | Trade Secret 6 – Timing and Control of ISwitch in Normal Operation Mode | |
| g. | Trade Secret 7 – ASIC Control of Operation Modes and States | |
| h. | Trade Secret 8 – DQS-DQ Loopback | |
| i. | Trade Secret 9 – Configuring the Chipset to Perform Write-Leveling | |
| j. | Trade Secret 10 – Data Bus Terminations in the ISwitch | |
| k. | Trade Secret 11 – Termination Values | |
| l. | Trade Secret 12 – Dynamic Control and Timing of ODT in ISwitch | |
| m. | Trade Secret 13 – ODT and Rtt Control | |
| n. | Trade Secret 14 – Register Rank Controller | |
| o. | Trade Secret 15 – On-the-Fly Modification of Control Information | |

*If you inserted a damage amount for any of questions 17a to 17o, then answer question 18. If not, skip to question 19.*

18. Has Netlist proven by clear and convincing evidence that Diablo willfully and maliciously misappropriated any of the claimed trade secrets?

    *Place an "X" in the box for "yes" and leave blank for "no."*

    | | Claimed Trade Secret | Yes or No |
    |---|---|---|
    | a. | Trade Secret 1 – Intercepting Commands or Control Signals | |
    | b. | Trade Secret 2 – Normal Functional Mode and Secondary Mode | |
    | c. | Trade Secret 3 – Control Information Extraction and Storage | |
    | d. | Trade Secret 4 – Access Control Architecture | |
    | e. | Trade Secret 5 – Addressable Registers to Hold ISwitch Configuration Information | |
    | f. | Trade Secret 6 – Timing and Control of ISwitch in Normal Operation Mode | |
    | g. | Trade Secret 7 – ASIC Control of Operation Modes and States | |
    | h. | Trade Secret 8 – DQS-DQ Loopback | |
    | i. | Trade Secret 9 – Configuring the Chipset to Perform Write-Leveling | |
    | j. | Trade Secret 10 – Data Bus Terminations in the ISwitch | |
    | k. | Trade Secret 11 – Termination Values | |
    | l. | Trade Secret 12 – Dynamic Control and Timing of ODT in ISwitch | |
    | m. | Trade Secret 13 – ODT and Rtt Control | |
    | n. | Trade Secret 14 – Register Rank Controller | |
    | o. | Trade Secret 15 – On-the-Fly Modification of Control Information | |

### III.   Correction of Inventorship

19. Has Netlist proven that Dr. Hyun Lee should be added as a named inventor of the '917 patent?

    _____ Yes    _____ No

Signed: _____
                    Presiding Juror

Dated: _____

1     After this verdict form has been signed, notify the bailiff that you are ready to present your verdict in the courtroom.

Dated: February 5, 2015

Respectfully submitted,

McDERMOTT WILL & EMERY LLP

By: */s/ Fabio E. Marino*
    Fabio E. Marino

Attorneys for Defendant
DIABLO TECHNOLOGIES, INC.