Benjamin K. Riley (CA Bar No. 112007)
briley@bzbm.com
Robert H. Bunzel (CA Bar No. 99395)
rbunzel@bzbm.com
C. Griffith Towle (CA Bar No. 146401)
gtowle@bzbm.com
W. Paul Schuck (CA Bar No. 203717)
pschuck@bzbm.com
Sony B. Barari (CA Bar No. 243379)
sbarari@bzbm.com
Simon R. Goodfellow (CA Bar No. 246085)
sgoodfellow@bzbm.com
Sean R. McTigue (CA Bar No. 286839)
smctigue@bzbm.com
**BARTKO, ZANKEL, BUNZEL & MILLER**
One Embarcadero Center, Suite 800
San Francisco, California  94111
Telephone:  (415) 956-1900
Facsimile:   (415) 956-1152

Gregory C. Schodde (*Pro Hac Vice*)
gschodde@mcandrews-ip.com
Wayne H. Bradley (*Pro Hac Vice*)
wbradley@mcandrews-ip.com
**McANDREWS, HELD & MALLOY**
500 West Madison Street, 34th Floor
Chicago, IL  60661
Telephone:  (312) 775-8000
Facsimile:   (312) 775-8100

Sean C. Cunningham (CA Bar No. 174931)
sean.cunningham@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA  92101-4297
Telephone:  (619) 699-2700
Facsimile:   (619) 699-2701

Attorneys for Plaintiff NETLIST, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>             Plaintiff,<br><br>      vs.<br><br>DIABLO TECHNOLOGIES, INC.,<br><br>             Defendant. | Case No. 4:13-cv-05962 YGR<br>(Related Case No. 4:13-cv-05889 YGR)<br><br>**NETLIST'S [Proposed] SPECIAL VERDICT FORM**<br><br>Courtroom 1, 4th Floor<br>The Honorable Yvonne Gonzalez Rogers<br><br>Trial Date:              March 9, 2015 |

Pursuant to Section 3.i. of the Court's Pretrial Instructions in Civil Cases, Plaintiff Netlist, Inc. ("Netlist") submits the following Special Verdict Form:

**SPECIAL VERDICT**

We answer the questions submitted to us as follows:

1. Did Plaintiff Netlist, Inc. ("Netlist") and Defendant Diablo Technologies, Inc. ("Diablo") enter into a contract entitled Mutual Nondisclosure Agreement?

    _____ Yes       _____ No

    If your answer to question 1 is yes, then answer question 2.  If your answer to question 1 is no, then skip questions 2 and 3 and answer question 4.

2. Did Diablo do something that the Mutual Nondisclosure Agreement prohibited it from doing?

    _____ Yes       _____ No

    If your answer to question 2 is yes, then answer question 3.  If your answer to question 2 is no, then skip question 3 and answer question 4.

3. Was Netlist harmed by that conduct?

    _____ Yes   _____ No

4. Did Netlist and Diablo enter into a contract entitled Development and Supply Agreement?

    _____ Yes   _____ No

    If your answer to question 4 is yes, then answer question 5.  If your answer to question 4 is no, then skip questions 5 and 6 and answer question 7.

5. Did Diablo do something that the Development and Supply Agreement prohibited it from doing?

    _____ Yes   _____ No

    If your answer to question 5 is yes, then answer question 6.  If your answer to question 5 is no, then skip question 6 and answer question 7.

6. Was Netlist harmed by that conduct?

    _____ Yes   _____ No

-2-

7. Did Netlist own any or all of the technologies described to you as Trade Secrets 1 through 15?

   _____ Yes    _____ No

   If your answer to question 7 is yes, then answer question 8. If your answer to question 7 is no, then skip questions 8, 9 and 10 and answer question 11.

8. Were any or all of Netlist's Trade Secrets 1 through 15 trade secrets?

   _____ Yes    _____ No

   If your answer to question 8 is yes, then answer question 9. If your answer to question 8 is no, then skip questions 9 and 10 and answer question 11.

9. Did Diablo improperly use any or all of Netlist's Trade Secrets?

   _____ Yes    _____ No

   If your answer to question 9 is yes, then answer question 10. If your answer to question 9 is no, then skip question 10 and answer question 11.

10. Was Diablo unjustly enriched by its improper use of Netlist's Trade Secrets?

    _____ Yes    _____ No

11. If your answer to any of questions 3, 6 or 10 is yes, what are Netlist's damages?

    Avoided costs:     $_____

    Unjust enrichment: $_____

12. If your answer to question 9 is yes, was Diablo's improper use of Netlist's Trade Secrets willful and malicious?

    _____ Yes    _____ No

13. Should Dr. Hyun Lee be added as a named inventor of the '917 patent?

    _____ Yes    _____ No

Signed: _____
           Presiding Juror

Dated: _____

After this verdict form has been signed, notify the bailiff that you are ready to present your verdict in the courtroom.

Dated: February 6, 2015        **BARTKO, ZANKEL, BUNZEL & MILLER**
                                         **McANDREWS, HELD & MALLOY**
                                         **DLA PIPER LLP (US)**

                                         By:   */s/ Benjamin K. Riley*
                                                        Benjamin K. Riley

                                         Attorneys for Plaintiff
                                         NETLIST, INC.