1  Benjamin K. Riley (CA Bar No. 112007)
   briley@bzbm.com
2  Robert H. Bunzel (CA Bar No. 99395)
   rbunzel@bzbm.com
3  C. Griffith Towle (CA Bar No. 146401)
   gtowle@bzbm.com
4  W. Paul Schuck (CA Bar No. 203717)
   pschuck@bzbm.com
5  Sony B. Barari (CA Bar No. 243379)
   sbarari@bzbm.com
6  Simon R. Goodfellow (CA Bar No. 246085)
   sgoodfellow@bzbm.com
7  Sean R. McTigue (CA Bar No. 286839)
   smctigue@bzbm.com
8  **BARTKO, ZANKEL, BUNZEL & MILLER**
   One Embarcadero Center, Suite 800
9  San Francisco, California  94111
   Telephone:  (415) 956-1900
10 Facsimile:  (415) 956-1152

   Gregory C. Schodde (*Pro Hac Vice*)
   gschodde@mcandrews-ip.com
   Wayne H. Bradley (*Pro Hac Vice*)
   wbradley@mcandrews-ip.com
   **McANDREWS, HELD & MALLOY**
   500 West Madison Street, 34th Floor
   Chicago, IL  60661
   Telephone:  (312) 775-8000
   Facsimile:   (312) 775-8100

   Sean C. Cunningham (CA Bar No. 174931)
   sean.cunningham@dlapiper.com
   **DLA PIPER LLP (US)**
   401 B Street, Suite 1700
   San Diego, CA  92101-4297
   Telephone:  (619) 699-2700
   Facsimile:   (619) 699-2701

11 Attorneys for Plaintiff NETLIST, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>DIABLO TECHNOLOGIES, INC.,<br><br>    Defendant. | Case No. 4:13-cv-05962 YGR<br>(Related Case No. 4:13-cv-05889 YGR)<br><br>**NETLIST'S FACT WITNESS LIST**<br><br>Date:        February 13, 2015<br>Time:       2:00 p.m.<br><br>Courtroom 1, 4th Floor<br>The Honorable Yvonne Gonzalez Rogers<br><br>Trial Date:        March 9, 2015 |

Pursuant to Section 3.b. of the Court's Pretrial Instructions in Civil Cases, Plaintiff Netlist, Inc. ("Netlist") submits its fact witness lists separated by party.

### Netlist

| Witness Name | Expected Testimony on Direct | Expected Testimony on Cross |
|---|---|---|
| C.K. "Chuck" Hong | Founding and business of Netlist; Netlist's products including HyperCloud, NVvault and HyperVault; Netlist's efforts to protect the secrecy of its trade secret and confidential information; Netlist's development of the HyperCloud architecture; agreements with Diablo; development of the HyperCloud chipset, production and sale; development of the NVvault product; development of the HyperVault product; Diablo's conduct in breach of its contracts with Netlist; market comparison and competition of products including NVvault, ULLtraDIMM and HyperVault; Netlist's irreparable harm, including lost NVvault sales, lost business and partnership opportunities for NVvault and HyperVault, and market confusion, caused by Diablo's breach of its contracts with Netlist and its misappropriation of trade secrets; customer lock-in for specialized DIMMs | |
| Hyun Lee | Netlist's Development of the HyperCloud architecture; Netlist's 15 trade secrets taught in the LRD/DxD Specifications provided to Diablo; meetings with Diablo and working with its engineers to teach them the architecture and trade secrets; employment of Arnee Aquino; secrecy and non-disclosure of the trade secrets; contributions to the inventions in the '917 patent | |

| Witness Name | Expected Testimony on Direct | Expected Testimony on Cross |
|---|---|---|
| James Perrott | Negotiation of the Supply Agreement; Diablo's attempts to re-negotiate the Supply Agreement | |
| Riccardo Badalone | Diablo's work with Netlist on the HyperCloud project; Diablo's development of the TeraDIMM; Diablo's use of the Netlist's RD and ID chips in the MegaDIMM and TeraDIMM Lite prototypes; Diablo's use of the Netlist Technology to build the Rush and Bolt chips; the Agreement between Diablo and Smart Storage; the use and sale of the MegaDIMM and the TeraDIMM Lite prototypes; Smart Storage and SanDisk's promotion of the ULLtraDIMM module, including Diablo's Rush and Bolt chips | |
| John Scaramuzzo | Agreement between Diablo and Smart Storage; Smart Storage and SanDisk's collaboration with, and the use, purchase and sale of the MegaDIMM and the TeraDIMM Lite prototypes; Smart Storage's and SanDisk's assistance with and testing of the Rush and Bolt chips; Smart Storage and SanDisk's promotion of the ULLtraDIMM module, including Diablo's Rush and Bolt chips | |

2458.000/877229.1

NETLIST'S FACT WITNESS LIST
Case No. 4:13-cv-05962 YGR

**Diablo**

| Witness Name | Expected Testimony on Direct | Expected Testimony on Cross |
|---|---|---|
| Cedric Paillard | | Diablo's proposals to Netlist; Negotiation of the Supply Agreement; Diablo's work with Netlist on the HyperCloud project; Diablo's development of the TeraDIMM; Diablo's use of the Netlist's RD and ID chips in the MegaDIMM and TeraDIMM Lite prototypes; Diablo's use of the Netlist Technology to build the Rush and Bolt chips; the Agreement between Diablo and Smart Storage; the use and sale of the MegaDIMM and the TeraDIMM Lite prototypes; Smart Storage and SanDisk's promotion of the ULLtraDIMM module, including Diablo's Rush and Bolt chips |
| Michael Takefman | | Diablo's work with Netlist on the HyperCloud project, including meetings and work with Hyun Lee; Diablo's development of the TeraDIMM; Diablo's use of the Netlist's RD and ID chips in the MegaDIMM and TeraDIMM Lite prototypes; Diablo's use of the Netlist Technology, including the trade secrets, to build the Rush and Bolt chips; work with Hyun Lee on the inventions in the '917 patent |
| Maher Amer | | Diablo's work with Netlist on the HyperCloud project, including meetings and work with Hyun Lee; Diablo's development of the TeraDIMM; Diablo's use of the Netlist's RD and ID chips in the MegaDIMM and TeraDIMM Lite prototypes; Diablo's use of the Netlist Technology, including the trade secrets, to build the Rush and Bolt chips; work with Hyun Lee on the inventions in the '917 patent |

Dated: February 6, 2015  **BARTKO, ZANKEL, BUNZEL & MILLER**
**McANDREWS, HELD & MALLOY**
**DLA PIPER LLP (US)**

By:  /s/ Benjamin K. Riley
  Benjamin K. Riley

  Attorneys for Plaintiff
  NETLIST, INC.

-4-

2458.000/877229.1  NETLIST'S FACT WITNESS LIST
  Case No. 4:13-cv-05962 YGR