Benjamin K. Riley (CA Bar No. 112007)
briley@bzbm.com
Robert H. Bunzel (CA Bar No. 99395)
rbunzel@bzbm.com
C. Griffith Towle (CA Bar No. 146401)
gtowle@bzbm.com
W. Paul Schuck (CA Bar No. 203717)
pschuck@bzbm.com
Sony B. Barari (CA Bar No. 243379)
sbarari@bzbm.com
Simon R. Goodfellow (CA Bar No. 246085)
sgoodfellow@bzbm.com
Sean R. McTigue (CA Bar No. 286839)
smctigue@bzbm.com
**BARTKO, ZANKEL, BUNZEL & MILLER**
One Embarcadero Center, Suite 800
San Francisco, California  94111
Telephone:  (415) 956-1900
Facsimile:   (415) 956-1152

Gregory C. Schodde (*Pro Hac Vice*)
gschodde@mcandrews-ip.com
Wayne H. Bradley (*Pro Hac Vice*)
wbradley@mcandrews-ip.com
**McANDREWS, HELD & MALLOY**
500 West Madison Street, 34th Floor
Chicago, IL  60661
Telephone:  (312) 775-8000
Facsimile:   (312) 775-8100

Sean C. Cunningham (CA Bar No. 174931)
sean.cunningham@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA  92101-4297
Telephone:  (619) 699-2700
Facsimile:   (619) 699-2701

Attorneys for Plaintiff NETLIST, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DIABLO TECHNOLOGIES, INC., <br><br> Defendant. | Case No. 4:13-cv-05962 YGR <br> (Related Case No. 4:13-cv-05889 YGR) <br><br> **NETLIST'S EXPERT WITNESS LIST** <br><br> Date: February 13, 2015 <br> Time: 2:00 p.m. <br><br> Courtroom 1, 4th Floor <br> The Honorable Yvonne Gonzalez Rogers <br><br> Trial Date: March 9, 2015 |

Pursuant to Section 3.c. of the Court's Pretrial Instructions in Civil Cases, Plaintiff Netlist, Inc. ("Netlist") submits its expert witness list. Each of these experts has been timely disclosed to Defendant Diablo Technologies, Inc., and each has served a full expert report or reports on Diablo. Each of Netlist's three experts will testify as to the topics set forth in his expert report(s). The content of those reports are briefly summarized below:

1. Kenneth A. Jansen: technical expert. Mr. Jansen's Comprehensive Expert Report was served on December 24, 2014, and consists of his original report of October 4, 2014, his supplemental report of November 10, 2014, and his additional report of December 23, 2014. Mr. Jansen also served a rebuttal report on January 22, 2015. Mr. Jansen will testify about the opinions expressed in his reports, which may be briefly summarized as follows:

a. Background testimony concerning: Mr. Jansen's qualifications and work history; the relevant technology; the Netlist HyperCloud project; the contracts between Netlist and Diablo; the development of the TeraDIMM/ULLtraDIMM by Diablo; and the MegaDIMM and TeraDIMM Lite prototypes.

b. Opinions about: the Netlist Trade Secrets encompassed in and derived from the Netlist HyperCloud architectural specifications provided to Diablo; the secrecy and value of the Netlist Trade Secrets; that the Trade Secrets are not limited to LRD/DXD implementations; the development of the Diablo Rush and Bolt chips from the foundation of the RD and ID chips that Diablo built for Netlist, particularly Diablo's leveraging of the know-how developed in connection with Netlist's ID chip for its Bolt chip; Diablo's implementation rights under the Supply Agreement; the technical commonalities of the HyperCloud and TeraDIMM systems; the six-to-nine month head start obtained by Diablo by starting its design and specification work from the foundation of the distributed architecture taught to Diablo by Netlist, particularly though the Netlist ASIC and ISwitch specifications, and the design work for the Netlist RD and ID chips, including a detailed analysis of the facts concerning this head start and the costs Diablo avoided in this process; the use of the Netlist RD and ID chips in the MegaDIMM and TeraDIMM Lite prototypes; the head starts obtained by Diablo from using the Netlist RD and ID chips in its prototypes, including a nine month head start

