# EXHIBIT A



**Ken Jansen**
**Texas IP Labs**

## SKILLS

Server Architecture and Design, ASIC Design, Storage Design, Patent Review Board Member, Standards Development, Memory Board/Subsystem Architecture and Design (Protocol, Signal Integrity, Propagation Delays, Timing Budgets), Testifying and Deposition experience including ITC.

## PROFESSIONAL EXPERIENCE

February '14
to present

**Digital Ordnance Storage, Inc., Houston, Texas**
*Vice President Engineering*
Building engineering organization for a startup focused on an innovative storage infrastructure.  Partnering with marketing and CEO to define product family.   Engaging and evaluating potential suppliers and vendors.  Creating intellectual property. Developing product and hiring plans.

October '01 to
January '14

**Hewlett-Packard Company**
**Compaq Computer Corporation, Houston, Texas**
*Director, ISS Silicon Enablement and Design*
Led a highly motivated team of ASIC engineers and technologists focused on innovative and customer valued differentiation for HP Server platforms.  Over 50% of the team was located outside of Houston, including Costa Rica.  Team delivered multiple generations of iLO systems management devices.

Drove team to implement new development methodologies to respond to quickening pace of innovation.  Championed multiple proof of concept projects.  Engineering management lead for ISS ASIC vendor interface, management, and strategy.

Participated on multiple teams which spanned the enterprise business, including the ASIC Center of Excellence strategy and business team.  Member of the server business patent review committee, and the Technical Career Path Review Board.

Redirected and re-energized team for multiple new business environments due to changing economic conditions.  Participated in planning and executing several actions to reduce spend including spinning out a portion of the team to a friendly supplier.

Recognized as a strong fiscal manager.  Team scored at or near top of peers on multiple annual Voice of Workforce surveys.

July '00 to
October '01

**Compaq Computer Corporation, Houston, Texas**
*Director, Advanced Technology Development*
Led a group of approximately 150 individuals who were chartered with evaluation, creation, and development of strategically important technologies for Compaq's ISSG. Group consisted of ASIC development and support teams, architecture teams, technical communications and marketing teams.  Direct reports included senior technical contributors, a Director, and Senior Managers.  Actively involved in numerous industry standards activities.  Key to building the team and in evaluation of potential partners. Member of Patent Review committee, and ISS ATCP committee.

November '97
to July '00

**Compaq Computer Corporation, Houston, Texas**
***Director, Advanced Server Architecture and Design***
Led a group of 60+ highly creative and talented technical professionals and support staff charged with defining and developing technologies for inclusion in industry leading server platforms. Work involved developing and promoting new industry standards. Key player in the adoption of PCI-X by the industry, leading Compaq's team and negotiations with HP and IBM to form workgroup. Served as Compaq rep on Future I/O steering committee and helped create and drive strategies which lead to merging of FIO and NGIO to form Infiniband. Initial Compaq steering committee rep on IB. Prepared and presented numerous presentations laying out Compaq strategy and vision. One of the key Compaq press contacts for PCI-X and IB. Led team developing first PCI-X silicon and coordinated with platform development teams to allow Compaq to lead in PCI-X deployment. Interacted with division and group management to set and execute strategies. Member of Patent Review Committee. Developed win-win relationships with suppliers and vendors. Provided training updates for field engineers. Prepared and presented numerous customer briefings. Presented strategy and directions at industry events. Served term as executive sponsor for ISS ATCP committee.

October '92 to
October '97

**Compaq Computer Corporation, Houston, Texas**
***Manager, Advanced Design and Architecture***
Led a team of 5-20 individual contributors to develop and deploy new server technologies including I/O subsystem design and system performance analysis.

October '87 to
October '92

**Compaq Computer Corporation, Houston, Texas**
***Systems Engineer/Lead Engineer***
Various design projects including prototype of the Compaq SystemPro, EISA Bus Master Emulator, multiprocessing test platform, and numerous systems test cards.

April '86 to
October '87

**Argo Integrated Systems, Houston, Texas**
Participated in all phases of new business start-up, responsible for generating engineering contract proposals and supporting documents. Designed and coded several portions of a graphics demo package in C. Modified and added extensive new features to a client's product in TMS 9900 Assembly.

February '80
to April '86

**Texas Instruments, Inc., Geophysical Systems Division, Houston, Texas**
***Electronic Design Engineer***
Digital logic designer. Projects included a high performance NuBus to VME bus coupler; high resolution, high performance frame buffer based on TTL and ECL logic families; and module level test equipment for geophysical product line. Responsible for FCC Certification of the graphics subsystem. Wrote manufacturing diagnostics.

January '81 to
June '81

**Texas A&M University, Engineering Technology Department,**
**College Station, Texas**
***Teaching Assistant***
Lab instructor for basic and communications electronics circuits courses. Helped to develop and evaluate lab exercises for the communications course.

June '76 to
May '77

**Texas A&M University, Food Protein R&D Center, College Station, Texas**
***Co-op Student Worker***
Responsible for maintenance of equipment used in pilot plant scale experiments, performed material balances to aid engineers in evaluation of experimental results.

### Education

Texas A&M University, College Station, Texas
B.S. in Electrical Engineering, December, 1979

### Patents

| | |
|---|---|
| 6,477,799 | Self-orienting logo assembly |
| 6,463,529 | Processor based system with system wide reset and partial system reset capabilities |
| 6,463,495 | Command and control infrastructure for a computer system using the computer's power rail |
| 6,449,677 | Method and apparatus for multiplexing and demultiplexing addresses of registered peripheral interconnect apparatus |
| 6,430,702 | Fault tolerant memory |
| 6,370,657 | Hot processor swap in a multiprocessor personal computer system |
| 6,360,333 | Method and apparatus for determining a processor failure in a multiprocessor computer |
| 6,314,515 | Resetting multiple processors in a computer system |
| 6,223,301 | Fault tolerant memory |
| 6,119,228 | Method for securely communicating remote control commands in a computer network |
| 6,098,132 | Installation and removal of components of a computer |
| 6,035,407 | Accomodating components |
| 6,032,257 | Hardware theft-protection architecture |
| 5,946,189 | Pivotable support and heat sink apparatus removably connectable without tools to a computer processor |
| 5,926,032 | Accommodating components |
| 5,886,872 | Pivotable support and heat sink apparatus removably connectable without tools to a computer processor |
| 5,870,602 | Multi-processor system with system wide reset and partial system reset capabilities |
| 5,867,703 | Common reset ROM |
| 5,737,604 | Method and apparatus for independently resetting processors and cache controllers in multiple processor systems |
| 5,729,675 | Apparatus for initializing a multiple processor computer system using a common ROM |
| 5,611,078 | Method and apparatus for independently resetting processors and cache controllers in multiple processor systems |
| 5,596,759 | Method for initializing a multiple processor computer system using a common ROM |
| 5,497,497 | Method and apparatus for resetting multiple processors using a common ROM |
| 5,465,360 | Method and apparatus for independently resetting processors and cache controllers in multiple processor systems |
| 5,392,436 | Two level system bus arbitration having lower priority multiprocessor arbitration and higher priority in a single processor and a plurality of bus masters arbitration |
| 8,078,818 | Method and system for migrating memory segments |
| 7,409,581 | Main memory controller adapted to correct corrupted data by xoring corrupted data to directly generate correct data |
| 6,970,361 | System and method for pivotal installation and removal of a circuit board from a chassis |
| 6,785,835 | Raid memory |
| 6,667,889 | System and method for pivotal installation and removal of a circuit board from a chassis |

# EXHIBIT B

# CURRICULUM VITAE
## BRUCE L. McFARLANE

| | |
|---|---|
| **POSITION** | Managing Director, LitiNomics (January 2007 to Present; CEO 1/07 - 8/11) |
| **EDUCATION** | B.A., Business Administration (Accounting), University of Washington (1984) |

**PROFESSIONAL AFFILIATIONS (current)**

Certified Public Accountant (California, Inactive status effective 3/1/14)
Certified Management Accountant
Member, Licensing Executive Society
Member, The Sedona Conference
    Working Group 9 - Patent Damages and Remedies

**PROFESSIONAL AFFILIATIONS (past)**

Member, American Institute of Certified Public Accountants
    Business Valuation and Litigation Services Section Member
    Certified in Financial ForensicsCertified Management Consultant
Member, Oregon Society of Certified Public Accountants Litigation Services Committee
Member, Washington Society of CPAs Litigation Services Committee
Member, Institute of Management Consultants
Oregon Society of CPAs Litigation Services Committee (Chair, 1992; Vice Chair, 1991)
Chair, Oregon Society of CPAs Litigation Services Conference Committee (1991)
National Institute of Trial Advocacy, Faculty Expert Witness
Senior Consultant, CRA International
Member, Institute of Management Accountants
Member, California Society of CPAs
    Litigation Section Member
Member, Intellectual Property Owners Association
    Damages and Injunctions Committee member

**RANGE OF EXPERIENCE**

Experience includes testimony and consulting services in accounting, financial, economic and business issues related to commercial litigation and intellectual property related transactions.

**PROFESSIONAL AND BUSINESS HISTORY**

Independent Consultant February 2004–December 2006
InteCap, Inc. (Mountain View, California)
    Managing Director, October 1999–February 2004
PHB Hagler Bailly, Inc. (Portland, Oregon; Palo Alto, California):
    Principal, January 1996–September 1999
    Associate, January 1993–December 1995
Price Waterhouse (Portland, Oregon):
    Manager, July 1990–December 1992
    Senior Consultant, July 1988–June 1990
    Staff Consultant, November 1987–June 1988
Arthur Andersen (Portland, Oregon):
    Staff Accountant, June 1986–October 1987
Peterson & Company (San Francisco, CA):
    Staff Consultant, January 1985–May 1986

**PUBLICATIONS**

"The Sedona Conference Commentary on Patent Damages and Remedies," 2014 (contributing editor)
Intellectual Property/Equipment," Litigation Support Report Writing, 2003 (co-authored with Lilian Quah).
"10 Largest Trade Secrets Damages Awards" InteCap ReCap, Spring 2003
"10 Largest Patent Damages Awards" InteCap ReCap, Fall 2002

**PUBLICATIONS (continued)**

"Court Expands Lost Profits Damages From Patent Infringement," CPA Expert, Summer 1996 (co-authored with Michael J. Wagner).

"The Implications of Changes in the Federal Rules of Civil Procedure for CPA—Expert Witnesses," The CPA Management Consultant, Newsletter of the AICPA Management Consultant Division (Spring 1994) (co-authored with Michael J. Wagner).

"The Revised Federal Rules of Civil Procedures That Apply to Expert Witnesses," CPA Litigation Services Counselor, Volume 1994 Issues 2 3. Harcourt Brace (February and March 1994) (co-authored with Michael J. Wagner).

"Opportunities in Litigation Services," Journal of Accountancy (June 1992) (co-authored with Michael J. Wagner).

"The Role of the CPA in Commercial Litigation," The Oregon Certified Public Accountant (September 1991) (co-authored with Michael J. Wagner).

"Using CPAs in Your Law Practice," The Seattle-King County Bar Bulletin (February 1991) (co-authored with Michael J. Wagner).

**SPEECHES**

"Anatomy of a Patent Damages Calculation" Morgan Lewis, Palo Alto, March 5, 2008

"Calculating & Proving Patent Damages" Law Seminars International, San Diego, January 20, 2004.

"Valuation of Intellectual Property For Computer Related Technologies" Computer Law Association, Palo Alto, CA June 4, 2003.

"Damages Strategies for Infringement of Intellectual Property Rights" Computer Law Association, Palo Alto, CA, May 14, 2003; Intellectual Property Society, Los Altos, CA, August 13, 2003.

"Extracting Value from Your IP Litigation" Tomlinson, Zisko, Morosoli Maser's "Chautauqua" Series, Palo Alto, CA, September 25, 2002.

"Perspectives on Value Extraction Models for Intellectual Capital Assets: Lessons Learned from the Trenches" The Intellectual Property Society, Santa Clara, CA, August 22, 2002.

"Litigating Trade Secrets" Licensing Executive Society, 2002 Winter Conference, Las Vegas, NV, February 14, 2002.

"Patent Damages 101: From Novice to Expert in Under Two Hours" Santa Clara University Law School, February 8, 2002.

"Trade Secret Damages" Finnegan, Henderson, Farabow, Garrett & Dunner, July 12, 2001.

"IP Valuation Issues in Litigation: Hot Topics," San Francisco Intellectual Property Lawyers Association, San Francisco, California, November 14, 2000; Gray Cary Ware Freidenrich, Palo Alto, California, February 1, 2001.

"Case Studies in the Application of Regression Analysis," American Institute of CPAs Advanced Litigation Services Conference, Beverly Hills, California, October 17, 2000.

"Quantifying Damages in Environmental Disaster Litigation," Oregon State Bar Convention, Seaside, Oregon, September 29, 1995.

"Issues in Risk Rate Selection Regarding Prejudgment Interest Rates," California Society of CPAs' Litigation Advanced Forum, San Diego, April 28, 1995.

"The Revised Federal Rules of Civil Procedure as They Apply to Expert Witnesses," various law firms in the Pacific Northwest, October 1993–March 1994.

"Common Mistakes Made by Damage Experts," Oregon Trial Lawyers Association Annual Conference, Sun River, Oregon, August 12, 1993.

"Damages Arising From Business and Commercial Claims," Oregon State Bar Continuing Legal Education Seminar, Portland, February 12, 1993.

"Improving Expert Witness Effectiveness," 1992 OSCPA Litigation Services Conference, Portland, September 25, 1992.

"Calculating a Reasonable Royalty," Price Waterhouse 1992 Litigation Managers Group Seminar, New Orleans, July 13–15, 1992.

"Damages Including Loss of Earnings," 1991 OSCPA Litigation Support Services Conference, Portland, September 27, 1991.

"Calculating a Reasonable Royalty," Price Waterhouse 1991 Litigation Managers Group Seminar, Denver, July 18–20, 1991.

**BRUCE McFARLANE**
## CONSULTING AND TESTIMONY CASE LISTING

| | Type | Lawsuit | | Testimony | | | Court | Law Firm | Work Performed |
|---|---|---|---|---|---|---|---|---|---|
| | | | * | Dep | T | Dec | | | |
| 1 | Alter Ego | Cadence Design Systems, Inc. v. IMI Telecommunications, Inc. | P | ☐ | ☐ | ☐ | U.S. District Court, Northern District of California; Case No. C 00-20430 JF/EAI (2001) | Cooley Godward/Melina Patterson | Analysis of financial factors applicable to doctrine of alter ego. |
| 2 | Alter Ego | Comdisco, Inc. v. SocialNet, Inc., Match-Net, Inc., et al. | P | ☐ | ☐ | ☐ | California Superior Court, Santa Clara County; Case No. CV 800 611 (2004) | Winston & Strawn | Alter ego analysis. |
| 3 | Antitrust | Atlas Electric, et al. v. National Association of Electrical Contractors | D | ☐ | ☐ | ☐ | U.S. District Court, Oregon (1993) | Lane Powell Spears Lubersky/Milo Petranovich | Damages analysis. |
| 4 | Antitrust | Dahl v. Bain Capital Partners, et al. [Class Action] | P | ☐ | ☐ | ☐ | U.S. District Court, District of Massachusetts; Lead Case No. 1:07-cv-12388-EFH | Scott + Scott / Chris Burke | Analysis of damages due to defendants' alleged monopsony of the LBO market. |
| 5 | Antitrust | Flying J, Inc. v. Comdata Network, Inc. | D | ☐ | ☐ | ☐ | U.S. District Court, District of Utah Northern Division; Civil No. 1:96CV0066K (2000) | Giaque, Crockett, Bendinger & Peterson/Gary Bendinger, John Bogart | Analysis of lost profits damages in the trucker fuel card industry due to Comdata's violations of antitrust laws. |
| 6 | Antitrust | In Re Aluminum Warehousing Antitrust Litigation [Class Action] | P | ☐ | ☐ | ☐ | U.S. District Court, Southern District of New York; Master Action No. 13-md-02481-KBF | Robbins, Geller, Rudman & Dowd / Bonny Sweeney, Carmen Medici | Analysis of damages issues related to defendants' alleged anticompetitive conduct related to aluminum warehousing. |
| 7 | Antitrust | In re Currency Conversion Fee Antitrust Litigation [Class Action] | P | ☑ | ☐ | ☐ | US District Court; Southern District of New York; MDL Docket No. 1409 | Schrag & Baum/Tom Schrag; Steyer Lowenthal Boodrookas Alvarez & Smith/Allan Steyer; Lerach Coughlin Stioa & Robbins/Chris Burke | Respond to defendants' expert's analysis of defendant banks' net incremental cost to provide international credit card transactions. |
| 8 | Antitrust | In Re: Payment Card Interchange Fee and Merchant-Discount Antitrust Litigation [Class Action] | P | ☑ | ☐ | ☐ | U.S. District Court, Eastern District of New York; Case No. 1:05-md-1720-JG-JO | Berger & Montague / Merrill Davidoff, Michael Kane; Coughlin, Stoia, Geller, Rudman & Robbins / Chris Burke, Bonny Sweeney; Robins, Kaplan, Miller & Ciresi / Craig Wildfang. | Analysis of damages issues related to interchange fees charged merchants accepting Visa and MasterCard payment cards. |
| 9 | Antitrust | Knutson Towboat, Inc. v. Coos Bay Pilots Association | P | ☑ | ☐ | ☐ | U.S. District Court, Oregon (1988) | Ragen, Tremaine, Krieger, Schmeer & Neil/John McGrory, Fred Aibe | Market share analysis; calculate plaintiff's lost profits. |
| 10 | Antitrust | Peace Northwest Corp. v. Merle West Medical Center | P | ☐ | ☐ | ☐ | U.S. District Court, Oregon (1988) | Perkins Coie/Michael Simon | Business valuation. |
| 11 | Antitrust | Peterson Industries, Inc. v. Goldman Sachs Group, Inc., et al. [Class Action] | P | ☐ | ☐ | ☐ | U.S. District Court, Southern District of New York; Case No. 1:13 cv 6689 | Robbins Geller Rudman & Dowd LLP / Bonny Sweeney, Carmen Medici | Analyze data related to price fixing allegations concerning the aluminum market in the U.S. |

