| | |
|---|---|
| Benjamin K. Riley (CA Bar No. 112007)<br>briley@bzbm.com<br>Robert N. Bunzel (CA Bar No. 99395)<br>rbunzel@bzbm.com<br>C. Griffith Towle (CA Bar No. 146401)<br>gtowle@bzbm.com<br>W. Paul Schuck (CA Bar No. 203717)<br>pschuck@bzbm.com<br>Sony B. Barari (CA Bar No. 243379)<br>sbarari@bzbm.com<br>Simon R. Goodfellow (CA Bar No. 246085)<br>sgoodfellow@bzbm.com<br>Sean R. McTigue (CA Bar No. 286839)<br>smctigue@bzbm.com<br>**BARTKO, ZANKEL, BUNZEL & MILLER**<br>One Embarcadero Center, Suite 800<br>San Francisco, California 94111<br>Telephone: (415) 956-1900<br>Facsimile: (415) 956-1152<br><br>Gregory C. Schodde (*Pro Hac Vice*)<br>gschodde@mcandrews-ip.com<br>Wayne H. Bradley (*Pro Hac Vice*)<br>wbradley@mcandrews-ip.com<br>**McANDREWS, HELD & MALLOY**<br>500 West Madison Street, 34th Floor<br>Chicago, IL 60661<br>Telephone: (312) 775-8000<br>Facsimile: (312) 775-8100<br><br>Attorneys for Plaintiff NETLIST, INC. | Sean C. Cunningham (CA Bar No. 174931)<br>sean.cunningham@dlapiper.com<br>**DLA PIPER LLP (US)**<br>401 B Street, Suite 1700<br>San Diego, CA 92101-4297<br>Telephone: (619) 699-2700<br>Facsimile: (619) 699-2701<br><br>Attorneys for Plaintiff NETLIST, INC.<br><br>Fabio E. Marino (CA Bar No. 183825)<br>fmarino@mwe.com<br>L. Kieran Kieckhefer (CA Bar No. 251978)<br>kkieckhefer@mwe.com<br>Nitin Gambhir (CA Bar No. 259906)<br>ngambhir@mwe.com<br>Barrington Dyer (CA Bar No. 264762)<br>bdyer@mwe.com<br>Teri H.P. Nguyen (CA Bar No. 267498)<br>thpnguyen@mwe.com<br>**McDERMOTT WILL & EMERY LLP**<br>275 Middlefield Road, Suite 100<br>Menlo Park, CA 94025-4004<br>Telephone: (650) 815-7400<br>Facsimile: (650) 815-7401<br><br>Attorneys for Defendant<br>DIABLO TECHNOLOGIES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>   Plaintiff,<br><br> vs.<br><br>DIABLO TECHNOLOGIES, INC.,<br><br>   Defendant. | Case No. 4:13-cv-05962-YGR<br>(Related Case No. 4:13-cv-05889-YGR)<br><br>**PARTIES' AGREED PRELIMINARY STATEMENT OF THE CASE**<br><br>Courtroom 1, 4th Floor<br>The Honorable Yvonne Gonzalez Rogers<br><br>Trial Date:   March 9, 2015 |

Pursuant to Section 3.g. of the Court's Pretrial Instructions in Civil Cases, Plaintiff Netlist, Inc. ("Netlist") and Defendant Diablo Technologies, Inc. ("Diablo") (collectively, "the Parties") jointly submit the following agreed Preliminary Statement of the Case:

"This case concerns a type of computer server product called a "DIMM", which means Dual In-Line Memory Module.  DIMMs attach to the memory channel of computer servers.

The parties in this case are Plaintiff Netlist, Inc. (who I will refer to as "Netlist") and Defendant Diablo Technologies, Inc. (who I will refer to as "Diablo").

Netlist asserts claims against Diablo for breach of contracts, misappropriation of trade secrets and joint inventorship of a patent.  Netlist's products include the HyperCloud® module and the NVvault® module.  Netlist is also developing the proposed HyperVault module.

Diablo denies it is liable for the claims asserted by Netlist or that Netlist is entitled to any relief.  Diablo produces two integrated circuit computer chips called Rush and Bolt, which are installed in a product sold by SanDisk Corporation called the ULLtraDIMM® module.

The following companies are not parties to this case, but will be frequently mentioned: Smart Storage Systems, Inc., and SanDisk Corporation.

The following witnesses may be called in this case:  Maher Amer, Riccardo Badalone, James Handy, C.K. "Chuck" Hong, Kenneth Jansen, Hyun Lee, James Malackowski, Mario Martinez, Joseph McAlexander, Bruce McFarlane, Ron Nickel, Cedric Paillard, Michael Parziale, James Perrott, Gail Sasaki, Michael Takefman, Paul Tiesch, Sujoy Ray, and John Vincent."

Dated:  February 6, 2015            **BARTKO, ZANKEL, BUNZEL & MILLER**

                                                     **McANDREWS, HELD & MALLOY**
                                                     **DLA PIPER LLP (US)**

By:    */s/ Benjamin K. Riley*
                          Benjamin K. Riley

Attorneys for Plaintiff
NETLIST, INC.

Dated:  February 6, 2015              **McDERMOTT WILL & EMERY LLP**

By:   */s/ Fabio E. Marino*
         Fabio E. Marino

Attorneys for Defendant
DIABLO TECHNOLOGIES, INC.

### ATTESTATION OF E-FILER

In compliance with Local Rule 5-1(i), the undersigned ECF user whose identification and password are being used to file this document, hereby attests that all signatories have concurred in the filing of this document.

Dated:  February 6, 2015              */s/ Benjamin K. Riley*
                  Benjamin K. Riley