FABIO E. MARINO (SBN 183825)
fmarino@mwe.com
L. KIERAN KIECKHEFER (SBN 251978)
kkieckhefer@mwe.com
NITIN GAMBHIR (SBN 259906)
ngambhir@mwe.com
BARRINGTON DYER (SBN 264762)
bdyer@mwe.com
TERI H.P. NGUYEN (SBN 267498)
thpnguyen@mwe.com
NATALIE BENNETT (*Admitted Pro Hac Vice*)
nbennett@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025-4004
Telephone: 650 815 7400
Facsimile: 650 815 7401

RUSSELL HAYMAN (SBN 110643)
rhayman@mwe.com
JON DEAN (SBN 184972)
jdean@mwe.com
McDERMOTT WILL & EMERY LLP
2049 Century Park East, 38th Floor
Los Angeles, CA 90067
Telephone: 310-277-4110
Facsimile: 310-277-4730

Attorneys for Defendant
DIABLO TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>DIABLO TECHNOLOGIES, INC., a Canadian corporation,<br><br>    Defendant. | CASE NO. 4:13-cv-05962 YGR<br>(Related Case No. 4:13-cv-05889 YGR)<br><br>**DEFENDANT DIABLO TECHNOLOGIES, INC. TRIAL WITNESS LIST**<br><br>Ctrm: 1, 4th Floor<br>Judge: Hon. Yvonne Gonzalez Rogers |

Defendant Diablo Technologies, Inc. ("Diablo") respectfully submits the following two lists of potential witnesses that it intends to call at trial through live testimony or video deposition testimony.

**DIABLO'S LIST OF POTENTIAL WITNESSES FOR LIVE TESTIMONY**

The following individuals have been identified by Diablo as potential witnesses for live testimony in this case:

**DIABLO**

| | Witness | Brief Statement Describing Substance of Testimony |
|---|---|---|
| 1. | Riccardo Badalone | Mr. Badalone will testify about (1) history and operation of Diablo; (2) the development of the Netlist Chipset; (3) the development of the Rush and Bolt chips; (4) the relationship between Netlist and Diablo; and (5) the contracts between Netlist and Diablo. Mr. Badalone has been previously designated as Diablo's internal expert witness, and can provide testimony on the operation of the Diablo products and technology, and as an expert in the field of computer and storage/memory technology, including the state of the art for DDR2, DDR3, DIMM, UDIMM, RDIMM, LRDIMM, and NVDIMM technology, the JEDEC standards. |
| 2. | Michael Parziale | Mr. Parziale will testify about (1) history and operation of Diablo; (2) the development of the Netlist chipset; (3) the development of the Rush and Bolt; (3) the relationship between Netlist and Diablo; and (4) the contracts between Netlist and Diablo. |
| 3. | Cedric Paillard | Mr. Paillard will testify about (1) history and operation of Diablo; (2) the relationship between Netlist and Diablo; and (3) the contracts between Netlist and Diablo. |
| 4. | Maher Amer | Mr. Amer will testify about (1) history and operation of Diablo; (2) Diablo technology; (3) the development of the Netlist chipset; (4) the development of the Rush and Bolt; and (5) memory and storage technologies. Mr. Amer has been previously designated as Diablo's internal expert witness, and can provide testimony on the operation of the Diablo products and technology, and as an expert in the field of computer and storage/memory technology, including the state of the art for DDR2, DDR3, DIMM, UDIMM, RDIMM, LRDIMM, and NVDIMM technology, the JEDEC standards. |

**NETLIST**

| | Witness | Brief Statement Describing Substance of Testimony |
|---|---|---|
| 1. | Chuck Hong | Mr. Hong will testify about (1) the development of the Netlist Chipset; (2) the alleged Netlist trade secrets; (3) the relationship between Netlist and Diablo; and (4) the contracts between Netlist and Diablo. |
| 2. | Dr. Hyun Lee | Dr. Lee will testify about (1) the development of the Netlist Chipset; (2) the alleged Netlist trade secrets; and (3) the relationship between Netlist and Diablo. |
| 3. | James Perrot | Mr. Perrot will testify about the contracts between Netlist and Diablo. |
| 4. | Ronald Nickel | Mr. Nickel will testify about (1) the relationship between Netlist and Diablo; and (2) the parties' respective performances under the Supply Agreement. |

## DIABLO'S LIST OF POTENTIAL WITNESSES FOR VIDEO DEPOSITION TESTIMONY

The following individuals have been identified by Diablo as potential witnesses for video deposition testimony in this case:

**DIABLO**

| | Witness | Brief Statement Describing Substance of Testimony |
|---|---|---|
| 1. | Michael Takefman | Mr. Takefman will testify about (1) the relationship between Netlist and Diablo; (2) the development of the Netlist chipset; and (3) Diablo technology. |
| 2. | John Vincent | Mr. Vincent will testify about the development of the Rush and Bolt chips. |
| 3. | Sujoy Ray | Mr. Ray will testify about the development of the Rush and Bolt chips. |

/ /

/ /

/ /

/ /

/ /

**NETLIST**

| Witness | Brief Statement Describing Substance of Testimony |
|---|---|
| 1. Gail Sasaki | Ms. Sasaki will testify about (1) Netlist financials; (2) the relationship between Diablo and Netlist; and (3) the contracts between Netlist and Diablo. |
| 2. Mario Martinez | Mr. Martinez will testify about (1) the relationship between Netlist and Diablo; (2) the contracts between Netlist and Diablo; (3) Netlist technology. |

Dated: February 6, 2015

Respectfully submitted,

McDERMOTT WILL & EMERY LLP

By: */s/ Fabio E. Marino*
    Fabio E. Marino

Attorneys for Defendant
DIABLO TECHNOLOGIES, INC.