1    Benjamin K. Riley (CA Bar No. 112007)          Sean C. Cunningham (CA Bar No. 174931)
     briley@bzbm.com                                 sean.cunningham@dlapiper.com
2    Robert H. Bunzel (CA Bar No. 99395)             **DLA PIPER LLP (US)**
     rbunzel@bzbm.com                                401 B Street, Suite 1700
3    C. Griffith Towle (CA Bar No. 146401)           San Diego, CA  92101-4297
     gtowle@bzbm.com                                 Telephone: (619) 699-2700
4    W. Paul Schuck (CA Bar No. 203717)              Facsimile:  (619) 699-2701
     pschuck@bzbm.com
5    Sony B. Barari (CA Bar No. 243379)              Attorneys for Plaintiff NETLIST, INC.
     sbarari@bzbm.com
6    Simon R. Goodfellow (CA Bar No. 246085)         Fabio E. Marino (CA Bar No. 183825)
     sgoodfellow@bzbm.com                            fmarino@mwe.com
7    Sean R. McTigue (CA Bar No. 286839)             L. Kieran Kieckhefer (CA Bar No. 251978)
     smctigue@bzbm.com                               kkieckhefer@mwe.com
8    **BARTKO, ZANKEL, BUNZEL & MILLER**             Nitin Gambhir (CA Bar No. 259906)
     One Embarcadero Center, Suite 800               ngambhir@mwe.com
9    San Francisco, California  94111                Barrington Dyer (CA Bar No. 264762)
     Telephone: (415) 956-1900                       bdyer@mwe.com
10   Facsimile:  (415) 956-1152                      Teri H.P. Nguyen (CA Bar No. 267498)
                                                     thpnguyen@mwe.com
11   Gregory C. Schodde (*Pro Hac Vice*)             **McDERMOTT WILL & EMERY LLP**
     gschodde@mcandrews-ip.com                       275 Middlefield Road, Suite 100
12   Wayne H. Bradley (*Pro Hac Vice*)               Menlo Park, CA  94025-4004
     wbradley@mcandrews-ip.com                       Telephone: (650) 815-7400
13   **McANDREWS, HELD & MALLOY**                    Facsimile:  (650) 815-7401
     500 West Madison Street, 34th Floor
14   Chicago, IL  60661                              Attorneys for Defendant
     Telephone: (312) 775-8000                       DIABLO TECHNOLOGIES, INC.
15   Facsimile:  (312) 775-8100

16   Attorneys for Plaintiff NETLIST, INC.

17

18                        UNITED STATES DISTRICT COURT

19                       NORTHERN DISTRICT OF CALIFORNIA

20                              OAKLAND DIVISION

21   NETLIST, INC.,                          )   Case No. 4:13-cv-05962-YGR
                                             )   (Related Case No. 4:13-cv-05889-YGR)
22                  Plaintiff,               )
                                             )   **JOINT PRETRIAL LIST OF**
23           vs.                             )   **DISCOVERY EXCERPTS**
                                             )
24   DIABLO TECHNOLOGIES, INC.,              )
                                             )
25                  Defendant.               )   Courtroom 1, 4th Floor
                                             )   The Honorable Yvonne Gonzalez Rogers
26                                           )
                                             )   Trial Date:        March 9, 2015
27   _____)

28

BARTKO ZANKEL BUNZEL
One Embarcadero Center, Suite 800
San Francisco, CA  94111
Phone (415) 956-1900 • Fax (415) 956-1152

Pursuant to the Court's Pretrial Instructions in Civil Cases, 3.e., Plaintiff Netlist, Inc. ("Netlist") and Defendant Diablo Technologies, Inc. ("Diablo") hereby jointly submit the following table of discovery excerpts for trial: [1]

