| | |
|---|---|
| Benjamin K. Riley (CA Bar No. 112007)<br>briley@bzbm.com<br>Robert H. Bunzel (CA Bar No. 99395)<br>rbunzel@bzbm.com<br>C. Griffith Towle (CA Bar No. 146401)<br>gtowle@bzbm.com<br>W. Paul Schuck (CA Bar No. 203717)<br>pschuck@bzbm.com<br>Sony B. Barari (CA Bar No. 243379)<br>sbarari@bzbm.com<br>Simon R. Goodfellow (CA Bar No. 246085)<br>sgoodfellow@bzbm.com<br>Sean R. McTigue (CA Bar No. 286839)<br>smctigue@bzbm.com<br>**BARTKO, ZANKEL, BUNZEL & MILLER**<br>One Embarcadero Center, Suite 800<br>San Francisco, California 94111<br>Telephone: (415) 956-1900<br>Facsimile: (415) 956-1152<br><br>Gregory C. Schodde (*Pro Hac Vice*)<br>gschodde@mcandrews-ip.com<br>Wayne H. Bradley (*Pro Hac Vice*)<br>wbradley@mcandrews-ip.com<br>**McANDREWS, HELD & MALLOY**<br>500 West Madison Street, 34th Floor<br>Chicago, IL 60661<br>Telephone: (312) 775-8000<br>Facsimile: (312) 775-8100<br><br>Attorneys for Plaintiff NETLIST, INC. | Sean C. Cunningham (CA Bar No. 174931)<br>sean.cunningham@dlapiper.com<br>**DLA PIPER LLP (US)**<br>401 B Street, Suite 1700<br>San Diego, CA 92101-4297<br>Telephone: (619) 699-2700<br>Facsimile: (619) 699-2701<br><br>Attorneys for Plaintiff NETLIST, INC.<br><br>Fabio E. Marino (CA Bar No. 183825)<br>fmarino@mwe.com<br>L. Kieran Kieckhefer (CA Bar No. 251978)<br>kkieckhefer@mwe.com<br>Nitin Gambhir (CA Bar No. 259906)<br>ngambhir@mwe.com<br>Barrington Dyer (CA Bar No. 264762)<br>bdyer@mwe.com<br>Teri H.P. Nguyen (CA Bar No. 267498)<br>thpnguyen@mwe.com<br>**McDERMOTT WILL & EMERY LLP**<br>275 Middlefield Road, Suite 100<br>Menlo Park, CA 94025-4004<br>Telephone: (650) 815-7400<br>Facsimile: (650) 815-7401<br><br>Attorneys for Defendant<br>DIABLO TECHNOLOGIES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>       Plaintiff,<br><br>  vs.<br><br>DIABLO TECHNOLOGIES, INC.,<br><br>       Defendant. | Case No. 4:13-cv-05962-YGR<br>(Related Case No. 4:13-cv-05889-YGR)<br><br>**JOINT PRETRIAL LIST OF DISCOVERY EXCERPTS**<br><br>Courtroom 1, 4th Floor<br>The Honorable Yvonne Gonzalez Rogers<br><br>Trial Date: March 9, 2015 |

Pursuant to the Court's February 17, 2015 Pretrial Order No. 2 (Dkt. 336), the Court's Instructions during the Pretrial Hearing of February 25, 2015, and the Court's Pretrial Instructions in Civil Cases, 3.e., Plaintiff Netlist, Inc. ("Netlist") and Defendant Diablo Technologies, Inc. ("Diablo") hereby jointly submit the following tables of discovery excerpts for trial:

