UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NETLIST, INC.,**<br><br>  Plaintiff,<br><br>  vs.<br><br>**DIABLO TECHNOLOGIES, INC.,**<br><br>  Defendant. | Case No.: 13-cv-5962 YGR<br><br>**ORDER GRANTING EMERGENCY MOTION OF NON-PARTIES SMART STORAGE SYSTEMS, INC. AND SANDISK CORPORATION TO SEAL TRIAL EXHIBITS AND COURTROOM** |

The Court, having considered the Emergency Motion of Non-parties SMART Storage Systems, Inc., and SanDisk Corporation to Seal Trial Exhibits and Courtroom and the supporting documents filed in support thereof, hereby **ORDERS**:

   1.   The courtroom will be sealed when SanDisk's highly confidential strategic business information, including the exhibits identified in the motion, are discussed;

   2.   The courtroom will be sealed during testimony, including the testimony of John Scaramuzzo, related to SanDisk's highly confidential strategic business information in the identified exhibits or other evidence; and

   3.   The Court will order the Clerk of the Court to seal any exhibits or testimony entered into the trial record related to SanDisk's highly confidential strategic business information found in the identified exhibits or other evidence.

   Non-parties SMART Storage System, Inc., and SanDisk Corporation, as well as the parties to the litigation herein, are advised that the Court does not expect to seal the entirety of any witness' testimony, but only those portions specifically related to SanDisk's confidential strategic business information.

   **IT IS SO ORDERED.**

Dated: March 9, 2015

_____
**HON. YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**