UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NETLIST, INC.,**<br><br>Plaintiff,<br><br>vs.<br><br>**DIABLO TECHNOLOGIES, INC.,**<br><br>Defendant. | Case No.: 13-cv-5962 YGR<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION OF NON-PARTIES SMART STORAGE SYSTEMS, INC. AND SANDISK CORPORATION TO SEAL EMERGENCY MOTION TO SEAL TRIAL EXHIBITS AND COURTROOM** |

The Court, having considered the Administrative Motion to File Under Seal its Emergency Motion of Non-parties SMART Storage Systems, Inc., and SanDisk Corporation to Seal Trial Exhibits and Courtroom, and the supporting documents filed in support thereof, and good cause having been established, hereby **ORDERS** that the following documents shall be **SEALED**:

(1) the unredacted version of brief in support of the motion; and

(2) the unredacted Declaration of Steven J. Corr in support of the motion, and unredacted exhibits thereto.

**IT IS SO ORDERED.**

Dated: March 9, 2015

**HON. YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**