UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**JURY TRIAL CIVIL MINUTE ORDER**

**Case No.** 13-cv-05962-YGR          **Case Name**: Netlist, Inc v. Diablo Technologies, Inc.

**Date:** Monday, March 10, 2015   **Time**: 8:07 am-8:26am; 8:29am-10:00am; 10:16am-11:46am; 11:59am-12:07pm; 12:26pm-1:25pm

**The Honorable Yvonne Gonzalez Rogers**

**Clerk**: Frances Stone          **Court Reporter:** Raynee Mercado

**COUNSEL FOR PLTF**:                    **COUNSEL FOR DEFT**:

Ben Riley; C. Griffith Towle; Soni Barari,     Russell Hayman; Fabio Marino; Jon Dean, Kieran Kieckhefer,

Simon Goodfellow; C.K. Chuck Hung-CEO Netlist; VP Noel Whitley     Natalie Bennett; Michael Parziale

Voir Dire began: 3/2/15

Trial Began: 3/9/15          Further Trial: **Wednesday, 3/11/15 at 8:30am; Counsel at 8:00am**

**Trial Motions Heard:**                    **Disposition**

1.
2.
3.

Other:

Plaintiff attorney Riley resumes direct of witness C.K. Chuck Hong.

Plaintiff attorney Riley calls witness Hyun Lee by video deposition played in courtroom [portion played].

Plaintiff attorney Riley calls witness John Vincent by video deposition excerpts played in courtroom [portions played].

**RECESS** for the day Further Jury Trial on Wednesday 3/11/15 at 8:00am for counsel; 8:30am for Jury.

**Exhibits admitted** : 8, 9, 25, 26, 28, 53, 64; 93; 176; 177; 178 and 68; 129; 166; 172; 175; 6, 170; 171; 154; 7, 151; 152.