UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NETLIST, INC.,**<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>**DIABLO TECHNOLOGIES, INC.,**<br><br>　　　　Defendant. | Case No.: 13-cv-5962 YGR<br><br>**ORDER GRANTING IN PART AND DENYING IN PART NETLIST, INC.'S MOTION IN LIMINE TO EXCLUDE EVIDENCE RE: CORRECTION OF INVENTORSHIP** |

The Court having considered the motion, the parties' arguments, and the transcript of the videotaped trial testimony, the Court **ORDERS** that Netlist, Inc.'s Motion In Limine To Exclude Evidence (Dkt. No. 388) is **GRANTED IN PART AND DENIED IN PART** as follows:

(1) as to the testimony of Dr. Hyun Lee, recorded on March 9, 2015, as the trial testimony in this matter at transcript ("TR") pages 111:1-23, 114:8-117:16; 120:4-22, and 124:15-126:2, the motion is **GRANTED**;

(2) as to Dr. Lee's testimony at TR 117:18-120:3 and 120:23-124:14, the motion is **DENIED**. To the extent Netlist intended to raise additional issues by its motion, the Court reserves ruling on such issues.

**IT IS SO ORDERED.**

Dated: March 11, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　　　**HON. YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**