**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

## JURY TRIAL CIVIL MINUTE ORDER

**Case No.** 13-cv-05962-YGR          **Case Name**: Netlist, Inc v. Diablo Technologies, Inc.

**Date: Thursday**, March 19, 2015   **Time**:  8:00 am-8:29am; 8:29am-10:01am; 10:03am- 10:06am- 10:11am-10:18am; 10:19am-10:27am; 10:32am-10:39am; 10:56am-1:01pm; 1:04pm-1:26pm; 2:00pm-2:06pm

**The Honorable Yvonne Gonzalez Rogers**

**Clerk**: Frances Stone          **Court Reporter:** Raynee Mercado

**COUNSEL FOR PLTF**:                    **COUNSEL FOR DEFT**:

Ben Riley; C. Griffith Towle; Soni Barari,     Russell Hayman; Fabio Marino; Jon Dean, Kieran Kieckhefer,

Simon Goodfellow; Netlist VP: Noel Whitley    A. Marisa Chun, Barrington Dyer, Natalie Bennett, Michael Parziale: Diablo VP

Voir Dire began: 3/2/15          **Counsel only to appear Friday, 3/20/15 at 9:00am re session regarding jury instructions.**

Trial Began:  3/9/15          Further Trial: **Monday, 3/23/15 at 8:30am for Jury for Closings and Instructions; Counsel at 8:00am on 3/23/15**.

**Proceedings:**

Plaintiff attorney Riley resumes cross of witness Joseph McAlexander III.

Defendant attorney Marino recalls witness Maher Amer.    DEFENSE RESTS.

Plaintiff REBUTTAL Case: Plaintiff attorney Riley calls witness Kenneth A. Jansen.

PLAINTIFF RESTS.

**RECESS** for the day for Jury. **Further Jury Trial on Monday, 3/23/15 at 8:30am for Jury for closings and instructions. Counsel to appear at 8:00am.**

**Exhibits admitted : 266. A complete list of exhibits admitted in evidence stated on the record today in session  with counsel.**