UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**JURY TRIAL CIVIL MINUTE ORDER**

**Case No.** 13-cv-05962-YGR        **Case Name**:   Netlist, Inc v. Diablo Technologies, Inc.

**Date: Friday**, March 20, 2015   **Time**:  9:01am-10:51am

**The Honorable Yvonne Gonzalez Rogers**

**Clerk**: Frances Stone        **Court Reporter:**      Raynee Mercado

**COUNSEL FOR PLTF**:              **COUNSEL FOR DEFT**:

Ben Riley; C. Griffith Towle; Soni Barari,    Russell Hayman;  Jon Dean,  A. Marisa Chun

Simon Goodfellow;                  Natalie Bennett,  Michael Parziale: Diablo VP


Voir Dire began: 3/2/15

Trial  Began:  3/9/15            Further Trial: **Monday, 3/23/15 at 8:30am for Jury- for Closings and Instructions; Counsel to be present at 8:00am on 3/23/15.**

**Proceedings:**

Session with counsel (no jury)- HELD.


**RECESS** for the day . **Further Jury Trial on Monday, 3/23/15 at  8:30am for Jury for closings and instructions. Counsel to appear at 8:00am.**