**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**JURY TRIAL CIVIL MINUTE ORDER**

**Case No.** 13-cv-05962-YGR        **Case Name**:   Netlist, Inc v. Diablo Technologies, Inc.

**Date: Monday**, March 23, 2015   **Time**:  8:00 am-8:10am; 8:31am-10:25am; 10:43pm-12:30pm; 1:01pm-3:30pm

**The Honorable Yvonne Gonzalez Rogers**

**Clerk**: Frances Stone        **Court Reporter:**     Raynee Mercado

| **COUNSEL FOR PLTF**: | **COUNSEL FOR DEFT**: |
|---|---|
| Ben Riley; C. Griffith Towle; Soni Barari, | Russell Hayman; Fabio Marino; Jon Dean, Kieran Kieckhefer, |
| Simon Goodfellow; Chuck Hong,CEO; | A. Marisa Chun,  Natalie Bennett,  Michael Parziale: Diablo VP; |
| Netlist VP:Noel Whitley | Riccardo Badalone |

Voir Dire began: 3/2/15

Trial Began:  3/9/15          **Further Jury Deliberations: Tuesday 3/24/15 at 8:30am**

                            **Evidentiary Hearing out of presence of Jury: Tuesday 3/24/15 at 9:00am**.

**Proceedings:**

Jury enters courtroom. Judge enters courtroom.

Court gives Instructions to Jury. Plaintiff attorney Riley gives closing statement.

Defendant attorney Hayman  gives closing statement. RECESS. Defendant attorney Hayman resumes closing statement.  Plaintiff attorney Riley  gives Rebuttal closing statement.  Court further instructs Jury.

Jury begins deliberations at 2:41pm.

RECESS for Jury for the day at 3:30pm.  Further Deliberations 3/24/15 at 8:30am.

**Exhibits**