## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### JURY TRIAL CIVIL MINUTE ORDER

**Case No.**13-cv-05962-YGR          **Case Name**:   Netlist, Inc v. Diablo Technologies, Inc.

**Date: Tuesday**, March 24, 2015   **Time**: Evidentiary hearing: 8:54am- 9:55am.

### Jury Deliberations 8:30am-3:40pm

**The Honorable Yvonne Gonzalez Rogers**

**Clerk**: Frances Stone          **Court Reporter:**      Raynee Mercado

**COUNSEL FOR PLTF**:          **COUNSEL FOR DEFT**:

Ben Riley; C. Griffith Towle; Soni Barari,     Russell Hayman; Fabio Marino; Jon Dean, Kieran Kieckhefer,

Simon Goodfellow;                  Natalie Bennett, Barrington Dyer, Michael Parziale: VP Diablo
Netlist VP:Noel Whitley                      Riccardo Badalone-Diablo


Voir Dire began: 3/2/15

Trial  Began:  3/9/15                 **Further Jury Deliberations: Wednesday 3/25/15 at 8:30am**


**Proceedings:**

Evidentiary Hearing regarding Injunctive Relief issue- HELD.

Further Jury Deliberations- HELD.

RECESS for Jury for the day at 3:40pm.  Further Deliberations 3/25/15 at 8:30am.



**Exhibits Admitted: 157 (Court Exhibit)**