FILED

MAR 2 5 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST, INC., | Case No.: 13-cv-5962 YGR |
| Plaintiff, | **VERDICT FORM** |
| vs. | |
| DIABLO TECHNOLOGIES, INC., | |
| Defendant. | |

WE, THE JURY, UNANIMOUSLY AGREE on the answers to the following questions and return them under the instructions of this Court as our verdict in this case.  As used herein, "Netlist" refers to Plaintiff Netlist, Inc. and "Diablo" refers to Defendant Diablo Technologies, Inc.

### WITH RESPECT TO NETLIST'S TWO CLAIMS FOR BREACH OF CONTRACT:

**Question 1.**   Did Netlist and Diablo enter into a contract referred to as the Mutual Non-Disclosure Agreement?
_____ ✓ Yes      _____ No

*If you answered "Yes," proceed to Question 2.  If you answered "No," skip to Question 4.*

**Question 2.**   Did Diablo breach the Mutual Non-Disclosure Agreement?
_____ Yes      _____ ✓ No

*If you answered "Yes," proceed to Question 3.  If you answered "No," skip to Question 4.*

**Question 3.**   Was Netlist harmed by that conduct?
_____ Yes      _____ ✓ No

**Question 4.**   Did Netlist and Diablo enter into a contract referred to as the Development and Supply Agreement?
_____ ✓ Yes      _____ No

**Question 5.**   Did Diablo breach the Development and Supply Agreement?
_____ Yes      _____ ✓ No

**Question 6.**   Was Netlist harmed by that conduct?
_____ Yes      _____ ✓ No

*If you answered "Yes" to one or both of Questions 3 and 6, please answer the following question:*

**Question 7.**    What amount of damages to Netlist do you find were caused by Diablo's breach of the Mutual Non-Disclosure Agreement, the Development and Supply Agreement, or both?

$ __________

**CONTINUE TO THE NEXT PAGE**

### WITH RESPECT TO NETLIST'S CLAIM FOR MISAPPROPRIATION OF TRADE SECRETS:

**Question 8:** Regarding **Alleged Trade Secret 1 – Normal Functional Mode and Secondary Mode**, please answer "Yes" or "No" as to each of the following questions with respect to the alleged trade secret:

| Element | Response |
|---|---|
| a. Was **Alleged Trade Secret 1** secret ? | Yes ___<br><br>No ✓ |
| b. Did **Alleged Trade Secret 1** have actual or potential independent economic value because it was secret? | Yes ___<br><br>No ___ |
| c. Did Netlist make reasonable efforts to keep **Alleged Trade Secret 1** secret? | Yes ___<br><br>No ___ |
| d. Did Diablo improperly use **Alleged Trade Secret 1?** | Yes ___<br><br>No ___ |

*If you answered "No" to any part of Question 8, skip to Question 11.*
*If you answered "Yes" to all parts of Question 8, please answer the following question:*

**Question 9.** Has Diablo proven that Netlist's claim for misappropriation of **Alleged Trade Secret 1** is barred, because Diablo obtained the claimed trade secret by proper means?

_____ Yes  _____ No

*If you answered "Yes" to Question 9, skip to Question 11.*
*If you answered "No" to Question 9, please answer the following question:*

**Question 10.** Was Netlist harmed by Diablo's use of **Alleged Trade Secret 1**?

_____ Yes  _____ No

**CONTINUE TO THE NEXT PAGE**

United States District Court
Northern District of California

**Question 11.** Regarding **Alleged Trade Secret 2 – Control Information Extraction and Storage**, please answer "Yes" or "No" as to each of the following questions with respect to the alleged trade secret:

| Element | Response |
|---|---|
| a. Was **Alleged Trade Secret 2** secret ? | Yes ___  <br> No ✓ |
| b. Did **Alleged Trade Secret 2** have actual or potential independent economic value because it was secret? | Yes ___  <br> No ___ |
| c. Did Netlist make reasonable efforts to keep **Alleged Trade Secret 2** secret? | Yes ___  <br> No ___ |
| d. Did Diablo improperly use **Alleged Trade Secret 2**? | Yes ___  <br> No ___ |

*If you answered "No" to any part of Question 11, skip to Question 14.*
*If you answered "Yes" to all parts of Question 11, please answer the following question:*

**Question 12.** Has Diablo proven that Netlist's claim for misappropriation of **Alleged Trade Secret 2** is barred, because Diablo obtained the claimed trade secret by proper means?

