FABIO E. MARINO (SBN 183825)
fmarino@mwe.com
L. KIERAN KIECKHEFER (SBN 251978)
kkieckhefer@mwe.com
NITIN GAMBHIR (SBN 259906)
ngambhir@mwe.com
BARRINGTON DYER (SBN 264762)
bdyer@mwe.com
TERI H.P. NGUYEN (SBN 267498)
thpnguyen@mwe.com
NATALIE BENNETT (*Admitted Pro Hac Vice*)
nbennett@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025-4004
Telephone: 650 815 7400
Facsimile: 650 815 7401

RUSSELL HAYMAN (SBN 110643)
rhayman@mwe.com
JON DEAN (SBN 184972)
jdean@mwe.com
McDERMOTT WILL & EMERY LLP
2049 Century Park East, 38th Floor
Los Angeles, CA 90067
Telephone: 310-277-4110
Facsimile: 310-277-4730

Attorneys for Defendant
DIABLO TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>DIABLO TECHNOLOGIES, INC., a Canadian corporation,<br><br>    Defendant. | CASE NO. 4:13-cv-05962 YGR<br>(Related Case No. 4:13-cv-05889 YGR)<br><br>**NOTICE OF DIABLO'S SUBMISSION OF ADDITIONAL MATERIALS PURSUANT TO COURT REQUEST RE: INJUNCTION PROCEEDINGS ON MARCH 24, 2015.**<br><br>Ctrm: 1, 4th Floor<br>Judge: Hon. Yvonne Gonzalez Rogers<br>Trial: March 9, 2015 |

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

1   On March 24, 2015, the Court held further proceedings outside the presence of the Jury
2   and in a sealed courtroom, regarding the impact of the preliminary injunction, issued on January
3   6, 2015, as well as the impact of a possible permanent injunction on Defendant Diablo
4   Technologies, Inc.'s ("Diablo") business.  Diablo offered the testimony of its Vice President of
5   Business Operations, Michael Parziale, to testify regarding the impact an injunction will have on
6   Diablo's financial and business operations.  During Mr. Parziale's testimony, the Court requested
7   Diablo submit additional information.

8   Pursuant to the Court's request, Diablo hereby submits the Declaration of Michael
9   Parziale and Exhibits A through G.  The Declaration of Michael Parziale and Supporting Exhibits
10  are filed concurrently herewith.  Diablo has also requested that this information be filed under
11  seal given the financial and commercially sensitive nature of this additional information and
12  proceeding.

15  Dated: March 30, 2015                    Respectfully submitted,
16                                           McDERMOTT WILL & EMERY LLP

17                                           By: */s/ Teri H.P. Nguyen*
18                                               Teri H.P. Nguyen

19                                           Attorneys for Defendant
                                             DIABLO TECHNOLOGIES, INC.