NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**NETLIST, INC.,**
*Plaintiff-Appellee*

v.

**DIABLO TECHNOLOGIES INC.,**
*Defendant-Appellant,*

**SANDISK CORPORATION, SMART STORAGE SYSTEMS INC.,**
*Non-party-Appellants*

2015-1260,-1274

Appeals from the United States District Court for the Northern District of California in No. 4:13-cv-05962-YGR, Judge Yvonne Gonzalez Rogers.

**ON MOTION**

Before PROST, *Chief Judge*, REYNA and WALLACH, *Circuit Judges*.

WALLACH, *Circuit Judge*.

**O R D E R**

Diablo Technologies Inc. ("Diablo") submits an opposed motion for a stay of the district court's preliminary injunction pending appeal. Diablo separately submits a Notice of Indicative Ruling, which this court construes as an unopposed motion for a limited remand to allow the district court to consider whether to dissolve the preliminary injunction.

While Diablo's appeal from the district court's preliminary injunction was pending, the jury rendered a verdict in favor of Diablo. Following the verdict, the district court, pursuant to Federal Rule of Civil Procedure 62.1(a)(3), issued an indicative ruling that a motion to dissolve the preliminary injunction now "raises a substantial issue." The district court set a briefing schedule for the motion, and set a hearing date of April 10, 2015 "should the Court of Appeals remand the preliminary injunction appeal to this Court by that time."

The court agrees with the parties that a limited remand to the district court to consider a motion to dissolve the preliminary injunction is appropriate.

Accordingly,

IT IS ORDERED THAT:

(1) The motion for a limited remand is granted. This court retains jurisdiction over these appeals.

(2) Proceedings in these appeals are stayed pending the district court's ruling on the motion to dissolve the preliminary injunction. The motion for a stay is held in abeyance. During this time, the temporary stay of the preliminary injunction put in place by this court's March 26, 2015 order shall remain in effect.

(3) The parties are directed to inform this court within seven days from the date of the district court's ruling on the motion to dissolve how these appeals should proceed.

          F<small>OR THE</small> C<small>OURT</small>

          <u>/s/ Daniel E. O'Toole</u>
          Daniel E. O'Toole
          Clerk of Court

s31