UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NETLIST, INC.,**<br><br>      Plaintiff,<br><br>      **vs.**<br><br>**DIABLO TECHNOLOGIES, INC.,**<br><br>      Defendant. | Case No.: 13-cv-5962 YGR<br><br>**ORDER DIRECTING PARTIES TO FILE POST-TRIAL BRIEF ON REMAINING EQUITABLE CLAIM** |

On March 25, 2015, the jury returned its verdict on six of the seven claims asserted in this action. The jury found in favor of Defendant Diablo Technologies, Inc. ("Diablo") on two claims for breach of contract and for trade secret misappropriation, and correction of inventorship. It found for Plaintiff Netlist, Inc. ("Netlist") on the claims for trademark infringement, and false and misleading advertising. (Dkt. No. 420.) The Court has yet to issue a ruling pursuant to Fed. R. Civ. Proc. 52 on Netlist's claim for violation of California Business & Professions Code section 17200.

Given the overlap between and among (i) the Court's ruling on the section 17200 claim, including the request for injunctive relief therein, and (ii) the pending motion to dissolve the preliminary injunction based upon the jury's verdict, the Court set forth a briefing schedule for the motion to dissolve and instructed the parties to address, in addition, the section 17200 claim. With respect to the latter, Diablo failed to address the issue at all in their opening brief, and neither Netlist's opposition nor Diablo's response, each devoting little more than one page of discussion to the section 17200 claim, sufficiently addressed the issues to be resolved before a judgment can be entered.

**ACCORDINGLY, THE PARTIES ARE ORDERED** to file post-trial briefs, including proposed findings of fact and conclusions of law with specific citations to the trial record, in support of their respective positions on the section 17200 claim. As Netlist bears the burden of proof and must

identify what relief it currently seeks (in contrast to what was pleaded in the operative complaint), its brief shall be filed first and no later than **Tuesday, April 14, 2015, at 12:00 noon.** Diablo shall file its response, again with proposed findings of fact and conclusions of law with citations to the record no later than **Monday, April 20, 2015, at 12:00 noon**.

The hearing on the motion to dissolve the preliminary injunction, currently set for Friday, April 10, 2015, is **CONTINUED** to **Friday, April 24, 2015 at 10:00 a.m.** The Court finds that no prejudice will result from this brief continuance given the preliminary injunction has been stayed. Further, the Court finds the additional briefing will enable it to ensure consistency in its rulings.

Given the Court's familiarity with the issues and evidence in this case, once briefing on the section 17200 claim is complete, the Court believes that resolution of the issues on the papers may be appropriate. Accordingly, the parties are directed to meet and confer after Diablo's filing and to file a joint statement no later than **Wednesday, April 22, 2015, at 12:00 noon** advising the Court whether the parties submit on the papers or request additional oral argument. If requesting argument, the parties shall identify therein the specific issues to be addressed.

**IT IS SO ORDERED.**

Dated: April 8, 2015

_____
**HON. YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**