# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NETLIST, INC.,** | Case No.: 13-cv-5962 YGR |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| **DIABLO TECHNOLOGIES, INC.,** | |
| Defendant. | |

On March 25, 2015, the jury rendered its verdict in awarding Plaintiff Netlist, Inc. ("Netlist") nominal damages on its claims against Defendant Diablo Technologies, Inc. ("Diablo") under the Lanham Act for trademark infringement and false and misleading advertising. The jury found in favor of Diablo on all other claims submitted to it. On April 24, 2015, based on the verdict, the Court found in favor of Diablo on Netlist's equitable claim for violation of California Business & Professions Code § 17200 et seq. ("UCL"). Therefore,

**IT IS ORDERED, ADJUDGED AND DECREED** that Diablo shall pay to Netlist the sum of $2.00 for liability under the Lanham Act for trademark infringement and false and misleading advertising.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that judgment shall be entered in favor of Diablo and against Netlist, and that Netlist shall take nothing, on its claims for misappropriation of trade secrets, breach of contracts, violation of the UCL, and correction of inventorship of a patent.

**IT IS SO ORDERED.**

Date: April 24, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**