# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 4/24/15 | **Time:** 10:02am to 11:36am | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 13-cv-05962-YGR | **Case Name:** Netlist, Inc v. Diablo Technologies, Inc. | |

**Attorney for Plaintiff:** Benjamin Riley and Simon Goodfellow
**Attorney for Defendant:** Jon Dean ; Fabio Marino, Russell Hayman, L. Kieran Kieckhefer, and Client Representative Michael Parziale
**Attorney for nonparties** SanDisk and Smart Storage: Gregory Lippetz

**Deputy Clerk:** Frances Stone                    **Court Reporter:** Raynee Mercado

## PROCEEDINGS

**Defendant Diablo's Motion to Dissolve the 1/12/15 Preliminary Injunction [Dkt. no. 440]- HELD and Submitted.**

**Court will issue a written order.**