**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **NETLIST, INC.,**<br><br>        Plaintiff,<br><br>vs.<br><br>**DIABLO TECHNOLOGIES, INC.,**<br><br>        Defendant. | Case No.: 13-cv-5962 YGR<br><br>**ORDER GRANTING MOTIONS TO SEAL**<br><br>**DKT. NOS. 241, 259, 261, 263, 270, 279, 303, 316, 342, 344, 438, 450** |

The parties herein and non-parties SanDisk Corporation and SMART Storage Systems, Inc. (collectively "SanDisk") filed motions to seal in connection with a number of pretrial motions and filings, including Netlist's Special Motion to Strike, SanDisk's Motion for Leave to File Motion for Reconsideration, filings regarding the amount of a preliminary injunction bond and stay of the preliminary injunction, and the parties' motions in limine. (Dkt. Nos. 241, 259, 261, 263, 270, 279, 303, 316, 342, and 344.) Diablo also filed motions to seal in connection with its post-trial submissions. (Dkt. Nos. 438 and 450.)

The Court finds good cause to seal the identified documents and portions thereof in connection with the respective motions in support of which they were submitted. Thus, the motions to seal are **GRANTED**.

However, those filings are sealed *only* in connection with the identified motions, and not to the extent they were offered and requested to be sealed at trial. This order does not disturb or modify any of the Court's rulings made at trial concerning sealing of these or any other documents or testimony.

**IT IS SO ORDERED.**

Date: April 28, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**