NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NETLIST, INC.,**
*Plaintiff-Appellee*

v.

**DIABLO TECHNOLOGIES INC.,**
*Defendant-Appellant,*

**SANDISK CORPORATION, SMART STORAGE SYSTEMS INC.,**
*Non-party-Appellants*

---

2015-1260, -1274

---

Appeals from the United States District Court for the Northern District of California in No. 4:13-cv-05962-YGR, Judge Yvonne Gonzalez Rogers.

---

**O R D E R**

Diablo Technologies Inc., SanDisk Corporation, and Smart Storage Systems Inc. (collectively, the "appellants") and Netlist, Inc. ("Netlist") inform the court that the district court has dissolved the preliminary injunction on which these appeals are predicated. The appellants request that the court dismiss the appeals as moot, and Netlist joins that request.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The appeals are dismissed.

(2) Each party shall bear its own costs.

(2) All pending motions are denied as moot.

FOR THE COURT

/s/ Daniel E. O'Toole  
Daniel E. O'Toole  
Clerk of Court

s31

ISSUED AS A MANDATE:  May 5, 2015