| | |
|---|---|
| Benjamin K. Riley (CA Bar No. 112007) | Gregory C. Schodde (*Pro Hac Vice*) |
| briley@bzbm.com | gschodde@mcandrews-ip.com |
| Robert H. Bunzel (CA Bar No. 99395) | Wayne H. Bradley (*Pro Hac Vice*) |
| rbunzel@bzbm.com | wbradley@mcandrews-ip.com |
| C. Griffith Towle (CA Bar No. 146401) | **McANDREWS, HELD & MALLOY** |
| gtowle@bzbm.com | 500 West Madison Street, 34th Floor |
| W. Paul Schuck (CA Bar No. 203717) | Chicago, IL  60661 |
| pschuck@bzbm.com | Telephone: (312) 775-8000 |
| Sony B. Barari (CA Bar No. 243379) | Facsimile:  (312) 775-8100 |
| sbarari@bzbm.com | |
| Simon R. Goodfellow (CA Bar No. 246085) | Sean C. Cunningham (CA Bar No. 174931) |
| sgoodfellow@bzbm.com | sean.cunningham@dlapiper.com |
| Sean R. McTigue (CA Bar No. 286839) | **DLA PIPER LLP (US)** |
| smctigue@bzbm.com | 401 B Street, Suite 1700 |
| **BARTKO, ZANKEL, BUNZEL & MILLER** | San Diego, CA  92101-4297 |
| One Embarcadero Center, Suite 800 | Telephone: (619) 699-2700 |
| San Francisco, California  94111 | Facsimile:  (619) 699-2701 |
| Telephone: (415) 956-1900 | |
| Facsimile:  (415) 956-1152 | |

Attorneys for Plaintiff NETLIST, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC., | Case No. 4:13-cv-05962 YGR |
| | (Related Case No. 4:13-cv-05889 YGR) |
| Plaintiff, | |
| | **NOTICE OF APPEARANCE OF** |
| vs. | **ATTORNEYS** |
| | |
| DIABLO TECHNOLOGIES, INC., | |
| | |
| Defendant. | |
| | Courtroom 1, 4th Floor |
| | The Honorable Yvonne Gonzalez Rogers |

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that Todd C. Theodora and Roy Z. Silva of Theodora Oringher

3  hereby appear as attorneys for plaintiff Netlist, Inc.  Copies of all pleadings and notices pertaining

4  to this action not otherwise filed through the Court's electronic filing systems should be directed

5  to:

> Todd C. Theodora, State Bar No. 120426
> *ttheodora@tocounsel.com*
> Roy Z. Silva, State Bar No. 137483
> *rsilva@tocounsel.com*
> Theodora Oringher
> 535 Anton Blvd., Ninth Floor
> Costa Mesa, CA  92626-7109
> Telelphone:  (714) 549-6220
> Facsimile:     (714) 549-6201

Dated:  May 5, 2015

**BARTKO, ZANKEL, BUNZEL & MILLER**
**McANDREWS, HELD & MALLOY**
**DLA PIPER LLP (US)**

By:  */s/ Simon R. Goodfellow*
       Simon R. Goodfellow

Attorneys for Plaintiff NETLIST, INC.