| | |
|---|---|
| Benjamin K. Riley (CA Bar No. 112007) <br> briley@bzbm.com <br> Robert H. Bunzel (CA Bar No. 99395) <br> rbunzel@bzbm.com <br> C. Griffith Towle (CA Bar No. 146401) <br> gtowle@bzbm.com <br> W. Paul Schuck (CA Bar No. 203717) <br> pschuck@bzbm.com <br> Sony B. Barari (CA Bar No. 243379) <br> sbarari@bzbm.com <br> Simon R. Goodfellow (CA Bar No. 246085) <br> sgoodfellow@bzbm.com <br> Sean R. McTigue (CA Bar No. 286839) <br> smctigue@bzbm.com <br> **BARTKO, ZANKEL, BUNZEL & MILLER** <br> One Embarcadero Center, Suite 800 <br> San Francisco, California 94111 <br> Telephone: (415) 956-1900 <br> Facsimile: (415) 956-1152 <br><br> Sean C. Cunningham (CA Bar No. 174931) <br> sean.cunningham@dlapiper.com <br> **DLA PIPER LLP (US)** <br> 401 B Street, Suite 1700 <br> San Diego, CA 92101-4297 <br> Telephone: (619) 699-2700 <br> Facsimile: (619) 699-2701 <br><br> Attorneys for Plaintiff NETLIST, INC. | Todd C. Theodora (CA Bar No. 120426) <br> TTheodora@tocounsel.com <br> Roy Z. Silva (CA Bar No. 137483) <br> rsilva@tocounsel.com <br> **THEODORA ORINGHER PC** <br> 535 Anton Boulevard, Ninth Floor <br> Costa Mesa, California 92626-7109 <br> Telephone: (714) 549-6200 <br> Facsimile: (714) 549-6201 <br><br> Attorneys for Plaintiff NETLIST, INC. <br><br> Fabio E. Marino (CA Bar No. 183825) <br> fmarino@mwe.com <br> L. Kieran Kieckhefer (CA Bar No. 251978) <br> kkieckhefer@mwe.com <br> Nitin Gambhir (CA Bar No. 259906) <br> ngambhir@mwe.com <br> Barrington Dyer (CA Bar No. 264762) <br> bdyer@mwe.com <br> Teri H.P. Nguyen (CA Bar No. 267498) <br> thpnguyen@mwe.com <br> **McDERMOTT WILL & EMERY LLP** <br> 275 Middlefield Road, Suite 100 <br> Menlo Park, CA 94025-4004 <br> Telephone: (650) 815-7400 <br> Facsimile: (650) 815-7401 <br><br> Attorneys for Defendant <br> DIABLO TECHNOLOGIES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DIABLO TECHNOLOGIES, INC., <br><br> Defendant. | Case No. 4:13-cv-05962 YGR <br> (Related Case No. 4:13-cv-05889 YGR) <br><br> **STIPULATION AND [PROPOSED] ORDER RE POST-TRIAL MOTIONS** <br><br> Courtroom 1, 4th Floor <br> The Honorable Yvonne Gonzalez Rogers |

**STIPULATION**

Counsel for Plaintiff Netlist, Inc. ("Netlist") and Defendant Diablo Technologies, Inc. ("Diablo") (collectively "the parties") jointly submit this stipulation regarding the currently pending post-trial motions.

On May 27, the Court's Clerk issued a Notice Setting Motions (Dkt. 488), consolidating for hearing: Diablo's Motion to Enforce Preliminary Injunction Bond (Dkt. 465); Diablo's Motion for Attorneys' Fees for Patent Co-Inventorship Claim (Dkt. 469); Diablo's Motion for Judgment as a Matter of Law on Lanham Act Claims (Dkt. 470); and Netlist's Motion for Judgment as a Matter of Law Under Rule 50(b) and New Trial Under Rule 59 (Dkt. 479). All of these motions will now be heard on June 30, 2015, at 10 a.m.

The parties also suggest that on June 30 or thereafter as convenient for the Court, the Court consider the parties' respective requests for costs, including: Netlist's Amended Bill of Costs (Dkt. 483); Diablo's Objections to Netlist's Initial Bill of Costs (Dkt. 482); Diablo's Amended Bill of Costs (Dkt. 481); and Netlist's Objections to Diablo's Initial Bill of Costs (Dkt. 484).

The parties propose that the briefing schedule with respect to all of these motions/matters will remain the same as set per Civ. L.R. 7-3, with the exception that as to Netlist's Motion for Judgment as a Matter of Law Under Rule 50(b) and New Trial Under Rule 59 (Dkt. 479), Diablo's opposition papers will be due on June 5, 2015, and Netlist's reply papers will be due on June 16, 2015.

**IT IS SO STIPULATED.**

Dated: May 27, 2015

**BARTKO, ZANKEL, BUNZEL & MILLER**
**THEODORA ORINGHER PC**
**DLA PIPER LLP (US)**

By: _____/s/ Benjamin K. Riley_____
Benjamin K. Riley

Attorneys for Plaintiff
NETLIST, INC.

Dated: May 27, 2015

**McDERMOTT WILL & EMERY LLP**

By: _____/s/ Fabio Marino_____
Fabio Marino

Attorneys for Defendant
DIABLO TECHNOLOGIES, INC.

1

2458.000/919007.1

STIPULATION AND [PROPOSED] ORDER RE POST-TRIAL MOTIONS
Case No. 4:13-cv-05962 YGR

## ATTESTATION OF E-FILER

In compliance with Local Rule 5-1(i), the undersigned ECF user whose identification and password are being used to file this document, hereby attests that all signatories have concurred in the filing of this document.

Dated: May 27, 2015                    */s/ Benjamin K. Riley*
                                        Benjamin K. Riley

2458.000/919007.1                STIPULATION AND [PROPOSED] ORDER RE POST-TRIAL MOTIONS
                                 Case No. 4:13-cv-05962 YGR

**[PROPOSED] ORDER**

Pursuant to the Clerk's Order and the Stipulation of Counsel, the motions/matters described above, currently pending before the Court as Dkt. Nos. 465, 469, 470, 479, 483, 482, 481, and 484, will be jointly set for hearing on **June 30, 2015, at 10 a.m. in Department 1**.

The briefing schedule with respect to all of these motions/matters will remain the same as set per Civ. L.R. 7-3, with the exception that as to Netlist's Motion for Judgment as a Matter of Law Under Rule 50(b) and New Trial Under Rule 59 (Dkt. 479), Diablo's opposition papers will be due on June 5, 2015, and Netlist's reply papers will be due on June 16, 2015.

**IT IS SO ORDERED**.

DATED: _____, 2015      _____
                                     The Honorable Yvonne Gonzalez Rogers
                                     United States District Judge