Benjamin K. Riley (CA Bar No. 112007)
briley@bzbm.com
Robert H. Bunzel (CA Bar No. 99395)
rbunzel@bzbm.com
C. Griffith Towle (CA Bar No. 146401)
gtowle@bzbm.com
W. Paul Schuck (CA Bar No. 203717)
pschuck@bzbm.com
Sony B. Barari (CA Bar No. 243379)
sbarari@bzbm.com
Simon R. Goodfellow (CA Bar No. 246085)
sgoodfellow@bzbm.com
Sean R. McTigue (CA Bar No. 286839)
smctigue@bzbm.com
**BARTKO, ZANKEL, BUNZEL & MILLER**
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

Todd C. Theodora (CA Bar No. 120426)
TTheodora@tocounsel.com
Roy Z. Silva (CA Bar No. 137483)
rsilva@tocounsel.com
**THEODORA ORINGHER PC**
535 Anton Boulevard, Ninth Floor
Costa Mesa, California 92626-7109
Telephone: (714) 549-6200
Facsimile: (714) 549-6201

Sean C. Cunningham (CA Bar No. 174931)
sean.cunningham@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701

Attorneys for Plaintiff NETLIST, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DIABLO TECHNOLOGIES, INC.,<br><br>　　　　Defendant. | Case No. 4:13-cv-05962 YGR<br>(Related Case No. 4:13-cv-05889 YGR)<br><br>**NETLIST'S OBJECTIONS TO DIABLO'S NEW ARGUMENTS AND PROFERRED EVIDENCE ON REPLY RE MOTION TO RECOVER ON THE PRELIMINARY BOND**<br><br>Date:　　June 30, 2015<br>Time:　　10:00 a.m.<br><br>Courtroom 1, 4th Floor<br>The Honorable Yvonne Gonzalez Rogers |

Pursuant to Civil L.R. 7-3(d)(1), Netlist, Inc. ("Netlist") hereby objects to Diablo Technologies, Inc.'s ("Diablo") "offer of proof" in its Reply Memorandum regarding the testimony its President, Alex Yost, would purportedly offer regarding the damages that Diablo claims to have sustained during the preliminary injunction period.  (*See* Dkt. 487-3 at 4-7.)[1]  That testimony relates to *new* theories and unsupported assertions as to why Diablo should be permitted to recover the full amount of the bond.

The Court should deny Diablo's request in all respects.  A moving party may not advance new arguments or submit new evidence in its reply papers.  *Contratto v. Ethicon, Inc.*, 227 F.R.D. 304, 308, n. 5 (N.D. Cal. 2005) ("Defendants' attempt to introduce new evidence in connection with their reply papers is improper."); *U.S. ex rel. Giles v. Sardie*, 191 F. Supp. 2d 1117, 1127 (C.D. Cal. 2000) ("It is improper for a moving party to introduce new facts or different legal arguments in the reply brief than those presented in the moving papers.").  Accordingly, Netlist requests the Court: (1) strike those portions of Diablo's reply papers (Reply at 4:21-7:9) that summarize Mr. Yost's anticipated testimony; (2) strike all argument related to that anticipated testimony; and (3) deny Diablo's attempt to call Mr. Yost to testify at the hearing of the motion.

DATED:  June 1, 2015

**BARTKO, ZANKEL, BUNZEL & MILLER**
**THEODORA ORINGHER PC**
**DLA PIPER LLP (US)**


By: _____*/s/ Benjamin K. Riley*_____
            Benjamin K. Riley

Attorneys for Plaintiff NETLIST, INC.

---

[1] Netlist also objects to Diablo's request that Mr. Yost be permitted to testify at the hearing on Diablo's motion.

-1-