Benjamin K. Riley (CA Bar No. 112007)
briley@bzbm.com
Robert H. Bunzel (CA Bar No. 99395)
rbunzel@bzbm.com
C. Griffith Towle (CA Bar No. 146401)
gtowle@bzbm.com
W. Paul Schuck (CA Bar No. 203717)
pschuck@bzbm.com
Sony B. Barari (CA Bar No. 243379)
sbarari@bzbm.com
Simon R. Goodfellow (CA Bar No. 246085)
sgoodfellow@bzbm.com
Sean R. McTigue (CA Bar No. 286839)
smctigue@bzbm.com
**BARTKO, ZANKEL, BUNZEL & MILLER**
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

Todd C. Theodora (CA Bar No. 120426)
TTheodora@tocounsel.com
Roy Z. Silva (CA Bar No. 137483)
rsilva@tocounsel.com
**THEODORA ORINGHER PC**
535 Anton Boulevard, Ninth Floor
Costa Mesa, California 92626-7109
Telephone: (714) 549-6200
Facsimile: (714) 549-6201

Sean C. Cunningham (CA Bar No. 174931)
sean.cunningham@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, California 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701

Attorneys for Plaintiff NETLIST, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DIABLO TECHNOLOGIES, INC., <br><br> Defendant. | Case No. 4:13-cv-05962 YGR <br> (Related Case No. 4:13-cv-05889 YGR) <br><br> **NETLIST'S ADMINISTRATIVE MOTION REQUESTING TO RESET FILING DATE FOR REPLY ON RULE 50(B)/59 MOTION; [PROPOSED] ORDER** <br><br> Courtroom 1, 4th Floor <br> The Honorable Yvonne Gonzalez Rogers |

**ADMINISTRATIVE MOTION**

Plaintiff Netlist, Inc. ("Netlist") hereby respectfully requests, pursuant to Local Rule 7-11, that the date for filing of its Reply Memorandum in support of its Motion for Judgment and New Trial under Rules 50(b) and 59 (Dkt. 479) ("Netlist's JMOL Motion") be reset until Tuesday, June 16.

On May 27, 2015, the parties jointly filed their stipulation (Dkt. 489) requesting that the Court consolidate the hearings on the parties' post-trial motions for June 30, and also reset the briefing schedule on Netlist's JMOL Motion such that Diablo's opposition would be due on June 5, and Netlist's Reply would be due on June 16.

On May 28, the Court entered its Order Granting the Stipulation and consolidating the hearing dates, but modifying the briefing schedule on Netlist's JMOL motion.  (Dkt. 490.)  Under the Court's Order, Diablo's opposition is still due on June 5, but Netlist's Reply is due on Monday, June 15, at 9 a.m.

As set forth in the following Declaration of Benjamin K. Riley, normally Netlist would not ask the Court to reconsider the Reply filing date.  But for the conflicts discussed below, Netlist would be glad to arrange the secretarial, administrative and legal support necessary for the weekend of Saturday, June 13 and Sunday, June 14, to prepare the final version of Netlist's Reply by Sunday evening, such that the Reply could be ready and filed by 9 a.m. on Monday morning, June 15.

However, Mr. Riley's daughter is graduating from UC Santa Cruz on Saturday, June 13, in a late afternoon ceremony.  Mr. Riley and his family plan to attend the graduation, hold a celebratory dinner that evening and other events on Sunday, and stay in Santa Cruz both Saturday and Sunday nights.  Mr. Riley planned to go straight to the office on Monday morning, June 15, to work on the Reply.

In addition, Mr. Griff Towle is also planning on being out of town on the weekend of June 13-14, on a trip with his son.

Accordingly, Netlist respectfully requests that it have until end of the day on Tuesday, June 16, 2015, to file its reply to the JMOL Motion.  Netlist has conferred with counsel for Diablo (who

1

2458.000/920826.1     ADMIN MOTION TO RESET FILING DATE FOR REPLY
Case No. 4:13-cv-05962 YGR

1  previously stipulated to the June 16 filing date for the Reply), and they have confirmed they have no
2  objection to this request and will not submit any opposition.

3

4  Dated:  June 2, 2015                    **BARTKO, ZANKEL, BUNZEL & MILLER**
                                           **THEODORA ORINGHER PC**
5                                          **DLA PIPER LLP (US)**

6                                          By:  _____/s/ Benjamin K. Riley_____
                                                       Benjamin K. Riley
7                                          Attorneys for Plaintiff
                                           NETLIST, INC.
8

9

10

## DECLARATION

11

12      I, Benjamin K. Riley, hereby declare:

13      1.      I am a principal with Bartko, Zankel, Bunzel & Miller, counsel for Plaintiff Netlist,
14  Inc. in this matter.  I have personal knowledge of the facts set forth herein and if called as a witness
15  could and would testify competently to these facts.

16      2.      Normally, Netlist and my firm would be pleased to meet the Court's Order that Netlist
17  file its Reply to the JMOL Motion by Monday, June 15, at 9 a.m.  This would mean securing
18  secretarial and administrative help, plus the necessary attorney resources, on Saturday, June 13 and
19  Sunday, June 14.  We would finalize the brief by Sunday evening, including preparation of the
20  required Tables of Contents and Authorities, so it could be filed in compliance with the 9 a.m.
21  deadline Monday morning, June 15.

22      3.      However, my daughter is graduating from UC Santa Cruz on Saturday, June 13, in a
23  late afternoon ceremony.  My family and I plan to attend the graduation, hold a celebratory dinner
24  that evening plus other events in Santa Cruz on Sunday, and stay in Santa Cruz both Saturday and
25  Sunday nights (the hotel has a two-night minimum).  I planned to go straight to the office on Monday
26  morning, June 15, to work on the Reply, so that it could be filed by the end of the day on Tuesday,
27  June 16.

28

4.      In addition, Mr. Griff Towle is also planning on being out of town on the weekend of June 13-14, on a trip with his son.

5.      Accordingly, as originally stipulated by the parties, we respectfully request that Netlist have until end of the day on Tuesday, June 16, 2015, to file its reply to the JMOL Motion.

6.      I have conferred with counsel for Diablo, and they have confirmed they have no objection to this request and "will not oppose the request to change the reply deadline to June 16th."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed on June 2, 2015, in San Francisco, California.

*/s/ Benjamin K. Riley*
Benjamin K. Riley

## [PROPOSED] ORDER

Pursuant to the Administrative Motion filed by Plaintiff Netlist, Inc., and good cause shown therefor,

Netlist's Reply Memorandum in support of its Motion for Judgment as a Matter of Law Under Rule 50(b) and New Trial Under Rule 59 (Dkt. 479) will be due on June [16], 2015.

**IT IS SO ORDERED**.


DATED: _____, 2015    _____
The Honorable Yvonne Gonzalez Rogers
United States District Judge

BARTKO ZANKEL BUNZEL
One Embarcadero Center, Suite 800
San Francisco, CA 94111
Phone (415) 956-1900 • Fax (415) 956-1152

4

2458.000/920826.1

ADMIN MOTION TO RESET FILING DATE FOR REPLY
Case No. 4:13-cv-05962 YGR