**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **NETLIST, INC.,**<br><br>         Plaintiff,<br><br>     vs.<br><br>**DIABLO TECHNOLOGIES, INC.,**<br><br>         Defendant. | Case No.: 13-cv-5962 YGR<br><br>**ORDER GRANTING NETLIST'S MOTION TO RESET FILING DATE FOR REPLY; RESETTING HEARING ON MOTIONS** |

Netlist has filed its Administrative Motion To Reset Filing Date For Reply (Dkt. No. 494), its second request for the Court to reset the deadline for filing its reply brief in support of its Motion for Judgment as a Matter of Law Under Rule 50(b) and New Trial Under Rule 59 (Dkt. 479) to June 16, 2015. The Court previously denied the request due to the Court's schedule and need for sufficient time to review the briefing prior to the June 30 hearing date.

In light of the administrative motion and reasons offered therein, the Court **GRANTS** the request and **RESETS** the deadline for filing of the reply brief to **June 16, 2015**.

Consequently, the Court also **ORDERS** that the current hearing date of June 30, 2015, on the parties' motions at Dkt. Nos. 465, 469, 470, and 479, is **CONTINUED** to **Wednesday, July 8, 2015, at 2:00 p.m.**, Courtroom 1, Dellums Federal Building, Oakland.

**IT IS SO ORDERED.**

Date: June 3, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**