United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**NETLIST, INC.,**

Plaintiff,

vs.

**DIABLO TECHNOLOGIES, INC.,**

Defendant.

Case No.: 13-cv-5962 YGR

**ORDER GRANTING MOTIONS TO SEAL**

**DKT. NOS. 464, 476, 487, 499**

The parties herein filed administrative motions to seal documents filed in connection with post-trial motions as follows:

1. Diablo's Motion to Seal portions of its Motion to Enforce Preliminary Injunction Bond and evidence in support thereof (Dkt. No. 464) and its reply (Dkt. No. 487);

2. Netlist's Motion to Seal its opposition to that motion (Dkt. No. 476); and

3. Diablo's Motion to Seal portions of its opposition to Netlist's Motion for Judgment as a Matter of Law and for a New Trial (Dkt. No. 499).

The Court has carefully considered the motions and supporting evidence and orders that the Motions to Seal are **GRANTED** for the reasons that follow.

**A.    Papers Submitted In Connection With Motion To Enforce Preliminary Injunction Bond**

Since the motion for enforcement of the preliminary injunction bond is not a dispositive motion, the motions to seal documents submitted in connection with the motion and opposition apparently would be submit to the lower good cause standard. *See Pintos v. Pacific Creditors Ass'n,* 605 F.3d 665, 678 (9th Cir. 2010). Regardless, Diablo has established that the matters it seeks to seal in connection with the motion and reply, and as cited in the opposition by Netlist, are all properly subject to sealing, even under the higher "compelling reasons" standard. The information is highly confidential, not publicly available, and is sensitive information that would hurt Diablo if

revealed to its competitors. Moreover, the matters to be sealed are narrowly tailored only to those portions that are required to protect the confidential information.

Therefore, the Court **ORDERS** that the following are properly filed under seal:

- the statements redacted from Diablo's brief in support of its Motion to Enforce the Preliminary Injunction Bond;
- the statements redacted in the Declaration of Jeffrey McMullen (Exhibit A1);
- Exhibits A-2 and A-3 to the McMullen Declaration in their entirety;
- the statements redacted from Netlist's Opposition brief in opposition to the Motion to Enforce the Preliminary Injunction Bond; and
- the statements redacted from Diablo's brief in support of the Motion to Enforce the Preliminary Injunction Bond.

**B.     Diablo's Opposition to Netlist's Motion for JMOL and a New Trial**

The Court finds that Diablo has established compelling reasons to seal the information redacted from its opposition brief and Appendix A in support thereof. As a preliminary matter, the information sought to be redacted is information as to which the Court ordered the courtroom to be sealed during trial. Further, the parties have established that the information is highly confidential and/or sensitive business and financial information that would put them at a competitive disadvantage if publicly disclosed.

This order does not disturb or modify any of the Court's rulings made at trial concerning sealing of these or any other documents or testimony.

This Order terminates Dkt. Nos. 464, 476, 487, 499.

**IT IS SO ORDERED.**

Date: September 1, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**