1  from the MegaDIMM and a four month head start from the TeraDIMM Lite, and a detailed analysis
2  of the facts supporting these head starts; each Netlist Trade Secret and its implementation and use in
3  Diablo's TeraDIMM, including citations to various versions of Diablo's product and design
4  specifications; the use of LRD and DXD in Diablo's MegaDIMM, TeraDIMM Lite and TeraDIMM
5  modules; the contributions of Dr. Hyun Lee to the inventions in the Diablo '917 patent;
6  Mr. McAlexander's contentions regarding the Trade Secrets, including proposals by Micron and
7  Texas Instruments (subject to Netlist's objections as to admissibility), and the Netlist '185 patent, and
8  Mr. McAlexander's assertions regarding BIOS changes and Netlist's analog design contributions; the
9  six month reverse engineering estimate obtained by Mr. McAlexander from Chipworks; and
10 responses to any additional rebuttal opinions by Mr. McAlexander.

11              c.      A copy of Mr. Jansen's curriculum vitae is attached as Exhibit A.
12      2.      Bruce McFarlane: damages expert (expressing damages opinions dependent on the
13 duration of the injunction ordered by the Court). Mr. McFarlane's Expert Report was served on
14 December 24, 2014, and his Supplemental Expert Report was served on January 16, 2015. He will
15 testify about the opinions expressed in these reports, which may be briefly summarized as follows:
16              a.      Background testimony concerning: Mr. McFarlane's qualifications and work
17 history; relevant technology; Netlist's Trade Secrets; the parties' contracts; the HyperCloud project;
18 the TeraDIMM/ULLtraDIMM project and Diablo's Rush and Bolt chips; the MegaDIMM and
19 TeraDIMM Lite prototypes; Diablo's sales of Rush and Bolt chips for the ULLtraDIMM module;
20 Diablo's head starts based on the testimony of Mr. Jansen.
21              b.      Opinions about: Diablo's unjust enrichment by reason of its breach of its
22 contracts with Netlist and misappropriation of the Netlist Trade Secrets, including Diablo's avoided
23 costs from its use of the Netlist Trade Secrets ($666,227) and Diablo's unjust profits from March
24 2014 through January 12, 2015 ($6,186,947); and responses to any rebuttal opinions by
25 Mr. Malackowski.
26              c.      A copy of Mr. McFarlane's curriculum vitae is attached as Exhibit B.

2

3. Jim Handy: industry expert. Mr. Handy's Expert Report was served on December 24, 2014. He will testify about the opinions expressed in that report, which may be briefly summarized as follows:

    a. Background testimony concerning: Mr. Handy's qualifications and work history; relevant technology and definitions; and the memory/storage hierarchy and virtual memory.

    b. Opinions about: how the various memory/storage technologies fit in computing systems; forecasts for Non-Volatile DIMMs ("NV-DIMM") and Flash on the Memory Bus ("FMB"); competitive scenarios between NV-DIMMs v. Standard DIMMs, NV-DIMMs v. FMBs, NV-DIMMs v. solid state drives or disks ("SSD"), SSDs v. FMBs, and SSDs v. Standard DIMMs; comparison of the costs of these respective technologies; product qualification cycles; and responses to any rebuttal opinions by Mr. Teich.

    c. A copy of Mr. Handy's curriculum vitae is attached as Exhibit C.

Dated: February 6, 2015

**BARTKO, ZANKEL, BUNZEL & MILLER**
**McANDREWS, HELD & MALLOY**
**DLA PIPER LLP (US)**

By:    /s/ Benjamin K. Riley
       Benjamin K. Riley

    Attorneys for Plaintiff
    NETLIST, INC.