**BRUCE MCFARLANE**
**CONSULTING AND TESTIMONY CASE LISTING**

| | Type | Lawsuit | * | Testimony Dep | T | Dec | Court | Law Firm | Work Performed |
|---|---|---|---|---|---|---|---|---|---|
| 12 | Bad faith | Lorie Kuppenbender, et al. v. California State Automobile Association Interinsurance Bureau [Class Action] | P | ☐ | ☐ | ☑ | Superior Court, State of California, County of Sacramento; Case No. 07AS03197 | Kershaw, Cutter, Ratinoff & York / Brooks Cutter; Dreyer, Babich, Buccola & Callaham / Steve Campora | Analysis of class damages due to CSAA's alleged failure to waive deductibles in accident claims involving uninsured motorists. |
| 13 | Bad faith | Patricia Vanderpool, et al. v. Allstate Insurance Company, et al. [Class Action] | P | ☐ | ☐ | ☐ | California Superior Court, Sacramento County; Case No. 02-AS01532 | Kershaw, Cutter, Ratinoff & York / Brooks Cutter | Analysis of auto premium overcharges due to improper mileage rating. |
| 14 | Bankruptcy | Black v. Finkelstein | P | ☐ | ☐ | ☐ | U.S. Bankruptcy Court, Central District of California (1988) | Ball, Janik & Novack/Ken Novack | Forensic accounting. |
| 15 | Bankruptcy | Continental Casualty Insurance Co. v. Lincoln Property Management Co. | P | ☐ | ☐ | ☐ | Pre-litigation (1990) | Chapman & Cutler | Forensic accounting. |
| 16 | Bankruptcy | First Interstate Bank of Oregon v. Latitude Marines, Inc. | P | ☐ | ☑ | ☐ | U.S. Bankruptcy Court, Oregon (1988) | Stoel, Rives, Boley, Jones & Grey/Bennett Goldstein | Forensic accounting; calculation of earnings. |
| 17 | Bankruptcy | In re: Stayton SW Assisted Living, LLC [Class Action] | D | ☐ | ☐ | ☑ | U.S. District Court, Oregon; Case No. 09-cv-6082-HO | Ball Janik, LLP / Rick Stone, Tony Summers, Robert Taylor | Perform forensic accounting analysis. |
| 18 | Bid rigging | State of California v. Rosendin, et al. | P | ☐ | ☐ | ☐ | California Superior Court, Sacramento County (1992) | California State Attorney General/Tom Greene | Statistical analysis of bid data regarding electrical construction contracts. |
| 19 | Bid rigging | State of California v. Sherwin, et al. | P | ☐ | ☐ | ☐ | Sacramento County Superior Court; Case No. 95F00913 (1997) | California State Attorney General/Molly Alden | Statistical analysis of bid data regading contracts to provide food services to state prisons. |
| 20 | Breach of contract | 3CX, Inc. v. Global Strategic Investment, Inc. | P | ☐ | ☐ | ☐ | Pre-litigation | Werner & Burke/Ryan Werner | Determine value of 3CX shares pursuant to buy-out provision in shareholder agreement. |
| 21 | Breach of contract | A.P.J. Associates, Inc. v. North American Philips Corporation and Signetics Company | D | ☐ | ☐ | ☐ | U.S. District Court, Eastern District of Michigan; Case No. 98-74911 | Banchero & Associates/Jeff Banchero | Determine compensation due plaintiff in connection with defendants' sales of microprocessors. |
| 22 | Breach of Contract | Advanced Business Telecommunications v. Pac Bell | D | ☐ | ☐ | ☐ | U.S. District Court, Central District of California (1993) | Orrick Herrington/Tom Gray | Respond to plaintiff's analysis of lost profits. |
| 23 | Breach of Contract | Ammari Electronics, et al., v. SBC Pacific Bell Directory, et al. [Class Action] | P | ☑ | ☑ | ☐ | California Superior Court, Alameda County; Case No. RG-05198014 | Meade & Schrag / Tyler Meade, Michael Schrag; Gillin Jacobson Ellis & Larsen / Luke Ellis. | Prepare calculation of plaintiff-merchants' damages due to defendant's alleged failure to fulfill obligation to distribute yellow page directories. |
| 24 | Breach of Contract | Bank One, Oklahoma, N.A. et al. v. Trammell Crow Services, Inc., et al. | D | ☐ | ☐ | ☐ | U.S. District Court, Northern District of Illinois, Eastern Division; Case No. 03 C 3624 | Jenner & Block / David Sanders | Analysis of Bank One's damages due to alleged errors contained in Trammel Crow's financial analysis of a real estate investment. |

**BRUCE L. MCFARLANE**
**CONSULTING AND TESTIMONY CASE LISTING**

| | Type | Lawsuit | * | Testimony Dep | T | Dec | Court | Law Firm | Work Performed |
|---|---|---|---|---|---|---|---|---|---|
| 25 | Breach of contract | Brown v. Pacific Northwest Bell | D | ☐ | ☑ | ☐ | American Arbitration Association (1988) | Schwabe, Williamson & Wyatt/Jay Waldron | Calculate plaintiff's damages due to breach of contract involving error in yellow page advertising. |
| 26 | Breach of contract | Children's Hospital & Regional Medical Center v. Eclipsys Corporation | D | ☐ | ☐ | ☐ | Superior Court of Washington For King County; Case No. 02-02-02361-1SEA (2003) | Richard Johnston, Lisa Cameron/Hale & Dorr | Determine plaintiff's damages due to defendant's alleged breach of contract to install a Clinical Information System at plaintiff's hospital. |
| 27 | Breach of contract | CIAL v. Venture Imaging | D | ☐ | ☐ | ☐ | Oregon Circuit Court, Multnomah County (1988) | Perkins Coie/Michael Simon | Damages analysis. |
| 28 | Breach of contract | Cleghorn Bar Enterprises, et al. v. Museum Parc Partners, L.P., et al. | P | ☐ | ☑ | ☐ | Arbitration; Case No. 74 180 00754 (San Francisco, 2002) | Banchero & Associates/Jeff Banchero, Nance Becker | Forensic accounting. Analysis of amounts due limited partners in San Francisco retail space limited partnership. |
| 29 | Breach of contract | Computer Business Applications, Inc. v. Computer Development, Inc. | P | ☐ | ☐ | ☐ | U.S. District Court, Central District of California (1994) | Perkins Coie/Doug Thorpe, Dan Johnson | Valuation of intellectual property. |
| 30 | Breach of contract | Convergence Associates v. NaviSite, Inc. | P | ☑ | ☑ | ☐ | Arbitration; JAMS Case No. 1100040436 | Russo & Hale/Jack Russo, Tim Hale, Mike Risch | Determine Convergence's earnout revenues absent NaviSite's alleged breach of purchase agreement. |
| 31 | Breach of contract | David McDonald v. Silicon Valley Expert Witness Group, et al. | D | ☑ | ☐ | ☐ | Superior Court of California; Santa Clara County; Case No. CV 809 162 | Russo & Hale/Jack Russo, Tim Hale, Mike Risch | Calculation of share value per terms of shareholder agreement. |
| 32 | Breach of contract | Deutsch Technology Research v. OrCAD, Inc. | D | ☐ | ☐ | ☐ | American Arbitration Association; Case No. 74 Y 117 01319 98 (1998) | Ater Wynne/Steve Blackhurst | Rebut plaintiff's damages analysis regarding breach of software distribution agreement. |
| 33 | Breach of contract | DP-TEK Development Company v. Integrated Device Technology, Inc. | P | ☐ | ☐ | ☐ | U.S. District Court, District of Kansas; Case No. 97-1541-JTM (1998) | Gibson, Dunn & Crutcher/Charles Ivie | Calculate plaintiff's damages resulting from defendant's breach of contract re software development. |
| 34 | Breach of contract | Eastman Kodak Company v. Calcomp Technology, Inc., et al. | D | ☐ | ☐ | ☐ | Superior Court of California; County of Orange (2000) | Irell & Manella/Ken Heitz | Determine plaintiff's damages due to defendant's failure to develop inkjet printer technology. |
| 35 | Breach of contract | F. M. Nicholas Co., Inc. v. AMP, Inc. | P | ☐ | ☐ | ☐ | U.S. District Court, Northern District of California; Case No. C 00 2731 MEJ (2000) | Banchero & Associates/Jeff Banchero | Analysis of plaintiff's damages due to defendant's breach of distributor agreement. |
| 36 | Breach of contract | fourthchannel, inc. v. Pivotal Corporation | D | ☐ | ☐ | ☐ | American Arbitration Association; Case No. 50 T 133 00200 (2001) | Dorsey & Whitney/Peter Sipkins | Analysis of plaintiff's damages due to defendant's breach of software development and license agreement re internet commerce software. |

**BRUCE MCFARLANE**
**CONSULTING AND TESTIMONY CASE LISTING**

| | Type | Lawsuit | * | Testimony Dep | T | Dec | Court | Law Firm | Work Performed |
|---|---|---|---|---|---|---|---|---|---|
| 37 | Breach of contract | Fred Meyer v. A.T. Kearney | D | ☐ | ☐ | ☐ | Oregon Circuit Court, Multnomah County (1992) | Bullivant, Houser, Baily Pendergrass & Hoffman/ Doug Houser, Dan Lindahl | Damages analysis related to failed computer system installation. |
| 38 | Breach of contract | Glass & Associates v. Factory Mutual Insurance Company | P | ☐ | ☐ | ☐ | U.S. District Court, District of Oregon; Civil No. 99-6105-HO (2000) | Ball Janik/Rick Stone | Determine damages to plaintiff's plywood mill due to insurance company's bad faith in settlement of business interruption claim. |
| 39 | Breach of contract | Green Hills Software, Inc. v. Integrated Software, Inc. | P | ☐ | ☐ | ☐ | Arbitration; Case No. 72 117 01213 97 | Munger Tolles & Olson/Greg Stone, Kelly Klaus | Calculate plaintiff's damages resulting from defendant's breach of software license agreement. |
| 40 | Breach of Contract | Hifn, Inc. v. Intel Corporation | P | ☑ | ☐ | ☐ | Superior Court for the State of Delaware, County of New Castle. Case No. 05C-06-052-PLA | Tom Moore Law Group / Tom Moore | Calculate damages due to Intel's breach of technology license and purchase agreement. |
| 41 | Breach of contract | Honey Baked Ham, Inc., et al. v. Pilgrim's Pride Corporation | P | ☐ | ☐ | ☐ | U.S. District Court, Central District of California (Santa Ana); Case No. SACV 04-01158 | Peterson, Weyand & Martin / Kurt Peterson | Calculation of lost profits due to Pilgrim's failure to timely deliver food products. |
| 42 | Breach of contract | Honey Baked Hams, Inc. v. Towne, Inc. | P | ☐ | ☐ | ☐ | Superior Court of the State of California, County of Orange (2002) | Peterson Weyand & Martin/Kurt Peterson | Determine Honey Baked Hams' damages due to printing of incorrect telephone number in mailing catalog. |
| 43 | Breach of Contract | Ion Beam Applications, Inc. v. Outrigger Systems, Inc., et al. | D | ☐ | ☐ | ☐ | California Superior Court, Santa Clara County; Case No. 1-03-CV-006620 | Orrick Herrington & Sutcliffe/Matt Poppe | Analysis of balance due on promissory notes. |
| 44 | Breach of Contract | Joseph Ruwe, et al. v. Cellco Partnership d/b/a/ Verizon Wireless [Class Action] | P | ☑ | ☐ | ☑ | U.S. District Court, Northern District of California, San Francisco Division; Case No. 07-cv-03679 JSW | Hagens, Berman, Sobol, Shapiro, LLP / Jeff Friedman; Chavez & Gertler LLP / Nance Becker; Law Offices of Peter B. Fredman / Peter Fredman | Analyze Verizon's practice of charging late fees to customers who pay late. |
| 45 | Breach of contract | Kaiser Aerospace & Electronics v. Teledyne Industries | P | ☑ | ☐ | ☐ | 11th Judicial Circuit Miami - Dade County, Florida; Civil Action No. 95-05288-CA-15 (2001) | Weil Gotshal & Manges/Ed Soto, Oscar Cantu, Gina Dombosch | Determine damages due to defendant's breach of contract to jointly acquire Piper Aircraft Corporation's assets out of bankruptcy. Business valuation. |
| 46 | Breach of contract | Legacy Health Hospitals v. Aramark Corporation | P | ☐ | ☐ | ☐ | Oregon Circuit Court, Multnomah County (1999) | Ball Janik/Rick Stone, Bruce Conn | Determine damages to Legacy Health Hospitals resulting from Aramark's breach of Management Services Agreement. |
| 47 | Breach of contract | Loranzo-Gurley, Inc., et al. v. Northfield Insurance Company, et al. | P | ☑ | ☐ | ☐ | California Superior Court, Santa Clara County, Case No. 106CV0577706 | Kastner Banchero / Jeff Banchero | Analysis of plaintiff's damages due to defendant's failure to tender defense of a claim submitted by plaintiff / policy holder. |

**BRUCE MCFARLANE**
**CONSULTING AND TESTIMONY CASE LISTING**

| | Type | Lawsuit | * | Testimony | | | Court | Law Firm | Work Performed |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Dep | T | Dec | | | |
| 48 | Breach of Contract | Lucey, et al. v. Prudential Insurance Company of America [Class Action] | P | ☑ | ☐ | ☑ | U.S. District Court, District of Massachusetts, Western Division; Case No. 3:10-CV-30163-MAP | Scott & Scott / Chris Burke; Kerr & Wagstaffe / Michael von Loewenfeldt | Analysis of class damages due to Prudential's alleged breach of contract related to payment of life insurance policy benefits for U.S. military service personnel. |
| 49 | Breach of contract | Lussier Subaru, et al v. Subaru of New England, Inc., et al. [Class Action] | P | ☐ | ☐ | ☐ | U.S. District Court, District of New Hampshire; Case No. C-99-109-B (2000) | Kronick, Moskovitz, Tiedemann & Girard/Bill Kershaw; Wiggin & Nourie/Rich McNamara | Determine damages to class of Subaru dealers due to over accessorization of cars. |
| 50 | Breach of contract | Manfredi Lacoste v. Oracle Corporation | D | ☐ | ☐ | ☐ | Buenos Aires, Argentina | Baker & McKenzie / Ben Ho | Analysis of damages due to Seibel Systems' (acquired by Oracle) alleged breach of employment contract by failure to pay commissions due. |
| 51 | Breach of contract | Market Transport, Inc. v. Wackenhut Corp. | P | ☐ | ☐ | ☐ | Oregon Circuit Court, Multnomah County (1990) | Markowitz, Herbold, Stafford & Glade/Burt Stafford | Damages/business interruption analysis. |
| 52 | Breach of contract | Micky Novak v. Seiko Corp., et al. | P | ☐ | ☐ | ☐ | U.S. District Court, Oregon; Case No. CV 99 1022 RE (2000) | Elliott & Park/Dennis Elliott | Determine reasonable compensation for plaintiffs role regarding defendants' sales of sport watches to Nike. |
| 53 | Breach of contract | Moving Media, Inc. v. Speck Cab Company. | P | ☐ | ☑ | ☐ | Superior Court of California, County of San Francisco; Case No. 978740 (2001) | Werner & Burke/Ryan Werner | Analysis of damages due to defendant's breach of advertising contract. |
| 54 | Breach of Contract | NeWire, Inc. v. Southwire Company | D | ☑ | ☐ | ☐ | Chancery Court, State of Tennessee, 18th Judicial District at Sumner County; Case No. 2011C-21 | Paul Hastings / William Whitner, Eric Stolz, Rachel Saloom | Analysis of damages related to Southwire's alleged failure to use best efforts to commercialize flatwire technology. |
| 55 | Breach of contract | Oregon Metallurgical Corp. v. Burlington Northern & Santa Fe Railway Company, CSX Transportation Company | P | ☑ | ☑ | ☐ | US District Court, District of Oregon; Case No. 01-1052-HA (2001) | Lane Powell Spears Lubersky/Met Wilson, Milo Petranovich | Analysis of damages due to late railcar deliveries of raw material used in manufacture of titanium sponge. |
| 56 | Breach of contract | Or-kav Solutions Ltd. v. Altium, Ltd | D | ☐ | ☑ | ☐ | Amierican Arbitration Association; Case No. 74 117 Y 00165 12 nolg | Hale & Associates / Tim Hale; Computerlaw Group / Jack Russo. | Analysis of Or-Kav's damages due to Altium's alleged breach of Value Added Reseller agreement regarding distribution of electronic design automation (EDA) software in Israel. |
| 57 | Breach of contract | Ostex International, Inc. v. Boehringer Mannheim | P | ☐ | ☐ | ☐ | American Arbitration Association; Case No. 79T184 00192 95 (1996) | Mundt, MacGregor, Happel, Falconer, Zulauf & Hall/Jay Zulauf | Determine damages due to defendant's breach of contact to promote plaintiff's osteoporosis testing technology. |
| 58 | Breach of contract | PC Designs, Inc. v. GN Hello Direct | P | ☐ | ☐ | ☐ | Arbitration (Florida) | Andrews & Galatis / Ted Galatis | Determine additional royalties due per license agreement. |