**1.  Netlist's List of Discovery Excerpts and Diablo's Legal Objections**

| No. | Form of Excerpt | Netlist Designation in Dispute | Diablo's Legal Objection |
|---|---|---|---|
| 1. | Deposition of John Vincent | 3:3-11 | |
| 2. | Deposition of John Vincent | 4:2-25 | |
| 3. | Deposition of John Vincent | 9:14-10:7 | |
| 4. | Deposition of John Vincent | 14:14-20 | Incomplete Q&A |
| 5. | Deposition of John Vincent | 24:4-25:6 | FRE 802 |
| 6. | Deposition of John Vincent | 31:14-34:14 | FRE 602 |
| 7. | Deposition of John Vincent | 63-17-64:14 | FRE 602 |
| 8. | Deposition of John Vincent | 66:2-16 | |
| 9. | Deposition of John Vincent | 68-21-69:19 | |
| 10. | Deposition of John Vincent | 76:4-21 | FRE 602, 802 |
| 11. | Deposition of John Vincent | 81:23-83:12 | FRE 402, 403 |
| 12. | Deposition of John Vincent | 87:1-88:12 | FRE 602, 802 |
| 13. | Deposition of John Vincent | 96:8-15 | Incomplete Q&A, 802 |
| 14. | Deposition of John Vincent | 97:1-22 | FRE 602, 402, 403, 802 |
| 15. | Deposition of John Vincent | 99:21-100:8 | FRE 602, 402, 403, 802 |
| 16. | Deposition of John Vincent | 107:6 | Incomplete Q&A |
| 17. | Deposition of John Vincent | 107:21-108:6 | |
| 18. | Deposition of John Vincent | 115-14-24 | FRE 602 |
| 19. | Deposition of John Vincent | 136:21-137:8 | |
| 20. | Deposition of John Vincent | 138:21-140:9 | FRE 602 |
| 21. | Deposition of John Vincent | 145:17-146:15 | |
| 22. | Deposition of John Vincent | 147:6-148:16 | |
| 23. | Deposition of John Vincent | 148:22-24 | |
| 24. | Deposition of John Vincent | 149:19-150:10 | |
| 25. | Deposition of John Vincent | 150:16-151:8 | |
| 26. | Deposition of John Vincent | 151:12-16 | |
| 27. | Deposition of John Vincent | 152:4-21 | |
| 28. | Deposition of John Vincent | 157:1-17 | FRE 602 |
| 29. | Deposition of John Vincent | 157:25-158:2 | FRE 602 |
| 30. | Deposition of John Vincent | 159:3-10 | FRE 602 |
| 31. | Deposition of John Vincent | 159:18-160:1 | FRE 602 |
| 32. | Deposition of John Vincent | 160:25-161:25 | FRE 602 |

[1] The parties are still exchanging objections to counter-designations and meeting and conferring to resolve designation disputes and will update the Court accordingly.  The parties will also submit a proposed order and an appendix of designations still in dispute per the Court's Pretrial Instructions in Civil Cases.

BARTKO ZANKEL BUNZEL

BARTKO · ZANKEL · BUNZEL · MILLER

One Embarcadero Center, Suite 800
San Francisco, CA 94111
Phone (415) 956-1900 • Fax (415) 956-1152

-1-

BARTKO ZANKEL BUNZEL
BARTKO ZANKEL BUNZEL MILLER
One Embarcadero Center, Suite 800
San Francisco, CA 94111
Phone (415) 956-1900 • Fax (415) 956-1152

| No. | Form of Excerpt | Netlist Designation in Dispute | Diablo's Legal Objection |
|-----|-----------------|-------------------------------|--------------------------|
| 33. | Deposition of John Vincent | 188:14-189:6 | FRE 602, 802 |
| 34. | Deposition of John Vincent | 190:19-191:13 | FRE 602, 802 |
| 35. | Deposition of John Vincent | 191:25-192:16 | FRE 602, 802 |
| 36. | Deposition of John Vincent | 193:16-195:14 | FRE 602, 802 |
| 37. | Deposition of John Vincent | 196:1-14 | FRE 602, 802 |
| 38. | Deposition of John Vincent | 222:15-224:4 | FRE 602, 802 |
| 39. | Deposition of John Vincent | 225:11-226:16 | FRE 602, 802 |
| 40. | Deposition of John Vincent | 229:16-230:5 | FRE 602, 802 |
| 41. | Deposition of Michael Takefman | 210:10-211:6 | FRE 402, 403 |
| 42. | Deposition of Michael Takefman | 211:24-212:5 | FRE 402, 403 |
| 43. | Deposition of Michael Takefman | 215:25-218:20 | FRE 402, 403, 602 |
| 44. | Deposition of Michael Takefman | 282:20-283:12 | FRE 402, 403 |