**1. Netlist's List of Discovery Excerpts and Diablo's Legal Objections and Counter-Designations**

| No. | Form of Excerpt | Netlist Designation | Diablo's Objection(s) | Diablo's Counter Designation | Netlist's Objection(s) to Diablo's Counter |
|---|---|---|---|---|---|
| 1. | Deposition of John Vincent | 3:3-11 | None | | |
| 2. | Deposition of John Vincent | 4:2-25 | None | | |
| 3. | Deposition of John Vincent | 9:14-10:7 | None | | |
| 4. | Deposition of John Vincent | 14:14-19 | None | | |
| 5. | Deposition of John Vincent | 24:4-25:6 | None | | |
| 6. | Deposition of John Vincent | 31:14-33:19; 34:4-14 | None | | |
| 7. | Deposition of John Vincent | 63-17-64:14 | None | | |
| 8. | Deposition of John Vincent | 66:2-16 | FRE 602 | 24:22-25 | None |
| 9. | Deposition of John Vincent | 68:21-69:19 | None | | |
| 10. | Deposition of John Vincent | 76:4-21 | FRE 602, 802 | | |
| 11. | Deposition of John Vincent | 81:23-83:12 | FRE 402, 403, 602 | 83:13-84:6 | None |
| 12. | Deposition of John Vincent | 87:1-17; 87:23-88:12 | None | 88:13-17 | None |
| 13. | Deposition of John Vincent | 96:8-15 | None | 95:17-96:25 | None |
| 14. | Deposition of John Vincent | 97:1-22 | Subject to MIL (97:1-10). FRE 602, 402, 403, 802, | | |
| 15. | Deposition of John Vincent | 99:21-100:8 | Subject to MIL (99:25-100:8) FRE 602, 402, 403, 802, (entire designation) | | |
| 16. | Deposition of John Vincent | 106:11-107:6 | None | | |

| No. | Form of Excerpt | Netlist Designation | Diablo's Objection(s) | Diablo's Counter Designation | Netlist's Objection(s) to Diablo's Counter |
|---|---|---|---|---|---|
| 17. | Deposition of John Vincent | 107:21-108:6 | None | 108:7-13 | None |
| 18. | Deposition of John Vincent | 115:14-24 | Subject to MIL (115:14-24); FRE 602, | 115:25-117:3 (if MIL is denied) | None |
| 19. | Deposition of John Vincent | 136:21-137:8 | None | 136:14-16; 136:18-19; 137:23-138:13 | None |
| 20. | Deposition of John Vincent | 138:21-140:9 | None | | |
| 21. | Deposition of John Vincent | 145:17-146:15 | None | | |
| 22. | Deposition of John Vincent | 147:6-148:16 | None | | |
| 23. | Deposition of John Vincent | 148:22-24 | None | | |
| 24. | Deposition of John Vincent | 149:19-150:10 | None | 150:11-15 | None |
| 25. | Deposition of John Vincent | 150:16-151:8 | None | | |
| 26. | Deposition of John Vincent | 151:12-16 | None | 151:18-152:3 | None |
| 27. | Deposition of John Vincent | 152:4-21 | None | | |
| 28. | Deposition of John Vincent | 157:1-17 | None | 157:17-24 | None |
| 29. | Deposition of John Vincent | 157:25-158:2 | None | 158:3-10 | None |
| 30. | Deposition of John Vincent | 159:3-10 | None | 159:11-17 | None |
| 31. | Deposition of John Vincent | 159:18-160:1 | None | 160:2-24 | None |
| 32. | Deposition of John Vincent | 160:25-161:25 | None | | |
| 33. | Deposition of John Vincent | 188:25-189:6 | None | 189:7-15 | None |
| 34. | Deposition of John Vincent | 190:22-191:2 | None | | |
| 35. | Deposition of John Vincent | 191:25-192:16 | FRE 602, 802 | 192:17-25 | None |
| 36. | Deposition of John Vincent | 193:16-195:14 | None | | |
| 37. | Deposition of John Vincent | 222:15-224:4 | None | 224:5-6 | None |
| 38. | Deposition of John Vincent | 225:19-226:16 | None | 226:17-227:6 | None |
| 39. | Deposition of John Vincent | 229:16-230:5 | None | | |
| 40. | Deposition of Michael Takefman | 14:20-15:17 | None | 15:18-25 | |

BARTKO ZANKEL BUNZEL
BARTKO · ZANKEL · BUNZEL · MILLER
One Embarcadero Center, Suite 800
San Francisco, CA 94111
Phone (415) 956-1900 • Fax (415) 956-1152