_____ Yes   _____ No

*If you answered "Yes" to Question 12, skip to Question 14.*
*If you answered "No" to Question 12, please answer the following question:*

**Question 13.** Was Netlist harmed by Diablo's use of **Alleged Trade Secret 2**?

_____ Yes   _____ No

**CONTINUE TO THE NEXT PAGE**

**Question 14.** Regarding **Alleged Trade Secret 3 – Access Control Architecture**, please answer "Yes" or "No" as to each of the following questions with respect to the alleged trade secret:

| Element | Response |
|---|---|
| a. Was **Alleged Trade Secret 3** secret ? | Yes ____<br><br>No ✓ |
| b. Did **Alleged Trade Secret 3** have actual or potential independent economic value because it was secret? | Yes ____<br><br>No ____ |
| c. Did Netlist make reasonable efforts to keep **Alleged Trade Secret 3** secret? | Yes ____<br><br>No ____ |
| d. Did Diablo improperly use **Alleged Trade Secret 3**? | Yes ____<br><br>No ____ |

*If you answered "No" to any part of Question 14, skip to Question 17.*
*If you answered "Yes" to all parts of Question 14, please answer the following question:*

**Question 15.** Has Diablo proven that Netlist's claim for misappropriation of **Alleged Trade Secret 3** is barred, because Diablo obtained the claimed trade secret by proper means?

_____ Yes   _____ No

*If you answered "Yes" to Question 15, skip to Question 17.*
*If you answered "No" to Question 15, please answer the following question:*

**Question 16.** Was Netlist harmed by Diablo's use of **Alleged Trade Secret 3**?

_____ Yes   _____ No

**CONTINUE TO THE NEXT PAGE**

United States District Court
Northern District of California

**Question 17.**   Regarding **Alleged Trade Secret 4 – Addressable Registers to Hold ISwitch Configuration Information,** please answer "Yes" or "No" as to each of the following questions with respect to the alleged trade secret:

| Element | Response |
|---|---|
| a. Was **Alleged Trade Secret 4** secret ? | Yes ____  <br><br> No ✓ |
| b. Did **Alleged Trade Secret 4** have actual or potential independent economic value because it was secret? | Yes ____  <br><br> No ____ |
| c. Did Netlist make reasonable efforts to keep **Alleged Trade Secret 4** secret? | Yes ____  <br><br> No ____ |
| d. Did Diablo improperly use **Alleged Trade Secret 4**? | Yes ____  <br><br> No ____ |

*If you answered "No" to any part of Question 17, skip to Question 20.*
*If you answered "Yes" to all parts of Question 17, please answer the following question:*

**Question 18.**   Has Diablo proven that Netlist's claim for misappropriation of **Alleged Trade Secret 4** is barred, because Diablo obtained the claimed trade secret by proper means?

_____ Yes  _____ No

*If you answered "Yes" to Question 18, skip to Question 20.*
*If you answered "No" to Question 18, please answer the following question:*

**Question 19.** Was Netlist harmed by Diablo's use of **Alleged Trade Secret 4**?

_____ Yes  _____ No

**CONTINUE TO THE NEXT PAGE**

**Question 20.** Regarding **Alleged Trade Secret 5 – ASIC Control of Operation Modes and States,** please answer "Yes" or "No" as to each of the following questions with respect to the alleged trade secret:

| Element | Response |
|---|---|
| a. Was **Alleged Trade Secret 5** secret ? | Yes ____  <br> No ✓ |
| b. Did **Alleged Trade Secret 5** have actual or potential independent economic value because it was secret? | Yes ____  <br> No ____ |
| c. Did Netlist make reasonable efforts to keep **Alleged Trade Secret 5** secret? | Yes ____  <br> No ____ |
| d. Did Diablo improperly use **Alleged Trade Secret 5**? | Yes ____  <br> No ____ |

*If you answered "No" to any part of Question 20, skip to Question 23.*
*If you answered "Yes" to all parts of Question 20, please answer the following question*:

**Question 21.** Has Diablo proven that Netlist's claim for misappropriation of **Alleged Trade Secret 5** is barred, because Diablo obtained the claimed trade secret by proper means?

_____ Yes _____ No

*If you answered "Yes" to Question 21, skip to Question 23.*
*If you answered "No" to Question 21, please answer the following question*:

**Question 22.** Was Netlist harmed by Diablo's use of **Alleged Trade Secret 5**?

_____ Yes _____ No

**CONTINUE TO THE NEXT PAGE**

United States District Court
Northern District of California

**Question 23.** Regarding **Alleged Trade Secret 6 – Configuring the Chipset to Perform Write-Leveling**, please answer "Yes" or "No" as to each of the following questions with respect to the alleged trade secret:

| Element | Response |
|---|---|
| a. Was **Alleged Trade Secret 6** secret ? | Yes \_\_\_ <br><br> No ✓ |
| b. Did **Alleged Trade Secret 6** have actual or potential independent economic value because it was secret? | Yes \_\_\_ <br><br> No \_\_\_ |
| c. Did Netlist make reasonable efforts to keep **Alleged Trade Secret 6** secret? | Yes \_\_\_ <br><br> No \_\_\_ |
| d. Did Diablo improperly use **Alleged Trade Secret 6?** | Yes \_\_\_ <br><br> No \_\_\_ |

*If you answered "No" to any part of Question 23, skip to Question 26.*
*If you answered "Yes" to all parts of Question 23, please answer the following question:*

**Question 24.** Has Diablo proven that Netlist's claim for misappropriation of **Alleged Trade Secret 6** is barred, because Diablo obtained the claimed trade secret by proper means?