**BRUCE L. MCFARLANE**
**CONSULTING AND TESTIMONY CASE LISTING**

| | Type | Lawsuit | * | Testimony Dep | T | Dec | Court | Law Firm | Work Performed |
|---|---|---|---|---|---|---|---|---|---|
| 59 | Breach of contract | Polo Ralph Lauren L.P. v. The Magnin Company, Inc. | D | ☐ | ☐ | ☐ | American Arbitration Association (1997) | Browne & Woods/Eddie Woods | Determine damages due to defendant's breach of franchise agreement by not allowing plaintiff to open a Polo Ralph Lauren store at LAX International Airport. |
| 60 | Breach of contract | Prestige Card, Inc. v. Bank One, et al. | D | ☐ | ☑ | ☐ | Arbitration (1998) | Lane Powell Spears Lubersky/Met Wilson | Analysis of lost profits due to defendant's breach of contract to develop affinity credit card program. |
| 61 | Breach of contract | Pyramed, Inc. v. Caremark, Inc. | D | ☐ | ☐ | ☐ | American Arbitration Association (1989) | Spears, Lubersky, Bledsoe, Anderson, Young & Hilliard/Bob Maloney | Damages analysis. |
| 62 | Breach of contract | Raikow v. Frontier Jeep Eagle | D | ☐ | ☑ | ☐ | Arbitration (1991) | Betts, Patterson & Mines/James Nelson, Lori Guzzo; Stoll, Stoll, Berne & Lokting/Rob Shlachter | Forensic accounting; determine profit earned by auto dealership. |
| 63 | Breach of Contract | Retail Distributor v. Wholesale Manufacturer (disclosure of parties precluded by settlement agreement) | P | ☐ | ☐ | ☐ | Disclosure precluded by settlement agreement | Hennlley & Grossfeld / Orlando Cabanday, Ryan Jike | Analysis of plaintiff's lost profits due to alleged breach of contract regarding allocation of product among retail distributors. |
| 64 | Breach of contract | Sedona Corporation v. Open Solutions, Inc. | P | ☑ | ☐ | ☐ | U.S. District Court, District of Connecticut; Civil Action No. 3:07CV171 (MRK) | Schiff Hardin / Gary Grossman, Paul Schuck | Calculate royalties due plaintiff due to defendant's alleged breach of software license agreement. |
| 65 | Breach of contract | Seer Systems, Inc. v. Creative Technology, Ltd. | P | ☐ | ☐ | ☐ | Superior Court of California, County of Santa Clara, Case No. CV 793916 | Peterson Weyand & Martin/Alex Weyand | Determine lost profits due to defendant's breach of technology licensing agreement. |
| 66 | Breach of contract | Seymon v. EASI, Inc., et al. | P | ☐ | ☑ | ☐ | Superior Court of California, County of San Joaquin; Case No. CV010303 (2001) | Chadeayne, Burns & Leachman/Ron Leachman | Valuation of goodwill value of EASI, Inc. |
| 67 | Breach of contract | SMS Automotive v. Allied Signal | D | ☐ | ☐ | ☐ | U.S. District Court, Pennsylvania (1992) | Duane, Morris & Hecksher | Damages analysis/ business valuation. |
| 68 | Breach of contract | Tarkington, O'Connor & O'Neill v. Fireman's Fund Insurance Companies | D | ☐ | ☐ | ☐ | California Superior Court; County of San Francisco; Case No. 958950 (1996) | Rice, Fowler, Booth & Banning/Kurt Micklow | Analysis of factors contributing to plaintiff's financial decline. |
| 69 | Breach of Contract | The Doan, Paul Endrest v. State Farm General Insurance Company [Class Action] | P | ☑ | ☐ | ☐ | Superior Court of California, County of Santa Clara; Case No. 108CV129264 | Kershaw, Cutter & Ratinoff, LLP / Brooks Cutter, JR Parker | Analysis of depreciation used for purposes of settlement of home owner insurance policy claims. |
| 70 | Breach of contract | TRW, Inc. v. Talley Industries, Inc., et al. | D | ☐ | ☐ | ☐ | U.S. District Court, District of Arizona; Civil Action 94-0350-PHX-PGR (1995) | Donovan, Leisure, Newton & Irving/Jeff Conciatori | Calculate defendant's damages resulting from plaintiff's breach of contract regarding sales of air bag technology. |

**BRUCE B. MCFARLANE**
**CONSULTING AND TESTIMONY CASE LISTING**

| | | | Testimony | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Type | Lawsuit | * | Dep | T | Dec | Court | Law Firm | Work Performed |

| | Type | Lawsuit | * | Dep | T | Dec | Court | Law Firm | Work Performed |
|---|---|---|---|---|---|---|---|---|---|
| 71 | Breach of contract | Ultratech Stepper v. Dynamic Automated | P | ☐ | ☐ | ☐ | Arbitration (San Francisco; 2001) | Russo & Hale/John Kelley, Mike Risch | Determine plaintiff's damages due to defendant's breach of contract to develop high speed material handler used in semiconductor manufacturing. |
| 72 | Breach of contract | United Computer Systems, Inc. v. AT&T | D | ☐ | ☐ | ☐ | American Arbitration Association; No. 72 117 1362 91 (1998) | Orrick Herrington & Sutcliff/Bob Freitas | Rebut plaintiff's lost profits damages analysis re breach of software development contract. |
| 73 | Breach of contract | Wolfgang Brox v. Andreas Peneder | P | ☐ | ☑ | ☐ | California Superior Court, County of Napa; Case No. 26-25972 | Kastner Banchero / Jeff Banchero | Determine damages from operation and sale of partnership that owned The Candlelight Inn in Napa, CA. |
| 74 | Breach of contract | Workshare Technology, Inc. v. Litera Corporation | P | ☐ | ☐ | ☐ | American Arbitration Association; Case No. 74-117-00863-08 | Perkins Coie / Michael Baily, Chris Coleman | Determine lost profits Workshare suffered due to Litera's alleged breach of settlement agreement regarding Workshare's copyrights used in document comparison software. |
| 75 | Breach of contract | WSI v. Port of Portland | P | ☐ | ☐ | ☐ | Oregon Circuit Court, Multnomah County (1991) | Bogle & Gates/Dave Canary | Determine damages due to defendant's breach of contract to repair dry dock ship repair facilities. |
| 76 | Breach of contract, bad faith | insureon.com v. Philadelphia Indemnity Insurance Company, et al. | P | ☑ | ☐ | ☐ | Superior Court of California, County of Alameda (2002) | Werner & Burke/Ryan Werner, Joe Burke | Analysis of damages due to defendants failure to fund defense of trademark infringement suit filed against Insureon. |
| 77 | Breach of contract, breach of fiduciary duty | LASVN#2, et. al. v. Vann Ness and Sperry, et. al. | P | ☐ | ☐ | ☐ | Los Angeles Superior Court, California; Case No. BC 206251 (2002) | Krane & Smith/Marc Smith | Determine plaintiff's damages due to wrongful termination of commercial real estate brokerage. |
| 78 | Breach of fiduciary duty | Ainslie, et al. v. First Interstate Bank of Oregon | D | ☐ | ☐ | ☐ | Oregon Circuit Court, Multnomah County (1993) | Lane Powell Spears Lubersky/Met Wilson | Analysis of defendant's compliance with terms of escrow agreement. |
| 79 | Breach of fiduciary duty | Huntington Bank, Inc. v. Gilchrist Timber Company | D | ☐ | ☐ | ☐ | U.S. District Court, Oregon; (1993) | Ater, Wynn, Hewitt, Dodson & Skerritt/Steve Blackhurst | Financial analysis. Business valuation. |
| 80 | Breach of fiduciary duty | Ingersoll-Rand Financial Corp. v. First Interstate Bank of Oregon | D | ☐ | ☐ | ☐ | U.S. District Court, Oregon (1993) | Lane Powell Spears Lubersky/Met Wilson, Tim Harmon | Analysis of defendant's compliance with terms of escrow agreement. |
| 81 | Breach of fiduciary duty | Oregon Dental Association v. United States National Bank | P | ☐ | ☐ | ☐ | U.S. District Court, Oregon (1988) | Perkins Coie/Michael Simon | Jury award distribution analysis. |
| 82 | Breach of fiduciary duty | Stephen Friedman v. Appaloosa Interactive Corporation; Andras Csaszar, Sega Enterprises USA, Bonus.com | D | ☑ | ☑ | ☑ | Superior Court of California, Santa Clara County; Case No. 1-05-CV-050715 | Baker & McKenzie / Tod Gamlen, Keith Wurster | Rebuttal of plaintiff's business valuation damages analysis. |

**BRUCE L. MCFARLANE**
**CONSULTING AND TESTIMONY CASE LISTING**

| | Type | Lawsuit | * | Testimony Dep | T | Dec | Court | Law Firm | Work Performed |
|---|---|---|---|---|---|---|---|---|---|
| 83 | Breach of fiduciary duty | Supra Corporation v. D.L. Horton Enterprises, Inc. | P | ☐ | ☐ | ☐ | Superior Court of California, County of Los Angeles; Case No. BC 093085 (1995) | Stradling, Yocca, Carlson & Rauth/Julie McCoy Akins | Calculate plaintiff's lost profits due to business interruption. |
| 84 | Breach of franchise agreement | Bernhart v. Johnson | P | ☐ | ☐ | ☐ | Washington State Superior Court, King County (1994) | Preston, Gates & Ellis/Carol Arnold | Calculate damages due to alleged wrongful termination of real estate franchise agreement |
| 85 | Breach of trust | The Commissioner of Insurance of the State of Michigan v. Harris Trust and Savings Bank, et al. | D | ☐ | ☐ | ☐ | Michigan Circuit Court, Ingham County (1996) | Winston & Strawn/Mark Rotert, Carolyn McNiven | Transactional analysis of trust account activity; damages analysis. |
| 86 | Breach of warranty | Emerson Radio Corp. v. G&C Distributing | P | ☑ | ☐ | ☐ | American Arbitration Association (1988) | Ball, Janik & Novack/Ken Novack | Analysis of defendant's sales, calculate lost profits. |
| 87 | Breach of warranty | General Chemical v. Nisshin Gulf Coast, Inc. | P | ☐ | ☐ | ☐ | California Superior Court, County of San Francisco; Case No. 306072 (2000) | Banchero & Associates/Jeff Banchero, Nance Becker | Calculate plaintiff's damages caused by failure of defendant's equipment used in the manufacture of high purity sulfuric acids. |
| 88 | Breach of warranty | I. B. Fischer v. Foodmaker, Inc. | P | ☐ | ☐ | ☐ | N/A (1993) | Milbank, Tweed, Hadley & McCloy/Rick Stone, Betsy Lear | Determine damages due to defendant's provision of e coli tainted meat to Jack In The Box franchisee. |
| 89 | Breach of warranty | Lewis River Golf Course v. Scott Seed Company, Inc. | D | ☐ | ☐ | ☐ | U.S. District Court, Western District of Washington (1988) | Schwabe, Williamson & Wyatt/Donald Joe Willis | Determine damages due to defendant's provision of incorrect grass seed. |
| 90 | Breach of warranty | LHS Communications Systems, Inc. v. Pacific Bell Mobile Services. | D | ☑ | ☑ | ☐ | Arbitration; Case No. 30 Y 181 00786 99 (San Francisco, 2001) | Orrick, Herrington & Sutcliffe/Matt Poppe, Chris Ottenweller | Prepare counterclaim damages analysis regarding failure of plaintiff's billing software program. |
| 91 | Breach of warranty | Virtual Silicon Technology, Inc. v. Library Technologies, Inc. | P | ☐ | ☐ | ☐ | American Arbitration Association (San Francisco, 2003) | Russo & Hale/Tim Hale, John Kelley, Mike Risch | Analysis of damages due to alleged deficiencies in defendant's standard cell library software. |
| 92 | Business devastation | Ball, Ball, Brosamer, Inc. v. Myles Lorentz, Inc. | P | ☐ | ☐ | ☐ | District Court, City and County of Denver, Colorado; Civil Action #93 CV 1234 (1995) | Holland & Hart/Robert Benson, Ian Karpel | Analysis of factors contributing to defendant's bankruptcy. |
| 93 | California Business & Professions Code § 17200 | Adam Schwartz v. VISA International Corp., MasterCard International, Inc. et al. [Class Action] | P | ☑ | ☑ | ☐ | Superior Court of California, County of Alameda; Case No. 822404-4 (2001) | Schrag & Baum/Tom Schrag; Steyer Lowenthal Boodrookas Alvarez & Smith/Allan Steyer; Millberg Weiss/Chris Burke | Prepare cost and profitability analysis of multicurrency conversion settlement system. |
| 94 | Complaint for Indemnity | Cleghorn Bar Enterprises, et al. v. Garlock, et al. | P | ☐ | ☑ | ☐ | California Superior Court, County of San Francisco; Case No. CGC 04-432322 (2005) | Kastner Banchero / Jeff Banchero | Forensic accounting analysis. Determine amounts owing plaintiffs. |