## 2. Diablo's Counter-Designations

| No. | Form of Excerpt | Netlist's Designation | Diablo's Counter-Designation |
|-----|-----------------|-----------------------|------------------------------|
| 1. | Deposition of Michael Takefman | 210:10-211:6 | 211:7-23 |
| 2. | Deposition of Michael Takefman | 211:24-212:5 | 212:6-215:24 |
| 3. | Deposition of John Vincent | 87:1-88:12 | 88:13-17 |
| 4. | Deposition of John Vincent | 96:8-15 | 95:9-96:7; 96:16-25 |
| 5. | Deposition of John Vincent | 115:14-24 | 115:25-117:3 |
| 6. | Deposition of John Vincent | 136:21-137:8 | 136:14-19; 137:23-13 |
| 7. | Deposition of John Vincent | 149:19-150:10 | 150:11-15 |
| 8. | Deposition of John Vincent | 159:3-10 | 159:11-17 |
| 9. | Deposition of John Vincent | 159:18-160:1 | 160:2-24 |
| 10. | Deposition of John Vincent | 191:25-192:16 | 192:17-25 |
| 11. | Deposition of John Vincent | 196:1-14 | 196:15-17 |
| 12. | Deposition of John Vincent | 222:15-224:4 | 224:5-6 |
| 13. | Deposition of John Vincent | 225:11-226:16 | 226:17-227:6 |

## 3. Diablo's List of Discovery Excerpts and Netlist's Legal Objections

| No. | Form of Excerpt | Diablo Designation in Dispute | Netlist's Legal Objection |
|-----|-----------------|-------------------------------|---------------------------|
| 1. | Deposition of Sujoy Ray | 6:1-15 | |
| 2. | Deposition of Sujoy Ray | 7:1-3 | |
| 3. | Deposition of Sujoy Ray | 7:7-19 | |
| 4. | Deposition of Sujoy Ray | 8:2-8 | |

| No. | Form of Excerpt | Diablo Designation in Dispute | Netlist's Legal Objection |
|---|---|---|---|
| 5. | Deposition of Sujoy Ray | 15:8-16:12 | |
| 6. | Deposition of Sujoy Ray | 22:24-23:3 | |
| 7. | Deposition of Sujoy Ray | 24:1-15 | |
| 8. | Deposition of Sujoy Ray | 64:15-20 | |
| 9. | Deposition of Sujoy Ray | 204:19-205:5 | |
| 10. | Deposition of Sujoy Ray | 205:13-15 | FRE 402 |
| 11. | Deposition of Sujoy Ray | 207:25-208:8 | |
| 12. | Deposition of Sujoy Ray | 211:4-17 | |
| 13. | Deposition of Sujoy Ray | 211:19-23 | |
| 14. | Deposition of John Vincent | 26:3-11 | |
| 15. | Deposition of John Vincent | 35:1-14 | Incomplete Q&A |
| 16. | Deposition of John Vincent | 35:24-36:7 | FRE 602 |
| 17. | Deposition of John Vincent | 38:9-14 | FRE 602; Incomplete Q&A |
| 18. | Deposition of John Vincent | 38:25-39:11 | |
| 19. | Deposition of John Vincent | 43:1-9 | Incomplete Q&A |
| 20. | Deposition of John Vincent | 43:20-44:7 | |
| 21. | Deposition of John Vincent | 45:9-46:1 | |
| 22. | Deposition of John Vincent | 56;18-22 | |
| 23. | Deposition of John Vincent | 67:21-68:10 | Incomplete Q&A |
| 24. | Deposition of John Vincent | 89:6-8 | |
| 25. | Deposition of John Vincent | 92:4-6 | |
| 26. | Deposition of John Vincent | 93:7-13 | |
| 27. | Deposition of John Vincent | 95:9-96:7 | Incomplete Q&A |
| 28. | Deposition of John Vincent | 96:16-25 | Incomplete Q&A |
| 29. | Deposition of John Vincent | 112:19-114:8 | |
| 30. | Deposition of John Vincent | 115:25-117:3 | |
| 31. | Deposition of John Vincent | 118:21-119:3 | |
| 32. | Deposition of John Vincent | 136:14-19 | |
| 33. | Deposition of John Vincent | 127:23-138:13 | |
| 34. | Deposition of John Vincent | 144:19-145:1 | |
| 35. | Deposition of John Vincent | 150:11-15 | |
| 36. | Deposition of John Vincent | 159:11-17 | |
| 37. | Deposition of John Vincent | 160:2-24 | |
| 38. | Deposition of John Vincent | 162:22-163:16 | |
| 39. | Deposition of John Vincent | 192:17-25 | |
| 40. | Deposition of John Vincent | 196:15-17 | |
| 41. | Deposition of John Vincent | 200:19-201:4 | 201:2-4; FRE 402 |
| 42. | Deposition of John Vincent | 202:8-24 | FRE 402 |
| 43. | Deposition of John Vincent | 204:13-15 | |
| 44. | Deposition of John Vincent | 205:7-14 | FRE 402 |
| 45. | Deposition of John Vincent | 205:23-25 | |
| 46. | Deposition of John Vincent | 206:4-23 | FRE 402; Incomplete Q&A |
| 47. | Deposition of John Vincent | 207:8-209:16 | |