| No. | Form of Excerpt | Netlist Designation | Diablo's Objection(s) | Diablo's Counter Designation | Netlist's Objection(s) to Diablo's Counter |
|---|---|---|---|---|---|
| 41. | Deposition of Michael Takefman | 16:1-22 | None | 16:23-20:14 | None |
| 42. | Deposition of Michael Takefman | 20:15-22:16 | None | 22:17-23:9 | None |
| 43. | Deposition of Michael Takefman | 23:10-18 | None | 23:19-24:18 | None |
| 44. | Deposition of Michael Takefman | 24:19-25:4 | None | 25:5-22 | None |
| 45. | Deposition of Michael Takefman | 25:23-26:22 | None | | |
| 46. | Deposition of Michael Takefman | 28:8-20 | None | 27:22-28:7 | None |
| 47. | Deposition of Michael Takefman | 32:24-33:4 | None | | |
| 48. | Deposition of Michael Takefman | 33:12-34:2 | None | | |
| 49. | Deposition of Michael Takefman | 34:20-35:4 (after "correct.") | None | | |
| 50. | Deposition of Michael Takefman | 41:11-24 | None | 40:18-41:10; 41:23-42:8 | None |
| 51. | Deposition of Michael Takefman | 55:11-19 | None | 53:13-55:10; 56:23-57:5 | None |
| 52. | Deposition of Michael Takefman | 59:1-21 | FRE 602 | 45:20-48:4; 50:7-52:9 | None |
| 53. | Deposition of Michael Takefman | 65:12-66:5 | None | 45:20–48:4; 50:7-52:9 | None |
| 54. | Deposition of Michael Takefman | 69:13-70:3 | None | | |
| 55. | Deposition of Michael Takefman | 75:11-23 | FRE 602 | 75:24-76:5 | None |
| 56. | Deposition of Michael Takefman | 76:10-77:16 | None | 77:17-78:12 | None |
| 57. | Deposition of Michael Takefman | 104:22-105:2 | FRE 602 | | |

| No. | Form of Excerpt | Netlist Designation | Diablo's Objection(s) | Diablo's Counter Designation | Netlist's Objection(s) to Diablo's Counter |
|---|---|---|---|---|---|
| 58. | Deposition of Michael Takefman | 107:1-108:7 | FRE 602 | 108:14-25 | None |
| 59. | Deposition of Michael Takefman | 159:16-20 | None | | |
| 60. | Deposition of Michael Takefman | 163:21-164:23 | None | 164:24-165:22 | None |
| 61. | Deposition of Michael Takefman | 165:23-166:9 | None | 166:10-168:13 | None |
| 62. | Deposition of Michael Takefman | 168:14-169:5 | None | 169:6-17 | None |
| 63. | Deposition of Michael Takefman | 170:6-8 | None | 170:9-17 | None |
| 64. | Deposition of Michael Takefman | 186:10-187:17 | FRE 402, 403, 602, 802 | 38:10-19; 187:18-188:21 | None |
| 65. | Deposition of Michael Takefman | 194:7-15 | None | | |
| 66. | Deposition of Michael Takefman | 196:20-197:17 | None | 197:19-198:10 | None |
| 67. | Deposition of Michael Takefman | 198:11-24 | FRE 402, 403 | 197:21-198:10 | None |
| 68. | Deposition of Michael Takefman | 200:25-201:21 | None | 200:13-24; 201:22-202:1 | None |
| 69. | Deposition of Michael Takefman | 207:22-208:3 | None | | |
| 70. | Deposition of Michael Takefman | 210:10-211:6 | FRE 402, 403 (Diablo maintains its objections to this testimony, however interprets this Court's ruling on MIL No. 5 to overrule these objections) | 209:7-23; 211:7-23 | None |

| No. | Form of Excerpt | Netlist Designation | Diablo's Objection(s) | Diablo's Counter Designation | Netlist's Objection(s) to Diablo's Counter |
|---|---|---|---|---|---|
| 71. | Deposition of Michael Takefman | 211:24-212:5 | FRE 402, 403 (Diablo maintains its objections to this testimony, however interprets this Court's ruling on MIL No. 5 to overrule these objections) | 212:1-213:5 | None |
| 72. | Deposition of Michael Takefman | 215:25-219:11 | FRE 402, 403,602) (Diablo maintains its objections to this testimony, however interprets this Court's ruling on MIL No. 5 to overrule these objections) | 212:6-213:5 | None |
| 73. | Deposition of Michael Takefman | 221:1-20 | None | 221:21-223:3 | None |
| 74. | Deposition of Michael Takefman | 224:16-225:5 | None | 225:9-11 | None |
| 75. | Deposition of Michael Takefman | 225:12-229:7 | None | 229:8-22 | None |
| 76. | Deposition of Michael Takefman | 229:23-230:16 | FRE 402, 602, 802 | 230:17-231:17 | None |
| 77. | Deposition of Michael Takefman | 240:3-24 | None | 283:19-25 | None |
| 78. | Deposition of Michael Takefman | 243:4-25 | None | 244:1-13; 283:19-25 | None |
| 79. | Deposition of Michael Takefman | 244:14-19 | None | | |
| 80. | Deposition of Michael Takefman | 246:17-247:2 | None | 247:3-22 | None |
| 81. | Deposition of Michael Takefman | 247:23-249:3 | None | 249:4-250:17 | None |