_____ Yes _____ No

*If you answered "Yes" to Question 24, skip to Question 26.*
*If you answered "No" to Question 24, please answer the following question:*

**Question 25.** Was Netlist harmed by Diablo's use of **Alleged Trade Secret 6?**

_____ Yes _____ No

**CONTINUE TO THE NEXT PAGE**

United States District Court
Northern District of California

**Question 26.** Regarding **Alleged Trade Secret 7 – ODT Termination Values,** please answer "Yes" or "No" as to each of the following questions with respect to the alleged trade secret:

| Element | Response |
|---|---|
| a. Was **Alleged Trade Secret 7** secret ? | Yes ____<br><br>No ✓ |
| b. Did **Alleged Trade Secret 7** have actual or potential independent economic value because it was secret? | Yes ____<br><br>No ____ |
| c. Did Netlist make reasonable efforts to keep **Alleged Trade Secret 7** secret? | Yes ____<br><br>No ____ |
| d. Did Diablo improperly use **Alleged Trade Secret 7**? | Yes ____<br><br>No ____ |

*If you answered "No" to any part of Question 26, skip to Question 29.*
*If you answered "Yes" to all parts of Question 26, please answer the following question*:

**Question 27.** Has Diablo proven that Netlist's claim for misappropriation of **Alleged Trade Secret 7** is barred, because Diablo obtained the claimed trade secret by proper means?

_____ Yes _____ No

*If you answered "Yes" to Question 27, skip to Question 29.*
*If you answered "No" to Question 27, please answer the following question*:

**Question 28.** Was Netlist harmed by Diablo's use of **Alleged Trade Secret 7**?

_____ Yes _____ No

**CONTINUE TO THE NEXT PAGE**

United States District Court
Northern District of California

9

**Question 29.** Regarding **Alleged Trade Secret 8 – Dynamic Control and Timing of ODT in ISwitch,** please answer "Yes" or "No" as to each of the following questions with respect to the alleged trade secret:

| Element | Response |
|---|---|
| a. Was **Alleged Trade Secret 8** secret ? | Yes ___ <br><br> No _✓_ |
| b. Did **Alleged Trade Secret 8** have actual or potential independent economic value because it was secret? | Yes ___ <br><br> No ___ |
| c. Did Netlist make reasonable efforts to keep **Alleged Trade Secret 8** secret? | Yes ___ <br><br> No ___ |
| d. Did Diablo improperly use **Alleged Trade Secret 8**? | Yes ___ <br><br> No ___ |

*If you answered "No" to any part of Question 29, skip to Question 32.*
*If you answered "Yes" to all parts of Question 29, please answer the following question:*

**Question 30.** Has Diablo proven that Netlist's claim for misappropriation of **Alleged Trade Secret 8** is barred, because Diablo obtained the claimed trade secret by proper means?

_____ Yes _____ No

*If you answered "Yes" to Question 30, skip to Question 32.*
*If you answered "No" to Question 30, please answer the following question:*

**Question 31.** Was Netlist harmed by Diablo's use of **Alleged Trade Secret 8**?

_____ Yes _____ No

**CONTINUE TO THE NEXT PAGE**

United States District Court
Northern District of California

10

**Question 32.** If you answered "Yes" to any of **Questions 10, 13, 16, 19, 22, 25, 28, or 31** what amount of damages do you award Netlist for the harm caused by Diablo's improper use of the Alleged Trade Secret(s)?

$ _____

**Question 33.** If you answered "Yes" to any of **Questions 10, 13, 16, 19, 22, 25, 28, or 31** do you find by clear and convincing evidence that Diablo's improper use of the Alleged Trade Secret(s) was willful and malicious?

_____ Yes   _____ No


**WITH RESPECT TO NETLIST'S CLAIM FOR CORRECTION OF INVENTORSHIP:**

**Question 34.** Has Netlist proven that Dr. Hyun Lee should be added as a named inventor of the '917 patent?

_____ Yes   ___✓___ No


**CONTINUE TO THE NEXT PAGE**

### WITH RESPECT TO NETLIST'S CLAIM FOR TRADEMARK INFRINGEMENT

**Question 35.** Has Netlist proven its claim of trademark infringement against Diablo?

_____✓_____ Yes  _____ No

**Question 36.** If you answered "Yes" to **Question 35**, do you find that Netlist is entitled to nominal damages not to exceed $1.00 for trademark infringement?  If yes, state amount.

_____✓_____ Yes  _____ No  $ __1.00__

### WITH RESPECT TO NETLIST'S CLAIM FOR FALSE AND MISLEADING ADVERTISING

**Question 37.** Has Netlist proven its claim of false and misleading advertisement against Diablo?

_____✓_____ Yes  _____ No

**Question 38.** If you answered "Yes" to **Question 37**, do you find that Netlist is entitled to nominal damages not to exceed $1.00 for false and misleading advertising?  If yes, state amount.

_____✓_____ Yes  _____ No  $ __1.00__

**Please sign, date the verdict form and give it to the courtroom deputy.**

**DATE:**
3-25-15

**PRESIDING JUROR NO.** __8__

__Pat Mulroy__
**PRESIDING JUROR SIGNATURE**