**BRUCE MCFARLANE**
**CONSULTING AND TESTIMONY CASE LISTING**

| | Type | Lawsuit | * | Testimony Dep | T | Dec | Court | Law Firm | Work Performed |
|---|---|---|---|---|---|---|---|---|---|
| 95 | Copyright Infringement | Oracle America, Inc. v. Terix Computer Company, Inc. | D | ☐ | ☐ | ☐ | U.S. District Court, Northern District of California, Case No. CV 13 3385 | Hopkins & Carley / John Picone, Jennifer Coleman, Cary Chien | Analysis of damages regarding defendant's alleged copyright infringement of Oracle software. |
| 96 | Copyright infringement | Yield Dynamics v. Macrovision, et al. | P | ☐ | ☐ | ☐ | United States District Court, Northern District of California (2003) | Russo & Hale / Tim Hale | Analysis of plaintiff's damages due to defendants alleged use of plaintiff's software code. |
| 97 | Dealer termination | Bayshore Ford Truck Sales, Inc. et al. v. Ford Motor Company [Class Action] | P | ☐ | ☐ | ☐ | U.S. District Court, District of New Jersey; Case No. 99 cv 741 (JCL) | Kronick, Moskovitz, Tiedemann & Girard/Bill Kershaw, Lyle Cook, Jonathan Renner | Calculate damages for class of truck dealers regarding Ford's sale of its heavy duty truck business to Freightliner. |
| 98 | Dealer termination | Blount v. Oregon Tractor | D | ☐ | ☐ | ☐ | Oregon Circuit Court, Multnomah County (1992) | Perkins Coie/Chris Angius | Determine damages due to plaintiff's alleged wrongful termination of franchise agreement. |
| 99 | Dealer termination | Lusk v. Jiffy Lube | D | ☐ | ☐ | ☐ | California Superior Court, Sacramento County (1992) | Porter, Scott, Weibert & Delehart | Analysis of plaintiff's damages due to termination of franchise agreement. |
| 100 | Dealer termination | Meyers v. UNOCAL | P | ☐ | ☐ | ☐ | U.S. District Court, Oregon (1991) | James, Denecke & Harris/Roger Harris | Analysis of plaintiff's damages due to termination of franchise agreement. Business valuation. |
| 101 | Dealer termination | The Communications Group v. GTE Mobilnet | D | ☐ | ☐ | ☐ | Oregon Circuit Court, Multnomah County (1992) | Lane Powell Spears Lubersky/Met Wilson, George Kirkland | Analysis of plaintiff's damages due to termination of franchise agreement. |
| 102 | Dissenting minority shareholder | Benchmark Designs of California v. D.W. Industries, Inc., et al. | P | ☐ | ☐ | ☐ | Oregon Circuit Court, Multnomah County; Case No. 9408-05328 (1995) | Larry Sokol & Associates/ Larry Sokol | Valuation of minority shareholder interest. |
| 103 | Eminent domain | State of California v. Bio-Rad | D | ☐ | ☐ | ☐ | Alameda Superior Court, California (1992) | Law offices of James Whitaker/Jim Whitaker | Determine damages resulting from state of California seizing defendant's land through eminent domain in connection with construction of highway. |
| 104 | Environmental contamination | General Electric | P | ☐ | ☐ | ☐ | N/A (1995) | GE in-house counsel | Estimate costs to remediate contaminated sites. |
| 105 | Environmental contamination | Lowe's Home Centers, Inc. v. General Electric Company | D | ☐ | ☐ | ☐ | U.S. District Court, Northern District of Georgia; Case No. 4:98-CV-0028-HLM (2000) | Williams & Connolly/Steve Kuney, Bob Shaughnessy | Rebut plaintiff's lost profits damages analysis regarding lost opportunity to open a Lowes superstore in Rome, GA. |
| 106 | False advertising / Lanham Act | NEC Technologies v. Samsung | P | ☐ | ☐ | ☐ | U.S. District Court, Northern District of Illinois (2001) | Bates & Carey/Richard Nicolaides | Analysis of plaintiff's damages due to defendant's false advertisements re flat panel pc monitors. |

**BRUCE L. McFARLANE**
**CONSULTING AND TESTIMONY CASE LISTING**

| | Type | Lawsuit | * | Dep | T | Dec | Court | Law Firm | Work Performed |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Testimony | | | | |
| 107 | Fraud | Damerow Ford v. Prebble | P | ☐ | ☐ | ☐ | Oregon Circuit Court, Multnomah County (1989) | Schwabe, Williamson & Wyatt/Tom Dulcich, Peter Ozanne | Forensic accounting. Investigation of possible fraud by operating partner of auto dealership. |
| 108 | Fraud | Eulrich v. Snap-On Tools Corp. | D | ☐ | ☐ | ☐ | Oregon Circuit Court, Linn County (1990) | Spears, Lubersky, Bledsoe, Anderson, Young & Hilliard/Milo Petranovich | Determine damages due to defendant's alleged wrongful termination of franchise agreement. |
| 109 | Fraud | First Interstate Bank of Oregon v. C&B Livestock, Inc. | P | ☐ | ☐ | ☐ | N/A (1991) | Weiss, Jensen, Ellis & Botteri/Charlie Starkey | Forensic accounting. Analysis of defendant's financial reporting. |
| 110 | Fraud | Hammersmith v. Taco Bell Corp. | D | ☐ | ☐ | ☐ | U.S. District Court, Oregon (1990) | Skadden, Arps, Slate, Meagher & Flom | Determine damages due to defendant's alleged wrongful termination of franchise agreement. |
| 111 | Fraud | PG&E v. Satrap | P | ☐ | ☐ | ☐ | Pre-litigation (1989) | PG&E's Internal Audit Department | Forensic accounting. Analysis of terms of natural gas contracts PG&E entered into with gas suppliers. |
| 112 | Fraud | Pioneer Liquidating Corporation v. San Diego Trust & Savings Bank, et al. | D | ☐ | ☐ | ☐ | United States District Court, Southern District of California; Case No. 94-361 (1995) | Post, Kirby, Noonan & Sweat/David Noonan, Steve Sanchez | Analysis of check kiting scheme. Analyze and respond to plaintiff's damages theories and calculations. |
| 113 | Fraud | State of Oregon v. Vendu Services, Inc. | P | ☐ | ☐ | ☐ | Oregon Circuit Court, Marion County (1993) | Oregon State Attorney General/Gene Ebersole | Forensic accounting; calculation of defendant's unreported sales revenue. |
| 114 | Fraud, breach of contract | Jo Edward Enterprises, Inc. v. Ball, Ball, Brosamer, Inc., et al. | D | ☐ | ☐ | ☐ | District Court, City and County of Denver, Colorado; Civil Action #9 CV 4495 (1995) | Holland & Hart/Robert Benson, Todd Miller | Forensic accounting. Analysis of invoice and payment transactions. |
| 115 | Fraud, Securities Laws Violations | Securities and Exchange Commission v. Sunwest Management, Inc., et al. | D | ☐ | ☑ | ☑ | US District Court, District of Oregon; Case No. 09-CV-6056 | Ball Janik, LLP / Rick Stone, Tony Summers, Robert Taylor | Perform forensic accounting analysis. |
| 116 | Fraud, Unfair Business Practices | Paul Miller v. Bank of America [Class Action] | P | ☑ | ☑ | ☐ | Superior Court of California; San Francisco County; Case No. 301917 | The Sturdevant Law Firm/Jim Sturdevant, Mark Johnson, Jesper Rasmussen | Determine NSF fees charged to class. Profitability analysis. |
| 117 | Fraudulent transfer | Dorothee Dary, et al. v. William and Lee Ann Gilbert, et al. | D | ☑ | ☐ | ☐ | Superior Court of California; San Mateo County; Case No. 406876 | Werner & Burke/Ryan Werner, Joe Burke | Determine goodwill value of saloon. |
| 118 | Good Faith And Fair Dealing | Checking Account Overdraft Litigation MDL No. 2036 (BancorpSouth Bank) [Class Action] | P | ☑ | ☐ | ☐ | U.S. District Court, Southern District of Florida; Case No. 1:09-MD-02036 JLK | Kopelowitz Ostrow Ferguson Weiselberg Keechl / Jonathan Streisfeld | Develop methodologies to measure overdraft fee damages due to defendant bank's alleged wrongful practice of posting debits to customer accounts in high-to-low order of dollar amount. |

**BRUCE McFARLANE**
**CONSULTING AND TESTIMONY CASE LISTING**

| | Type | Lawsuit | * | Testimony Dep | T | Dec | Court | Law Firm | Work Performed |
|---|---|---|---|---|---|---|---|---|---|
| 119 | Good Faith And Fair Dealing | Checking Account Overdraft Litigation MDL No. 2036 (Capital One) [Class Action] | P | ☐ | ☐ | ☐ | U.S. District Court, Southern District of Florida, Miami Division; Case No. 1:09-MD-02036 JLK | Golomb & Honik / Ken Grunfeld; Golomb & Honik; Grossman Roth, P.A. / Bobby Gilbert | Develop methodologies to measure overdraft fee damages due to defendant bank's alleged wrongful practice of posting debits to customer accounts in high-to-low order of dollar amount. |
| 120 | Good Faith And Fair Dealing | Checking Account Overdraft Litigation MDL No. 2036 (Union Bank of California) [Class Action] | P | ☐ | ☐ | ☐ | U.S. District Court, Southern District of Florida; Case No. 1:09-MD-02036 JLK | Lieff, Cabraser, Heimann & Bernstein / Roger Heller, Michael Sobol | Develop methodologies to measure overdraft fee damages due to defendant bank's alleged wrongful practice of posting debits to customer accounts in high-to-low order of dollar amount. |
| 121 | Good Faith And Fair Dealing | In Re: Chase Bank USA, N.A. "Check Loan" Contract Litigation [Class Action] | P | ☑ | ☐ | ☐ | U.S. District Court, Northern District of California; Case No. 09-cv-02032 MMC; MDL NO. 2032 | The Sturdevant Law Firm / Jim Sturdevant; Green Welling / Robert Green; Lieff Cabraser Heimann & Bernstein / Roger Heller. | Analysis of damages due plaintiff borrowers due to Chase Bank's change in terms of "Check Loan" agreements. |
| 122 | Insurance claim | Christensen Yachts v. New Hampshire Insurance | P | ☐ | ☐ | ☐ | Arbitration (1992) | N/A | Determine economic impact on yacht manufacturer following destruction of manufacturing facility by fire. |
| 123 | Intellectual property | Virgin Vision, Ltd. v. The Samuel Goldwyn Co. | P | ☐ | ☐ | ☐ | California State Superior Court, Los Angeles County; No. BC-013701 (1994) | Law Offices of James P. Tierney/Susan Cleary | Determine damages due to defendant's failure to post listing in film credits. |
| 124 | Intentional interference with prospective business advantage | Phase Metrics, Inc. v. Magnetic Recording Solutions, Inc., et al. | D | ☐ | ☐ | ☐ | U.S. District Court, Northern District of California; Case No. C-98-1799-CAL | Hoge, Fenton, Jones & Appel/Howard Lloyd, Bill Bretschneider | Calculate plaintiff's damages resulting from defendant's interfering with plaintiff's contract with third party concerning sale of hard disk drive testing equipment manufacturer. |
| 125 | Interference with Prospective Economic Advantage | Asahi Kasei Pharma Corporation v. Actelion LTD, et al. | P | ☐ | ☐ | ☑ | California Superior Court, San Mateo County; Case No. CIV 478533 | Morgan Lewis & Bockius / Ben Smith, Chris Banks | Analysis of damages due to Actelion's alleged interference with Asahi's contract with CoTherix to develop the drug Fasudil for the treatment of pulmonary arterial hypertension ("PAH"). |
| 126 | Labor law violations | David Cooke, et al. v. Fremont Rideout Health Group [Class Action] | P | ☑ | ☐ | ☑ | California Superior Court, County of Yuba; Case No. 08-0000278 | Kershaw, Cutter & Ratinoff / Bill Kershaw, Lyle Cook | Calculate plaintiff class damages due to defendant's alleged failure to compensate certain employees pursuant to California wage and hour laws. |

**BRUCE L. MCFARLANE**
**CONSULTING AND TESTIMONY CASE LISTING**

| | Type | Lawsuit | | Testimony Dep | T | Dec | Court | Law Firm | Work Performed |
|---|---|---|---|---|---|---|---|---|---|
| 127 | Labor law violations | Jason Campbell, et al. v. PricewaterhouseCoopers, LLP [Class Action] | P | ☑ | ☐ | ☐ | US District Court, Eastern District of California, Case No.: 06-CV-02376-LKK-GGH | Kershaw, Cutter & Ratinoff LLP / Bill Kershaw | Calculate plaintiff class damages due to PWC's alleged failure to compensate certain employees pursuant to California wage and hour laws. |
| 128 | Labor law violations | Julie Campanelli, et al. v. The Hershey Company [Class Action] | P | ☑ | ☐ | ☐ | U.S. District Court, Northern District of California; Case No. 08-cv-01862-WDB | The Brandi Law Firm / Thomas Brandi, Brian Malloy | Analysis of overtime wages due. |
| 129 | Labor law violations | Yelena Lebedchik, et al., v. Pacific Bell Telephone Co. [Class Action] | P | ☐ | ☐ | ☐ | U.S. District Court, Eastern District of California; Case No. 2-07-CV-392 | Kershaw, Cutter & Ratinoff / Brooks Cutter | Analysis of class damages due Pacific Bell's alleged violation of California labor laws. |
| 130 | Lanham Act | Collegenet, Inc. v. Embark.com, Inc. | D | ☐ | ☐ | ☐ | U.S. District Court, Oregon; Case No. CV 00 981 ST | Stoll, Stoll, Berne, Lokting & Shlachter/Robert Stoll | Determine plaintiff's damages due to alleged false statements by defendants regarding online college application website service. |
| 131 | Lanham Act | Monogram Aerospace Fasteners, Inc. v. The Fairchild Corporation | D | ☑ | ☐ | ☐ | Los Angeles Superior Court (2001) | Irell & Manella/Tom Foley, Mike Ermer | Determine plaintiff's damages due to wrongful termination notice. |
| 132 | Lanham Act | Southland Sod Farms v. Stover Seed Company, et al. | P | ☐ | ☐ | ☐ | U.S. District Court, Central District of California; Civil No. 92-4894-JMI (1994) | Nordman, Cormony, Hair & Compton/Bob Compton | Determine damages due to defendant's alleged false advertising regarding proprietary grass seed. |
| 133 | Lanham Act | Tube Forgings, Inc. v. Weldbend, Inc. | D | ☐ | ☐ | ☐ | U.S. District Court, Oregon (1992) | Mayer, Brown & Platt/Tom McNeill | Determine damages due to defendant's alleged false advertising regarding carbon steel butt-weld pipe fittings. |
| 134 | Legal malpractice | Chain Tool Co. v. Workman, Nydegger & Jensen, et al. | P | ☐ | ☐ | ☐ | Third District Court, Utah (1990) | Wilkins, Oritt & Headman/Jeff Oritt | Determine damages due to defendant law firm's failure to procure foreign patent protection for U.S. patented chain tool device. |
| 135 | Legal malpractice | Dr. Magda Botez v. Herzfeld & Rubin, International Housing Systems, Inc. | P | ☐ | ☐ | ☐ | Superior Court of the State of California, County of Los Angeles; Case No. BC 192893 | Green, Broillet, Taylor, Wheeler & Panish/Bruce Broillet, Scott Carr | Prepare valuation analysis of hotel/spa opportunity in Romania. |
| 136 | Lender liability | First Interstate Bank of Oregon v. Haynes & Waldon Farms, Inc. | P | ☐ | ☐ | ☐ | Oregon Circuit Court, Deschutes County (1989) | Marceau, Karnopp, Peterson, Noteboom & Hubel/Martin Hansen | Forensic accounting. Determine cause of failure of defendant's potato farming operation. |
| 137 | Lender liability | Hrebec Properties, Inc. v. First Interstate Bank of California | D | ☐ | ☐ | ☐ | Oregon Circuit Court, Multnomah County (1991) | Lane Powell Spears Lubersky/Bob Maloney | Calculate damages due to defendant's alleged breach of contract to provide funding for construction of apartment complex. |

**BRUCE L. MCFARLANE**
**CONSULTING AND TESTIMONY CASE LISTING**

| | Type | Lawsuit | * | Testimony Dep | T | Dec | Court | Law Firm | Work Performed |
|---|---|---|---|---|---|---|---|---|---|
| 138 | Libel | JRS Products v. Network Office Systems | P | ☐ | ☐ | ☐ | Sacramento County Superior Court, California; Case No. 95 AS 04411 (1997) | Law Offices of Richard Hart/ Richard Hart | Compute plaintiff's lost profits. |
| 139 | Marital dissolution | McCaw v. McCaw | P | ☐ | ☐ | ☐ | King County Superior Court, Washington; Case No. 95-3-07235-0 SEA (1997) | Perkins Coie; Danielson, Harrigan & Tollefson; Kinzel, Allan, Skone & Searing; Law Offices of Gordon Wilcox | Investigatory accounting regarding divorce. |
| 140 | Marital dissolution | Orem v. Orem | P | ☐ | ☐ | ☐ | Oregon Circuit Court, Klamath County (1993) | James, Denecke & Harris/Richard Urrutia | Business valuation; valuation of marital estate. |
| 141 | Marital dissolution | Sohn v. Sohn | P | ☐ | ☐ | ☐ | Oregon Circuit Court, Douglas County (1991) | Hutchinson, Anderson, Cox, Parrish & Coons | Business valuation. |
| 142 | Misappropriation of intangible assets | E.L. Hamm & Associates, Inc. v. American Management Systems, Inc., et al. | D | ☐ | ☐ | ☐ | U.S. District Court, Eastern District of Virginia, Norfolk Division; Case No. 2:98cv1046 | Shaw Pittman Potts & Trowbridge/Ralph Taylor; Kaufman & Canoles/Steve Noona | Rebut plaintiff's damages analysis regarding valuation of computer graphics marketing material. |
| 143 | Partnership dissolution | Franklin v. Johnny Limbo & The Lugnuts | P | ☐ | ☐ | ☐ | Oregon Circuit Court, Multnomah County (1994) | Jolles, Sokol & Berstein/Bernie Jolles | Prepare valuation analysis of band member's interest in partnership. |
| 144 | Patent Infringement | Adaptix, Inc. v. Alcatel-Lucent USA, Inc. et al. | D | ☐ | ☐ | ☐ | U.S. District Court, Eastern District of Texas (Tyler Division) | Quinn Emanuel / Stephen Swedlow, Marc Kaplan | Calculate reasonable royalty damages regarding patents related to 4G cellular network switching technology. |
| 145 | Patent Infringement | Advanced Micro Devices, Inc., et al. v. Samsung Electronics Co., LTD., et al. | P | ☐ | ☐ | ☐ | U.S. District Court, Northern District of California; Case No. CV-08-0986-SL | Robins, Kaplan, Miller & Ciresi / Bill Manning, Eric Jackson | Calculate reasonable royalty damages due to Samsung's alleged infringement of patents related to memory, microprocessor and digital display technologies. |
| 146 | Patent Infringement | Allvoice Developments US, LLC v. Microsoft Corp. | P | ☐ | ☐ | ☐ | U.S. District Court, Washington (Western District); Case No. C10-2102RAJ | Susman Godfrey / Ian Crosby, Rachael Black; Gardere Wynne Sewell LLP / Chris Perque | Analysis of reasonable royalty damages due to Microsoft's alleged infringement of patented technology related to speeh recognition. |
| 147 | Patent Infringement | Altana Pharma, AG and Wyeth v. Teva Pharmaceuticals USA, Inc. and Teva Pharmaceuticals, Ltd. | D | ☐ | ☐ | ☑ | U.S. District Court, District of New Jersey | Merchant & Gould / Chris Sorenson | ANDA case. Provide declaration testimony regarding methodologies and ability to quantify patent infringement damages allegedly resulting from introduction of generic version of Protonix (Pantoprazole). |
| 148 | Patent Infringement | Ameranth, Inc. v. Genesis Gaming Solutions, Inc. et al. | D | ☐ | ☐ | ☐ | U.S. District Court, Central District of California; Case No. SACV11-0189 AG (RNBx) | Law Office of David B. Abel / David Abel | Analysis of reasoanble royalty damages regarding defendant's alleged infringement of patents related to casino gaming management software. |