| No. | Form of Excerpt | Diablo Designation in Dispute | Netlist's Legal Objection |
|---|---|---|---|
| 48. | Deposition of John Vincent | 210:9-17 | FRE 701 |
| 49. | Deposition of John Vincent | 210:22-212:15 | FRE 701 |
| 50. | Deposition of John Vincent | 215:7-12 | FRE 402 |
| 51. | Deposition of John Vincent | 219:6-12 | |
| 52. | Deposition of John Vincent | 221:4-20 | |
| 53. | Deposition of John Vincent | 224:5-6 | FRE 402 |
| 54. | Deposition of John Vincent | 226:17-227:6 | |
| 55. | Deposition of John Vincent | 231:17-232:17 | |
| 56. | Deposition of Gail Sasaki | 13:18-22 | |
| 57. | Deposition of Gail Sasaki | 16:9-18 | |
| 58. | Deposition of Gail Sasaki | 21:7-10 | |
| 59. | Deposition of Gail Sasaki | 21:21-25 | Netlist's Motion in Limine |
| 60. | Deposition of Gail Sasaki | 36:20-37:21 | |
| 61. | Deposition of Gail Sasaki | 38:11-39:23 | |
| 62. | Deposition of Gail Sasaki | 42:6-43:7 | |
| 63. | Deposition of Gail Sasaki | 48:13-49:6 | Netlist's Motion in Limine |
| 64. | Deposition of Gail Sasaki | 57:19-59:23 | Netlist's Motion in Limine |
| 65. | Deposition of Gail Sasaki | 60:14-25 | |
| 66. | Deposition of Gail Sasaki | 66:24-67:21 | |
| 67. | Deposition of Gail Sasaki | 76:17-77:4 | |
| 68. | Deposition of Gail Sasaki | 95:4-25 | Netlist's Motion in Limine |
| 69. | Deposition of Gail Sasaki | 100:8 | Netlist's Motion in Limine |
| 70. | Deposition of Gail Sasaki | 100:10-102:12 | Netlist's Motion in Limine; FRE 802 – hearsay through 101:3 |
| 71. | Deposition of Gail Sasaki | 102:16-22 | Netlist's Motion in Limine; FRE 802 |
| 72. | Deposition of Gail Sasaki | 105:1-106:3 | Netlist's Motion in Limine |
| 73. | Deposition of Gail Sasaki | 109:24-110:3 | Netlist's Motion in Limine; FRE 802 |
| 74. | Deposition of Gail Sasaki | 110:15-111:13 | Netlist's Motion in Limine |
| 75. | Deposition of Gail Sasaki | 113:14-19 | Netlist's Motion in Limine; FRE 802 |
| 76. | Deposition of Gail Sasaki | 119:6-120:7 | Netlist's Motion in Limine |
| 77. | Deposition of Gail Sasaki | 120:13-17 | Netlist's Motion in Limine; FRE 802 |
| 78. | Deposition of Gail Sasaki | 122:2-123:13 | Netlist's Motion in Limine; Incompleteness (through 122:17) |
| 79. | Deposition of Gail Sasaki | 125:6-10 | Netlist's Motion in Limine; FRE 802 |
| 80. | Deposition of Gail Sasaki | 126:22-127:4 | Netlist's Motion in Limine |
| 81. | Deposition of Gail Sasaki | 127:14-128:9 | Netlist's Motion in Limine; FRE 802 |
| 82. | Deposition of Gail Sasaki | 130:16-25 | Netlist's Motion in Limine; FRE 402/403 |
| 83. | Deposition of Gail Sasaki | 138:4-139:23 | Netlist's Motion in Limine |
| 84. | Deposition of Gail Sasaki | 188:1-192:22 | |
| 85. | Deposition of Gail Sasaki | 195:16-197:12 | |
| 86. | Deposition of Gail Sasaki | 201:7-203:6 | |
| 87. | Deposition of Gail Sasaki | 206:17- 24 | |
| 88. | Deposition of Gail Sasaki | 207:6-209:1 | |
| 89. | Deposition of Mario | 11:6-16 | |