BARTKO ZANKEL BUNZEL
One Embarcadero Center, Suite 800
San Francisco, CA 94111
Phone (415) 956-1900 • Fax (415) 956-1152

| No. | Form of Excerpt | Netlist Designation | Diablo's Objection(s) | Diablo's Counter Designation | Netlist's Objection(s) to Diablo's Counter |
|---|---|---|---|---|---|
| 82. | Deposition of Michael Takefman | 251:7-15 | None | 283:19-25 | None |
| 83. | Deposition of Michael Takefman | 251:23-252:1 | None | 252:2-9 | None |
| 84. | Deposition of Michael Takefman | 253:5-9 | None | | |
| 85. | Deposition of Michael Takefman | 253:13-254:16 | None | | |
| 86. | Deposition of Michael Takefman | 264:7-265:11 | None | 265:12-18 | None |
| 87. | Deposition of Michael Takefman | 266:16-268:12 | None | | |
| 88. | Deposition of Michael Takefman | 269:15-270:18 | None | 270:19-271:9 | None |
| 89. | Deposition of Michael Takefman | 271:12-272:8 | None | | |
| 90. | Deposition of Michael Takefman | 273:12-274:5 | None | | |
| 91. | Deposition of Michael Takefman | 275:21-23 | None | 275:24-276:2 | None |
| 92. | Deposition of Michael Takefman | 276:24-278:18 | None | 275:24-276:23; 278:19-279:19 | None |
| 93. | Deposition of Michael Takefman | 279:25-280:4 | None | 278:19-279:19 | None |
| 94. | Deposition of Michael Takefman | 282:20-283:12 | FRE 402, 403 | | |

**2. Diablo's List of Discovery Excerpts and Netlist's Legal Objections and Counter-Designations**

| No. | Form of Excerpt | Diablo Designation | Netlist's Legal Objection | Netlist's Counter-Designation | Diablo's Objection to Netlist's Counter |
|---|---|---|---|---|---|
| 1. | Deposition of Sujoy Ray | 6:1-15 | None | | |
| 2. | Deposition of Sujoy Ray | 7:1-3 | None | | |
| 3. | Deposition of Sujoy Ray | 7:7-19 | None | | |
| 4. | Deposition of Sujoy Ray | 8:2-8 | None | | |
| 5. | Deposition of Sujoy Ray | 15:8-16:12 | None | | |
| 6. | Deposition of Sujoy Ray | 22:24-23:3 | None | | |
| 7. | Deposition of Sujoy Ray | 24:1-15 | None | | |
| 8. | Deposition of Sujoy Ray | 64:15-20 | None | | |
| 9. | Deposition of Sujoy Ray | 204:19-205:5 | None | | |
| 10. | Deposition of Sujoy Ray | 205:13-15 | FRE 402, 403 | | |
| 11. | Deposition of Sujoy Ray | 207:25-208:8 | None | | |
| 12. | Deposition of John Vincent | 26:3-11 | None | | |
| 13. | Deposition of John Vincent | 35:1-14 | None | 34:15-24 | None |
| 14. | Deposition of John Vincent | 35:24-36:7 | None | 35:15-23 | None |
| 15. | Deposition of John Vincent | 38:9-14 | None | 37:18-38:8 | None |
| 16. | Deposition of John Vincent | 38:25-39:11 | None | | |
| 17. | Deposition of John Vincent | 43:1-9 | None | 43:10-19 | None |
| 18. | Deposition of John Vincent | 43:20-44:7 | None | 44:8-10 | None |
| 19. | Deposition of John Vincent | 45:9-46:1 | None | | |
| 20. | Deposition of John Vincent | 56;18-22 | None | | |
| 21. | Deposition of John Vincent | 67:21-68:10 | None | 68:11-20 | None |
| 22. | Deposition of John Vincent | 89:6-8 | None | | |
| 23. | Deposition of John Vincent | 92:4-6 | None | | |
| 24. | Deposition of John Vincent | 93:7-13 | None | | |