**BRUCE L. MCFARLANE**
**CONSULTING AND TESTIMONY CASE LISTING**

| | Type | Lawsuit | | Testimony Dep | T | Dec | Court | Law Firm | Work Performed |
|---|---|---|---|---|---|---|---|---|---|
| 149 | Patent Infringement | American Video Graphics v. Microsoft | P | ☐ | ☐ | ☐ | U.S. District Court, Eastern District of Texas; Case No. 6:05cv006 LED | McKool & Smith / Chris Harrington | Calculation of damages due to Microsoft's infringement of patents regarding pre-emptive multitasking in a computer operating system. |
| 150 | Patent Infringement | Apple Computer, Inc. v. Burst.com, Inc. | D | ☐ | ☐ | ☑ | U.S. District Court, Northern District of California; Case No. 06-CV-00019 MHP | Susman Godfrey / Floyd Short | Analysis of reasonable royalty damages due to Apple's alleged infringement of Burst.com's patents related audio and video data storage and transmission. |
| 151 | Patent Infringement | Atari Corporation v. Sega of America, Inc. | P | ☐ | ☐ | ☐ | U.S. District Court, Northern District of California (1994) | Flehr, Hohbach, Test, Albritton & Gerbert/Richard Doyle, Jr. | Calculate reasonable royalty damages related to patented video game technology. |
| 152 | Patent Infringement | Atari v. Nintendo | P | ☐ | ☐ | ☐ | U.S. District Court, Northern California (1992) | Knobbe, Martens, Olson & Bear | Calculate reasonable royalty damages related to patented video game technology. |
| 153 | Patent Infringement | Avia v. Nike, Inc. | D | ☐ | ☐ | ☐ | U.S. District Court, Oregon (1992) | Baker & Botts/Scott Partridge, Tim Durst | Calculate reasonable royalty damages regarding air sole shoe technology. |
| 154 | Patent Infringement | Brandeis University, et al. v. East Side Ovens, Inc., et al. | P | ☐ | ☐ | ☐ | U.S. Dist. Court, Northern Dist. Of Illinois; Case No. 1:12-CV-01508 | Quarles & Brady LLP / Matt Duchemin | Analysis of damages due to defendants' alleged infringement of patents related to improving cholesterol levels in food products. |
| 155 | Patent Infringement | Brent Townshend v. Rockwell Semiconductor Systems, Inc., et al. | P | ☐ | ☐ | ☐ | Superior Court of California, County of San Mateo (1998) | Wilson Sonsini Goodrich & Rosati/Ken Wilson, Betsy Lear | Calculate lost profits and reasonable royalty damages due to Rockwell's infringement of Townshend's patents regarding 56k modem technology. |
| 156 | Patent Infringement | Callpod, Inc. v. GN Netcom, Inc., et al. | D | ☑ | ☐ | ☐ | U.S. District Court, Northern District of Illinois, Eastern Division; Case No. 06CV4961 | Arnold & Porter / Monty Agarwal, Aaron Schur | Determine reasonable royalty damages due to GN Netcom's alleged infringement of Callpod's patented invention related to wireless multi-user conferencing devices. |
| 157 | Patent infringement | Callpod, Inc. v. T Technology, Inc., et al., (GN Netcom) | D | ☐ | ☐ | ☐ | U.S. Dist. Court, Eastern Disctrict of Texas, Marshall Division | Haynes and Boone LLP / Bill Nash, Adam Sencenbaugh | Calculation of damages due to GN Netcom's alleged infringment of patents relating to wireless conference calling. |
| 158 | Patent infringement | Convolve, Inc. v. Dell, Inc., et al. | P | ☑ | ☑ | ☐ | U.S. District Court, Eastern District of Texas, Marshall Division; Civil Action No. 2:08-cv-244 | Robins Kaplan Miller & Ciresi / Jim Anderson, Anna Carr | Analysis of reasonable royalty damages due to defendants' alleged infringment of Convolve's patented technology regarding accoustic management in hard disk drives. |

**BRUCE L. McFARLANE**
**CONSULTING AND TESTIMONY CASE LISTING**

| | Type | Lawsuit | * | Testimony Dep | T | Dec | Court | Law Firm | Work Performed |
|---|---|---|---|---|---|---|---|---|---|
| 159 | Patent Infringement | Cryptography Research, Inc. v. VISA International Service Association | D | ☐ | ☐ | ☐ | U.S. District Court, Northern District of California (San Jose Division); Case No. 05:C-04-4143 JW | Mayer Brown / Brandon Baum | Determine reasonable royalty damages due to VISA's alleged infringement of patented technology regarding smart card security features. |
| 160 | Patent Infringement | Cylink Corporation v. RSA Data Security, Inc. | D | ☐ | ☐ | ☐ | U.S. District Court, Northern District of California (1995) | Tomlinson, Zisko, Morosoli & Maser/Jim Busselle, Tom Moore | Calculate reasonable royalty damages regarding data encryption technology. |
| 161 | Patent Infringement | Datascape v. Avaya | P | ☐ | ☐ | ☐ | n/a (prelitigation license negotiation) | Robins Kaplan Miller & Ciresi / Steve Risley, Scott Culpepper | Analysis of reasonable royalty damages due to Avaya's' alleged infringment of Datascape's patented technology regarding WAP enabled cell phones. |
| 162 | Patent Infringement | Datascape, Inc v. Sprint Nextel Corporation, et al. | P | ☐ | ☐ | ☐ | U.S. District Court, Northern District of Georgia, Atlanta Division / Civil Action File No. 1:07-CV-0640-CC | Robins Kaplan Miller & Ciresi / Jim Anderson, Heidi Raschke | Analysis of reasonable royalty damages due to Sprint's alleged infringment of Datascape's patented technology regarding WAP enabled cell phones. |
| 163 | Patent Infringement | Datascape, Inc. v. Kyocera Wireless Corp., Inc. | P | ☐ | ☐ | ☐ | U.S. District Court, Northern District of Georgia. Civil Action No. 1:05-CV-1651-CC | Robins Kaplan Miller & Ciresi / Steve Risley, Scott Culpepper | Determine reasonable royalty damages due to Kyocera's infringement of portfolio of patents related to WAP enabled cellular telephones. |
| 164 | Patent Infringement | Datascape, Inc. v. Sharp Electronics | P | ☐ | ☐ | ☐ | n/a (prelitigation license negotiation) | Robins Kaplan Miller & Ciresi / Jim Anderson | Analysis of reasonable royalty damages due to Sharp's alleged infringment of Datascape's patented technology regarding WAP enabled cell phones. |
| 165 | Patent Infringement | Datascape, Inc. v. Sony Ericsson Mobile Communications, Inc. | P | ☐ | ☐ | ☐ | U.S. District Court, Northern District of Georgia. Case No. 1:05-CV-3317-CC | Robins Kaplan Miller & Ciresi / Steve Risley, Scott Culpepper | Determine reasonable royalty damages due to Sony Ericsson's infringement of portfolio of patents related to WAP enabled cellular telephones. |
| 166 | Patent Infringement | Datascape, Inc. v. UTStarcom, Inc. | P | ☐ | ☐ | ☐ | U.S. District Court, Northern District of Georgia. Case No. 1:05-CV-3164-CC | Robins Kaplan Miller & Ciresi / Steve Risley, Scott Culpepper | Determine reasonable royalty damages due to UTStarcom's infringement of portfolio of patents related to WAP enabled cellular telephones. |
| 167 | Patent Infringement | e2Interative, Inc., et al., v. Blackhawk Network, Inc. | P | ☑ | ☑ | ☐ | U.S. District Court, Wisconsin (Western District); Case No. 09-cv-629-slc | Alston & Bird / Robin McGrath | Analysis of lost profits and reasonable royalty damages related to Blackhawk's alleged infringement of patented technology related to gift cards and prepaid telephone calling cards. |

**BRUCE McFARLANE**
**CONSULTING AND TESTIMONY CASE LISTING**

| | Type | Lawsuit | * | Testimony Dep | T | Dec | Court | Law Firm | Work Performed |
|---|---|---|---|---|---|---|---|---|---|
| 168 | Patent Infringement | Eastman Kodak Company v. Sony Corporation | P | ☐ | ☐ | ☐ | U.S. District Court, Eastern District of Texas (1993) | Jones, Day, Reavis & Pogue/Jim Wamsley, Leo Aggazino | Calculate reasonable royalty damages regarding microgap camcorder technology. |
| 169 | Patent Infringement | Elantech Devices Corporation v. Synaptics, Inc. | D | ☐ | ☐ | ☐ | U.S. District Court, Northern District of California; Case No. C 06-01839 | Morrison & Foerster / Karl Kramer | Analysis of lost profits and reasonable royalty damages due to Synaptics's alleged infringement of Elantech's patents related to touch sensor pads. |
| 170 | Patent Infringement | Electro Scientific Industries, Inc. v. Dynamic Details, Inc., GSI Lumonics, Inc. | D | ☐ | ☐ | ☐ | U.S. District Court, Central District of California; No. SACV00-272 AHS (2001) | Knobbe, Martens, Olson & Bear/Don Martens, Paul Stewart | Rebut patentee's lost profits and reasonable royalty damages analysis re patent for microvia laser drilling system. |
| 171 | Patent Infringement | Elk Industries, Inc. v. Glenayre Electronics, Inc. | P | ☐ | ☐ | ☐ | U.S. District Court, Southern District of Florida (1993) | Christensen O'Connor Johnson Kindness/Jim Uhlir | Calculate reasonable royalty damages regarding electronic aviation technology. |
| 172 | Patent Infringement | Engineered Products Co., v. Donaldson Company, Incorporated. | D | ☐ | ☐ | ☐ | U.S. District Court, Northern District of Iowa; Case No. 98-2106MJM (2000) | Robins, Kaplan, Miller & Ciresi/Annamarie Daley, Ken Hall | Rebut plaintiff's lost profits and reasonable royalty analysis re air restriction indicators. |
| 173 | Patent infringement | Envoysys LLC v. AT&T Mobility, Inc., et al. | D | ☐ | ☐ | ☐ | U.S. Dist. Court, Central Dist. Of California; Case No. CV11-05210 DDP | Baker & Botts / B. C. Boren, Kevin Cadwell, Jon Swenson | Calculate damages due to AT&T's alleged infringement of patents related to location based services on mobile devices. |
| 174 | Patent Infringement | Enterasys Networks, Inc. v. Foundry Networks, Inc. and Extreme Networks, Inc. | P | ☐ | ☐ | ☐ | U.S. District Court, District of Massachusetts (Eastern Division); Civil Action No. 05 11298 DPW | Robins Kaplan Miller & Ciresi / Jim Anderson, Chris Sullivan | Determine patent infringement damages due to defendants alleged infringement of patented network switch technology. |
| 175 | Patent Infringement | Extreme Networks, Inc. v. Enterasys Networks, Inc. | D | ☑ | ☑ | ☐ | U.S. District Court, Western District of Wisconsin; Civil Action No. 07-C-0229-C | Robins Kaplan Miller & Ciresi / Jim Anderson, Chris Sullivan | Determine reasonable royalty damages due to Extreme Networks' alleged infringement of patents relating to layer 2 / layer 3 network switches. |
| 176 | Patent Infringement | Georgia-Pacific Consumer Products LP v. The Clorox Company | P | ☐ | ☐ | ☐ | U.S. District Court, Northern District of Georgia, Atlanta Division; Case No. 1:08-CV-176 | Robins Kaplan Miller & Ciresi / Jim Anderson | Determine reasonable royalty damages due to Clorox's alleged infringement of patent regarding container design for dispensing disinfectant wipes. |
| 177 | Patent Infringement | GeoTag, Inc. v. Aromatique, Inc.., et al. | D | ☐ | ☐ | ☐ | U.S. District Court, Eastern District of Texas, Marshall Division (multiple consolidated cases) | Alston Bird / Kamran Jivani, Josh Weeks | Analysis of reasoanble royalty damages. |

**BRUCE E. MCFARLANE**
**CONSULTING AND TESTIMONY CASE LISTING**

| | Type | Lawsuit | * | Testimony | | | Court | Law Firm | Work Performed |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Dep | T | Dec | | | |
| 178 | Patent Infringement | Globetectrust LLC v. AT&T Services, Inc., et al | D | ☐ | ☐ | ☐ | U.S. District Court, District of Deleware; Case No. 1:12-cv-01234-UNA | Baker & Botts / Kevin Cadwell, Roger Fulghum, Bill Rothwell | Analysis of patent infringement damages due to AT&T's infringement of patents related to optical fiber technology. |
| 179 | Patent Infringement | GraphOn Corp. v. Autotrader.com, Inc. | P | ☑ | ☐ | ☐ | U.S. District Court, Eastern District of Texas, Civil Action No. 2:05-CV-530 (JTW) | Watson Rounds / Michael Rounds | Determine reasonable royalty damages due to Autotrader's alleged infringement of GraphOn patents related to automated online service and directory technology. |
| 180 | Patent infringement | GraphOn Corporation v. Juniper Networks, Inc. | P | ☐ | ☐ | ☐ | U.S. District Court, Eastern District of Texas, Marshall Division; Case No: 2:07-CV-373-TJW-CE | Watson Rounds / Michael Rounds; Vanek | Vickers | Masini / Joe Vanek. | Calculate royalty damages due GraphOn due to Juniper Network's alleged infringement of GraphOn's patents related to networking device technology. |
| 181 | Patent Infringement | GunVault, Inc. v. Windrode Enterprises, Inc. d/b/a Bulldog Cases | D | ☐ | ☐ | ☐ | U.S. District Court, Central District of California; Case No. 5:12-cv-01459-GHK-RZ | Owens & Tarabichi / David Owens | Respond to GunVault's patent infringement damages analysis regarding Wintrode's infringement of patent related to latch mechanism on gun vaults. |
| 182 | Patent Infringement | Hemopet v. Hill's Pet Nutrition, Inc. | P | ☑ | ☐ | ☐ | U.S. District Court, Central District of California, Southern Division; Case No. SACV12-01908 JST (JPRx) | Susman Godfrey / Joe Grinstein, Frances Lewis, John Lahad | Calculation of reasonable royalty damages due to infringement of patents related to use of genomic data in developing nutritional pet food. |
| 183 | Patent Infringement | Hemopet v. Nestle' Purina Petcare Company | P | ☐ | ☐ | ☐ | U.S. District Court, Central District of California, Southern Division; Case No. 8:12-cv-01907-JST-JPR | Susman Godfrey / Joe Grinstein, Frances Lewis, John Lahad | Calculation of reasonable royalty damages due to infringement of patents related to use of genomic data in developing nutritional pet food. |
| 184 | Patent Infringement | HPD Laboratories, Inc. v. The Clorox Company | D | ☐ | ☐ | ☐ | US District Court; Northern District of California (2001) | Morrison & Foerster/Mike Carlson, Brooks Beard | Determine lost profits and reasonable royalty damages due to defendants infringement of patents regarding toilet bowl cleaner technology. |
| 185 | Patent Infringement | Huse v. Stratagene | P | ☐ | ☐ | ☐ | California Superior Court, San Diego County (1991) | Pillsbury, Madison & Sutro/Ina Risman | Calculate reasonable royalty damages regarding cloning technology. |
| 186 | Patent Infringement | Intel Corporation and Dell, Inc. v. Commonwealth Scientific and Industrial Research Organization | D | ☐ | ☐ | ☐ | U.S. District Court, Eastern District of Texas, Tyler Division; Case No. 6:06-cv-0055 1-LED | Townsend and Townsend and Crew / Dan Furniss, Louise Ma, Rob Tadlock | Determine reasonable royalty damages due to Intel's alleged infringement of patented wireless 802.11 technology. |