-4-

BARTKO ZANKEL BUNZEL
BARTKO · ZANKEL · BUNZEL · MILLER
One Embarcadero Center, Suite 800
San Francisco, CA 94111
Phone (415) 956-1900 • Fax (415) 956-1152

| No. | Form of Excerpt | Diablo Designation in Dispute | Netlist's Legal Objection |
|---|---|---|---|
| | Martinez | | |
| 90. | Deposition of Mario Martinez | 21:25-23:6 | |
| 91. | Deposition of Mario Martinez | 47:5-12 | FRE 402 |
| 92. | Deposition of Mario Martinez | 47:16-23 | FRE 402 |
| 93. | Deposition of Mario Martinez | 52:8-53:1 | |
| 94. | Deposition of Mario Martinez | 55:1-56:13 | FRE 701 |
| 95. | Deposition of Mario Martinez | 65:22-66:14 | |
| 96. | Deposition of Mario Martinez | 68:25-69:25 | FRE 802 |
| 97. | Deposition of Mario Martinez | 70:9-24 | FRE 802 |
| 98. | Deposition of Mario Martinez | 73:3-9 | |
| 99. | Deposition of Mario Martinez | 74:7 | |
| 100. | Deposition of Mario Martinez | 74:16-75:15 | FRE 701 |
| 101. | Deposition of Mario Martinez | 99:16-101:4 | |
| 102. | Deposition of Mario Martinez | 101:23-102:2 | |
| 103. | Deposition of Mario Martinez | 103:2-5 | |
| 104. | Deposition of Mario Martinez | 104:19-105:7 | |
| 105. | Deposition of Mario Martinez | 106:5-9 | |
| 106. | Deposition of Mario Martinez | 107:1-108:15 | |
| 107. | Deposition of Mario Martinez | 109:21-110:10 | |
| 108. | Deposition of Mario Martinez | 121:9-123:5 | |
| 109. | Deposition of Mario Martinez | 123:17-24 | |
| 110. | Deposition of Mario Martinez | 128:10-130:6 | FRE 802 |
| 111. | Deposition of Mario Martinez | 155:16-156:3 | FRE 402; FRE 602 |
| 112. | Deposition of Mario Martinez | 170:14-171:13 | FRE 402; incomplete Q&A – 171:5-13 is attorney question without answer |
| 113. | Deposition of Mario Martinez | 172:14-177:6 | FRE 701 |
| 114. | Deposition of Mario Martinez | 178:7-179:4 | FRE 701 |

BARTKO ZANKEL BUNZEL
BARTKO ZANKEL BUNZEL MILLER
One Embarcadero Center, Suite 800
San Francisco, CA 94111
Phone (415) 956-1900 • Fax (415) 956-1152

| No. | Form of Excerpt | Diablo Designation in Dispute | Netlist's Legal Objection |
|---|---|---|---|
| 115. | Deposition of Mario Martinez | 180:1-17 | FRE 701 |
| 116. | Deposition of Mario Martinez | 183:15-184:21 | FRE 402; FRE 802 |
| 117. | Deposition of Mario Martinez | 185:1-19 | FRE 402 |
| 118. | Deposition of Mario Martinez | 189:3-16 | FRE 802; Incomplete Q&A |
| 119. | Deposition of Mario Martinez | 203:25-204:15 | |
| 120. | Deposition of Mario Martinez | 204:23-205:8 | FRE 701 |
| 121. | Deposition of Mario Martinez | 205:10-13 | FRE 701; Incomplete Q&A (only Q) |
| 122. | Deposition of Mario Martinez | 205:21-207:3 | FRE 701 |
| 123. | Deposition of Mario Martinez | 207:10-17 | Incomplete Q&A (attorney Q only at 207:13-17) |
| 124. | Deposition of Mario Martinez | 207:21-209:10 | FRE 701 |
| 125. | Deposition of Mario Martinez | 240:15-241:23 | |