| No. | Form of Excerpt | Diablo Designation | Netlist's Legal Objection | Netlist's Counter-Designation | Diablo's Objection to Netlist's Counter |
|---|---|---|---|---|---|
| 25. | Deposition of John Vincent | 96:16-25 | None | | |
| 26. | Deposition of John Vincent | 112:19-114:8 | None | | |
| 27. | Deposition of John Vincent | 118:21-119:3 | None | | |
| 28. | Deposition of John Vincent | 136:14-19 | None | | |
| 29. | Deposition of John Vincent | 137:23-138:13 | None | | |
| 30. | Deposition of John Vincent | 144:19-145:1 | None | | |
| 31. | Deposition of John Vincent | 150:11-15 | None | | |
| 32. | Deposition of John Vincent | 159:11-17 | None | | |
| 33. | Deposition of John Vincent | 160:2-24 | None | | |
| 34. | Deposition of John Vincent | 162:22-163:16 | None | | |
| 35. | Deposition of John Vincent | 192:17-25 | None | | |
| 36. | Deposition of John Vincent | 196:15-17 | None | | |
| 37. | Deposition of John Vincent | 200:19-201:4 | FRE 402, FRE 403 (201:2-4) | | |
| 38. | Deposition of John Vincent | 202:8-24 | None | 203:1-9 | None |
| 39. | Deposition of John Vincent | 204:13-15 | None | | |
| 40. | Deposition of John Vincent | 205:7-14 | None | | |
| 41. | Deposition of John Vincent | 205:23-25 | None | | |
| 42. | Deposition of John Vincent | 205:23-:206:23 | None | | |
| 43. | Deposition of John Vincent | 207:8-209:16 | None | | |
| 44. | Deposition of John Vincent | 210:9-17 | FRE 701; FRE 602 | | |
| 45. | Deposition of John Vincent | 210:22-212:15 | FRE 701; FRE 602 | | |
| 46. | Deposition of John Vincent | 215:7-12 | None | 214:12-215:6 | None |
| 47. | Deposition of John Vincent | 219:6-12 | None | | |
| 48. | Deposition of John Vincent | 221:4-20 | None | | |
| 49. | Deposition of John Vincent | 224:5-6 | None | | |

BARTKO ZANKEL BUNZEL
One Embarcadero Center, Suite 800
San Francisco, CA 94111
Phone (415) 956-1900 • Fax (415) 956-1152

| No. | Form of Excerpt | Diablo Designation | Netlist's Legal Objection | Netlist's Counter-Designation | Diablo's Objection to Netlist's Counter |
|---|---|---|---|---|---|
| 50. | Deposition of John Vincent | 226:17-227:6 | None | 227:7-15 | None |
| 51. | Deposition of John Vincent | 231:17-232:17 | None | 233:6-19 | None |
| 52. | Deposition of Gail Sasaki | 13:18-22 | None | | |
| 53. | Deposition of Gail Sasaki | 16:9-18 | None | 17:4-19:16 | None |
| 54. | Deposition of Gail Sasaki | 21:7-10 | None | | |
| 55. | Deposition of Gail Sasaki | 21:21-25 | None | | |
| 56. | Deposition of Gail Sasaki | 36:20-37:21 | None | | |
| 57. | Deposition of Gail Sasaki | 38:11-39:23 | None | | |
| 58. | Deposition of Gail Sasaki | 42:6-43:7 | None | | |
| 59. | Deposition of Gail Sasaki | 48:13-49:6 | None | | |
| 60. | Deposition of Gail Sasaki | 57:19-59:23 | None | | |
| 61. | Deposition of Gail Sasaki | 60:14-25 | None | | |
| 62. | Deposition of Gail Sasaki | 66:24-67:21 | None | | |
| 63. | Deposition of Gail Sasaki | 76:17-77:4 | None | | |
| 64. | Deposition of Gail Sasaki | 95:4-25 | None | | |
| 65. | Deposition of Gail Sasaki | 100:10-102:12 | FRE 802 – hearsay from 100:10- 101:3; also 102:5-102:12 | | |
| 66. | Deposition of Gail Sasaki | 102:16-22 | None | | |
| 67. | Deposition of Gail Sasaki | 105:1-106:3 | None | | |
| 68. | Deposition of Gail Sasaki | 109:24-110:3 | None | | |
| 69. | Deposition of Gail Sasaki | 110:15-111:13 | None | | |
| 70. | Deposition of Gail Sasaki | 113:14-19 | None | | |
| 71. | Deposition of Gail Sasaki | 119:6-120:7 | None | | |
| 72. | Deposition of Gail Sasaki | 120:13-17 | None | | |
| 73. | Deposition of Gail Sasaki | 122:2-123:13 | None | | |