**BRUCE L. McFARLANE**
**CONSULTING AND TESTIMONY CASE LISTING**

| | Type | Lawsuit | * | Testimony Dep | T | Dec | Court | Law Firm | Work Performed |
|---|---|---|---|---|---|---|---|---|---|
| 187 | Patent Infringement | Intergraph Corporation v. Intel Corporation | P | ☑ | ☐ | ☐ | U.S. District Court, Northern District of Alabama; Case No. CV 97-N-3023-NE (1999) | Townsend, Townsend & Crew/Bill Jaeger, Rick Grossman,Bill Bohler; McDermott Will & Emory / Steve Akerley | Determine reasonable royalty damages due to Intel's alleged infringement of Intergraph's Clipper patents related to multiple caching strategies used in microprocessors. Determine reasonable royalty damages due to Intergraph's alleged infringement of Intel patents related to RAID and graphics patents. |
| 188 | Patent Infringement | Intergraph Hardware Technologies Company v. Hewlett-Packard Company, et al. | P | ☐ | ☐ | ☐ | U.S. District Court, Eastern District of Texas, Marshall Division; Case No. 2-02CV-312 TJW (2004) | Robins Kaplan Miller & Ciresi / Bill Manning, Jim Anderson, Eric Jackson, Bill Marino | Determine reasonable royalty damages for Intergraph's Clipper patents related to multiple caching strategies used in microprocessors. |
| 189 | Patent Infringement | Japan Cash Machine Co., Ltd, JCM American Corporation v. MEI, Inc. | P | ☑ | ☑ | ☑ | U.S. District Court, District of Nevada; Civil Action No. 2:05-cv-01433 (RCJ) | Watson Rounds / Mike Rounds; DLA Piper / David Abel | Analysis of plaintiffs' damages due to MEI's alleged infringement of plaintiffs' patents pertaining to bill validators used in casino gaming devices. |
| 190 | Patent Infringement | Johnson v. Anderson | D | ☐ | ☐ | ☐ | California Superior Court, San Francisco County (1993) | Walter Moeller/Bill Caspari | Calculate reasonable royalty regarding wood stove design technology. |
| 191 | Patent Infringement | Juniper Networks, Inc. v. GraphOn Corporation and Vertical Marketing, Inc. | D | ☐ | ☐ | ☐ | US District Court, District of Virginia, Alexandria Division; Case No. 1:09cv287 GBL/TRJ | Watson Rounds / Michael Rounds; Manek, Vickers & Masini / Joe Vanek | Analysis of reasonable royalty damages Juniper suffered as a result of GraphOn's alleged infringement of Juniper's patent related to data transmission in computer networks. |
| 192 | Patent Infringement | K2 Corporation v. Salomon S.A., et al. | P | ☐ | ☐ | ☐ | U.S. District Court, Western District of Washington; Case No. C98-1781 WD (1999) | Christensen O'Connor Johnson Kindness/Ross Boundy; Black, Lowe & Graham/Larry Graham | Calculate lost profits and reasonable royalty damages due to Salomon's infringement of K2's patents regarding inline skates. |
| 193 | Patent Infringement | Marshall Patent Holdings, LLC v. InComm Holdings, Inc. and U.S. South Communications, Inc. | D | ☑ | ☐ | ☐ | U.S. District Court, Eastern District of Texas, Tyler Division; Civil Action No. 6:08-cv-222 | Alston Bird / Robin McGrath, Joe Gleason | Analysis of reasonable royalty damages due to defendants' alleged infringement of patentee's technology related to prepaid telephone calling cards. |
| 194 | Patent Infringement | McKesson Information Solutions LLC  v. The Trizetto Group, Inc. | P | ☐ | ☐ | ☐ | U.S. District Court Northern District of Delaware; Case No. 04-1258 (2005) | Skadden Arps Slate Meagher & Flom | Patent infringement damages analysis. |

**BRUCE L. McFARLANE**
**CONSULTING AND TESTIMONY CASE LISTING**

| | Type | Lawsuit | | Testimony | | | Court | Law Firm | Work Performed |
|---|---|---|---|---|---|---|---|---|---|
| | | | * | Dep | T | Dec | | | |
| 195 | Patent Infringement | MEI, Inc. v. JCM American Corp, et al. | D | ☐ | ☐ | ☐ | U.S. District Court, District of New Jersey; Case No. 1:09-cv-00351 | DLA Piper / David Abel | Analsis of lost profits and reasonable royalty damages due to JCM's alleged infringement of invention related to currency validators used in gaming devices. |
| 196 | Patent Infringement | Microsoft v. Amazon | D | ☐ | ☐ | ☐ | n/a (pre litigation licensing negotiation) | Susman Godfrey / Justin Nelson | Analysis of reasonable royalty damages due to Amazon's alleged infringement of Microsoft's patented technology used in Amazon's Kindle Reader. |
| 197 | Patent Infringement | Monticelli v. Pacific Gas & Electric | D | ☐ | ☐ | ☐ | U.S. District Court, Northern District of California; Case No. C94 1754 (1995) | PG&E in-house counsel/ Adam Chodorow | Calculate reasonable royalty regarding cooling tower construction design. |
| 198 | Patent Infringement | Nichia Corporation v. Seoul Semiconductor, Co., Ltd., Seoul Semiconductor, Inc. | D | ☑ | ☐ | ☑ | United States District Court, Northern District of California. Case No. 3:06-CV-0162 MMC | Bingham McCutchen / Beth Parker, Monte Agarwal | Analysis of Nichia's damages resulting from Seoul Semiconductor's alleged infringement of Nichia's design patents regarding high brightness, white side-view LEDs. |
| 199 | Patent Infringement | Nova Measuring Instruments, Ltd. v. Nanometrics, Inc. | D | ☑ | ☐ | ☐ | U.S. District Court, Northern District of California, San Francisco Division; Case No. C05 00986 MMC (BZ) | Beck, Ross, Bismonte & Finley | Analysis of lost profits and reasonable royalty damages as a result of Nanometrics alleged infringement of patent pertaining to integrated metrology used in semiconductor manufacturing. |
| 200 | Patent Infringement | Nova Science v. Abbott | P | ☐ | ☐ | ☐ | n/a | Mintz Levin / Mike Renaud | Evaluate potential patent infringement damages due to Abbott's assumed infringement of surgical stapler technologies. |
| 201 | Patent Infringement | Orlaford Limited, et al. V. BBC International, et al. | P | ☐ | ☐ | ☐ | U.S. District Court Western District of Wisconsin; Civil Action No. 97-C-0540-S (1998) | Foley & Lardner | Calculate patent infringement damages due to defendant's alleged infringement of patents regarding lights in heels of children's shoes. |
| 202 | Patent Infringement | Otter Products, LLC v. Mophie, Inc. | P | ☐ | ☐ | ☐ | U.S. District Court, Colorado. Civil Action No. 1:12-cv-1969 | Turner Boyd / James Beard, Robert Kent | Determine reasonable royalty damages due to Mophie's alleged infringement of patents related to cell phone case technology. |
| 203 | Patent Infringement | Pactiv Corporation v. S.C. Johnson | P | ☐ | ☐ | ☐ | U.S. District Court, Northern District of Illinois; Case No. 98C-2679 (2000) | Jenner & Block/Jim Benak, Andrew Jacobs | Calculate plaintiff's lost profits and reasonable royalty damages due to defendant's infringement of plaintiff's patent regarding slider zipper food storage bags. |

**BRUCE L. MCFARLANE**
**CONSULTING AND TESTIMONY CASE LISTING**

| | Type | Lawsuit | * | Testimony Dep | T | Dec | Court | Law Firm | Work Performed |
|---|------|---------|---|-----|---|-----|-------|----------|----------------|
| 204 | Patent Infringement | Petrosky v. Nike, Inc. | D | ☐ | ☐ | ☐ | U.S. District Court, Virginia (1991) | Banner, Birch, McKie & Beckett/Roger Tate, Alan Kantor | Calculate reasonable royalty damages regarding air sole shoe technology. |
| 205 | Patent Infringement | Pitney Bowes v. Stamps.com | D | ☐ | ☐ | ☐ | U.S. District Court, District of Delaware; Case No. 02-042 JJF (2002) | Irell & Manella/Elliott Brown, Ben Hattenbach | Determine reasonable royalty damages due to Stamps' infringement of Pitney patents regarding internet postage. |
| 206 | Patent Infringement | Pitney Bowes, Inc. v. Hewlett Packard | D | ☐ | ☐ | ☐ | U.S. District Court, District of Connecticut; Civil Action No. 395CV01764 (1997) | Pennie & Edmonds/Jack Lauter, Steve Harbulak, Garland Stephens | Calculate reasonable royalty regarding resolution enhancement technology for laser printers. |
| 207 | Patent Infringement | Precor v. Weider Health & Fitness, Inc. | P | ☐ | ☐ | ☐ | U.S. District Court, Western District of Washington; Civil No. C91-1743Z (1993) | Christensen, O'Connor, Johnson & Kindness/Jim Uhlir, Tom Theisen | Lost profits/reasonable royalty calculation regarding exercise equipment. |
| 208 | Patent Infringement | Preservation Technologies LLC v. AT&T Services, Inc., et al.U.S. District Court, Central District of California, Southern Division; Case No. SACV11-01860 DOC | D | ☐ | ☐ | ☐ | U.S. District Court, Central District of California, Southern Division; Case No. SACV11-01860 DOC | Baker & Botts / B. C. Boren, Roger Fulghum, Lisa Kelly | Calculation of reasonable royalty damages due to infringement of patents related to management of multimedia assets. |
| 209 | Patent Infringement | Real Estate Alliance Ltd And Equias Technology Development LLC v. Move, Inc. | D | ☑ | ☐ | ☐ | U.S. District Court, Central District of California, Western Division; Case No. 07-02185-GAF | Alston Bird / Robin McGrath, Wes Achey | Analysis of reasonable royalty damages due to Move's alleged infringement of REAL's patents related to interactive mapping technology on realtor.com. |
| 210 | Patent Infringement | RealSource, Inc. v. Best Buy Company, Inc. | D | ☐ | ☐ | ☐ | U.S. District Court, Western District of Texas, Austin Division, Case No. A0 4CA771 LY | Robins Kaplan Miller & Ciresi / Eric Jackson | Determine reasonable royalty for patented technology related to gift cards. |
| 211 | Patent Infringement | Rembrandt Social Media, LP v. Facebook, Inc., Addthis, Inc. | P | ☐ | ☐ | ☐ | U.S. Dist. Court, Eastern Dist. Of Virginia; Case No. 1:13 cv 158 | Fish & Richardson / Bob Hillman, John Goetz | Analysis of reasonable royalty damages due to Facebook's alleged infringement of patented technology regarding social media networks. |
| 212 | Patent Infringement | Rembrandt Vision Technologies, L.P., v. Johnson & Johnson Vision Care Inc., | P | ☐ | ☐ | ☐ | U.S. District Court, Middle District of Florida, Jacksonville Division; Case No.: 3:11-cv-00819-J-32-JRK | Robins Kaplan Miller & Ciresi; Jake Holdreith, Cole Fauver | Analysis of reasonable royalty damages due to J&J's alleged infringement of patented technology related to silicon hydrogel contact lenses. |
| 213 | Patent Infringement | Seer Systems v. Apple, Inc. | P | ☐ | ☐ | ☐ | U.S. District Court, Northern District of California, San Francisco Division; Case No. 3:13-cv-05252-VC | Weyand Law Firm / Alex Weyand | Analysis of reasonable royalty damages due to Apple's alleged infringement of patented technology related to Apple's Garage Band software appliation. |
| 214 | Patent Infringement | Seer Systems, Inc. v. Beatnik, Inc., Microsoft Corporation | P | ☐ | ☐ | ☐ | U.S. District Court, Northern District of California; Case No. C 03 4636 JSW (EDL) | Peterson, Weyand & Martin / Alex Weyand | Determine reasonable royalty rate for Seer patents related to audio data storage and playback. |

**BRUCE L. McFARLANE**
**CONSULTING AND TESTIMONY CASE LISTING**

| | Type | Lawsuit | * | Dep | T | Dec | Court | Law Firm | Work Performed |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **Testimony** | | | | | |
| 215 | Patent Infringement | Seer Systems, Inc. v. Yamaha Corporation | P | ☐ | ☐ | ☐ | U.S. District Court, Northern District of California; No. C 06--07736 WHA | Peterson, Weyand & Martin / Alex Weyand | Determine reasonable royalty damages due to Yamaha's alleged infringement of Seer's patent regarding audio data storage and playback technology. |
| 216 | Patent Infringement | Silicon Graphics, Inc. v. ATI Technologies, Inc., et al. | D | ☑ | ☐ | ☐ | U.S. District Court, Western District of Wisconsin; Civil Action No. 06-C-0611-C | Robins Kaplan Miller & Ciresi / Bill Manning, Eric Jackson | Determine reasonable royalty damages due to ATI's alleged infringement of SGI's patents related to use of floating point computation in rasterization processes in graphics processing units. |
| 217 | Patent Infringement | Snyder Industries v. The Heil Company | D | ☐ | ☐ | ☐ | U.S. District Court, Wisconsin (1991) | Banner, Birch, McKie & Beckett/Roger Tate, Chris McKie | Calculate damages due to defendant's alleged infringement of patents regarding refuse container design. |
| 218 | Patent Infringement | St. Clair Intellectual Property Licensing, Inc. v. Fuji Photo Film Co. Ltd, Fuji Photo File USA, Inc., and Fujifilm America, Inc., Canon Inc. and Canon USA, Inc. | P | ☐ | ☐ | ☐ | U.S. District Court, District of Delaware; Case No. 03-241-JJF (2004) | Robins Kaplan Miller & Ciresi / Ron Schutz, Jake Holdreith, Becky Thorson, Carrie Lambert | Determine reasonable royalty for St. Clair patents related to multiple file format capability in digital cameras. |
| 219 | Patent infringement | Townshend Intellectual Patent Infringement Property, LLC v. Broadcom Corp. | P | ☐ | ☐ | ☐ | U.S. District Court, Northern District of California (San Jose) | Bingham McCutchen / Bill Abrams, Carlos Mino | Determine reasonable royalty damages due to Broadcom's alleged infringement of patented 56k modem technology. |
| 220 | Patent infringement | Tracbeam LLC v. AT&T, Inc., et al. | D | ☐ | ☐ | ☐ | U.S. Dist. Court, Eastern District of Texas, Tyler Division; Case No. 6:11-cv-96 | Baker & Botts / B. C. Boren, Kevin Cadwell, Jon Swenson | Calculate damages due to AT&T's alleged infringement of patents related to location based services on mobile devices. |
| 221 | Patent Infringement | True Fitness Technologies, Inc. v. Precor Incorporated | D | ☐ | ☐ | ☐ | U.S. District Court, Eastern District of Missouri; Case No. 4:99 CV1306-DJS (2000) | Christensen O'Connor Johnson Kindness/Ross Boundy, Steve Fricke | Analysis of reasonable royalty damages due to True Fitness' infringement of patent regarding elliptical trainers. |
| 222 | Patent Infringement | TVIIM, LLC v. McAfee, Inc. | P | ☐ | ☐ | ☐ | U.S. District Court, Northern District of California; Case No. 13-CV-4545 JST | Lathrop & Gage, LLP / John Shaeffer, Jeff Grant | Analysis of reasonable royalty damages regarding defendant's alleged infringement of patents related to secrity software. |
| 223 | Patent Infringement | Ultratec, et al. v. Sorenson Communications, Inc., et al. | P | ☑ | ☑ | ☐ | U.S. District Court, Wisconsin (Western District); Case No. 3:13-cv-00346 | Quarles & Brady / Matt Duchemin, Matt Ingersoll | Analysis of patent infringement damages due to Sorenson's infringement of patents related to systems to assist telephone communications by persons with impaired hearing. |