## 4. Netlist's Counter Designations

| No. | Form of Excerpt | Diablo's Designation | Netlist's Counter-Designations |
|---|---|---|---|
| 1. | Deposition of John Vincent | 35:1-14 | 34:4-24 |
| 2. | Deposition of John Vincent | 35:24-36:7 | 35:15-23 |
| 3. | Deposition of John Vincent | 38:9-14 | 37:18-38:8 |
| 4. | Deposition of John Vincent | 43:1-9 | 43:10-19 |
| 5. | Deposition of John Vincent | 43:20-44:7 | 44:8-10 |
| 6. | Deposition of John Vincent | 67:21-68:10 | 68:11-25 |
| 7. | Deposition of John Vincent | 96:16-25 | 96:8-15 |
| 8. | Deposition of John Vincent | 136:14-19 | 136:20-137:5 |
| 9. | Deposition of John Vincent | 159:11-17 | 157:14-17; 159:18-21 |
| 10. | Deposition of John Vincent | 202:8-24 | 203:1-9 |
| 11. | Deposition of John Vincent | 215:7-12 | 214:12-215:6 |
| 12. | Deposition of John Vincent | 226:17-227:6 | 227:7-15 |
| 13. | Deposition of John Vincent | 231:17-232:17 | 233:6-19 |
| 14. | Deposition of Gail Sasaki | 16:9-18 | 17:4-19:16 |
| 15. | Deposition of Mario Martinez | 47:5-12 | 53:2-54:13 |
| 16. | Deposition of Mario Martinez | 47:16-23 | 56:14-21 |
| 17. | Deposition of Mario Martinez | 70:9-24 | 70:25-71:4 |
| 18. | Deposition of Mario | 74:16-75:15 | 76:4-15 |

PARTIES' AGREED PRELIMINARY STATEMENT OF THE CASE
Case No. 4:13-cv-05962-YGR

BARTKO ZANKEL BUNZEL
BARTKO ZANKEL BUNZEL MILLER
One Embarcadero Center, Suite 800
San Francisco, CA 94111
Phone (415) 956-1900 • Fax (415) 956-1152

| No. | Form of Excerpt | Diablo's Designation | Netlist's Counter-Designations |
|-----|-----------------|---------------------|-------------------------------|
|     | Martinez        |                     |                               |
| 19. | Deposition of Mario Martinez | 121:9-123:5 | 123:6-11 |
| 20. | Deposition of Mario Martinez | 170:14-171:13 | 170:6-13 |
| 21. | Deposition of Mario Martinez | 180:1-17 | 180:18-181:14 |
| 22. | Deposition of Mario Martinez | 183:15-184:21 | 184:22-25 |
| 23. | Deposition of Mario Martinez | 189:3-16 | 189:17-19 |
| 24. | Deposition of Mario Martinez | 203:25-204:15 | 204:16-22 |
| 25. | Deposition of Mario Martinez | 207:21-209:10 | 209:11-15 |

**5.  Netlist Interrogatory Responses**

Diablo hereby designates the following interrogatory responses:

Interrogatory responses 7, 8, 9, 10, and 11 from Netlist, Inc.'s Response to Diablo

Technologies, Inc.'s Second Set of Interrogatories (Nos. 6-11), dated October 6, 2014.

**6.  Netlist Request for Admission Responses**

Diablo hereby designates the following request for admission responses:

Request for admission responses 10, 11, and 12 from Netlist, Inc.'s Response to Diablo

Technologies, Inc. Second Set of Requests for Admission (Nos. 3-19), dated October 6, 2014.

Dated:  February 6, 2015             **BARTKO, ZANKEL, BUNZEL & MILLER**

**McANDREWS, HELD & MALLOY**
**DLA PIPER LLP (US)**

By:  _____ */s/ Benjamin K. Riley* _____
                      Benjamin K. Riley

Attorneys for Plaintiff
NETLIST, INC.

BARTKO ZANKEL BUNZEL
BARTKO ZANKEL BUNZEL MILLER
One Embarcadero Center, Suite 800
San Francisco, CA 94111
Phone (415) 956-1900 • Fax (415) 956-1152

PARTIES' AGREED PRELIMINARY STATEMENT OF THE CASE
Case No. 4:13-cv-05962-YGR

2458.000/877656.1

Dated:  February 6, 2015

**McDERMOTT WILL & EMERY LLP**

By:  _____*/s/ Fabio E. Marino*_____
        Fabio E. Marino

Attorneys for Defendant
DIABLO TECHNOLOGIES, INC.

## **ATTESTATION OF E-FILER**

In compliance with Local Rule 5-1(i), the undersigned ECF user whose identification and password are being used to file this document, hereby attests that all signatories have concurred in the filing of this document.

Dated:  February 6, 2015

_____*/s/ Benjamin K. Riley*_____
        Benjamin K. Riley

BARTKO ZANKEL BUNZEL
BARTKO ZANKEL BUNZEL MILLER
One Embarcadero Center, Suite 800
San Francisco, CA  94111
Phone (415) 956-1900 • Fax (415) 956-1152