| No. | Form of Excerpt | Diablo Designation | Netlist's Legal Objection | Netlist's Counter-Designation | Diablo's Objection to Netlist's Counter |
|---|---|---|---|---|---|
| 74. | Deposition of Gail Sasaki | 125:6-10 | None | | |
| 75. | Deposition of Gail Sasaki | 126:22-127:4 | None | | |
| 76. | Deposition of Gail Sasaki | 127:14-128:9 | None | | |
| 77. | Deposition of Gail Sasaki | 130:16-25 | Subject to Netlist's Motion in Limine; FRE 402/403 | | |
| 78. | Deposition of Gail Sasaki | 138:4-139:23 | Subject to Netlist's Motion in Limine | | |
| 79. | Deposition of Gail Sasaki | 188:1-192:22 | None | | |
| 80. | Deposition of Gail Sasaki | 195:16-197:12 | None | | |
| 81. | Deposition of Gail Sasaki | 201:7-203:6 | None | | |
| 82. | Deposition of Gail Sasaki | 206:17-24 | None | | |
| 83. | Deposition of Gail Sasaki | 207:6-209:1 | None | | |
| 84. | Deposition of Mario Martinez | 11:6-16 | None | | |
| 85. | Deposition of Mario Martinez | 21:25-23:6 | None | | |
| 86. | Deposition of Mario Martinez | 47:5-12 | None | 53:2-54:13 | None |
| 87. | Deposition of Mario Martinez | 47:16-23 | None | 56:14-21 | None |
| 88. | Deposition of Mario Martinez | 52:8-53:1 | None | | |
| 89. | Deposition of Mario Martinez | 55:1-56:13 | None | | |
| 90. | Deposition of Mario Martinez | 65:22-66:14 | None | | |
| 91. | Deposition of Mario Martinez | 68:25-69:25 | FRE 802 | | |
| 92. | Deposition of Mario Martinez | 70:9-24 | FRE 802 | 70:25-71:4 | None |

| No. | Form of Excerpt | Diablo Designation | Netlist's Legal Objection | Netlist's Counter-Designation | Diablo's Objection to Netlist's Counter |
|---|---|---|---|---|---|
| 93. | Deposition of Mario Martinez | 73:3-9 | None | | |
| 94. | Deposition of Mario Martinez | 74:7 | None | | |
| 95. | Deposition of Mario Martinez | 74:16-75:15 | None | 76:4-15 | None |
| 96. | Deposition of Mario Martinez | 82:19-83:9 | None | 83:10-14 | None |
| 97. | Deposition of Mario Martinez | 99:16-101:4 | None | | |
| 98. | Deposition of Mario Martinez | 101:23-102:2 | None | | |
| 99. | Deposition of Mario Martinez | 103:2-5 | None | | |
| 100. | Deposition of Mario Martinez | 104:19-105:7 | None | | |
| 101. | Deposition of Mario Martinez | 106:5-9 | None | | |
| 102. | Deposition of Mario Martinez | 107:1-108:15 | None | | |
| 103. | Deposition of Mario Martinez | 109:21-110:10 | None | | |
| 104. | Deposition of Mario Martinez | 121:9-123:5 | None | 123:6-11 | None |
| 105. | Deposition of Mario Martinez | 123:17-124:25 | None | | |
| 106. | Deposition of Mario Martinez | 128:10-130:6 | None | | |
| 107. | Deposition of Mario Martinez | 171:5-13; 173:18-174:3 | None | 170:6-13 | None |
| 108. | Deposition of Mario Martinez | 178:7-179:4 | None | | |
| 109. | Deposition of Mario Martinez | 180:1-17 | None | 180:18-181:14 | None |