**BRUCE F. MCFARLANE**
**CONSULTING AND TESTIMONY CASE LISTING**

| | Type | Lawsuit | * | Testimony Dep | T | Dec | Court | Law Firm | Work Performed |
|---|---|---|---|---|---|---|---|---|---|
| 224 | Patent Infringement | Unisys Corporation v. Actel Corporation and Quicklogic Corporation | P | ☐ | ☐ | ☐ | U.S. District Court, Northern District of California; Case No. C-00-01114 SBA | Pillsbury Winthrup/Bill Abrams, Brian Beatus | Determine reasonable royalty damages due to Quicklogic's infringement of patent regarding of architecture of Field Programmable Gate Arrays (FPGAs). |
| 225 | Patent Infringement | University of Pittsburgh v. Varian Medical Systems, Inc. | D | ☑ | ☑ | ☑ | U.S. District Court, Northern District of California; Civil Action No. 2:08-cv-01307-AJS | Orrick Herrington & Sutcliffe / Matt Poppe; Picadio Sneath Miller & Norton / Henry Sneath, Joe Carnicella | Analysis of reasonable royalty damages due to Varian's alleged infringement of inventions related to respiratory gating used in linear accelerators during cancer treatment. |
| 226 | Patent Infringement | Vita Zahnfabrik H. Rauter GMBH & Co. v. Dentsply International, Inc. | D | ☑ | ☐ | ☐ | US District Court, Central District of California; Case No. SA CV 04-729 | Morgan Lewis & Bockius / Doug Rawles, Andrew Gray | Calculation of patent infringement damages due to infringement of patents related to dental color indicator devices. |
| 227 | Patent Infringement | Volterra Semiconductor Corporation v. Primarion, Inc., Infineon Technologies AG, et al. | P | ☐ | ☐ | ☐ | U.S. District Court, Northern District of California; Case No. CV-08-5129 JCS | Farella Braun + Martel / James Morando, Jeff Fisher | Analysis of patent infringement damages. Analysis of commercial success. |
| 228 | Patent infringement, theft of trade secret | UniRam Technology, Inc. v. Monolithic System Technology, Taiwan Semiconductor Manufacturing Company, Ltd., TSMC North America | P | ☑ | ☑ | ☑ | U.S. District Court, Northern District of California. Case No. CV-04-01268-VRW | Susman Godfery / Joe Grinstein, Ian Crosby, Jay Neukom; Heim, Payne & Chorush / Russ Chorush | Determine lost profits and reasonable royalty damages due to defendants' infringement of patented technology regarding DRAM semiconductors. Calculate damages due to theft of trade secret. |
| 229 | Patent infringement; unfair competition | Precor Incorporated v. Life Fitness | P | ☐ | ☐ | ☐ | U.S. District Court, Western District of Washington; Case No. C94-1586C (1995) | Christensen O'Connor Johnson Kindness/Jim Uhlir, Ross Boundy | Determine lost profits and reasonable royalty due to Precor's alleged infringement of patents re treadmills. Determine Precor's damages due to false statements by Life Fitness. |
| 230 | Personal injury | Bridget Bray v. TSP Hotels, Inc., et al. | P | ☐ | ☐ | ☐ | Superior Court of California, County of Alameda; Case No. 406526 (2004) | Banchero Law Firm/Jeff Banchero | Calculation of lost earnings. |
| 231 | Personal injury | Khouri v. Roberts | P | ☐ | ☐ | ☐ | Oregon Circuit Court, Washington County (1993) | James, Denecke & Harris/Roger Harris | Calculation of lost earnings. |
| 232 | Product liability | State of Hawaii v. USX | D | ☐ | ☐ | ☐ | First Circuit Court, Hawaii (1992) | Berman, Paley, Goldstein & Berman/Tony Berman | Damages analysis regarding alleged failure of Corten steel used to construct stadium. |
| 233 | RICO | In re: America Honda Motor Co., Dealerships Relations Litigation [Class Action] | P | ☐ | ☐ | ☐ | U.S. District Court, District of Maryland; MDL Case No. 1069 | Rapazzini & Graham/Mark Rapazzini, Beth Graham | Calculate Honda dealers' lost profits from misallocation of new Honda automobiles. |
| 234 | Securities fraud | Collins v. Tetra Pak, Inc. | P | ☐ | ☑ | ☐ | Oregon Circuit Court, Multnomah County (1991) | James, Denecke & Harris/Roger Harris, Chris Martin | Business valuation and calculation of plaintiff's damages. |
| 235 | Securities fraud | Newman, et al. v. Comprehensive Care Corp. | P | ☐ | ☐ | ☐ | U.S. District Court, Oregon (1993) | Ball, Janik & Novack/Sara Ryan | Damages analysis. |

**BRUCE L. MCFARLANE**
**CONSULTING AND TESTIMONY CASE LISTING**

| | Type | Lawsuit | | Testimony | | | Court | Law Firm | Work Performed |
|---|---|---|---|---|---|---|---|---|---|
| | | | * | Dep | T | Dec | | | |
| 236 | Securities fraud | The Equitable Life Assurance Society of the United States, et al. v. David S. Shapira, et al. | P | ☐ | ☐ | ☐ | U. S. District Court, Western District of Pennsylvania; Civil Action #93 0631 (1994) | Zelle & Larson/Rick Stone, Betsy Lear | Calculate damages suffered by plaintiff note holders. |
| 237 | Securities laws violations | Bartells Co. v. A.P. Green Industries | D | ☐ | ☐ | ☐ | King County Superior Court, Washington (1992) | Thompson & Mitchell | Damages analysis. |
| 238 | Securities laws violations | In re: Information Resources, Inc. [Class Action] | P | ☐ | ☐ | ☐ | U.S. District Court, Northern District of Illinois; Civil Action 89C 3712 (1994) | Freeborn & Peters; Katten, Muchin & Zavis | Determine securities damages to class. |
| 239 | Theft of Trade Secrets | Ajaxo, Inc. v. E*Trade Group, Inc., et al. | D | ☑ | ☑ | ☑ | Superior Court of California, Santa Clara County; Case No. 1-00-CV 793529 | Morgan Lewis / Joe Floren, Ben Smith, Chris Banks, Tera Heintz | Analysis of unjust enrichment damages resulting from alleged misappropriation of trade secrets concerning technology enabling wireless stock trades on cell phones and PDAs. |
| 240 | Theft of Trade Secrets | Diablo Technologies, Inc. v. Netlist, Inc. | D | ☐ | ☐ | ☐ | U.S. District Court, Northern District of California, San Franciscoco Division, Case No. CV 13 3901 | Bartko Zankel Bunzel / Ben Riley, Simon Goodfellow | Analysis of damages regarding defendant's alleged misappropriation of trade secrets related to flash memory technology. |
| 241 | Theft of trade secrets | DJ&J Software Corporation, dba Egghead Software v. Software House International, Inc. | P | ☐ | ☑ | ☐ | Superior Court of California, County of Los Angeles; Case No. BC 097126 (1994) | Perkins Coie/David Biderman, Colleen Reagan, Michael Sorochinsky | Calculate plaintiff's damages due to theft of trade secrets involving customer data. |
| 242 | Theft of trade secrets | Evanite Fiber Corporation v. Lauschaer Glaswerk GmbH, et al. | P | ☐ | ☐ | ☐ | U.S. District Court, District of South Carolina, Charleston Division; Civil Action No. 2: 96-3525-18 (1998) | Farleigh, Wada & Witt/Al Bannon, Karen Saul | Calculate plaintiff's damages resulting from defendant's alleged theft of trade secret regarding manufacture of fiberglass. |
| 243 | Theft of trade secrets | FundsXpress, Inc. v Digital Insight, Inc. | D | ☐ | ☐ | ☐ | U.S. District Court, Western District of Texas, Austin Division; Case No. A-02-CA-141SS (2002) | Cotton & Gundzik/John Cotton, Aaron Gundzik | Determine damages due to Digital Insight's theft of FundsXpress' trade secret information (customer list, pricing data) |
| 244 | Theft of trade secrets | G.C. Micro Corporation v. Trivad, Inc. et al. | D | ☑ | ☐ | ☐ | Superior Court, California, County of Sonoma; Case No. SCV-254684 | Dincel Law Group / Kim Dincel, Jonathan Rose; Kronenberger Rosenfeld / Karl Kronenberger, Alison Kwan | Analysis of unjust enrichment damages due to Trivad's alleged use of trade secrets regarding customer data. |
| 245 | Theft of trade secrets | Gerber Radio Supply Co., Inc. v Philips Semiconductors, Inc., et al. | D | ☐ | ☐ | ☐ | U.S. District Court, Massachusetts (1996) | Banchero & Lasater/Jeff Banchero | Valuation of trade secret; rebut plaintiff's damages calculation. |
| 246 | Theft of trade secrets | Honeywell International, Inc. v. Secure Wireless, Inc. | P | ☐ | ☐ | ☐ | U.S. District Court, Southern District of California; Case No. 02-cv-2015 | Simpson Thatcher & Bartlett / Jeff Ostrow | Analysis of damages due to defendant's alleged misappropriation of trade secrets related to home security systems. |

**BRUCE L. MCFARLANE**
**CONSULTING AND TESTIMONY CASE LISTING**

| | Type | Lawsuit | | Testimony | | | Court | Law Firm | Work Performed |
|---|---|---|---|---|---|---|---|---|---|
| | | | * | Dep | T | Dec | | | |
| 247 | Theft of trade secrets | JCM American Corporation v. Mars Electronics International, Inc., Thomas P. Nugent | P | ☑ | ☐ | ☐ | Nevada District Court, Clark County; Case No. A507304 | Watson Rounds / Michael Rounds | Determine damages due to theft of trade secrets related to manufacture of currency validators. |
| 248 | Theft of trade secrets | The Profit Recovery Group v. Loder, et al. | P | ☑ | ☐ | ☐ | US District Court; Central District of California, Western Division; Civil Action No. CV 01-6200 GHK (2001) | Knobbe, Martens, Olson & Bear/Vito Canuso, John Holcomb, Linda Zadra-Symes | Analysis to determine whether defendants practiced plaintiff's claimed trade secrets and whether claimed trade secrets possessed independent economic value. |
| 249 | Theft of trade secrets | Thomas & Betts Corporation v. Panduit Corp. | P | ☐ | ☐ | ☐ | U.S. District Court, Northern District of Illinois, Eastern Division (1997) | McBride, Baker & Coles/Robert Queeney, George Sanders | Determine damages due to defendant's theft of trade secrets (customer data). |
| 250 | Theft of trade secrets | Yield Dynamics, Inc. v. Cypress Semiconductor Corporation | P | ☑ | ☑ | ☐ | American Arbitration Association (2006); Case No. 74 133 00508 06 0MTH | Russo & Hale / Jack Russo, John Kelley, Chris Sargent | Analysis of YDI's damages due to Cypress Semiconductor's alleged unlicensed use of YDI's yield enhancement software. |
| 251 | Theft of trade secrets | Yield Dynamics, Inc. v. Lumileds Lighting U.S., LLC. | P | ☑ | ☐ | ☐ | Superior Court for the State of California, Santa Clara County. Case No. 1-05-CV-037009 | Russo & Hale / Michael Risch | Determine damages due to Lumileds' theft of trade secrets relating to yield enhancement software. |
| 252 | Trademark infringement | Affinity Network, Inc. v. AT&T | D | ☐ | ☐ | ☐ | U.S. District Court, Central District of California (1994) | Jeffer, Mangels, Butler & Marmaro/Stan Gibson | Damages analysis. |
| 253 | Trademark infringement | Pacific Electricord Company v. Paige Manufacturing Corp. | D | ☐ | ☐ | ☐ | California Superior Court, Los Angeles County; Case No. BC157514 (1998) | Werner & Burke/Joe Burke | Calculate defendant's damages in cross-complaint against plaintiff for trademark infringement. |
| 254 | Trademark infringement | SalesMark, Inc. v. American Management Group, Inc. | D | ☐ | ☐ | ☐ | U. S. District Court, Northern District of California; Civil Action No. C-98-0177 (1998) | Thelen, Reid & Priest/Robert Weikert | Analysis of reasonable royalty, lost profits and unjust enrichment damages. |
| 255 | Trademark infringement | Snelling and Snelling, Inc. v. MacLeod Investments, Inc., et al. | D | ☐ | ☐ | ☐ | U. S. District Court, Northern District of California; Civil Action No. C-97 20156 (1997) | Margolis & Morin/Michael Morin | Calculate plaintiff's damages resulting from defendant's trademark infringement. |
| 256 | Transaction | Altitude Capital Partners - TPL Group Due Diligence | na | ☐ | ☐ | ☐ | n/a | n/a | Provide economic due diligence analysis in connection with IP investment opportunity. |
| 257 | Unfair Business Practices | O'Donavan, et al. v. Cashcall, Inc. [Class Action] | P | ☑ | ☐ | ☐ | U.S. Dist. Court, Northern Dist. Of California; Case No. C 08-03174 MEJ | Sturdevant Law Firm/Jim Sturdevant; Law office of Arthur Levy/Arthur Levy | Analysis of damages due to unconscionable interest rates charged on consumer loans. |

**BRUCE L. MCFARLANE**
**CONSULTING AND TESTIMONY CASE LISTING**

| | Type | Lawsuit | * | Testimony Dep | T | Dec | Court | Law Firm | Work Performed |
|---|---|---|---|---|---|---|---|---|---|
| 258 | Unfair competition | Eastman Kodak Company v. St. Clair Intellectual Property Consultants, Inc., et al. | D | ☐ | ☐ | ☐ | Superior Court of California, Santa Clara County; Case No.: 1-05-CV-039164 | Robins, Kaplan, Miller & Ciresi / Ron Shutz, Becky Thorson, Carrie Lambert | Analysis of plaintiff's damages analysis regarding St. Clair's alleged unfair competition with respect to intellectual property (patents) regarding digital camera technology. |
| 259 | Unfair competition (Lahnam Act) | e-Cards v. Larry Joe King, et al. | P | ☐ | ☐ | ☐ | U. S. District Court, Northern District of California (2000) | Williams & Connolly/Paul Gaffney | Valuation of internet site e-cards.com. |
| 260 | Unfair Insurance Practices | Perez v. First American Title Insurance Company [Class Action] | P | ☑ | ☐ | ☑ | US District Court, District of Arizona; Case No. CV-08-1184-PHX-DGC | Schneider Wallace Cottrell Brayton Konecky / Mark Johnson | Analysis of overcharges regarding title insurance premiums. |
| 261 | Unjust enrichment, Quantum merit | Galaxy Networks, Inc. v. Kenan Systems Corp. | D | ☐ | ☐ | ☐ | U.S. District Court, Central District of California; Civil Action No. CV-95-5568 DDP (1997) | Irell & Manella/Morgan Chu, Richard Birnholz, Peter Wilcox | Rebut plaintiff's valuation of services performed. |
| 262 | Utility rate hearing | Arizona Corporation Commission v. U.S. West | D | ☐ | ☐ | ☐ | Arizona Corporation Commission Rate Hearings (1988) | U.S. West in-house counsel | Prudence review. |
| 263 | Various business torts | Adams, et al. v. California State Automobile Association, et al. [Class Action] | D | ☐ | ☐ | ☐ | San Francisco Superior Court, California; No. 916163 (1994) | Thelen, Marrin, Johnson & Bridges/Bob Blum | Cost allocation study. |
| 264 | Wire fraud | USA v. Amlani, et al. | D | ☐ | ☐ | ☐ | U.S. District Court, Central District of California (1993) | Howarth & Smith | Financial analysis. |
| 265 | Wrongful death | Walker v. Mitchell | P | ☐ | ☐ | ☐ | Oregon Circuit Court, Yamhill County (1993) | James, Denecke & Harris/Richard Urrutia | Calculation of lost earnings. |
| 266 | Wrongful eviction | Hill v. Bank of America, et al. | D | ☑ | ☐ | ☐ | Superior Court of California, County of San Francisco; Case No. 959840 (1995) | Bank of America in-house counsel/Scott McMillen | Analysis of plaintiff's damages due to wrongful eviction. |
| 267 | Wrongful termination | Heiner v. PacifiCorp | P | ☐ | ☐ | ☐ | Oregon Circuit Court, Multnomah County (1994) | Davis Wright Tremaine/Mike Reiss | Financial analysis; calculation of lost earnings. |
| 268 | Wrongful termination | Petrusich v. Russell | D | ☐ | ☐ | ☐ | Oregon Circuit Court, Multnomah County (1987) | Lindsay, Hart, Neil & Weigler/Carol Hewitt | Lost earnings analysis. |
| 269 | Wrongful termination | Robert Frisbee v. Enron Corp., FirstPoint, Inc. | P | ☐ | ☐ | ☐ | Arbitration; Case No. 74 J 160 00360 98 | Ball Janik/Jacob Tanzer | Value plaintiff's equity participation plan. |
| 270 | Wrongful termination | Tengler v. Spare, Tengler, Kaplan & Bischel, et al. | P | ☐ | ☐ | ☐ | California Superior Court; County of San Francisco; Case No. 963822 (1996) | Cooley Godward Castro Huddleson & Tatum/Karin Kubin, Kristina Cordoza | Valuation analysis of plaintiff's minority interest in defendant-asset management firm. |