| No. | Form of Excerpt | Diablo Designation | Netlist's Legal Objection | Netlist's Counter-Designation | Diablo's Objection to Netlist's Counter |
|---|---|---|---|---|---|
| 110. | Deposition of Mario Martinez | 183:15-184:21 | None | 184:22-25 | None |
| 111. | Deposition of Mario Martinez | 185:1-19 | FRE 701; FRE 602 | | |
| 112. | Deposition of Mario Martinez | 189:3-191:12 | None | | |
| 113. | Deposition of Mario Martinez | 203:25-204:14 | None | 204:15-22 | None |
| 114. | Deposition of Mario Martinez | 204:23-205:8 | None | | |
| 115. | Deposition of Mario Martinez | 205:10-207:3 | None | | |
| 116. | Deposition of Mario Martinez | 207:10-209:10 | None | 209:11-15 | None |
| 117. | Deposition of Mario Martinez | 240:15-241:23 | None | | |
| 118. | Deposition of Michael Takefman | 15:1-23:9 | None | | |
| 119. | Deposition of Michael Takefman | 38:10-11 | None | | |
| 120. | Deposition of Michael Takefman | 40:18-41:10 | None | | |
| 121. | Deposition of Michael Takefman | 45:20-48:4 | None | | |
| 122. | Deposition of Michael Takefman | 48:11-49:13 | None | | |
| 123. | Deposition of Michael Takefman | 50:7-52:9 | None | | |
| 124. | Deposition of Michael Takefman | 53:13-55:10 | None | | |
| 125. | Deposition of Michael Takefman | 56:23-57:5 | None | | |
| 126. | Deposition of Michael Takefman | 63:13-64:4 | None | | |

| No. | Form of Excerpt | Diablo Designation | Netlist's Legal Objection | Netlist's Counter-Designation | Diablo's Objection to Netlist's Counter |
|---|---|---|---|---|---|
| 127. | Deposition of Michael Takefman | 77:17-78:12 | None | | |
| 128. | Deposition of Michael Takefman | 104:22-106:16 | None | | |
| 129. | Deposition of Michael Takefman | 108:14-112:11 | None | | |
| 130. | Deposition of Michael Takefman | 144:1-145:7 | None | | |
| 131. | Deposition of Michael Takefman | 197:19-198:10 | None | | |
| 132. | Deposition of Michael Takefman | 244:14-19 | None | | |
| 133. | Deposition of Michael Takefman | 246:17-247:22 | None | | |
| 134. | Deposition of Michael Takefman | 283:19-25 | None | | |

**3.     Netlist Interrogatory Responses**

Diablo hereby designates the following interrogatory responses:

Interrogatory responses 7, 8, 9, 10, and 11 from Netlist, Inc.'s Response to Diablo Technologies, Inc.'s Second Set of Interrogatories (Nos. 6-11), dated October 6, 2014.

**4.     Netlist Request for Admission Responses**

Diablo hereby designates the following request for admission responses:

Request for admission responses 10, 11, and 12 from Netlist, Inc.'s Response to Diablo Technologies, Inc. Second Set of Requests for Admission (Nos. 3-19), dated October 6, 2014.

-13-

2458.000/882344.1                                         JOINT PRETRIAL LIST OF DISCOVERY EXCERPTS
Case No. 4:13-cv-05962-YGR

| | |
|---|---|
| Dated: February 27, 2015 | **BARTKO, ZANKEL, BUNZEL & MILLER** |
| | **McANDREWS, HELD & MALLOY** |
| | **DLA PIPER LLP (US)** |
| | By: _____*/s/ Benjamin K. Riley*_____ |
| | Benjamin K. Riley |
| | Attorneys for Plaintiff |
| | NETLIST, INC. |
| Dated: February 27, 2015 | **McDERMOTT WILL & EMERY LLP** |
| | By: _____*/s/ Fabio E. Marino*_____ |
| | Fabio E. Marino |
| | Attorneys for Defendant |
| | DIABLO TECHNOLOGIES, INC. |

## **ATTESTATION OF E-FILER**

In compliance with Local Rule 5-1(i), the undersigned ECF user whose identification and password are being used to file this document, hereby attests that all signatories have concurred in the filing of this document.

Dated: February 27, 2015         _____*/s/ Benjamin K. Riley*_____
                                                  Benjamin K. Riley