**BRUCE L. McFARLANE**
**CONSULTING AND TESTIMONY CASE LISTING**

|      |          |   | Testimony | | | |          |          |                |
| ---- | -------- | - | --- | - | --- | ----- | -------- | -------------- |
| Type | Lawsuit  | * | Dep | T | Dec | Court | Law Firm | Work Performed |

<u>**Summary Statistics**</u>

|                                                              | # of Cases | |
| ------------------------------------------------------------ | --- | --- |
| **Testimony:** | | |
| Number of cases in which deposition testimony was given | 54 | |
| Number of cases in which trial testimony was given | 29 | |
| Number of cases in which declaration testimony was given | 16 | |
| Number of cases in which testimony was given | 72 | |
| | | |
| **Party Retained By:** | | |
| Number of cases retained on behalf of plaintiff | 161 | 60% |
| Number of cases retained on behalf of defendant | 108 | 40% |
| Number of non-litigation related projects | 1 | |
| Total number of cases / projects | 270 | |
| | | |
| **Intellectual Property Cases:** | | |
| Patent infringement cases | 86 | |
| Trade secret cases | 14 | |
| Trademark cases | 4 | |
| Copyright cases | 2 | |
| Other IP cases | 1 | |
| | | |
| **Class Action Cases:** | 29 | |

\* Party retained by: P = Plaintiff, D = Defendant

Data current as of    12/24/2014

# EXHIBIT C

# *Jim Handy*

Jim.Handy@Objective-Analysis.com

105 Bacigalupi Drive, Los Gatos, CA 95032-5102, USA        +1 (408) 356-2549

## *Experience*

- Experienced in Trial & Deposition Testimony, Expert Reports, etc.
- Highly published and widely quoted as a key semiconductor industry analyst.
- 37-year semiconductor industry veteran.
- Honorary Member: Storage Networking Industry Association (SNIA)
- Deep technical understanding and design background.
- Highly analytical.
- Excellent communications skills: oral, written, and presentation.
- Author of key reference design work: "The Cache Memory Book" Harcourt Brace, 1993
- Patent holder in cache memory design

## *Expert Experience*

### Trial Testimony

In Re: Spansion et al Federal Bankruptcy Court of Delaware Docket No: 09-10690, (Hon. Kenneth Carey). 11/30/09

### Deposition Testimony

In Re: Spansion et al Federal Bankruptcy Court of Delaware Docket No: 09-10690, (Hon. Kenneth Carey). 11/24/09
In re SRAM, 07-CV-1819-CW (N.D. Cal.), 3/25/10

### Expert Reports

**Expert Rebuttal Report** - In Re: Spansion et al Federal Bankruptcy Court of Delaware Docket No: 09-10690, (Hon. Kenneth Carey). 11/20/09 (8 pages)
**Expert Report** - In re SRAM, 07-CV-1819-CW (N.D. Cal.), 1/25/10 (13 pages)
**Expert Report** - In re Qimonda Richmond, LLC, et al., Case No. 09-10589 (MFW) 2/6/12 (30 pages)

### Other Data

Assisted in a search for prior art in two confidential patent actions
Discussed industry norms in semiconductor pricing with an attorney in a confidential collusion action.

## *Job History*

### Present

**President, Objective Analysis, Semiconductor Market Research**
Founded successful consulting and market analysis firm well reputed in this business.
Leading analyst for semiconductor memory marketplace (DRAM, SRAM, NAND and NOR flash, flash cards, EPROM, EEPROM, mask ROM and other technologies.)
Consultant to industry leaders and publisher of subscription market research.
Frequent presenter at industry events and client visits.

### 2002 – 2006

**Director of Nonvolatile Memory Research, Semico Research Corp.**

Developed key analysis of memory markets.
Orchestrated other analysts' research efforts in both chips and application markets.

## 2000 – 2002
**Senior Director of Corporate Marketing, Silicon Storage Technology, Inc.**
Led team that defined and implemented marketing programs to sell SST's flash memories.
Responsible for annual sales of $270 million.  Grew market share during market downturn.

## 1991 – 2000
**Director and Chief Analyst, Dataquest.**
Responsible for all memory forecasts, models, and analysis. Managed worldwide team.
Extensive written work, published in periodicals and Dataquest documents for customers.

## 1986-1991
**Strategic Marketing Manager, Integrated Device Technology.**
Defined and architected introduction of company's fastest-ever ramping products.

## Earlier Employment

Intel Corporation – Software Product Marketing
National Semiconductor – Microprocessor Product Marketing and System Design
SCI Systems, Inc. - Minicomputer-Based System Design

## *Education*

Bachelor of Electrical Engineering, Georgia Tech, 1974
Master's in Business Administration, University of Phoenix, 1982

# Publications:

## *Objective Analysis Reports*[4]

The Enterprise SSD: Technologies & Markets (April 2014)
How Many IOPS Do You Really Need? (July 2014)
The Enterprise SSD: Technologies & Markets (April 2014)
How PC NAND Will Undermine DRAM (July 2011)
Are Hybrid Drives Finally Coming of Age? (October 2010)
Putting SSDs to the Test (Octoiber 2010)
Solid State Disk Market Outlook 2010 (August 2010)
Intel's Braidwood: Death to SSDs? (August 2009)
Digital Storage in Consumer Electronics 2009 (January 2009)
Solid State Drives in the Enterprise (August 2008)
Digital Storage in Consumer Electronics 2008 (January 2008)
Flash Packaging: What Phone Makers Want and Why (January 2008)
Hybrid Drives: How, Why, and When (December 2007)
Understanding the NAND Market (November 2007)
The Solid-State Disk Market: a Rigorous Look (September 2007)

---

[4] This list of publications includes those from the past ten years that I can recall or have been able to identify based on a diligent search.

## *Objective Analysis Briefs*

Why DRAM Vendors Must Consolidate
2008: Tough Year Ahead

## *Objective Analysis Alerts*

Cypress and Spansion to Merge (1 December, 2014)
Samsung Acquires Proximal Data (3 November, 2014)
Samsung Samples 3D NAND SSD (1 July, 2014)
SanDisk to Acquire Fusion-io (16 June, 2014)
Avago to Acquire LSI Corporation (19 December, 2013)
Rambus and Micron Sign License Agreement (12 December, 2013)
OCZ to File for Bankruptcy (27 November, 2013)
Cisco to Acquire Whiptail (10 September, 2013)
Western Digital Acquires Virident (9 September, 2013)
Fire at SK hynix Wuxi Plant (4 September, 2013)
SanDisk to Acquire SMART Storage (2 July, 2013)
Western Digital to Acquire sTec (24 June, 2013)
Fusion-io Founders Resign (9 May, 2013)
Seagate Jumps Into PCIe SSD Market (29 January, 2013)
Significant Earthquake off Japan Coast (14 December, 2012)
New Report Analyzes IOPS Needs for Enterprise Applications (27 November, 2012)
Intel's Otellini to Step Down in May (19 November, 2012)
IBM Announces Intention to Acquire Texas Memory Systems (16 August, 2012)
Micron to Acquire Elpida, Majority of Rexchip (2 July, 2012)
SK Hynix Acquires Link_A_Media (20 June, 2012)
Intel Sells IMFT Assets to Micron (28 February, 2012)
Elpida Files for Bankruptcy (27 February, 2012)
Micron's Appleton Killed in Plane Wreck (3 February, 2012)
Micron and Hynix Prevail in Rambus Suit (16 November, 2011)
LSI Acquires SandForce (27 October, 2011)
SanDisk Acquires Pliant Technology (17 May, 2011)
Italy Proposes PV FIT Reductions (21 April, 2011)
Seagate and Samsung "Combine" HDD Businesses (19 April, 2011)
Texas Instruments to Acquire National Semiconductor (6 April, 2011)
Japan Earthquake Update (23 March, 2011)
Major Earthquake Hits Japan (11 March, 2011)
Western Digital to Acquire Hitachi Global Storage Tech for $4.3 Billion (7 March, 2011)
Powerchip to Become PC DRAM Foundry for Elpida (31 December, 2010)
Toshiba NAND Fab Suffers Power Outage (8 December, 2010)
Micron to Acquire Numonyx (10 February, 2010)
Microchip to Acquire SST (3 February, 2010)
Intel and Micron Introduce 25nm NAND (1 February, 2010)
Samsung and Rambus Settle Patent Litigation (21 January, 2010)
Micron & Intel's 32nm 3-bit NAND Arrives (11 August, 2009)
Spansion Settles with Samsung (8 April, 2009)
Italy Earthquake Threatens Micron Fab (8 April, 2009)
Spansion Files for Chapter 11 Protection (2 March, 2009)
Spansion President Resigns (3 February, 2009)

23

Qimonda Petitions for Insolvency Proceedings (23 January, 2009)
Intel & Hitachi Co-Develop Enterprise SSDs (2 December, 2008)
Spansion Sues Samsung (17 November, 2008)
Samsung Withdraws SanDisk Bid (21 October, 2008)
Toshiba to Acquire 30% of SanDisk's Share of JV Production (20 October, 2008)
Micron to Buy Out Qimonda's Share of Inotera (13 October, 2008)
Samsung Goes Public with SanDisk Offer (19 September, 2008)
Intel & Micron Skip 40nm Process - Jump to 34nm (29 May, 2008)
Hynix China Fab Suffers Power Outage (20 May, 2008)
Seagate Fires First Volley at SSD Maker STEC (14 April, 2008)
Numonyx Makes its Debut (31 March, 2008)
Micron/Nanya MOU - Qimonda's Bane or Boon? (4 March, 2008)
Power Outage in Korea: Six Samsung Fabs Closed (3 August, 2007)
Earthquake in Japan - Little Fab Impact Expected (17 July, 2007)
Intel & ST Create New Flash Company (22 May, 2007)
Apple Story Portends NAND & DRAM Shortage (27 April, 2007)
Earthquake in Japan - No Fabs Reporting Losses (24 March, 2007)
Hynix & SanDisk Cross-License NAND & Form JV (21 March, 2007)

## *Objective Analysis & SNIA White Papers*

Matching Flash to the Processor (March 2014)
Using Flash as Memory - A More Straightforward Way to Boost Performance (July 2013)
Making the Most of Flash Storage (June 2012)
Enterprise Reliability, Solid State Speed (February 2012)
NoC Interconnect Improves SoC Economics (April 2011)
Two May be Better Than One: Why Hard Disk Drives and Flash Belong Together (February 2011)
Choosing the Right Solid State Storage Device: A Case Study of the SNIA SSSI Performance Test Specification (November 2010)
NVELO's Dataplex, NAND Cache is Back! (June 2010)
Flash and HDD: Symbiosis or Survival of the Fittest? (Sept 2009)
Phase-Change Memory Becomes a Reality (August 2009)
NAND Flash Storage for the Enterprise - an In-Depth Look at Reliability (April 2009)
Solid State Storage 101 (January 2009)
Why we Need a New Memory Technology (January 2008)

## *Semico Reports (2002-2006)*

Quarterly forecasts for the nonvolatile memory markets
Annual market share rankings for the nonvolatile memory market
Annual reports analyzing and forecasting the markets for USB flash drives and flash cards.

### Special Analyst Reports

Occasional reports analyzing and forecasting the markets for flash in cell phone handsets and flash in hard disk drives, and the solid state drive market.

### Semico Newsletter Articles

Weekly analyst "Spins" May 2002 – November 2006

## *Periodical Articles*

Forecast for Semiconductors and Things in 2014
Electronic Design, 12/18/13

32-Bit Microcontrollers Hit New Lows
Microprocessor Report, 1/7/13

Ancient Aliens Fail: Electronics Industry Looks to 2013
Electronic Design, 12/17/12

Who wants Elpida and why? Analysts weigh in
EE Times, 4/11/12

ISSCC from a memory analyst's view
ElectroIQ, 3/2/12

Memory Considerations for Faster MCUs
DigiKey, 1/18/12

Clouds Loom On The 2012 Semiconductor Horizon
Electronic Design, 12/27/11

DRAM And NAND Prices Will Collapse Later In 2011
Electronic Design, 12/14/10

Multicore processors: Now a movement
EE Times, 9/27/10

Solid State Drives for Energy Savings
SNIA Europe Newsletter, 5/10/10

Solid State Drives for Energy Savings
SNIA Europe: Storage Networking Times, 4/15/10

Phase Change Memory will Change Memory System Design
RTC Magazine, 3/22/10

Does MLC flash belong in enterprise SSDs?
InfoStor, February 2010

Flash vs. hard drives: The battle intensifies
Solid State Technology, 9/1/06

SanDisk Vaulter Disk and Spansion's Server Flash Portend Long Term DRAM Trouble
Pund-IT Weekly Review 11/28/07

WSTS Reports October Chip Sales Up 5%
Pund-IT Weekly Review 12/5/07

EMC: Why Flash? Why Now?
Pund-IT Weekly Review 12/5/07

Solid State Drives in Notebooks – Still Hard to Justify, but Advantages are Improving
Pund-IT Weekly Review 2/20/08

BiTMICRO's New 1TB+ E-Disk Altima Ultra320
Pund-IT Weekly Review 3/5/08

Managing Size, Heat, and Noise
Pund-IT Weekly Review 3/26/08

Seagate Fires First Volley at STEC
Pund-IT Weekly Review 4/23/08

Intel & Micron Skip 40NM NAND Process – Jump to 34nm
Pund-IT Weekly Review 6/4/08

Sun Introduces Fast, Green SSD Product Line
Pund-IT Weekly Review 6/11/08

A Rugged Test for Drives
Pund-IT Weekly Review 5/28/08

Fusion-io — Turbocharging I/O Performance
Pund-IT Weekly Review 6/18/08

SSDs Key at Simultaneous Conferences
Pund-IT Weekly Review 7/30/08

SSDs: A Tale of (Another) Two Conferences
Pund-IT Weekly Review 10/1/08

Samsung Goes Public with SanDisk Offer
Pund-IT Weekly Review 9/17/08

Enterprise SSDs All the Rage at Multiple Conferences
Pund-IT Weekly Review 9/24/08

Micron to Buy Out Qimonda's Share of Inotera
Pund-IT Weekly Review 10/15/08

You Can't Hide From Solid State Drives, Even at SNW
Pund-IT Weekly Review 10/22/08

Spansion Sues Samsung
Pund-IT Weekly Review 11/19/08

Violin Memory: Getting Ready to Play Some Beautiful Flash Memory Music
Pund-IT Weekly Review 11/12/09

Intel and Hitachi to Co-Develop Enterprise Flash SSDs
Pund-IT Weekly Review 12/3/08

Flashing Forward – IBM Updates Project Quicksilver
Pund-IT Weekly Review 12/23/09

Managing Wear in SSDs
Pund-IT Weekly Review 1/14/09

Spansion Files for Chapter 11 Protection
Pund-IT Weekly Review 3/4/09

The Web Turns 20
Pund-IT Weekly Review 3/25/09

What a Week for SSD Announcements!
Pund-IT Weekly Review 3/18/09

Schooner Pursues a Unique Path in the Data Center
Pund-IT Weekly Review 4/15/09

Virident Introduces MySQL and memcached Accelerators
Pund-IT Weekly Review 4/29/09

STEC SSDs Introduced in Multiple IBM Systems
Pund-IT Weekly Review 5/6/09

Fusion-io Makes SSDs More Affordable
Pund-IT Weekly Review 7/15/09

Micron and Intel's 34nm 3-bit NAND Arrives
Pund-IT Weekly Review 8/12/09

WhipTail's New SSD Storage Appliance
Pund-IT Weekly Review 8/5/09

Sun's F5100 – A New Direction in Storage Architecture
Pund-IT Weekly Review 10/14/09

The Need for Speed: Sorting Out SSD Strengths & Weaknesses
SNIA Europe: Storage Networking Times, 10/13/09

Fusion-io Makes SSDs More Affordable
Byte and Switch, 7/27/09

Organic Photovoltaics Offer Promise for Future Development

CircuiTree, 7/1/09

Cell Efficiency is Key to Success of Photovoltaics
Circuits Assembly, 6/4/09

The Need for Speed: Sorting out SSD strengths and weaknesses
InfoStor, 5/19/09

Who uses SSDs, and why?
InfoStor, 2/18/09

Intel and Hitachi to Co-Develop Enterprise Flash SSDs
ITworld.com, 12/11/08

SSDs poised for the enterprise
InfoStor, 11/6/08

Holiday spending outlook's a mixed bag
Solid State Technology, 10/31/08